DALE R. BISH, SBN 235390
dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

MATTHEW A. MACDONALD, SBN 255269
matthew.macdonald@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (323) 210-7329

ERIN R. FAY (*pro hac vice* pending)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
222 Delaware Avenue, Suite 800
Wilmington, DE 19801-5225
Telephone: (302) 290-2521
Facsimile: (866) 974-7329

*Attorneys for creditor, East West Bank*

FILED
AUG 2 1 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:             Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>IRWIN NATURALS, | No. 1:24-bk-11323-VK<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTOR AND ITS ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned chapter 11 proceeding as counsel on behalf of East West Bank and request that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affects CORE or this chapter 11 bankruptcy case be served upon:

> DALE R. BISH, SBN 235390
> dbish@wsgr.com
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, California 94304-1050
> Telephone: (650) 493-9300
> Facsimile: (866) 974-7329
>
> MATTHEW A. MACDONALD, SBN 255269
> matthew.macdonald@wsgr.com
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 953 East 3rd Street, Suite 100
> Los Angeles, CA 90013
> Telephone: (323) 210-2900
> Facsimile: (323) 210-7329
>
> ERIN R. FAY (*pro hac vice* pending)
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 222 Delaware Avenue, Suite 800
> Wilmington, DE 19801-5225
> Telephone: (302) 290-2521
> Facsimile: (866) 974-7329

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over East West Bank, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the

NOTICE OF APPEARANCE AND REQUEST FOR    -1-
SPECIAL NOTICE

District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to East West Bank is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments East West Bank expressly reserves.

Dated: August 20, 2024

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation

*/s/ Matt Macdonald*

DALE R. BISH, SBN 235390
dbish@wsgr.com
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (866) 974-7329

MATTHEW A. MACDONALD, SBN 255269
matthew.macdonald@wsgr.com
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (323) 210-7329

ERIN R. FAY (*pro hac vice* pending)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
222 Delaware Avenue, Suite 800
Wilmington, DE 19801-5225
Telephone: (302) 290-2521
Facsimile: (866) 974-7329

*Attorneys for creditor, East West Bank.*

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

953 E. Third Street, Suite 100
Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled: NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE will be served or was served in the manner stated below:

**SERVED BY EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/20/2024, I served the following persons and/or entities by email as follows:

sseflin@bg.law; jwellington@bg.law; kate.bunker@usdoj.gov; joseph@irwinnaturals.com

I declare under penalty of perjury under the laws of the Unites States that the foregoing to true and correct.

| | | |
|---|---|---|
| 8/20/2024 | Michael Lamb | [signature] |
| *Date* | *Printed Name* | *Signature* |

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE     -3-