DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:      dpoitras@bg.law
            sseflin@bg.law
            jwellington@bg.law

Proposed Attorneys for Chapter 11 Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Irwin Naturals *et al.*,<br><br>　　　　　　　　Debtors and Debtors<br>　　　　　　　　in Possession. | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>(Jointly Administered with: Case No. 1:24-bk-11324-VK. Case No. 1:24-bk-11325, and Case No. 1:24-bk-11326-VK) |
| ☒　Affects Irwin Naturals<br><br>☐　Affects Irwin Naturals Inc.<br><br>☐　Affects 5310 Holdings, LLC<br><br>☐　Affects DAI US HoldCo Inc.<br><br>☐　Affects All Debtors | **SUBMISSION OF IRWIN NATURALS'<br>SCHEDULES AND STATEMENT OF<br>FINANCIAL AFFAIRS AND<br>RESERVATION OF RIGHTS** |

1

3007740

Irwin Naturals, a Nevada corporation (the "Debtor"), one of the above-captioned chapter 11 debtors and debtors in possession, hereby submits the following Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs ("SOFA"):

1.    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

2.    Schedule A/B: Assets – Real and Personal Property (Official Form 206 A/B)

3.    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206(D)

4.    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206 E/F)

5.    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

6.    Schedule H: Codebtors (Official Form 206H)

7.    Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202)

8.    Statement of Financial Affairs for Non-Individuals (Official Form 207)

## **RESERVATION OF RIGHTS**

The Debtor reserves its rights to amend or supplement the Schedules or SOFA as necessary. While the Debtor and its management have put forth considerable effort to ensure that the Schedules and SOFA are accurate and complete, inadvertent errors may exist and/or subsequent receipt of information may result in further amendments or supplements to the Schedules or SOFA.  The information contained in the Schedules and SOFA is unaudited.

## **CUSTOMER / CONSUMER INFORMATION**

As noted in the Schedules/SOFA, the Debtor has not listed its customers or consumer information in its Schedules or SOFA.  If necessary, the Debtor will submit such information under seal.

Dated: September 23, 2024                               Respectfully Submitted,

                                                                              BG Law LLP


                                                                               _/s/ Susan K. Seflin_____
                                                                              Susan K. Seflin
                                                                              Proposed Attorneys for Chapter 11
                                                                              Debtors in Possession

2

3007740

**Fill in this information to identify the case:**

Debtor name: **Irwin Naturals**

United States Bankruptcy Court for the **Central** Division, District of **California**

Case number (If known): **24-11323**

☐ **Check if this is an amended filing**

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from Schedule A/B               $ 0.00

   1b. **Total personal property:**
      Copy line 91A from Schedule A/B        $ 65,833,297.22

   1c. **Total of all property:**
      Copy line 92 from Schedule A/B         $ 65,833,297.22

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property:*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D    $ 18,651,960.01

3. ***Schedule E/F: Creditors Who Have Unsecured Claims:*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F    $ 27,035.09

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F    + $ 4,577,293.64

4. **Total liabilities:**
   Lines 2 + 3a + 3b                     $ 23,256,288.74

**Fill in this information to identify the case:**

Debtor name: Irwin Naturals

United States Bankruptcy Court for the **Central** Division, District of **California**

Case number (If known): 24-11323

☐ **Check if this is an amended filing**

Official Form 206A/B

# Schedule A/B: Assets Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1 . Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2 . Cash on hand**

|  | $865.00 |
| --- | --- |

**3 . Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | East West Bank | Operational Account (B2B) - Deposit Account | 3108 | $16,271.00 |
| 3.2. | East West Bank | E−Commerce Account (B2C) − Deposit Account | 3116 | $0.00 |
| 3.3. | East West Bank | Operational Account (B2B) - Disbursement Account | 6606 | $1,231,191.41 |
| 3.4. | East West Bank | E−Commerce Account (B2C) − Disbursement Account | 6614 | $12,002.62 |
| 3.5. | East West Bank | Money Market Account | 0465 | $146,457.43 |
| 3.6. | Wells Fargo | Deposit Account | 0115 | $385.68 |

**4 . Other cash equivalents (Identify all)**

**5 . Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $ 1,407,173.14 |

## Part 2:    Deposits and prepayments

**6 . Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7 . Deposits, including security deposits and utility deposits**

| | | |
|---|---|---|
| 7.1. | Lease Deposit (former) - Karled Enterprise | $136,250.00 |
| 7.2. | Lease Deposit (current) - Culver Pointe, LLC | $66,000.00 |
| 7.3. | Coupon Broker - CMS Inc | $6,000.00 |

**8 . Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | | |
|---|---|---|
| 8.1. | See Attached Exhibit AB8 | $633,195.34 |

**9 . Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| $ 841,445.34 |

## Part 3:    Accounts receivable

**10 . Does the debtor have any accounts receivable?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11 . Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11 a. 90 days old or less: | $ 10,909,673.53 | - | $ 0.00 | = → | $ 10,909,673.53 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11 b. Over 90 days old: | $ 259,392.46 | - | $ 250,832.00 | = → | $ 8,560.46 |

Case 1:24-bk-11323-VK    Doc 96    Filed 09/23/24    Entered 09/23/24 18:31:10    Desc
face amount    Main Document    Page 6 of 99
doubtful or uncollectible accounts

**12 . Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 10,918,233.99

## Part 4:  Investments

**13 . Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14 . Mutual funds or publicly traded stocks not included in Part 1**

**15 . Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| 15.1. | Irwin Naturals Emergence, Inc. | 100 | $0.00 |
| 15.2. | 5310 Holdings LLC | 100 | $30,441,000.00 |

*5310 Holdings' only liability is a joint and several liability with the debtor.*

**16 . Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

**17 . Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 30,441,000.00

## Part 5:  Inventory, excluding agriculture assets

**18 . Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19 . Raw materials**

**20 . Work in progress**

**21 . Finished goods, including goods held for resale**

| | | | | | |
|---|---|---|---|---|---|
| 21.1. | Finished Goods (Dietary Supplements and Cosmetic Products) | 07/31/2024 | $9,393,158.47 | FIFO (weighted average) | $11,497,158.47 |

**22 . Other inventory or supplies**

**23 . Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 11,497,158.47

**24 . Is any of the property listed in Part 5 perishable?**
☐ No.
☑ Yes.

**25 . Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No.
☑ Yes.

| Book value | $2,129,508.00 | Valuation method | FIFO (weighted average) | Current value | $2,129,508.00 |
|---|---|---|---|---|---|

**26 . Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No.
☑ Yes.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27 . Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28 . Crops—either planted or harvested**

**29 . Farm animals Examples: Livestock, poultry, farm-raised fish**

**30 . Farm machinery and equipment (other than titled motor vehicles)**

**31 . Farm and fishing supplies, chemicals, and feed**

**32 . Other farming and fishing-related property not already listed in Part 6**

**33 . Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| $ 0.00 |
| --- |

**34 . Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

**35 . Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

**36 . Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37 . Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

---

**38 . Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**39 . Office furniture**

| 39.1. | General office furniture, workout equipment, folding chairs, sofa, lighting and similar items | $0.00 | MACRS | $0.00 |
| --- | --- | --- | --- | --- |

**40 . Office fixtures**

| 40.1. | Water filter; trade show booths, and similar items | | $0.00 | | $0.00 |
|---|---|---|---|---|---|

**41 . Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1. | Printers, laptops/computers, routers, and other complimentary equipment | $47,645.88 | MACRS | $47,645.88 |
|---|---|---|---|---|
| 41.2. | Leased Office Equipment | $0.00 | N/A | $0.00 |

**42 . Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

**43 . Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 47,645.88

**44 . Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

**45 . Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:    Machinery, equipment, and vehicles**

**46 . Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47 . Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | 2010 Ford F-150 1FTMF1CW0AKA18168 | $0.00 | MACRS | $0.00 |
|---|---|---|---|---|

**48 . Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

**49 . Aircraft and accessories**

**51 . Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $ 0.00 |
|---|---|

**52 . Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☑ Yes.

**53 . Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

**Part 9:  Real property**

---

**54 . Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55 . Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. | Lease Office Suite - 300 Corporate Pointe, Suite 550, Culver City, CA 90230 | Leased | N/A | Net Book Value | N/A |

**56 . Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $ 0.00 |
|---|---|

**57 . Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

**58 . Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

**Part 10:  Intangibles and intellectual property**

**59 . Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

**60 . Patents, copyrights, trademarks, and trade secrets**

| | | | |
|---|---|---|---|
| 60.1. | Less than 10 Trademarks and copyrights of various product names and copy | $0.00 | See 5310 Holdings, LLC Schedule AB60 | $0.00 |

*Based on a median valuation performed by Marula Capital as of September 4, 2024, and values the brand on a stand-alone basis. Such valuation is inclusive of all brand related IP and is not separated by IP category, such as AB 60 and 61 for the Schedules related to 5310 Holdings, and Irwin Naturals.*

**61 . Internet domain names and websites**

| | | | |
|---|---|---|---|
| 61.1. | irwinnaturals.com, appliednutrition.com and other related product and brand domain names. | $0.00 | See 5310 Holdings, LLC Schedule AB60 | $0.00 |

*Based on a median valuation performed by Marula Capital as of September 4, 2024, and values the brand on a stand-alone basis. Such valuation is inclusive of all brand related IP and is not separated by IP category, such as AB 60 and 61 for the Schedules related to 5310 Holdings, and Irwin Naturals.*

**62 . Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| 62.1. | Trademark License with Genomma | Undetermined | Net Book Value | Undetermined |

**63 . Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| 63.1. | E-mail list | $0.00 | See Irwin Naturals Schedule AB65 | $0.00 |
| 63.2. | Customer List and Broker List | $0.00 | See Irwin Naturals Schedule AB65 | $0.00 |

**64 . Other intangibles, or intellectual property**

**65 . Goodwill**

| | | | |
|---|---|---|---|
| 65.1. | 30 years of occupying meaningful shelf space starting right when the dietary supplement category was first officially created by congress. | $0.00 | | Unknown |

**66 . Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

**67 . Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No.

☑ Yes.

**68 . Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.

☐ Yes.

**69 . Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.

☑ Yes.

## Part 11:    All other assets

**70 . Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**71 . Notes receivable**

| See attached Exhibit AB71 | $ 4,143,304.45 | - | $ 0.00 | = → | $ 4,143,304.45 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible accounts | | |

**72 . Tax refunds and unused net operating losses (NOLs)**

| | Description (for example, federal, state, local) | Tax year | |
|---|---|---|---|
| 72.1. | Unused NOL | 2022 | $5,213,276.00 |
| 72.2. | Interest Expense (can be used similarly to unused NOL) | 2022 | $599,205.00 |
| 72.3. | CA Tax Refund | 2022 | $171,306.02 |
| 72.4. | Federal Tax Refund | 2022 | $553,548.93 |

**73 . Interests in insurance policies or annuities**

**74 . Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1. See attached Exhibit AB74 | Unknown |
|---|---|

**Nature of claim**

**Amount requested**  $75,181,949.12

**75 . Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76 . Trusts, equitable or future interests in property**

**77 . Other property of any kind not already listed Examples: Season tickets, country club membership**

| 77.1. | Intercompany loan to Irwin Naturals Emergence, Inc. | $0.00 |
|---|---|---|

*The intercompany loan balance from Irwin Naturals to Irwin Naturals Emergence, Inc. as of August 9, 2024 is $17,828,726.27. This amount is offset by the liability created on the other side of the loan, once the financials are consolidated, and therefore the Debtor does not recognize a value for such transaction.*

| 77.2. | Intercompany loan to DAI US HoldCO, Inc. | $0.00 |
|---|---|---|

*The intercompany loan balance from Irwin Naturals to DAI US HoldCO, Inc. as of August 9, 2024 is $1,179.00. This amount is offset by the liability created on the other side of the loan, once the financials are consolidated, and therefore the Debtor does not recognize a value for such transaction.*

| 77.3. | Intercompany loan to Irwin Naturals, Inc. | $0.00 |
|---|---|---|

*The intercompany loan balance from Irwin Naturals to Irwin Naturals, Inc. as of August 9, 2024 is $7,214,155.34. This amount is offset by the liability created on the other side of the loan, once the financials are consolidated, and therefore the Debtor does not recognize a value for such transaction.*

**78 . Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                 $ 10,680,640.40

**79 . Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No.
- ☐ Yes.

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1.** | $ 1,407,173.14 | |
| **81 . Deposits and prepayments. Copy line 9, Part 2.** | $ 841,445.34 | |
| **82 . Accounts receivable. Copy line 12, Part 3.** | $ 10,918,233.99 | |
| **83 . Investments. Copy line 17, Part 4.** | $ 30,441,000.00 | |
| **84 . Inventory. Copy line 23, Part 5.** | $ 11,497,158.47 | |

**85 . Farming and fishing-related assets.Copy line 53, Part 6.**

$ 0.00

_____

**86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7.**

$ 47,645.88

_____

**87 . Machinery, equipment, and vehicles. Copy line 51, Part 8.**

$ 0.00

_____

**88 . Real property. Copy line 56, Part 9.**

$ 0.00

**89 . Intangibles and intellectual property.Copy line 66, Part 10.**

$ 0.00

_____

**90 . All other assets. Copy line 78, Part 11.**

$ 10,680,640.40

**91 . Total. Add lines 80 through 90 for each column.**

91a.    $ 65,833,297.22    +    91b.    $ 0.00

**92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92**

65,833,297.22

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**Irwin Naturals**
**Case No. 24-11323**
**Schedule AB-8: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Name of holder of prepayment | Description | Current value of debtor's interest |
|---|---|---|
| Anthem Blue Cross Blue Shield | Health Insurance | $ 40,619.57 |
| EDIS | Health Insurance | $ 30,615.56 |
| Barkley, an Alera Insurance Agency, LLC | General Liability Insurance | $ 38,488.19 |
| Barkley, an Alera Insurance Agency, LLC | EPLC and Cyber Insurance | $ 41,800.03 |
| Hanover Insurance Company | Property Insurance | $ 7,916.44 |
| SENPA, Inc | Trade Show (SOHO Expo) | $ 2,430.00 |
| Efficient Collaborative Retail Marketing Company, LLC | Trade Show (ECRM) | $ 27,880.00 |
| Informa Group | Trade Show (Natural Products Expo West) | $ 47,420.00 |
| Beach, Freeman, Lim and Cleland | Retainer for Services (Accounting) | $ 15,000.00 |
| Charter Communications | Phone and Fax | $ 1,507.77 |
| CNA Surety | 401 K Plan - Bond Penalty Insurance - HR | $ 208.35 |
| CR3 Partners LLC | Retainer for Services (financial) | $ 50,000.00 |
| East West Bank | 2024 LOC Annual Fee | $ 10,000.00 |
| Greenberg Glusker Et Al, LLP | Retainer for Services (Legal) | $ 50,000.00 |
| GS1 US | GS1 Company Prefix License | $ 866.64 |
| L.A. County Tax Collector | Unsecured Property Tax - 2024 to 2025 | $ 4,622.70 |
| Lynk Software Inc | Software Support | $ 1,760.00 |
| NACDS | Associate Member Due - 2024 | $ 1,540.00 |
| OKTA Inc | Multi-Factor Verification Service | $ 1,500.00 |
| Quadient Finance USA | Postage Machine Lease | $ 294.70 |
| Robinsons Pharma | Manufacturing Testing Cost | $ 209,055.00 |
| ROSS & ROSS LAW A.P.C | Retainer for Services (legal) | $ 9,023.15 |
| SYNDIGO LLC | MM Subscription | $ 11,384.37 |
| TASC | COBRA Admin Fee - Q3 | $ 1,035.45 |
| TASC | FSA Admin Fee - Q3 | $ 510.12 |
| Trustpilot, Inc | Social Media - Consumer Review of Business | $ 3,600.00 |
| VISION 33 | SAP Business One - User License Fee - Boyum B1 | $ 12,590.57 |
| VISION33 | Monthly Cloud Services | $ 7,995.07 |
| Wilson Elser | Retainer for Services (Legal) | $ 2,342.50 |
| Yotpo Inc | Loyalty & Referrals Platinum | $ 916.66 |
| ZOHO Corporation | Annual Subscription | $ 272.50 |
| **Grand Total** | | **$ 633,195.34** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART11, QUESTION 71

## NOTES RECEIVABLE

**Irwin Naturals**
**Case No. 24-11323**
**Schedule AB-71: Notes receivable**

| Description | Total face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| Secured Promissory Note to Klee Irwin issued on 4/8/2022. Paid over 6 months. | $1,850,721.67 | $0.00 | $1,850,721.67 |
| Secured Promissory Note to Klee Irwin issued on 10/14/2022. Paid over 6 months. | $1,901,620.33 | $0.00 | $1,901,620.33 |
| Secured Promissory Note(s) to Klee Irwin issued on 9/20/2023, 9/27/2023 and 10/12/2023 | $209,013.33 | $0.00 | $209,013.33 |
| Unsecured Promissory Note to Adam Berk issued on 1/17/23. Issued in the amount of $250,000.  $81,774.00 had been paid back as of the maturity date of 1/17/24. | $181,949.12 | $0.00 | $181,949.12 |
| **Grand Total** | **$4,143,304.45** | **$0.00** | **$4,143,304.45** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 74

## CAUSES OF ACTION AGAINST THIRD PARTIES

**Irwin Naturals**
**Case No. 24-11323**
**Schedule AB-74: Causes of action against third parties (whether or not a lawsuit has been filed)**

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Breach of Contract | Breach of Contract claim against Adam Berk for failure to pay off debt secured by Promissory Note. | $181,949.12 | Unknown |
| Breach of Contract; Breach of the Covenant of Good Faith and Fair Dealing; Tortious Interference with Contractual Relations Against Defendant EWB; Tortious Interference with Prospective Economic Relations; Fraud [or Fraudulent Misrepresentation; Economic Duress; Equitable Subordination; Breach of Fiduciary Duty; Unfair Competition Law claims | Actions based in Lender Liability claims against East West Bank and FTI consulting | $75,000,000.00 | Unknown |
| **Grand Total** | | **$75,181,949.12** | **$0.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name: **Irwin Naturals** | |
| United States Bankruptcy Court for the **Central** Division, District of **California** | |
| Case number (If known): **24-11323** | |

☐ **Check if this is an amended filing**

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>East West Bank<br>**Creditor's mailing address**<br>9300 Flair Dr, 6th Fl , El Monte, CA 91731<br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number** 1 8 2 2<br>**Do multiple creditors have an interest in the same property?**<br>☐ No.<br>☑ Yes. Have you already specified the relative priority?<br>　☑ No. Specify each creditor, including this creditor, and its relative priority.<br>　☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit account<br>**Describe the lien**<br>UCC Financing Statement, filed with the Secretary of State of Nevada<br>**Is the creditor an insider or related party?**<br>☐ No.<br>☑ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $18,651,960.01 | Unknown |
| **2.2** **Creditor's name**<br>East West Bank, as agent<br>**Creditor's mailing address**<br>for East West Bank & CFG Bank, 135 N Robles Ave, 3rd Fl , Pasadena, CA 91101<br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number** 2 6 6 1<br>**Do multiple creditors have an interest in the same property?**<br>☐ No.<br>☑ Yes. Have you already specified the relative priority?<br>　☑ No. Specify each creditor, including this creditor, and its relative priority.<br>　☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>For Notice Purposes Only. All assets and all personal property of Debtor, whether now owned or exisitng hereafter acquired or coming into existence, including any and all proceeds and products of the foregoing.<br>**Describe the lien**<br>UCC Financing Statement, filed with the Secretary of State of Nevada<br>**Is the creditor an insider or related party?**<br>☐ No.<br>☑ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | Unknown | Unknown |

| | | |
|---|---|---|
| **3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | | $18,651,960.01 |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | *Amount of claim*<br>Do not deduct the value of<br>collateral | **Value of collateral that**<br>**supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name** | | Unknown | Unknown
--- | --- | --- | ---

**2.3** Creditor's name
East West Bank

**Creditor's mailing address**
135 N Robles Ave, 3rd Fl , Pasadena, CA 91101

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    D 7 9 8

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
For Notice Purposes Only. Security Interest in Copyrights: VA0000871126; VA0000871160; VA0000871161; and VA0000928098

**Describe the lien**
Copyright Security Agreement Recorded with United States Copyright Office

**Is the creditor an insider or related party?**

☑ No.

☐ Yes.

**Is anyone else liable on this claim?**

☐ No.

☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 2 of 3 |
|---|---|---|

Debtor _____
         Name                              Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

<table>
<tr><td>**Fill in this information to identify the case:**</td></tr>
</table>

Debtor name: **Irwin Naturals**

United States Bankruptcy Court for the **Central** Division, District of  **California**

Case number (If known): **24-11323**

☐ **Check if this is an amended filing**

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C.§ 507).**

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

*As of the petition date there were employees/contractors that had unpaid wages. These amounts were paid pursuant to the Wage Motion Docket Number 20 and the Final Wage Order Docket Number 35.*

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Alison Marie Cervelli<br>6002 Las Virgenes Rd, Apt 786<br>Calabasas, CA 91302<br>**Date or dates debt was incurred**<br><br>  Last 4 digits of account number  __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507 _____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,240.00 | $1,240.00 |
| **2.2** Priority creditor's name and mailing address<br>CA Dept of Tax & Fee Administration<br>P.O. Box 942879<br>Sacramento, CA 94279-0001<br>**Date or dates debt was incurred**<br><br>  Last 4 digits of account number  __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $2,697.30 | $2,697.30 |
| **2.3** Priority creditor's name and mailing address<br>California Dept of Tax & Fee Administration (CDTFA)<br>Account Information Group, MIC 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029<br>**Date or dates debt was incurred**<br><br>  Last 4 digits of account number  __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____<br><br>For notice purposes | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Taxes<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $0.00 | $0.00 |

Debtor    Case 1:24-bk-11323-VK    Doc 96    Filed 09/23/24    Entered 09/23/24 18:31:10    Desc
Case number (if known)
Name
Main Document    Page 25 of 99

**Part 1:**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**
Canada Revenue Agency
1168 W Pender St
Vancouver, BC V6E 3H8
Canada
**Date or dates debt was incurred**

   **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $17,438.37    Priority amount: $15,150.00

---

**2.5** **Priority creditor's name and mailing address**
City of Los Angeles Tax Collector
Office of Finance Special Desk Unit
200 N Spring St, Rm 101
Los Angeles, CA 90012
**Date or dates debt was incurred**

   **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: $0.00

---

**2.6** **Priority creditor's name and mailing address**
Colorado Dept of Revenue
Denver, CO 80261-0006
**Date or dates debt was incurred**

   **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: $0.00

---

**2.7** **Priority creditor's name and mailing address**
Colorado Dept of Revenue
Denver, CO 80261-0005
**Date or dates debt was incurred**

   **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: $0.00

---

**2.8** **Priority creditor's name and mailing address**
Employment Development Dept
P.O. Box 826880
MIC 92E
Sacramento, CA 94280-0001
**Date or dates debt was incurred**

   **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: $0.00

---

**2.9** **Priority creditor's name and mailing address**
Franchise Tax Board
Business Entity Bankruptcy MS A345
P.O. Box 2952
Sacramento, CA 95812-2952
**Date or dates debt was incurred**

   **Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: $0.00

**2.10** **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:
Check all that apply.

Illinois Dept of Revenue
P.O. Box 19048
Springfield, IL 62794-9048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Taxes

**Last 4 digits of account number** __ __ __ __

**Is the the claim subject to offset?**

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

☑ No.
☐ Yes.

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 2 of 29

Debtor   Case 1:24-bk-11323-VK   Doc 96   Filed 09/23/24   Entered 09/23/24 18:31:10   Desc
   Case number (if known)
   Name
Main Document   Page 27 of 99

**Part 1:**   **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.11** Priority creditor's name and mailing address
IRS
P.O. Box 7346
Philadelphia, PA 19101-7346
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

For notice purposes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: $0.00

---

**2.12** Priority creditor's name and mailing address
Kimberly A Boodjeh
Attn: Kim Boodjeh (Bolek)
7022 Kingscote Park
Independence, OH 44131
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $626.80   Priority amount: $626.80

---

**2.13** Priority creditor's name and mailing address
Los Angeles County Treasurer & Tax Collector
225 N Hill St, Ste 1
Los Angeles, CA 90012
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

For notice purposes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: $0.00

---

**2.14** Priority creditor's name and mailing address
Mark Salamon
305 Whitetail Cir
Lafayette, CO 80026
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,125.00   Priority amount: $4,125.00

---

**2.15** Priority creditor's name and mailing address
Massachusetts Dept of Revenue
Executive Office for Administration & Finance
100 Cambridge St
Boston, MA 02204
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: $0.00

---

**2.16** Priority creditor's name and mailing address
Michigan Dept of Treasury
P.O. Box 30774
Lansing, MI 48909
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: $0.00

---

**2.17** Priority creditor's name and mailing address
Michigan Dept of Treasury
Lansing, MI 48922
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: $0.00

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.18** Priority creditor's name and mailing address
Nevada Dept of Taxation
555 E Washington Ave, Ste 1300
Las Vegas, NV 89101
**Date or dates debt was incurred**
_____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00   $0.00

**2.19** Priority creditor's name and mailing address
Oregon Dept of Revenue
P.O. Box 14950
Salem, OR 97309-0950
**Date or dates debt was incurred**
_____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00   $0.00

**2.20** Priority creditor's name and mailing address
State of Washington Dor
P.O. Box 47464
Olympia, WA 98504-7464
**Date or dates debt was incurred**
_____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$907.62   $907.62

**2.21** Priority creditor's name and mailing address
Virginia Dept of Taxation
P.O. Box 1500
Richmond, VA 23218-1500
**Date or dates debt was incurred**
_____
**Last 4 digits of account number** __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00   $0.00

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims,
fill out and attach the Additional Page of Part 2

| | | |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>1010Data Services LLC<br>Attn: Carmela Diaz<br>P.O. Box 675085<br>Detroit, MI 48267-5085<br><br>**Date or dates debt was incurred** ————————<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $6,000.00 |
| **3.2** **Nonpriority creditor's name and mailing address**<br>A360<br>1955 Lake Park Dr, Ste 400<br>Smyrna, GA 30080<br><br>**Date or dates debt was incurred** ————————<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $117,450.00 |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Acosta Inc<br>Attn: Evonna Summers<br>P.O. Box 742959<br>Atlanta, GA 30374-2959<br><br>**Date or dates debt was incurred** ————————<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $34,995.24 |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Advantage Sales & Marketing<br>Attn: Lee Rasmussen<br>7905 Golden Triangle Dr, Ste 150<br>Eden Prairie, MN 55344-7220<br><br>**Date or dates debt was incurred** ————————<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $257.71 |
| **3.5** **Nonpriority creditor's name and mailing address**<br>Ahold Financial Services<br>3213 Paysphere Cir<br>Chicago, IL 60674<br><br>**Date or dates debt was incurred** ————————<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $3,873.64 |
| **3.6** **Nonpriority creditor's name and mailing address**<br>American Associated Pharmacies<br>201 Lonnie E Crawford Blvd<br>Scottsboro, AL 35769<br><br>**Date or dates debt was incurred** ————————<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $382.00 |

Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address
American Express
Attn: Tracy Fuller
P.O. Box 0001
Los Angeles, CA 90096-8000

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$57,480.05

**3.8** Nonpriority creditor's name and mailing address
Amware Fulfillment LLC
Attn: Minerva Castro
P.O. Box 956430
Duluth, GA 30095

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$95,583.57

**3.9** Nonpriority creditor's name and mailing address
Apg Inc
Attn: Conroy Ing
1733 H St, Ste 450 – 138
Blaine, WA 98230

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$24,600.00

**3.10** Nonpriority creditor's name and mailing address
Armanino LLP
Attn: Ken Teasdale
P.O. Box 398285
San Francisco, CA 94139-8285

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$539,288.29

**3.11** Nonpriority creditor's name and mailing address
Ballard Spahr LLP
Attn: Craig Ganz
1735 Market St, 51St Fl
Philadelphia, PA 19103-7599

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$152,014.05

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.12** **Nonpriority creditor's name and mailing address**
Berg Marketing Group
Attn: Jason Carik
36233 Idaho Dr
Sterling Heights, MI 48312

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $10,432.35

---

**3.13** **Nonpriority creditor's name and mailing address**
Best One Consultng Group
4790 Irvine Blvd, Ste 600
Irvine, CA 92620

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $656.25

---

**3.14** **Nonpriority creditor's name and mailing address**
Brex Inc
12832 Frontrunner Blvd
Draper, UT 84020

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $210.00

---

**3.15** **Nonpriority creditor's name and mailing address**
Call & Jensen
610 Newport Center Dr, Ste 700
Newport Beach, CA 92660

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $1,655.50

---

**3.16** **Nonpriority creditor's name and mailing address**
Canadian Analytical Lab
6733 Kitimat Rd
Mississauga, ON L5N 1W3
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $4,449.05

---

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17** **Nonpriority creditor's name and mailing address**
Captek Softgels International Inc
Attn: Terry Jackson
16218 Arthur St
Cerritos, CA 90703

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$41,460.64

**3.18** **Nonpriority creditor's name and mailing address**
Cdz Sales Inc
Attn: Scott Zitiello
P.O. Box 1472
Palm Harbor, FL 34684

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$363.34

**3.19** **Nonpriority creditor's name and mailing address**
Certified Laboratories
3120 N Clybourn Ave
Burbank, CA 91505

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$665.00

**3.20** **Nonpriority creditor's name and mailing address**
Circana
fka Iri Canada Ltd
P.O. Box 310
Toronto, ON M5C 2J4
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$3,905.04

**3.21** **Nonpriority creditor's name and mailing address**
Circana LLC
203 N Lasalle St
Chicago, IL 60601

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$15,870.00

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | $22,949.00 |

**3.22**   **Nonpriority creditor's name and mailing address**
Clark Hill
Attn: Sander Zagzebski
P.O. Box 3760
Pittsburgh, PA 15230

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$22,949.00

---

**3.23**   **Nonpriority creditor's name and mailing address**
Cnb Commercial Visa Card

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$15.00

---

**3.24**   **Nonpriority creditor's name and mailing address**
Coast 3PL
Attn: Chris Uribe
P.O. Box 1077
Guasti, CA 91743

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

This vendor's claim of $12,300.00 as of the petition date was paid pursuant to the Final Critical Vendor Order Docket Number 81

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.25**   **Nonpriority creditor's name and mailing address**
Coast Warehouse
Attn: Chris Uribe
P.O. Box 1077
Guasti, CA 91743

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

This vendor's claim of $130,966.75 as of the petition date was paid pursuant to the Final Critical Vendor Order Docket Number 81

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.26**   **Nonpriority creditor's name and mailing address**
Commerce Bank
P.O. Box 846451
Kansas City, MO 64184-6451

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,450.06

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**
Connected Cfo LLC
3812 Flowering Grove Ct
Louisville, KY 40241

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $1,500.00

---

**3.28** | **Nonpriority creditor's name and mailing address**
Connell Communications
Attn: Monica Leach
155 Washington St
Keene, NH 03431

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $36,600.00

---

**3.29** | **Nonpriority creditor's name and mailing address**
Conohan
626 Wilshire Blvd, Ste 550
Los Angeles, CA 90017

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Pending Litigation
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** Undetermined

---

**3.30** | **Nonpriority creditor's name and mailing address**
Copperpoint Insurance Co
P.O. Box 33069
Phoenix, AZ 85067-3069

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $10,948.00

---

**3.31** | **Nonpriority creditor's name and mailing address**
CR3 Partners LLC
Attn: Mike Juniper
13355 Noel Rd, Ste 2005
Dallas, TX 75240

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Professionals
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $39,321.35

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

**3.32** **Nonpriority creditor's name and mailing address**
Creative Sales & Marketing
Attn: Mark Beard
16607 Blanco Rd, Ste 804
San Antonio, TX 78232

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11,953.94

---

**3.33** **Nonpriority creditor's name and mailing address**
Dentons Canada LLP
Attn: Andreas Kloppenborg
77 King St W, Ste 400
Toronto, ON M5K 0A1
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$27,340.16

---

**3.34** **Nonpriority creditor's name and mailing address**
Digital Media Innovations
7108 S Alton Way #H
Centennial, CO 80112

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11,708.00

---

**3.35** **Nonpriority creditor's name and mailing address**
Direct Sales & Marketing
141 Windmill Pointe Cir
Hendersonville, TN 37075

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,429.18

---

**3.36** **Nonpriority creditor's name and mailing address**
Dsv Air & Sea
Attn: Rodolfo Chacon
2200 Yukon Ct
Milton, ON L9E 1N5
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,426.70

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** | | **Amount of claim** |
|---|---|---|---|

**3.37**

**Nonpriority creditor's name and mailing address**
Dsv Road Inc
Attn: Rodolfo Chacon
2200 Yukon Ct
Milton, ON L9E 1N5
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$9,501.78

---

**3.38**

**Nonpriority creditor's name and mailing address**
Dsv Solutions Inc
Attn: Rodolfo Chacon
8590 Airport Rd
Brampton, ON L6T 5A3
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$22,546.43

---

**3.39**

**Nonpriority creditor's name and mailing address**
Expertvoice
Dept Ch 19775
Palatine, IL 60055-9775

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$8,985.61

---

**3.40**

**Nonpriority creditor's name and mailing address**
Fedex
Attn: Veronica Figueroa
Dept La
P.O. Box 21415
Pasadena, CA 91185-1415

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$22,143.59

---

**3.41**

**Nonpriority creditor's name and mailing address**
Feel Rite Natural Food Shoppes, Inc
1445 Niagara Falls Blvd, Ste 100
Amherst, NY 14228

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$580.00

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.42** | **Nonpriority creditor's name and mailing address**
Feldkamp Marketing
Attn: Dan Feldkamp
7691 Five Mile Rd, Ste 203
Cincinnati, OH 45230

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$12,416.42

**3.43** | **Nonpriority creditor's name and mailing address**
Full Stream Group
Attn: Michelle Bilodeau
329 Butterfield Rd
San Anselmo, CA 94960

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$72,388.94

**3.44** | **Nonpriority creditor's name and mailing address**
Gowling Wlg (Canada) LP
P.O. Box 466, Stn D
Ottawa, ON K1P 1C3
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$2,729.71

**3.45** | **Nonpriority creditor's name and mailing address**
Guise
Attn: Gary Guise
2008 N Country Club Dr
Canby, OR 97013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$2,425.09

**3.46** | **Nonpriority creditor's name and mailing address**
Healthy Life Market
1603 Kanawha Blvd W
Charleston, WV 25837

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$1,104.00

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.47** Nonpriority creditor's name and mailing address
Herb Shop Ii
11173 Tara Blvd
Hampton, GA 30228

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$419.68

**3.48** Nonpriority creditor's name and mailing address
Herman Reese
722 Washington Ave, Ste 202
Golden, CO 80401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Pending Litigation
Is the the claim subject to offset?
☑ No.
☐ Yes.

Undetermined

**3.49** Nonpriority creditor's name and mailing address
Hollywood Alliance Canada Inc
Attn: Allan Lever
7 St Thomas St, Ste 208
Toronto, ON M5S 2B7
Canada

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$17,336.80

**3.50** Nonpriority creditor's name and mailing address
Ibotta Inc
1801 California St, Ste 400
Denver, CO 80202

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,098.96

**3.51** Nonpriority creditor's name and mailing address
Informa Media
Attn: Michelle Marzullo
24652 Network Pl
Chicago, IL 60673

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$28,452.00

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| | | |
|---|---|---|
| **3.52** | **Nonpriority creditor's name and mailing address**<br>Information Resources Inc<br>Attn: Revenue Accounting<br>4766 Paysphere Cir<br>Chicago, IL 60674<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $138,568.41 |
| **3.53** | **Nonpriority creditor's name and mailing address**<br>Inmar Brand Solutions Inc<br>Attn: Billing Dept<br>1 W 4th St, Sie 500<br>Winston-Salem, NC 27101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $96,493.00 |
| **3.54** | **Nonpriority creditor's name and mailing address**<br>Inmar Promotions-Canada Inc<br>1 W 4th St, Sie 500<br>Winston-Salem, NC 27101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $1,112.94 |
| **3.55** | **Nonpriority creditor's name and mailing address**<br>Inmar-Oiq LLC<br>P.O. Box 604026<br>Charlotte, NC 28260-4026<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $10,000.00 |
| **3.56** | **Nonpriority creditor's name and mailing address**<br>Interwest Brokerage, Inc<br>Attn: Kristy Healey<br>1893 W 3600 S<br>W Valley City, UT 84119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $2,052.61 |

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** | **Nonpriority creditor's name and mailing address**
Jk Sales
Attn: John Kotkosky
12 Melfort Dr
Pinehurst, NC 28374

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,460.30

---

**3.58** | **Nonpriority creditor's name and mailing address**
Johnson & Bertram LLP
27201 Puerta Real, Ste 300
Mission Viejo, CA 92691

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,531.24

---

**3.59** | **Nonpriority creditor's name and mailing address**
Jwp Sales
Attn: Joe Poletsky
157 Sheephill Rd
Riverside, CT 06878

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,991.38

---

**3.60** | **Nonpriority creditor's name and mailing address**
K1 Packaging Group
Attn: Amelia Alianto
17989 E Arenth Ave
City Of Industry, CA 91748

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$94,942.12

---

**3.61** | **Nonpriority creditor's name and mailing address**
Karled Enterprises (Kld)
Attn: Marc D. Guren
1447 Cloverfield Blvd, Ste 200
Santa Monica, CA 90404

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
Former Landlord
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,137,382.81

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 16 of 29

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.62** Nonpriority creditor's name and mailing address
KSE Sportsman Media
1000 Chopper Circle
Denver, CO 80204

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,156.00

---

**3.63** Nonpriority creditor's name and mailing address
Landsberg
P.O. Box 101144
Pasadena, CA 91189-1144

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19,021.65

---

**3.64** Nonpriority creditor's name and mailing address
Louis F Leeper Co
Attn: Tom Corella
419 Friday Road
Pittsburgh, PA 15209

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,458.78

---

**3.65** Nonpriority creditor's name and mailing address
Mark Judkins Consulting Co
7402 3/4 Arizona Ave
Los Angeles, CA 90045

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,498.00

---

**3.66** Nonpriority creditor's name and mailing address
Media Brokers Int'l
Attn: Kenneth Dill
6 Concourse Pkwy, Ste 1850
Atlanta, GA 30328-6117

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$415,423.00

---

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.67** | **Nonpriority creditor's name and mailing address**
Media Max Network, LLC
564 Talbotton St
Greenville, GA 30222

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis of claim:**
Pending Litigation
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim** $63,526.00

---

**3.68** | **Nonpriority creditor's name and mailing address**
Mike Sullivan Sales Co
Attn: Mike Sullivan
1674 E Cliff Rd
Burnsville, MN 55337

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim** $115.79

---

**3.69** | **Nonpriority creditor's name and mailing address**
Mittenthal Associates/P&Gb Inc
Attn: Brent Balzarini
1315 NW Mall St, Ste 1
Issaquah, WA 98027

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim** $3,116.05

---

**3.70** | **Nonpriority creditor's name and mailing address**
Mrc Smart Technology Solutions
P.O. Box 843760
Los Angeles, CA 90084-3760

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim** $1,113.74

---

**3.71** | **Nonpriority creditor's name and mailing address**
Nielsen Consumer LLC
Attn: Mike Galaburda
P.O. Box 88956
Chicago, IL 60695-8956

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim** $62,766.59

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.72** Nonpriority creditor's name and mailing address
Nsf International
P.O. Box 77000
Detroit, MI 48277-1380

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,260.00

---

**3.73** Nonpriority creditor's name and mailing address
Nuborn Express Inc
17103 Kingview Ave
Carson, CA 90746

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$29,672.08

---

**3.74** Nonpriority creditor's name and mailing address
Oc & C Strategy Consultants
Attn: Coye Nokes
250 W 55th St
Brooklyn, NY 11212

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$300,000.00

---

**3.75** Nonpriority creditor's name and mailing address
Omega Sales
Attn: Ken Miller
3701 Lone Tree Way, Ste 9
Antioch, CA 94509

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,068.83

---

**3.76** Nonpriority creditor's name and mailing address
Paragon Laboratories
Attn: Jay Kaufman
20433 Earl St
Torrance, CA 90503

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$171,404.35

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 19 of 29

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.77** **Nonpriority creditor's name and mailing address**
Partner's Delivery Inc
10837 Commerce Way, Ste D
Fontana, CA 92337

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$2,447.00

**3.78** **Nonpriority creditor's name and mailing address**
Peco Pallet Inc
2990 Momentum Pl
Chicago, IL 60689-5329

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$12,075.21

**3.79** **Nonpriority creditor's name and mailing address**
Phil Bortman & Associates
Attn: Phil Bortman
29777 Telegraph Rd, Ste 1637
Southfield, MI 48034

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$4,052.56

**3.80** **Nonpriority creditor's name and mailing address**
Precision Sales & Marketing
23 Vause St
Northport, NY 11768

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$1,919.29

**3.81** **Nonpriority creditor's name and mailing address**
Pure Green Corp
5455 Wilshire Blvd, Ste 1410
Los Angeles, CA 90036

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$144.51

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.82** | **Nonpriority creditor's name and mailing address**<br>Quotient<br>Attn: Rustam Singh<br>545 Washington Blvd, 8th Fl<br>Jersey City, NJ 07310 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,700.00 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

| | | |
|---|---|---|
| **3.83** | **Nonpriority creditor's name and mailing address**<br>Rakuten Marketing LLC<br>P.O. Box 415613<br>Boston, MA 02241-5613 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $489.53 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

| | | |
|---|---|---|
| **3.84** | **Nonpriority creditor's name and mailing address**<br>Resources Wholesale, Inc<br>15240 E Stardust Dr<br>Fountain Hills, AZ 85268 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68.04 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

| | | |
|---|---|---|
| **3.85** | **Nonpriority creditor's name and mailing address**<br>Retail Business Solutions, Inc<br>Attn: Dave Mcdermott<br>3079 Silver Lake Blvd<br>Silver Lake Village, OH 44224 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,772.65 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

| | | |
|---|---|---|
| **3.86** | **Nonpriority creditor's name and mailing address**<br>Robinson Pharma<br>Attn: Tom Nguyen<br>3330 S Harbor Blvd<br>Santa Ana, CA 92704 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

This vendor's claim of $2,781,414.86 as of the petition date was paid pursuant to the Final Critical Vendor Order Docket Number 81

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.87** **Nonpriority creditor's name and mailing address**
Rpm Group
Attn: Russ Heithoff
305 Sw 18Th, Ste 3
Bentonville, AR 72712

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$23,654.42

---

**3.88** **Nonpriority creditor's name and mailing address**
Rsm US LLP
Attn: Ryan Schloer
4650 E 53rd St
Davenport, IA 52807

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$157,500.00

---

**3.89** **Nonpriority creditor's name and mailing address**
Rust Logistics
Attn: Jesse Bramer
15353 Old Hwy 80
El Cajon, CA 92021

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$900.00

---

**3.90** **Nonpriority creditor's name and mailing address**
Save Naturally Inc
3632 E Baranca Ct
Gilbert, AZ 85297

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$72.68

---

**3.91** **Nonpriority creditor's name and mailing address**
Select Staffing
P.O. Box 512007
Los Angeles, CA 90051-0007

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$2,775.72

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.92** **Nonpriority creditor's name and mailing address**
Shankman & Associates, Inc
Attn: James Forman
31635 Aurora Rd
Solon, OH 44139

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$177.02

**3.93** **Nonpriority creditor's name and mailing address**
Silvertip LLC
Attn: Joanne Sundeen
PMB 161
Hermosa Beach, CA 90254

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$36,934.58

**3.94** **Nonpriority creditor's name and mailing address**
Smyth Publishing Services, Inc.
Po Box 8081
New Fairfield, Ct 06812

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$17,000.00

**3.95** **Nonpriority creditor's name and mailing address**
Socalgas
P.O. Box C
Monterey Park, CA 91756-5111

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$29.34

**3.96** **Nonpriority creditor's name and mailing address**
Southeastern Grocers
8928 Prominence Pkwy, Bldg 200
Jacksonville, FL 32256

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$2,500.00

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.97** Nonpriority creditor's name and mailing address
Specialized Marketing Intl
Attn: Katie Boone Wilson
8220 Elmbrook Dr
Dallas, TX 75247

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,634.85

**3.98** Nonpriority creditor's name and mailing address
Spins LLC
Attn: Nicole Brock
P.O. Box 776803
Chicago, IL 60677-6803

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$25,000.02

**3.99** Nonpriority creditor's name and mailing address
Sps Commerce Inc
P.O. Box 205782
Dallas, TX 75320-5782

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$7,639.80

**3.100** Nonpriority creditor's name and mailing address
Star Sales & Marketing
Attn: Autumn Hoffman
3000 Hayes Rd
Houston, TX 77082

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$556.00

**3.101** Nonpriority creditor's name and mailing address
Sunshine Fym
PO Box 931293
Atlanta, GA 31193-1293

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$100.00

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**
Telus Agriculture & Consumer Goods (US) Inc
Attn: Shawnell Budnick
6 Corporate Dr, Ste 422
Shelton, CT 06484

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**$16,488.00**

---

**3.103** **Nonpriority creditor's name and mailing address**
The Renew Co LLC
4031 Aspen Grove Dr, Ste 370
Franklin, TN 37067

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**$10,892.00**

---

**3.104** **Nonpriority creditor's name and mailing address**
The Shuster Group LLC
Attn: Jim Shuster
2213 Mendon Rd
Woonsocket, RI 02895

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**$6,262.85**

---

**3.105** **Nonpriority creditor's name and mailing address**
The Swanson Group
Attn: Rich Swanson
2150 E Lake Cook Rd, Ste 325
Buffalo Grove, IL 60089

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**$93,899.64**

---

**3.106** **Nonpriority creditor's name and mailing address**
Tls Transportation Inc
Attn: Terry Swearengin
41840 Mc Alby Ct, Ste A
Murrieta, CA 92562

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

This vendor's claim of $301,411.06 as of the petition date
was paid pursuant to the Final Critical Vendor Order Docket
Number 81

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**$0.00**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 25 of 29

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.107**
**Nonpriority creditor's name and mailing address**
Tls Transportation Inc (3Pl)
Attn: Terry Swearengin
41810 Mcalby Ct
Murrieta, CA 92562

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

This vendor's claim of $14,813.00 as of the petition date was paid pursuant to the Final Critical Vendor Order Docket Number 81

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$0.00

---

**3.108**
**Nonpriority creditor's name and mailing address**
Tmz
Attn: Matthew R. Menke
14006 S Shore Dr
Clive, IA 50325

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$100.85

---

**3.109**
**Nonpriority creditor's name and mailing address**
Trisha Vaughn
9440 Santa Monica Blvd, Ste 301
Beverly Hills, CA 90210

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis of claim:**
Pending Litigation
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

Undetermined

---

**3.110**
**Nonpriority creditor's name and mailing address**
Trustpilot, Inc
P.O. Box 392680
Pittsburgh, PA 15251-9680

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$3,000.00

---

**3.111**
**Nonpriority creditor's name and mailing address**
Venable LLP
P.O. Box 62727
Baltimore, MD 21264-2727

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$2,310.00

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 26 of 29 |
|---|---|---|

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.112** | **Nonpriority creditor's name and mailing address**
West Bloomfield Market LLC
30777 Northwestern Hwy, Ste 301
Farmington Hills, MI 48334

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**$400.00**

---

**3.113** | **Nonpriority creditor's name and mailing address**
Wfbm, LLP
19900 Macarthur Blvd, Ste 1150
Irvine, CA 92612-8433

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**$5,308.72**

---

**3.114** | **Nonpriority creditor's name and mailing address**
Wilson Elser
555 S Flower St, Ste 2900
Los Angeles, CA 90071

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**$467.50**

---

**3.115** | **Nonpriority creditor's name and mailing address**
Zapp Packaging Inc
Attn: Dan Entzminger
1921 S Business Pkwy
Ontario, CA 91761

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**$94,240.38**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 27 of 29

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for debts listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

Debtor _____ Case number (if known) _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5.a **Total claims from Part 1.** | 5a |  | $27,035.09 |
| 5.b **Total claims from Part 2.** | 5b | + | $4,644,010.95 |
| 5.c **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c | 5c | + | $4,671,046.04 |

Fill in this information to identify the case:

Debtor name: **Irwin Naturals**

United States Bankruptcy Court for the **Central** Division, District of  **California**

Case number (If known):  **24-11323**

☐ **Check if this is an amended filing**

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| 1. Does the debtor have any executory contracts or unexpired leases? |
|---|

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Trademark Licensing Agreeement | 5310 Holdings, LLC (Co-Debtor/Insider), 300 Corporate Pointe, Ste 550, Culver City, CA 90230 |
| | State the term remaining | 15 years | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | ADP, 1 ADP Blvd , Roseland, NJ 07068 |
| | State the term remaining | 8 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Servces Agreement | Airespring, 600 Cleveland St, Ste 226, Clearwater , FL 33755 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Subscripion Agreement | Brightedge Technologies , 989 E Hillsdale Blvd, Ste 300, Foster City, CA 94404 |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Communications Agreement | Charter Communications Operating, LLC , 550 Continental Blvd, El Segundo, CA 90245 |
| | State the term remaining | 34 Months | |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Services | Coast Warehouse Company , 4750 Zinfandel Ct, Ontario, CA 91761 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |

Debtor _____ Case number (if known) _____
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | Unexpired Lease | Culver Pointe, LLC, 300 Corporate Pointe, Ste 220, Culver City , CA 90230 |
| | **State the term remaining** | 29 Months | |
| | **List the contract number of any government contract** | | |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreeement | DSV Solutions Inc, 2200 Yukon Crt, Milton, ON L9E 1N5, Canada |
| | **State the term remaining** | 9 months | |
| | **List the contract number of any government contract** | | |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** | Trademark Licensing Agreeement | Genomma Lab USA , 3737 Buffalo Speedway, Ste 1975, Houston, TX 77098 |
| | **State the term remaining** | 10 months | |
| | **List the contract number of any government contract** | | |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Peac Solutions , 300 Fellowship Rd, Mt Laurel , NJ 08054 |
| | **State the term remaining** | 25 Months | |
| | **List the contract number of any government contract** | | |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Quadiant Leasing, 210 Progress, Ste 100, Irvine, CA 92618 |
| | **State the term remaining** | 13 Months | |
| | **List the contract number of any government contract** | | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement | Threshold Enterprises Ltd, 23 Janis Way, Scotts Valley, CA 95066 |
| | **State the term remaining** | 34 Months | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor name: **Irwin Naturals**

United States Bankruptcy Court for the **Central** Division, District of **California**

Case number (If known): **24-11323**

☐ **Check if this is an amended filing**

# Official Form 206H

# Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes.

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 Irwin Naturals Cannabis, Inc | 123 W Nye Ln, Ste 129<br>Carson City, NV 89706 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Serenity Health LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Midwest Ketafusion, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 KHC Capital Group, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Ketamine Management, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 Ketamine Health Centers of Weston, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 Ketamine Health Centers, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 Ketamine Health Centers of Orlando, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 Ketamine Health Center of Bonita Springs, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |

Debtor _____
Name

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|---|

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.11 | Ketamine Health Centers of West Palm Beach, L | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Keta Media, LLC | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Irwin Naturals, Inc | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | DAI US HoldCo, Inc | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | 5310 Holdings, LLC | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |

| Official Form 206H | **Schedule H: Codebtors** | Page 2 of 2 |
|---|---|---|

Debtor name: **Irwin Naturals**

United States Bankruptcy Court for the **Central** Division, District of **California**

Case number (If known): **24-11323**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [✓] *Schedule A/B: Assets-Real and Personal Property*    (Official Form 206 A/B)
- [✓] *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206 D)
- [✓] *Schedule E/F: Creditors Who Have Claims Unsecured Claims*    (Official Form 206 E/F)
- [✓] *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206 G)
- [✓] *Schedule H: Codebtors*    (Official Form 206 H)
- [✓] *Summary of Assets and Liabilities for Non-Individuals*    (Official Form 206Sum)
- [ ] *Amended Schedule*
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- [ ] *Other document that requires a declaration*

I, the CEO of the Irwin Naturals, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 56 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| Executed on: | Monday, September 23rd, 2024 | Signature | /s/ Klee Irwin |
|---|---|---|---|
| | MM / DD / YYYY | | |
| | | Printed Name | Klee Irwin |
| | | Title | CEO |

<table>
<tr><td colspan="2">**Fill in this information to identify the case:**</td></tr>
<tr><td colspan="2">Debtor name: **Irwin Naturals**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the **Central** Division, District of **California**</td></tr>
<tr><td colspan="2">Case number (If known): **24-11323**</td></tr>
</table>

☐ **Check if this is an amended filing**

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to 08/09/2024<br>MM / DD /YYYY    MM / DD /YYYY | | ☑ Operating a business<br>☐ Other | $55,874,453.89 |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM / DD /YYYY    MM / DD /YYYY | | ☑ Operating a business<br>☐ Other | $102,278,225.90 |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM / DD /YYYY    MM / DD /YYYY | | ☑ Operating a business<br>☐ Other | $121,200,253.66 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See attached Exhibit SOFA3<br><br>Creditor's name<br><br><br>Street<br><br><br>City          State          ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31)

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See attached Exhibit SOFA4 | | $ | |
| Insider's name | | | |
| Street | | | |
| City           State        ZIP Code | | | |
| **Relationship to debtor** | | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6

☑ None

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 See attached Exhibit SOFA6 | | | $ |
| Creditor's name | Last 4 digits of account number: XXXX- _ _ _ _ | | |
| Street | | | |
| City           State        ZIP Code | | | |

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 Conohan v. Irwin Naturals | Trap and Trace Violation (never formally served) | Superior Court of California, County of Los Angeles | ☑ Pending |
| **Case number** | | Name | ☐ On appeal |
| 24STCV19575 | | 111 North Hill Street | ☐ Concluded |
| | | Street | |
| | | Los Angeles           CA           90012 | |
| | | City           State        ZIP Code | |

| 7.2 | Dawn Patrol DBA Full Stream Group vs. Irwin Naturals | Breach of Contract | Superior Court of California, County of Los Angeles | ☐ Pending ☐ On appeal ☑ Concluded |
|---|---|---|---|---|
| | **Case number** | | Name | |
| | 24SMCV01647 | | 1725 Main Street | |
| | | | Street | |
| | | | Santa Monica | CA | 90401 |
| | | | City | State | ZIP Code |

| 7.3 | East West Bank v. Irwin Naturals, et al. | Breach of Contract (never formally served prior to dismissal) | Superior Court of California, County of Los Angeles | ☐ Pending ☐ On appeal ☑ Concluded |
|---|---|---|---|---|
| | **Case number** | | Name | |
| | 24STCV12034 | | 312 North Spring Street | |
| | | | Street | |
| | | | Los Angeles | CA | 90012 |
| | | | City | State | ZIP Code |

| 7.4 | Media Max Network, LLC v. Media Brokers International, Inc. et al. | Breach of Contract | State Court of Fulton County, State of Georgia | ☑ Pending ☐ On appeal ☐ Concluded |
|---|---|---|---|---|
| | **Case number** | | Name | |
| | 24EV001793 | | 185 Central Ave., S.W. | |
| | | | Street | |
| | | | Atlanta | GA | 30303 |
| | | | City | State | ZIP Code |

| 7.5 | Reese v. Irwin Naturals | Personal Injury Matter | Superior Court of California, County of Los Angeles | ☑ Pending ☐ On appeal ☐ Concluded |
|---|---|---|---|---|
| | **Case number** | | Name | |
| | 21STCV25158 | | 1725 Main Street | |
| | | | Street | |
| | | | Santa Monica | CA | 90401 |
| | | | City | State | ZIP Code |

| 7.6 | Vaughn v. Irwin Naturals | Advertising Injury | Superior Court of California, County of Los Angeles | ☑ Pending ☐ On appeal ☐ Concluded |
|---|---|---|---|---|
| | **Case number** | | Name | |
| | 24STCV01558 | | 312 North Spring Street | |
| | | | Street | |
| | | | Los Angeles | CA | 90012 |
| | | | City | State | ZIP Code |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

☑ **None**

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ **None**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | Youth Conservation Corp | Make a Wish foundation (golf tournament) | 03/31/2023 | $4,166.86 |
| | Recipient's name | | | |
| | 1020 W. Greenwood Ave. | | | |
| | Street | | | |
| | Waukegan | IL | 60087-4909 | | |
| | City | State | ZIP Code | | |
| | **Recipient's relationship to debtor** | | | |
| | Charity associated with Debtor's customer | | | |

| | | |
|---|---|---|
| 9.2 | Youth Conservation Corp | Make-a-Wish foundation (golf tournament) | 06/30/2023 | $200.00 |

| Recipient's name | | |
|---|---|---|
| 1020 W. Greenwood Ave. | | |
| Street | | |
| Waukegan | IL | 60087-4909 |
| City | State | ZIP Code |
| **Recipient's relationship to debtor** | | |
| Charity associated with Debtor's customer | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ **None**

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ **None**

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | See attached Exhibit SOFA11 | | | $ |
| | **Addresses** | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | **Email or website addresses** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ **None**

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ **None**

## Part 7:    Previous Locations

**14.** **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ **None**

| | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| 14.1 | 5310 Beethoven St. | | | From 1/19/1999 | To 7/31/2024 |
| | Street | | | | |
| | Los Angeles | CA | 90066 | | |
| | City | State | ZIP Code | | |
| 14.2 | 300 Corporate Pointe, Ste 550 | | | From 7/1/2024 | To Present |
| | Street | | | | |
| | Culver City | CA | 90230 | | |
| | City | State | ZIP Code | | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.** **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

--- diagnosing or treating injury, deformity, or disease, or

--- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ **None**

| Part 9: | Personally Identifiable Information |
|---|---|

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☐ No. Go to Part 9

☑ Yes. State the nature of the information collected and retained. In order to better serve individual customers we collect e-mail addresses, mail addresses, phone numbers and credit card numbers.

**Does the debtor have a privacy policy about that information?**

☐ No

☑ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Irwin Naturals 401K Plan | EIN: 45-0463960 |

Has the plan been terminated?

☑ No.

☐ Yes.

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.** **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ **None**

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ **None**

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ **None**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See attached Exhibit SOFA20 | | | ☑ No. |
| Name | Address | | ☐ Yes. |
| Street | | | |
| City        State        ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

☐ **None**

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Peac Solutions | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3 Copiers | $Undetermined |
| Name | | | |
| 300 Fellowship Road | | | |
| Street | | | |
| Mt Laurel        NJ        08054 | | | |
| City        State        ZIP Code | | | |
| Quadient | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | Posting Machine | $Undetermined |
| Name | | | |
| 210 Progress Suite 100 | | | |
| Street | | | |
| Irvine        CA        92618 | | | |
| City        State        ZIP Code | | | |
| Spectrum | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2 switches 1 Firewall | $Undetermined |
| Name | | | |
| 1900 Blue Crest Ln | | | |
| Street | | | |
| San Antonio        TX        78247 | | | |
| City        State        ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
   ☑ No.
   ☐ Yes. Provide details below

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
   ☑ No.
   ☐ Yes. Provide details below

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

☐ **None**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.1**

| 5310 Holdings, LLC | | IP Holding Company | | EIN: 85-0605028 | |
|---|---|---|---|---|---|
| Name | | | | **Dates business existed** | |
| 300 Corporate Pointe | | | | From  03/07/2014 | To  Present |
| Street | | | | | |
| Culver City | CA | 90230 | | | |
| City | State | ZIP Code | | | |

**25.2**

| Irwin Naturals Emergence, Inc. | | Operating Company of Mental Health Clinc Brand | EIN: 87-2772815 | |
|---|---|---|---|---|
| Name | | | **Dates business existed** | |
| 300 Corporate Pointe | | | From  09/17/2021 | To  Present |
| Street | | | | |
| Culver City | CA | 90230 | | |
| City | State | ZIP Code | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ **None**

**26a.1.**

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Sean Sand (CFO) | | | From  11/01/2022 | To 03/08/2024 |
| Name | | | | |
| 300 Corporate Pointe | | | | |
| Street | | | | |
| Culver City | CA | 90230 | | |
| City | State | ZIP Code | | |

**26a.2.**

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Mark Green (CFO) | | | From  03/08/2024 | To  Present |
| Name | | | | |
| 300 Corporate Pointe | | | | |
| Street | | | | |
| Culver City | CA | 90230 | | |
| City | State | ZIP Code | | |

**26a.3.**

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Sari Irwin (Controller) | | | From  Unknown | To  Present |
| Name | | | | |
| 300 Corporate Pointe | | | | |
| Street | | | | |
| Culver City | CA | 90230 | | |
| City | State | ZIP Code | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ **None**

26b.1.

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Armanino | | | From 08/31/2021 | To 11/22/2023 |
| Name | | | | |
| 21650 Oxnard St. Suite 2400 | | | | |
| Street | | | | |
| Woodland Hills | CA | 91367 | | |
| City | State | ZIP Code | | |

26b.2.

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Beach, Freeman, Lim and Cleland LLP | | | From 02/15/2024 | To Present |
| Name | | | | |
| 861 Parkview Dr N, Ste 200 | | | | |
| Street | | | | |
| El Segundo | CA | 90245 | | |
| City | State | ZIP Code | | |

26b.3.

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Jerrel G. John CPA | | | From Unknown | To Present |
| Name | | | | |
| 2901 N Ventura Rd | | | | |
| Street | | | | |
| Oxnard | CA | 93036 | | |
| City | State | ZIP Code | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑    **None**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ **None**

26d.1.

| Name and address | |
|---|---|
| See attached Exhibit SOFA26d | |
| Name | |
| | |
| Street | |
| City | State      ZIP Code |

## 27. **Inventories**

☐ No.

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Gordon Brothers | 7/31/24 | $10,278,000.00 |

27.1

| Gordon Brothers | |
|---|---|
| **Name and address of the person who has possession of inventory records** | **Basis of dollar amount** |
| 101 Huntington Ave, Ste 1100 | NOLV |
| Creditor's name | |
| Boston | |
| Street | |
| MA              02199          NOLV | |
| City           State         ZIP Code | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling
shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | CEO, President, Treasurer, Board Member | 98% Equity (between personal ownership and a family trust, all non-voting shares) |
| Mark Green | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | CFO and Secretary | N/A |
| Dan Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | COO | N/A |
| DAI US HoldCo, Inc. | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | Parent Company | 100% of voting stock, 2% of ownership stock |
| Irwin Naturals, Inc. | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | Ultimate Parent Company | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general
partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these
positions?**

☐ No.

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Sean Sand | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | CFO and Secretary | From 11/02/2022 To 03/08/2024 |
| Michael Tucker | FTI Consulting, 4835 E Cactus Rd, Ste 230, Scottsdale, AZ 85254 | Sole Director | From 05/13/2024 To 08/08/2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

☐ No.

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1**

See SOFA4

Name

_____

Street

_____

City          State          ZIP Code

**Relationship to debtor**

0.00

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No.

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| DAI US HoldCo, Inc. | EIN: 87-3857616 |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No.

☐ Yes. Identify below.

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on          09/23/2024
                     MM / DD / YYYY

/s/ Klee Irwin                               Printed name   Klee Irwin
Signature of individual signing on behalf of the debtor

Position or relationship to debtor          CEO

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 3

## CERTAIN PAYMENTS OR TRANSFERS TO CREDITORS
## WITHIN 90 DAYS BEFORE FILING THIS CASE

**Irwin Naturals**
**Case No. 24-11323**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 84.51 LLC | | 6/21/2024 | $11,133.33 | Trade Payable |
| **84.51 LLC Total** | | | **$11,133.33** | |
| ABM INDUSTRIES INCORPORATED | | 6/28/2024 | $300.00 | Trade Payable |
| ABM INDUSTRIES INCORPORATED | | 6/28/2024 | $300.00 | Trade Payable |
| ABM INDUSTRIES INCORPORATED | | 7/12/2024 | $4,400.00 | Trade Payable |
| ABM INDUSTRIES INCORPORATED | | 8/6/2024 | $4,325.00 | Trade Payable |
| **ABM INDUSTRIES INCORPORATED Total** | | | **$9,325.00** | |
| ACOSTA INC | | 5/10/2024 | $10,000.00 | Trade Payable |
| ACOSTA INC | | 5/16/2024 | $10,000.00 | Trade Payable |
| ACOSTA INC | | 5/23/2024 | $10,000.00 | Trade Payable |
| ACOSTA INC | | 5/31/2024 | $10,000.00 | Trade Payable |
| ACOSTA INC | | 6/14/2024 | $20,000.00 | Trade Payable |
| ACOSTA INC | | 6/21/2024 | $10,000.00 | Trade Payable |
| ACOSTA INC | | 6/27/2024 | $10,000.00 | Trade Payable |
| ACOSTA INC | | 7/8/2024 | $10,000.00 | Trade Payable |
| ACOSTA INC | | 7/12/2024 | $10,000.00 | Trade Payable |
| ACOSTA INC | | 7/18/2024 | $10,000.00 | Trade Payable |
| ACOSTA INC | | 8/1/2024 | $20,000.00 | Trade Payable |
| ACOSTA INC | | 8/8/2024 | $10,000.00 | Trade Payable |
| **ACOSTA INC Total** | | | **$140,000.00** | |
| ADP PAYROLL FUNDING ONLY | | 5/16/2024 | $223,963.76 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 5/16/2024 | $84,025.89 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 5/16/2024 | $558.96 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 5/30/2024 | $233,313.37 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 5/30/2024 | $87,286.70 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 5/30/2024 | $660.67 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 6/13/2024 | $213,221.28 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 6/13/2024 | $74,801.50 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 6/13/2024 | $565.92 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 6/27/2024 | $229,944.80 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 6/27/2024 | $87,708.33 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 6/27/2024 | $715.92 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 7/11/2024 | $213,528.24 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 7/11/2024 | $73,661.32 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 7/11/2024 | $715.92 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 7/25/2024 | $217,069.33 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 7/25/2024 | $90,295.39 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 7/25/2024 | $715.92 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 7/30/2024 | $79,693.52 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 7/31/2024 | $58,398.60 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 8/8/2024 | $172,735.08 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 8/8/2024 | $63,034.76 | Trade Payable |
| ADP PAYROLL FUNDING ONLY | | 8/8/2024 | $370.00 | Trade Payable |
| **ADP PAYROLL FUNDING ONLY Total** | | | **$2,206,985.18** | |
| AEROTEK INC. | | 5/16/2024 | $13,817.07 | Trade Payable |
| AEROTEK INC. | | 5/30/2024 | $6,441.70 | Trade Payable |
| AEROTEK INC. | | 6/14/2024 | $14,594.55 | Trade Payable |
| AEROTEK INC. | | 6/21/2024 | $6,358.20 | Trade Payable |
| AEROTEK INC. | | 6/26/2024 | $6,644.22 | Trade Payable |
| AEROTEK INC. | | 7/8/2024 | $7,064.12 | Trade Payable |
| AEROTEK INC. | | 7/11/2024 | $7,315.97 | Trade Payable |
| AEROTEK INC. | | 7/18/2024 | $6,807.11 | Trade Payable |
| AEROTEK INC. | | 8/1/2024 | $10,391.27 | Trade Payable |
| AEROTEK INC. | | 8/8/2024 | $3,005.74 | Trade Payable |
| **AEROTEK INC. Total** | | | **$82,439.95** | |
| American Express | | 5/17/2024 | $64,585.28 | Trade Payable |
| American Express | | 6/20/2024 | $37,345.19 | Trade Payable |
| American Express | | 7/19/2024 | $59,916.68 | Trade Payable |
| **American Express Total** | | | **$161,847.15** | |
| ANTHEM BLUE CROSS | | 5/24/2024 | $24,427.44 | Trade Payable |

**Irwin Naturals**
**Case No. 24-11323**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| ANTHEM BLUE CROSS | | 6/27/2024 | $68,008.61 | Trade Payable |
| ANTHEM BLUE CROSS | | 7/29/2024 | $59,273.65 | Trade Payable |
| **ANTHEM BLUE CROSS Total** | | | **$151,709.70** | |
| BALLARD SPAHR LLP | | 7/11/2024 | $35,696.70 | Trade Payable |
| BALLARD SPAHR LLP | | 8/1/2024 | $50,000.00 | Trade Payable |
| **BALLARD SPAHR LLP Total** | | | **$85,696.70** | |
| BEACH FREEMAN LIM & CLELAND | | 8/8/2024 | $18,465.00 | Trade Payable |
| **BEACH FREEMAN LIM & CLELAND Total** | | | **$18,465.00** | |
| BERG MARKETING GROUP | | 5/24/2024 | $715.75 | Trade Payable |
| BERG MARKETING GROUP | | 6/14/2024 | $2,121.03 | Trade Payable |
| BERG MARKETING GROUP | | 7/24/2024 | $3,826.11 | Trade Payable |
| BERG MARKETING GROUP | | 8/5/2024 | $1,941.97 | Trade Payable |
| **BERG MARKETING GROUP Total** | | | **$8,604.86** | |
| BEST ONE CONSULTNG GROUP | | 5/16/2024 | $787.50 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 5/30/2024 | $1,443.75 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 6/14/2024 | $700.00 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 6/21/2024 | $1,137.50 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 6/26/2024 | $1,312.50 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 7/5/2024 | $1,312.50 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 7/8/2024 | $1,312.50 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 7/12/2024 | $262.50 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 7/18/2024 | $743.75 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 8/1/2024 | $481.25 | Trade Payable |
| BEST ONE CONSULTNG GROUP | | 8/8/2024 | $306.25 | Trade Payable |
| **BEST ONE CONSULTNG GROUP Total** | | | **$9,800.00** | |
| BILLIE ANG | | 5/10/2024 | $2,118.76 | Trade Payable |
| BILLIE ANG | | 6/17/2024 | $1,350.00 | Trade Payable |
| BILLIE ANG | | 7/16/2024 | $3,150.00 | Trade Payable |
| BILLIE ANG | | 8/1/2024 | $1,500.00 | Trade Payable |
| **BILLIE ANG Total** | | | **$8,118.76** | |
| CA DEPT OF TAX AND FEE ADMINISTRATION | | 5/28/2024 | $2,503.52 | Trade Payable |
| CA DEPT OF TAX AND FEE ADMINISTRATION | | 6/25/2024 | $3,340.54 | Trade Payable |
| CA DEPT OF TAX AND FEE ADMINISTRATION | | 7/31/2024 | $1,735.94 | Trade Payable |
| **CA DEPT OF TAX AND FEE ADMINISTRATION Total** | | | **$7,580.00** | |
| CANADA REVENUE AGENCY | | 5/31/2024 | $15,805.71 | Trade Payable |
| CANADA REVENUE AGENCY | | 6/27/2024 | $13,397.81 | Trade Payable |
| CANADA REVENUE AGENCY | | 8/2/2024 | $57,271.18 | Trade Payable |
| **CANADA REVENUE AGENCY Total** | | | **$86,474.70** | |
| CANADIAN ANALYTICAL LAB | | 5/20/2024 | $1,925.22 | Trade Payable |
| CANADIAN ANALYTICAL LAB | | 5/31/2024 | $5,899.08 | Trade Payable |
| CANADIAN ANALYTICAL LAB | | 6/17/2024 | $2,016.59 | Trade Payable |
| CANADIAN ANALYTICAL LAB | | 7/11/2024 | $3,098.85 | Trade Payable |
| CANADIAN ANALYTICAL LAB | | 7/18/2024 | $1,557.88 | Trade Payable |
| CANADIAN ANALYTICAL LAB | | 8/2/2024 | $2,130.00 | Trade Payable |
| **CANADIAN ANALYTICAL LAB Total** | | | **$16,627.62** | |
| COAST 3PL | | 6/7/2024 | $1,424.51 | Trade Payable |
| COAST 3PL | | 6/21/2024 | $500.00 | Trade Payable |
| COAST 3PL | | 7/11/2024 | $4,267.90 | Trade Payable |
| COAST 3PL | | 7/18/2024 | $1,800.00 | Trade Payable |
| COAST 3PL | | 7/25/2024 | $1,133.28 | Trade Payable |
| COAST 3PL | | 8/1/2024 | $3,619.86 | Trade Payable |
| COAST 3PL | | 8/8/2024 | $3,243.04 | Trade Payable |
| **COAST 3PL Total** | | | **$15,988.59** | |
| COAST WAREHOUSE | | 5/16/2024 | $1,821.00 | Trade Payable |
| COAST WAREHOUSE | | 5/23/2024 | $5,430.00 | Trade Payable |
| COAST WAREHOUSE | | 6/7/2024 | $2,762.00 | Trade Payable |
| COAST WAREHOUSE | | 6/21/2024 | $325.75 | Trade Payable |
| COAST WAREHOUSE | | 6/26/2024 | $2,462.50 | Trade Payable |
| COAST WAREHOUSE | | 7/11/2024 | $651.50 | Trade Payable |
| COAST WAREHOUSE | | 7/18/2024 | $22,309.80 | Trade Payable |

**Irwin Naturals**
**Case No. 24-11323**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| COAST WAREHOUSE | | 7/25/2024 | $4,650.35 | Trade Payable |
| COAST WAREHOUSE | | 8/1/2024 | $12,447.00 | Trade Payable |
| COAST WAREHOUSE | | 8/8/2024 | $25,880.43 | Trade Payable |
| **COAST WAREHOUSE Total** | | | **$78,740.33** | |
| COLONIAL LIFE | | 5/31/2024 | $5,895.90 | Trade Payable |
| COLONIAL LIFE | | 6/27/2024 | $3,930.60 | Trade Payable |
| COLONIAL LIFE | | 7/30/2024 | $3,930.60 | Trade Payable |
| **COLONIAL LIFE Total** | | | **$13,757.10** | |
| COPPERPOINT INSURANCE COMPANY | | 5/16/2024 | $6,085.00 | Trade Payable |
| COPPERPOINT INSURANCE COMPANY | | 5/23/2024 | $74.00 | Trade Payable |
| COPPERPOINT INSURANCE COMPANY | | 6/14/2024 | $6,992.00 | Trade Payable |
| COPPERPOINT INSURANCE COMPANY | | 7/5/2024 | $6,085.00 | Trade Payable |
| **COPPERPOINT INSURANCE COMPANY Total** | | | **$19,236.00** | |
| CR3 PARTNERS LLC | | 5/23/2024 | $50,000.00 | Trade Payable |
| CR3 PARTNERS LLC | | 5/23/2024 | $34,340.16 | Trade Payable |
| CR3 PARTNERS LLC | | 5/31/2024 | $35,137.68 | Trade Payable |
| CR3 PARTNERS LLC | | 6/14/2024 | $85,397.84 | Trade Payable |
| CR3 PARTNERS LLC | | 7/9/2024 | $148,425.18 | Trade Payable |
| CR3 PARTNERS LLC | | 7/16/2024 | $35,762.22 | Trade Payable |
| CR3 PARTNERS LLC | | 8/1/2024 | $66,323.62 | Trade Payable |
| CR3 PARTNERS LLC | | 8/8/2024 | $40,785.19 | Trade Payable |
| **CR3 PARTNERS LLC Total** | | | **$496,171.89** | |
| CREATIVE SALES AND MARKETING | | 5/24/2024 | $1,314.97 | Trade Payable |
| CREATIVE SALES AND MARKETING | | 6/14/2024 | $3,684.71 | Trade Payable |
| CREATIVE SALES AND MARKETING | | 7/24/2024 | $2,689.41 | Trade Payable |
| CREATIVE SALES AND MARKETING | | 8/5/2024 | $3,548.85 | Trade Payable |
| **CREATIVE SALES AND MARKETING Total** | | | **$11,237.94** | |
| CULVER POINTE, LLC | | 5/15/2024 | $31,000.00 | Trade Payable |
| CULVER POINTE, LLC | | 7/1/2024 | $75.00 | Trade Payable |
| CULVER POINTE, LLC | | 7/1/2024 | $31,000.00 | Trade Payable |
| CULVER POINTE, LLC | | 8/1/2024 | $32,871.50 | Trade Payable |
| CULVER POINTE, LLC | | 8/1/2024 | $17,500.00 | Trade Payable |
| **CULVER POINTE, LLC Total** | | | **$112,446.50** | |
| CYM BUSINESS SOLUTIONS | | 6/4/2024 | $8,096.00 | Trade Payable |
| CYM BUSINESS SOLUTIONS | | 7/1/2024 | $6,256.00 | Trade Payable |
| CYM BUSINESS SOLUTIONS | | 8/1/2024 | $6,992.00 | Trade Payable |
| **CYM BUSINESS SOLUTIONS Total** | | | **$21,344.00** | |
| DEAN SWINNEY | | 5/16/2024 | $6,033.33 | Trade Payable |
| DEAN SWINNEY | | 6/4/2024 | $6,033.33 | Trade Payable |
| DEAN SWINNEY | | 6/14/2024 | $6,033.34 | Trade Payable |
| DEAN SWINNEY | | 7/1/2024 | $6,033.33 | Trade Payable |
| DEAN SWINNEY | | 7/18/2024 | $6,033.33 | Trade Payable |
| DEAN SWINNEY | | 7/26/2024 | $639.34 | Trade Payable |
| DEAN SWINNEY | | 8/1/2024 | $6,033.33 | Trade Payable |
| **DEAN SWINNEY Total** | | | **$36,839.33** | |
| DI ANGELO'S INSTALLATION | | 6/20/2024 | $15,146.63 | Trade Payable |
| DI ANGELO'S INSTALLATION | | 6/28/2024 | $30,000.00 | Trade Payable |
| DI ANGELO'S INSTALLATION | | 7/5/2024 | $10,046.63 | Trade Payable |
| DI ANGELO'S INSTALLATION | | 7/12/2024 | $5,100.49 | Trade Payable |
| DI ANGELO'S INSTALLATION | | 7/12/2024 | $28,293.04 | Trade Payable |
| DI ANGELO'S INSTALLATION | | 8/5/2024 | $28,292.54 | Trade Payable |
| **DI ANGELO'S INSTALLATION Total** | | | **$116,879.33** | |
| DRIVELINE RETAIL MERCHANDISING INC | | 5/10/2024 | $12,000.00 | Trade Payable |
| DRIVELINE RETAIL MERCHANDISING INC | | 5/23/2024 | $12,146.96 | Trade Payable |
| **DRIVELINE RETAIL MERCHANDISING INC Total** | | | **$24,146.96** | |
| DSV | | 5/16/2024 | $6,287.29 | Trade Payable |
| DSV | | 5/23/2024 | $3,307.74 | Trade Payable |
| DSV | | 5/23/2024 | $9,353.31 | Trade Payable |
| DSV | | 5/23/2024 | $11,870.22 | Trade Payable |
| DSV | | 5/30/2024 | $902.42 | Trade Payable |

**Irwin Naturals**
**Case No. 24-11323**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| DSV | | 5/30/2024 | $12,202.18 | Trade Payable |
| DSV | | 6/10/2024 | $9,077.68 | Trade Payable |
| DSV | | 6/10/2024 | $6,265.34 | Trade Payable |
| DSV | | 6/10/2024 | $1,828.03 | Trade Payable |
| DSV | | 6/17/2024 | $4,708.67 | Trade Payable |
| DSV | | 6/21/2024 | $6,352.56 | Trade Payable |
| DSV | | 6/21/2024 | $7,104.95 | Trade Payable |
| DSV | | 6/27/2024 | $1,373.85 | Trade Payable |
| DSV | | 6/27/2024 | $7,843.08 | Trade Payable |
| DSV | | 7/11/2024 | $10,045.77 | Trade Payable |
| DSV | | 7/11/2024 | $4,441.17 | Trade Payable |
| DSV | | 7/11/2024 | $693.63 | Trade Payable |
| DSV | | 7/18/2024 | $15,820.91 | Trade Payable |
| DSV | | 7/18/2024 | $3,773.31 | Trade Payable |
| DSV | | 7/25/2024 | $58,050.51 | Trade Payable |
| DSV | | 7/25/2024 | $1,189.36 | Trade Payable |
| DSV | | 7/25/2024 | $7,499.41 | Trade Payable |
| DSV | | 7/25/2024 | $6,924.73 | Trade Payable |
| DSV | | 8/2/2024 | $19,102.72 | Trade Payable |
| DSV | | 8/2/2024 | $1,456.57 | Trade Payable |
| DSV | | 8/8/2024 | $9,279.34 | Trade Payable |
| DSV | | 8/8/2024 | $2,124.03 | Trade Payable |
| **DSV Total** | | | **$228,878.78** | |
| EAST WEST BANK | | 5/21/2024 | $5,658.49 | Trade Payable |
| EAST WEST BANK | | 5/31/2024 | $63,969.26 | Trade Payable |
| EAST WEST BANK | | 5/31/2024 | $70,141.08 | Trade Payable |
| EAST WEST BANK | | 6/25/2024 | $5,889.01 | Trade Payable |
| EAST WEST BANK | | 7/1/2024 | $67,069.46 | Trade Payable |
| EAST WEST BANK | | 7/1/2024 | $63,969.27 | Trade Payable |
| EAST WEST BANK | | 7/11/2024 | $10,940.02 | Trade Payable |
| EAST WEST BANK | | 7/11/2024 | $11,811.39 | Trade Payable |
| EAST WEST BANK | | 7/23/2024 | $5,605.23 | Trade Payable |
| EAST WEST BANK | | 7/31/2024 | $61,905.73 | Trade Payable |
| EAST WEST BANK | | 7/31/2024 | $76,744.75 | Trade Payable |
| **EAST WEST BANK Total** | | | **$443,703.69** | |
| ECRM | | 7/11/2024 | $22,850.00 | Trade Payable |
| **ECRM Total** | | | **$22,850.00** | |
| ECS BRANDS LLC | | 6/21/2024 | $14,787.50 | Trade Payable |
| **ECS BRANDS LLC Total** | | | **$14,787.50** | |
| EDIS | | 5/10/2024 | $1,173.08 | Trade Payable |
| EDIS | | 5/14/2024 | $2,434.29 | Trade Payable |
| EDIS | | 5/21/2024 | $3,657.46 | Trade Payable |
| EDIS | | 5/29/2024 | $1,998.00 | Trade Payable |
| EDIS | | 5/29/2024 | $3,517.45 | Trade Payable |
| EDIS | | 6/4/2024 | $2,864.43 | Trade Payable |
| EDIS | | 6/12/2024 | $2,063.71 | Trade Payable |
| EDIS | | 6/18/2024 | $2,906.47 | Trade Payable |
| EDIS | | 6/25/2024 | $1,314.11 | Trade Payable |
| EDIS | | 6/27/2024 | $1,944.00 | Trade Payable |
| EDIS | | 7/2/2024 | $4,199.75 | Trade Payable |
| EDIS | | 7/10/2024 | $843.39 | Trade Payable |
| EDIS | | 7/16/2024 | $4,541.85 | Trade Payable |
| EDIS | | 7/23/2024 | $2,046.28 | Trade Payable |
| EDIS | | 7/31/2024 | $1,782.00 | Trade Payable |
| EDIS | | 7/31/2024 | $2,543.87 | Trade Payable |
| EDIS | | 8/6/2024 | $2,034.64 | Trade Payable |
| **EDIS Total** | | | **$41,864.78** | |
| FEDEX | | 5/20/2024 | $38,789.69 | Trade Payable |
| FEDEX | | 5/24/2024 | $33,750.09 | Trade Payable |
| FEDEX | | 5/31/2024 | $33,941.04 | Trade Payable |

**Irwin Naturals**
**Case No. 24-11323**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| FEDEX | | 6/3/2024 | $1,456.47 | Trade Payable |
| FEDEX | | 6/7/2024 | $39,133.69 | Trade Payable |
| FEDEX | | 6/7/2024 | $377.21 | Trade Payable |
| FEDEX | | 6/17/2024 | $33,265.54 | Trade Payable |
| FEDEX | | 6/17/2024 | $300.95 | Trade Payable |
| FEDEX | | 6/21/2024 | $389.26 | Trade Payable |
| FEDEX | | 6/21/2024 | $38,400.55 | Trade Payable |
| FEDEX | | 6/27/2024 | $29,291.29 | Trade Payable |
| FEDEX | | 7/5/2024 | $240.93 | Trade Payable |
| FEDEX | | 7/5/2024 | $36,698.71 | Trade Payable |
| FEDEX | | 7/11/2024 | $50,084.89 | Trade Payable |
| FEDEX | | 7/19/2024 | $25,042.76 | Trade Payable |
| FEDEX | | 7/22/2024 | $13,973.99 | Trade Payable |
| FEDEX | | 7/23/2024 | $25.44 | Trade Payable |
| FEDEX | | 7/29/2024 | $25,948.88 | Trade Payable |
| FEDEX | | 7/29/2024 | $32,246.93 | Trade Payable |
| FEDEX | | 8/5/2024 | $24,482.20 | Trade Payable |
| FEDEX | | 8/5/2024 | $14,048.92 | Trade Payable |
| FEDEX | | 8/5/2024 | $2,836.24 | Trade Payable |
| **FEDEX Total** | | | **$474,725.67** | |
| FELDKAMP MARKETING | | 5/24/2024 | $3,853.42 | Trade Payable |
| FELDKAMP MARKETING | | 6/14/2024 | $2,254.13 | Trade Payable |
| FELDKAMP MARKETING | | 7/24/2024 | $3,236.82 | Trade Payable |
| FELDKAMP MARKETING | | 8/5/2024 | $534.65 | Trade Payable |
| **FELDKAMP MARKETING Total** | | | **$9,879.02** | |
| FIDELITY INVESTMENT | | 5/17/2024 | $14,688.34 | Trade Payable |
| FIDELITY INVESTMENT | | 5/17/2024 | $1,272.96 | Trade Payable |
| FIDELITY INVESTMENT | | 6/3/2024 | $18,065.30 | Trade Payable |
| FIDELITY INVESTMENT | | 6/3/2024 | $1,296.12 | Trade Payable |
| FIDELITY INVESTMENT | | 6/17/2024 | $15,590.35 | Trade Payable |
| FIDELITY INVESTMENT | | 6/17/2024 | $1,504.48 | Trade Payable |
| FIDELITY INVESTMENT | | 7/1/2024 | $18,581.50 | Trade Payable |
| FIDELITY INVESTMENT | | 7/1/2024 | $1,504.48 | Trade Payable |
| FIDELITY INVESTMENT | | 7/15/2024 | $14,436.76 | Trade Payable |
| FIDELITY INVESTMENT | | 7/15/2024 | $1,504.48 | Trade Payable |
| FIDELITY INVESTMENT | | 7/31/2024 | $18,627.91 | Trade Payable |
| FIDELITY INVESTMENT | | 7/31/2024 | $1,504.48 | Trade Payable |
| FIDELITY INVESTMENT | | 8/2/2024 | $3,004.22 | Trade Payable |
| **FIDELITY INVESTMENT Total** | | | **$111,581.38** | |
| FORGE DIGITAL MARKETING LLC | | 5/20/2024 | $16,000.00 | Trade Payable |
| FORGE DIGITAL MARKETING LLC | | 5/22/2024 | $500.00 | Trade Payable |
| FORGE DIGITAL MARKETING LLC | | 6/21/2024 | $15,000.00 | Trade Payable |
| FORGE DIGITAL MARKETING LLC | | 7/22/2024 | $15,000.00 | Trade Payable |
| **FORGE DIGITAL MARKETING LLC Total** | | | **$46,500.00** | |
| FTI CONSULTING, INC. | | 5/23/2024 | $32,258.06 | Trade Payable |
| FTI CONSULTING, INC. | | 5/31/2024 | $50,000.00 | Trade Payable |
| FTI CONSULTING, INC. | | 7/9/2024 | $33,880.98 | Trade Payable |
| FTI CONSULTING, INC. | | 8/5/2024 | $25,000.00 | Trade Payable |
| **FTI CONSULTING, INC. Total** | | | **$141,139.04** | |
| GORDON BROTHERS ASSET ADVISORS LLC | | 6/11/2024 | $10,000.00 | Trade Payable |
| GORDON BROTHERS ASSET ADVISORS LLC | | 7/29/2024 | $10,935.87 | Trade Payable |
| **GORDON BROTHERS ASSET ADVISORS LLC Total** | | | **$20,935.87** | |
| GREENMARK SERVICE CORP | | 5/16/2024 | $11,176.00 | Trade Payable |
| GREENMARK SERVICE CORP | | 5/31/2024 | $11,176.00 | Trade Payable |
| GREENMARK SERVICE CORP | | 6/14/2024 | $10,160.00 | Trade Payable |
| GREENMARK SERVICE CORP | | 7/1/2024 | $10,160.00 | Trade Payable |
| GREENMARK SERVICE CORP | | 7/17/2024 | $10,160.00 | Trade Payable |
| GREENMARK SERVICE CORP | | 8/2/2024 | $10,160.00 | Trade Payable |
| **GREENMARK SERVICE CORP Total** | | | **$62,992.00** | |
| HOLLYWOOD ALLIANCE CANADA INC. | | 5/24/2024 | $10,935.86 | Trade Payable |

**Irwin Naturals**
**Case No. 24-11323**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| HOLLYWOOD ALLIANCE CANADA INC. | | 6/14/2024 | $2,249.23 | Trade Payable |
| HOLLYWOOD ALLIANCE CANADA INC. | | 7/24/2024 | $4,730.78 | Trade Payable |
| HOLLYWOOD ALLIANCE CANADA INC. | | 8/5/2024 | $6,250.10 | Trade Payable |
| **HOLLYWOOD ALLIANCE CANADA INC. Total** | | | **$24,165.97** | |
| INFORMA MEDIA | | 6/27/2024 | $18,968.00 | Trade Payable |
| **INFORMA MEDIA Total** | | | **$18,968.00** | |
| INFORMATION RESOURCES INC. | | 5/10/2024 | $3,905.04 | Trade Payable |
| INFORMATION RESOURCES INC. | | 6/20/2024 | $15,870.00 | Trade Payable |
| **INFORMATION RESOURCES INC. Total** | | | **$19,775.04** | |
| IPFS CORPORATION | | 6/7/2024 | $31,560.73 | Trade Payable |
| IPFS CORPORATION | | 6/14/2024 | $4,569.26 | Trade Payable |
| IPFS CORPORATION | | 7/8/2024 | $4,569.26 | Trade Payable |
| IPFS CORPORATION | | 7/12/2024 | $31,560.73 | Trade Payable |
| **IPFS CORPORATION Total** | | | **$72,259.98** | |
| JAMES T. QUAGLIA | | 5/16/2024 | $16,875.00 | Trade Payable |
| JAMES T. QUAGLIA | | 5/30/2024 | $19,000.00 | Trade Payable |
| JAMES T. QUAGLIA | | 6/14/2024 | $10,187.50 | Trade Payable |
| JAMES T. QUAGLIA | | 6/26/2024 | $16,312.50 | Trade Payable |
| JAMES T. QUAGLIA | | 7/12/2024 | $12,625.00 | Trade Payable |
| JAMES T. QUAGLIA | | 7/26/2024 | $9,625.00 | Trade Payable |
| JAMES T. QUAGLIA | | 8/1/2024 | $10,125.00 | Trade Payable |
| **JAMES T. QUAGLIA Total** | | | **$94,750.00** | |
| JERREL G. JOHN CPA | | 5/23/2024 | $41,944.00 | Trade Payable |
| **JERREL G. JOHN CPA Total** | | | **$41,944.00** | |
| K1 PACKAGING GROUP | | 5/16/2024 | $23,752.88 | Trade Payable |
| K1 PACKAGING GROUP | | 5/23/2024 | $4,800.84 | Trade Payable |
| K1 PACKAGING GROUP | | 5/30/2024 | $13,815.70 | Trade Payable |
| K1 PACKAGING GROUP | | 6/14/2024 | $28,154.12 | Trade Payable |
| K1 PACKAGING GROUP | | 6/21/2024 | $28,339.54 | Trade Payable |
| K1 PACKAGING GROUP | | 6/26/2024 | $28,468.54 | Trade Payable |
| K1 PACKAGING GROUP | | 7/11/2024 | $34,026.99 | Trade Payable |
| K1 PACKAGING GROUP | | 7/18/2024 | $11,326.92 | Trade Payable |
| K1 PACKAGING GROUP | | 7/25/2024 | $27,701.85 | Trade Payable |
| K1 PACKAGING GROUP | | 8/8/2024 | $5,276.13 | Trade Payable |
| **K1 PACKAGING GROUP Total** | | | **$205,663.51** | |
| KARLED ENTERPRISES (KLD) | | 5/31/2024 | $10,000.00 | Trade Payable |
| KARLED ENTERPRISES (KLD) | | 6/10/2024 | $10,000.00 | Trade Payable |
| **KARLED ENTERPRISES (KLD) Total** | | | **$20,000.00** | |
| KATTEN MUCHIN ROSENMAN | | 5/16/2024 | $41,847.98 | Trade Payable |
| KATTEN MUCHIN ROSENMAN | | 6/17/2024 | $45,000.00 | Trade Payable |
| KATTEN MUCHIN ROSENMAN | | 7/9/2024 | $15,000.00 | Trade Payable |
| KATTEN MUCHIN ROSENMAN | | 7/12/2024 | $15,000.00 | Trade Payable |
| KATTEN MUCHIN ROSENMAN | | 7/18/2024 | $16,838.81 | Trade Payable |
| **KATTEN MUCHIN ROSENMAN Total** | | | **$133,686.79** | |
| L.A. DEPARTMENT OF WATER & POWER | | 5/17/2024 | $5,156.44 | Trade Payable |
| L.A. DEPARTMENT OF WATER & POWER | | 5/17/2024 | $931.53 | Trade Payable |
| L.A. DEPARTMENT OF WATER & POWER | | 6/14/2024 | $4,676.82 | Trade Payable |
| L.A. DEPARTMENT OF WATER & POWER | | 6/14/2024 | $861.98 | Trade Payable |
| L.A. DEPARTMENT OF WATER & POWER | | 7/18/2024 | $5,341.11 | Trade Payable |
| L.A. DEPARTMENT OF WATER & POWER | | 7/18/2024 | $861.23 | Trade Payable |
| **L.A. DEPARTMENT OF WATER & POWER Total** | | | **$17,829.11** | |
| LANDSBERG | | 5/23/2024 | $780.30 | Trade Payable |
| LANDSBERG | | 6/14/2024 | $23,620.40 | Trade Payable |
| LANDSBERG | | 6/21/2024 | $4,351.19 | Trade Payable |
| LANDSBERG | | 6/26/2024 | $10,332.61 | Trade Payable |
| LANDSBERG | | 7/11/2024 | $4,880.52 | Trade Payable |
| LANDSBERG | | 7/18/2024 | $3,552.50 | Trade Payable |
| LANDSBERG | | 8/1/2024 | $6,351.26 | Trade Payable |
| **LANDSBERG Total** | | | **$53,868.78** | |
| MARK SALAMON | | 5/16/2024 | $8,030.00 | Trade Payable |

**Irwin Naturals**
**Case No. 24-11323**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| MARK SALAMON | | 6/11/2024 | $1,155.00 | Trade Payable |
| MARK SALAMON | | 7/2/2024 | $3,245.00 | Trade Payable |
| MARK SALAMON | | 7/5/2024 | $2,420.00 | Trade Payable |
| MARK SALAMON | | 7/11/2024 | $4,345.00 | Trade Payable |
| MARK SALAMON | | 8/1/2024 | $2,970.00 | Trade Payable |
| **MARK SALAMON Total** | | | **$22,165.00** | |
| MICRO QUALITY LABS INC. | | 5/16/2024 | $2,380.00 | Trade Payable |
| MICRO QUALITY LABS INC. | | 5/23/2024 | $7,260.00 | Trade Payable |
| MICRO QUALITY LABS INC. | | 6/14/2024 | $3,533.00 | Trade Payable |
| MICRO QUALITY LABS INC. | | 6/21/2024 | $2,425.00 | Trade Payable |
| MICRO QUALITY LABS INC. | | 6/26/2024 | $987.50 | Trade Payable |
| MICRO QUALITY LABS INC. | | 7/8/2024 | $665.00 | Trade Payable |
| MICRO QUALITY LABS INC. | | 7/18/2024 | $1,737.50 | Trade Payable |
| **MICRO QUALITY LABS INC. Total** | | | **$18,988.00** | |
| MITTENTHAL ASSOCIATES/P&GB INC | | 5/24/2024 | $19,000.00 | Trade Payable |
| MITTENTHAL ASSOCIATES/P&GB INC | | 6/14/2024 | $12,197.41 | Trade Payable |
| MITTENTHAL ASSOCIATES/P&GB INC | | 7/24/2024 | $16,417.30 | Trade Payable |
| MITTENTHAL ASSOCIATES/P&GB INC | | 8/5/2024 | $1,168.81 | Trade Payable |
| **MITTENTHAL ASSOCIATES/P&GB INC Total** | | | **$48,783.52** | |
| NACDS | | 6/14/2024 | $12,600.00 | Trade Payable |
| **NACDS Total** | | | **$12,600.00** | |
| NIELSEN CONSUMER LLC | | 6/14/2024 | $10,000.00 | Trade Payable |
| NIELSEN CONSUMER LLC | | 7/8/2024 | $10,000.00 | Trade Payable |
| NIELSEN CONSUMER LLC | | 8/8/2024 | $10,000.00 | Trade Payable |
| **NIELSEN CONSUMER LLC Total** | | | **$30,000.00** | |
| NSF INTERNATIONAL | | 5/23/2024 | $23,625.00 | Trade Payable |
| NSF INTERNATIONAL | | 6/14/2024 | $6,130.00 | Trade Payable |
| NSF INTERNATIONAL | | 6/21/2024 | $38,920.00 | Trade Payable |
| NSF INTERNATIONAL | | 6/26/2024 | $5,680.00 | Trade Payable |
| NSF INTERNATIONAL | | 8/1/2024 | $27,125.00 | Trade Payable |
| **NSF INTERNATIONAL Total** | | | **$101,480.00** | |
| NUBORN EXPRESS INC | | 5/16/2024 | $14,107.09 | Trade Payable |
| NUBORN EXPRESS INC | | 5/23/2024 | $7,288.62 | Trade Payable |
| NUBORN EXPRESS INC | | 5/30/2024 | $9,267.76 | Trade Payable |
| NUBORN EXPRESS INC | | 6/7/2024 | $8,279.83 | Trade Payable |
| NUBORN EXPRESS INC | | 6/14/2024 | $9,350.91 | Trade Payable |
| NUBORN EXPRESS INC | | 6/21/2024 | $6,779.02 | Trade Payable |
| NUBORN EXPRESS INC | | 6/26/2024 | $20,167.19 | Trade Payable |
| NUBORN EXPRESS INC | | 7/5/2024 | $3,148.41 | Trade Payable |
| NUBORN EXPRESS INC | | 7/11/2024 | $22,867.06 | Trade Payable |
| NUBORN EXPRESS INC | | 7/18/2024 | $7,353.19 | Trade Payable |
| NUBORN EXPRESS INC | | 8/1/2024 | $8,978.62 | Trade Payable |
| NUBORN EXPRESS INC | | 8/8/2024 | $17,848.79 | Trade Payable |
| **NUBORN EXPRESS INC Total** | | | **$135,436.49** | |
| OC & C STRATEGY CONSULTANTS | | 7/22/2024 | $125,000.00 | Trade Payable |
| **OC & C STRATEGY CONSULTANTS Total** | | | **$125,000.00** | |
| OFFICE CLEANING SERVICE | | 5/16/2024 | $2,280.00 | Trade Payable |
| OFFICE CLEANING SERVICE | | 5/30/2024 | $2,100.00 | Trade Payable |
| OFFICE CLEANING SERVICE | | 6/14/2024 | $2,310.00 | Trade Payable |
| OFFICE CLEANING SERVICE | | 6/26/2024 | $2,160.00 | Trade Payable |
| OFFICE CLEANING SERVICE | | 7/11/2024 | $2,160.00 | Trade Payable |
| OFFICE CLEANING SERVICE | | 7/22/2024 | $750.00 | Trade Payable |
| OFFICE CLEANING SERVICE | | 8/5/2024 | $330.00 | Trade Payable |
| **OFFICE CLEANING SERVICE Total** | | | **$12,090.00** | |
| PAMELA KEHOE | | 5/30/2024 | $4,071.21 | Trade Payable |
| PAMELA KEHOE | | 6/26/2024 | $7,825.99 | Trade Payable |
| PAMELA KEHOE | | 7/25/2024 | $10,477.19 | Trade Payable |
| PAMELA KEHOE | | 8/2/2024 | $254.59 | Trade Payable |
| **PAMELA KEHOE Total** | | | **$22,628.98** | |
| PARAGON LABORATORIES | | 6/21/2024 | $109,840.55 | Trade Payable |

Irwin Naturals
Case No. 24-11323
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| PARAGON LABORATORIES | | 6/26/2024 | $109,513.95 | Trade Payable |
| **PARAGON LABORATORIES Total** | | | **$219,354.50** | |
| PARTNER'S DELIVERY INC | | 5/16/2024 | $5,248.00 | Trade Payable |
| PARTNER'S DELIVERY INC | | 6/7/2024 | $1,850.00 | Trade Payable |
| PARTNER'S DELIVERY INC | | 6/21/2024 | $5,248.00 | Trade Payable |
| PARTNER'S DELIVERY INC | | 7/5/2024 | $8,500.00 | Trade Payable |
| PARTNER'S DELIVERY INC | | 7/11/2024 | $8,500.00 | Trade Payable |
| PARTNER'S DELIVERY INC | | 7/18/2024 | $2,275.00 | Trade Payable |
| **PARTNER'S DELIVERY INC Total** | | | **$31,621.00** | |
| PHIL BORTMAN & ASSOCIATES | | 6/14/2024 | $2,399.71 | Trade Payable |
| PHIL BORTMAN & ASSOCIATES | | 7/24/2024 | $3,245.74 | Trade Payable |
| PHIL BORTMAN & ASSOCIATES | | 8/5/2024 | $2,424.70 | Trade Payable |
| **PHIL BORTMAN & ASSOCIATES Total** | | | **$8,070.15** | |
| RETAIL BUSINESS SOLUTIONS, INC | | 5/24/2024 | $13,703.41 | Trade Payable |
| RETAIL BUSINESS SOLUTIONS, INC | | 7/24/2024 | $1,294.40 | Trade Payable |
| **RETAIL BUSINESS SOLUTIONS, INC Total** | | | **$14,997.81** | |
| RICHARD CLAWSON | | 5/16/2024 | $4,070.40 | Trade Payable |
| RICHARD CLAWSON | | 5/30/2024 | $4,070.40 | Trade Payable |
| RICHARD CLAWSON | | 6/14/2024 | $8,140.80 | Trade Payable |
| RICHARD CLAWSON | | 6/26/2024 | $8,140.80 | Trade Payable |
| RICHARD CLAWSON | | 7/1/2024 | $4,070.40 | Trade Payable |
| RICHARD CLAWSON | | 8/1/2024 | $4,070.40 | Trade Payable |
| RICHARD CLAWSON | | 8/8/2024 | $4,070.40 | Trade Payable |
| **RICHARD CLAWSON Total** | | | **$36,633.60** | |
| ROBINSON PHARMA | | 5/10/2024 | $306,453.37 | Trade Payable |
| ROBINSON PHARMA | | 5/17/2024 | $687,127.59 | Trade Payable |
| ROBINSON PHARMA | | 5/24/2024 | $431,158.02 | Trade Payable |
| ROBINSON PHARMA | | 5/31/2024 | $504,026.46 | Trade Payable |
| ROBINSON PHARMA | | 6/7/2024 | $773,445.69 | Trade Payable |
| ROBINSON PHARMA | | 6/14/2024 | $199,703.46 | Trade Payable |
| ROBINSON PHARMA | | 6/21/2024 | $930,886.96 | Trade Payable |
| ROBINSON PHARMA | | 6/28/2024 | $961,256.05 | Trade Payable |
| ROBINSON PHARMA | | 7/5/2024 | $350,684.72 | Trade Payable |
| ROBINSON PHARMA | | 7/12/2024 | $667,749.88 | Trade Payable |
| ROBINSON PHARMA | | 7/19/2024 | $201,710.62 | Trade Payable |
| ROBINSON PHARMA | | 7/31/2024 | $509,261.83 | Trade Payable |
| ROBINSON PHARMA | | 8/2/2024 | $177,596.91 | Trade Payable |
| **ROBINSON PHARMA Total** | | | **$6,701,061.56** | |
| ROSS & ROSS LAW A.P.C | | 8/6/2024 | $5,000.00 | Trade Payable |
| ROSS & ROSS LAW A.P.C | | 8/8/2024 | $20,000.00 | Trade Payable |
| **ROSS & ROSS LAW A.P.C Total** | | | **$25,000.00** | |
| RP PRODUCTIONS | | 5/31/2024 | $1,601.60 | Trade Payable |
| RP PRODUCTIONS | | 6/17/2024 | $1,960.99 | Trade Payable |
| RP PRODUCTIONS | | 7/15/2024 | $4,728.25 | Trade Payable |
| RP PRODUCTIONS | | 8/8/2024 | $2,976.58 | Trade Payable |
| **RP PRODUCTIONS Total** | | | **$11,267.42** | |
| RPM GROUP | | 5/24/2024 | $10,035.79 | Trade Payable |
| RPM GROUP | | 6/14/2024 | $11,254.26 | Trade Payable |
| RPM GROUP | | 7/24/2024 | $12,187.33 | Trade Payable |
| RPM GROUP | | 8/5/2024 | $11,143.02 | Trade Payable |
| **RPM GROUP Total** | | | **$44,620.40** | |
| SELECT STAFFING | | 5/16/2024 | $2,829.34 | Trade Payable |
| SELECT STAFFING | | 5/23/2024 | $3,063.79 | Trade Payable |
| SELECT STAFFING | | 5/30/2024 | $3,120.12 | Trade Payable |
| SELECT STAFFING | | 6/14/2024 | $7,957.49 | Trade Payable |
| SELECT STAFFING | | 6/21/2024 | $3,542.32 | Trade Payable |
| SELECT STAFFING | | 6/26/2024 | $3,662.09 | Trade Payable |
| SELECT STAFFING | | 7/8/2024 | $2,896.90 | Trade Payable |
| SELECT STAFFING | | 7/11/2024 | $3,017.48 | Trade Payable |
| SELECT STAFFING | | 7/18/2024 | $3,916.59 | Trade Payable |

Irwin Naturals
Case No. 24-11323
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| SELECT STAFFING | | 8/1/2024 | $5,777.23 | Trade Payable |
| SELECT STAFFING | | 8/8/2024 | $2,528.73 | Trade Payable |
| **SELECT STAFFING Total** | | | **$42,312.08** | |
| SILVERTIP LLC | | 6/14/2024 | $41,725.84 | Trade Payable |
| SILVERTIP LLC | | 6/26/2024 | $2,116.80 | Trade Payable |
| SILVERTIP LLC | | 7/18/2024 | $41,495.19 | Trade Payable |
| **SILVERTIP LLC Total** | | | **$85,337.83** | |
| SPS COMMERCE INC. | | 5/17/2024 | $8,251.80 | Trade Payable |
| SPS COMMERCE INC. | | 6/21/2024 | $8,209.80 | Trade Payable |
| SPS COMMERCE INC. | | 7/25/2024 | $7,738.80 | Trade Payable |
| **SPS COMMERCE INC. Total** | | | **$24,200.40** | |
| SYNDIGO LLC | | 6/26/2024 | $20,332.20 | Trade Payable |
| **SYNDIGO LLC Total** | | | **$20,332.20** | |
| TABS GROUP INC. | | 7/18/2024 | $8,244.00 | Trade Payable |
| TABS GROUP INC. | | 8/1/2024 | $8,244.00 | Trade Payable |
| **TABS GROUP INC. Total** | | | **$16,488.00** | |
| TASC FLEXIBLE SPENDING | | 5/20/2024 | $1,233.91 | Trade Payable |
| TASC FLEXIBLE SPENDING | | 5/29/2024 | $510.12 | Trade Payable |
| TASC FLEXIBLE SPENDING | | 5/29/2024 | $1,035.45 | Trade Payable |
| TASC FLEXIBLE SPENDING | | 5/31/2024 | $1,233.91 | Trade Payable |
| TASC FLEXIBLE SPENDING | | 5/31/2024 | $1,262.07 | Trade Payable |
| TASC FLEXIBLE SPENDING | | 6/14/2024 | $1,233.91 | Trade Payable |
| TASC FLEXIBLE SPENDING | | 6/28/2024 | $1,233.91 | Trade Payable |
| TASC FLEXIBLE SPENDING | | 7/12/2024 | $1,233.91 | Trade Payable |
| TASC FLEXIBLE SPENDING | | 7/26/2024 | $1,233.92 | Trade Payable |
| **TASC FLEXIBLE SPENDING Total** | | | **$10,211.11** | |
| THE HANOVER INSURANCE GROUP | | 6/3/2024 | $6,130.53 | Trade Payable |
| THE HANOVER INSURANCE GROUP | | 7/2/2024 | $6,130.53 | Trade Payable |
| THE HANOVER INSURANCE GROUP | | 8/2/2024 | $6,130.52 | Trade Payable |
| **THE HANOVER INSURANCE GROUP Total** | | | **$18,391.58** | |
| THE SHUSTER GROUP LLC | | 5/24/2024 | $1,793.36 | Trade Payable |
| THE SHUSTER GROUP LLC | | 6/14/2024 | $6,203.06 | Trade Payable |
| THE SHUSTER GROUP LLC | | 7/24/2024 | $2,409.96 | Trade Payable |
| THE SHUSTER GROUP LLC | | 8/5/2024 | $2,850.61 | Trade Payable |
| **THE SHUSTER GROUP LLC Total** | | | **$13,256.99** | |
| THE SWANSON GROUP | | 5/24/2024 | $24,780.36 | Trade Payable |
| THE SWANSON GROUP | | 6/14/2024 | $9,150.00 | Trade Payable |
| THE SWANSON GROUP | | 6/14/2024 | $20,000.00 | Trade Payable |
| THE SWANSON GROUP | | 7/24/2024 | $28,109.72 | Trade Payable |
| THE SWANSON GROUP | | 8/5/2024 | $41,961.11 | Trade Payable |
| **THE SWANSON GROUP Total** | | | **$124,001.19** | |
| TLS TRANSPORTATION INC | | 5/16/2024 | $39,563.70 | Trade Payable |
| TLS TRANSPORTATION INC | | 5/23/2024 | $68,904.79 | Trade Payable |
| TLS TRANSPORTATION INC | | 5/30/2024 | $55,257.11 | Trade Payable |
| TLS TRANSPORTATION INC | | 5/30/2024 | $7,150.00 | Trade Payable |
| TLS TRANSPORTATION INC | | 6/7/2024 | $18,564.75 | Trade Payable |
| TLS TRANSPORTATION INC | | 6/14/2024 | $77,324.47 | Trade Payable |
| TLS TRANSPORTATION INC | | 6/21/2024 | $23,299.64 | Trade Payable |
| TLS TRANSPORTATION INC | | 6/21/2024 | $8,574.00 | Trade Payable |
| TLS TRANSPORTATION INC | | 6/26/2024 | $51,544.84 | Trade Payable |
| TLS TRANSPORTATION INC | | 6/26/2024 | $3,750.00 | Trade Payable |
| TLS TRANSPORTATION INC | | 7/5/2024 | $24,310.05 | Trade Payable |
| TLS TRANSPORTATION INC | | 7/5/2024 | $7,250.00 | Trade Payable |
| TLS TRANSPORTATION INC | | 7/11/2024 | $48,999.87 | Trade Payable |
| TLS TRANSPORTATION INC | | 7/11/2024 | $3,360.00 | Trade Payable |
| TLS TRANSPORTATION INC | | 7/18/2024 | $41,075.43 | Trade Payable |
| TLS TRANSPORTATION INC | | 7/18/2024 | $1,680.00 | Trade Payable |
| TLS TRANSPORTATION INC | | 7/25/2024 | $52,775.27 | Trade Payable |
| TLS TRANSPORTATION INC | | 7/25/2024 | $1,810.00 | Trade Payable |
| TLS TRANSPORTATION INC | | 8/1/2024 | $49,939.33 | Trade Payable |

Irwin Naturals
**Case No. 24-11323**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| TLS TRANSPORTATION INC | | 8/1/2024 | $2,320.50 | Trade Payable |
| TLS TRANSPORTATION INC | | 8/8/2024 | $32,845.63 | Trade Payable |
| TLS TRANSPORTATION INC | | 8/8/2024 | $3,510.00 | Trade Payable |
| **TLS TRANSPORTATION INC Total** | | | **$623,809.38** | |
| Transaction Service | | 6/3/2024 | $9,934.08 | Trade Payable |
| Transaction Service | | 7/1/2024 | $2,723.82 | Trade Payable |
| Transaction Service | | 8/2/2024 | $34.97 | Trade Payable |
| Transaction Service | | 8/2/2024 | $38.97 | Trade Payable |
| **Transaction Service Total** | | | **$12,731.84** | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | 5/28/2024 | $2,484.47 | Trade Payable |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | 5/28/2024 | $762.22 | Trade Payable |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | 5/28/2024 | $866.59 | Trade Payable |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | 6/27/2024 | $2,471.95 | Trade Payable |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | 6/27/2024 | $743.62 | Trade Payable |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | 6/27/2024 | $858.44 | Trade Payable |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | 7/31/2024 | $2,452.53 | Trade Payable |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | 7/31/2024 | $743.62 | Trade Payable |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | 7/31/2024 | $842.96 | Trade Payable |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA Total** | | | **$12,226.40** | |
| USI SOUTHWEST | | 5/24/2024 | $51,847.95 | Trade Payable |
| **USI SOUTHWEST Total** | | | **$51,847.95** | |
| VISION33 | | 6/5/2024 | $7,995.07 | Trade Payable |
| VISION33 | | 7/8/2024 | $7,995.07 | Trade Payable |
| VISION33 | | 8/6/2024 | $7,995.07 | Trade Payable |
| **VISION33 Total** | | | **$23,985.21** | |
| ZAPP PACKAGING INC | | 5/16/2024 | $22,550.00 | Trade Payable |
| ZAPP PACKAGING INC | | 6/26/2024 | $10,338.90 | Trade Payable |
| ZAPP PACKAGING INC | | 7/11/2024 | $4,461.60 | Trade Payable |
| ZAPP PACKAGING INC | | 7/18/2024 | $32,527.80 | Trade Payable |
| ZAPP PACKAGING INC | | 8/8/2024 | $41,426.00 | Trade Payable |
| **ZAPP PACKAGING INC Total** | | | **$111,304.30** | |
| **Grand Total** | | | **$15,086,579.72** | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 4

## PAYMENTS OR OTHER TRANSFERS OF PROPERTY MADE WITHIN 1 YEAR BEFORE FILING THIS CASE THAT BENEFITTED ANY INSIDER

Irwin Naturals
Case No. 24-11323
SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 08/11/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 08/25/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 09/08/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 09/22/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/06/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/03/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/01/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/15/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/29/2023 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 01/12/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 01/26/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 02/09/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 02/23/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 03/08/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 03/22/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 04/05/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 04/15/2024 | $14,198.03 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 04/19/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 05/03/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 05/17/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 05/31/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 06/14/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 06/28/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 07/12/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 07/26/2024 | $10,112.56 | Payroll |
| Daniel Wing | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 08/09/2024 | $10,112.56 | Payroll |
| **Daniel Wing Total** | | | **$287,237.15** | |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/10/2023 | $50,000.00 | Fund Transfer - IN NV.INE |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/11/2023 | $9,578.18 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/11/2023 | $36.38 | ADP-Salaries-OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/11/2023 | $735.65 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/11/2023 | -$26.76 | ADP-Health Insurance |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/18/2023 | $26,093.00 | Credit Card Payment |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/18/2023 | $90,673.97 | A/P Invoice - 00EASWES - DDTL: X0622 - 00001 - 08.18.23 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/23/2023 | $68,000.00 | Fund Transfer - IN NV.INE |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/25/2023 | $9,578.68 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/25/2023 | $27.00 | ADP-Salaries-OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/25/2023 | $734.97 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/25/2023 | -$26.76 | ADP-Health Insurance |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/28/2023 | $265.91 | A/P Invoice - 00COMMBK - HFS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $38,422.22 | LOC INTEREST - 769630622 - 8/19 - 8/31 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $254.34 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $43.75 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $35.01 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $18.35 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $52.20 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $75.10 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $48.15 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | -$958.00 | 09/01/23 Payroll Adj |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | -$73.00 | 09/01/23 Payroll Adj |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $9,447.68 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $16.88 | ADP-Salaries-OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $724.17 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | -$26.76 | ADP-Health Insurance |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $16,754.59 | A/P Invoices - 00BREX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $443.99 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $900.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $1,920.56 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $2,063.93 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $1,000.26 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $1,500.39 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $1,500.39 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $500.13 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $920.30 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | -$2,094.91 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $2,000.52 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $5,501.43 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $500.13 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $84.40 | AnthmBlue - August Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $15.92 | Colonial Life - August Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $226.86 | Colonial Life - August Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $49.76 | Colonial Life - August Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $54.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $54.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $54.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $54.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $27.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $81.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | -$27.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | -$54.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $216.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $27.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $27.00 | EDIS - Admin - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $91.89 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $72.98 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $36.34 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $158.31 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $17.80 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $17.95 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $27.15 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $184.21 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $292.62 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $133.92 | UNUM - VISION & SUPPLEMENTS - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $196.00 | INE PR Taxes - IN NV/INE 8/2023 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $1,919.33 | INE Medical Ins - IN NV/INE 8/2023 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $23.79 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | -$38,422.22 | LOC INTEREST - 769630622 - 8/19 - 8/31(Reversal) - 1341216 |

Irwin Naturals
Case No. 24-11323

**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $958.00 | 09/01/23 Payroll Adj(Reversal) - 1344982 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $73.00 | 09/01/23 Payroll Adj(Reversal) - 1344982 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $280.62 | A/P Invoice - 00HIRE - BACKGROUND SCREENING SERVICES 8/1/23-8/31/23 IN/NV |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $591.09 | EDIS - Debit Cards - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $1,180.30 | EDIS - Debit Cards - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $87.44 | EDIS - Debit Cards - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $196.30 | EDIS - Debit Cards - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $158.37 | EDIS - Debit Cards - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $80.45 | EDIS - Debit Cards - August |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/6/2023 | $140,000.00 | Fund Transfer - IN NV/INE |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/6/2023 | -$140,000.00 | Fund Transfer - IN NV/INE |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/6/2023 | $140,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/11/2023 | $15,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/11/2023 | $15,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/11/2023 | -$15,000.00 | Reverse Entry for Payment No. 30991 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/15/2023 | $23.89 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/18/2023 | $35.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/18/2023 | $60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/18/2023 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/18/2023 | $15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/18/2023 | $144.10 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/18/2023 | $140,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/21/2023 | $93,282.19 | A/P Invoice - 00EASWES - DDTL: X0622 - 00001 - 09.21.23 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/22/2023 | $9,552.43 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/22/2023 | $31.13 | ADP-Salaries-OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/22/2023 | $733.28 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/22/2023 | -$26.76 | ADP-Health Insurance |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/26/2023 | $184.48 | A/P Invoice - 00COMMBK - HFS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $26,600.00 | LOC INTEREST - 769630622 - 9/22 - 9/30 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $9,538.68 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $35.63 | ADP-Salaries OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $732.56 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$26.76 | ADP-Health Insurance |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $7,630.27 | A/P Invoices - 00BREX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $1,150.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $23.92 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $33.47 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $327.40 | A/P Invoice - 00HIRE - BACKGROUND SCREENING SERVICES 9/1/23-9/30/23 EMERGENCE |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $1,920.56 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $2,063.93 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $1,000.26 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $1,500.39 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $500.13 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $500.13 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $920.30 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $1,000.26 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $5,001.30 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $1,000.26 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $84.40 | AnthmBlue - September Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $159.14 | Colonial Life - September Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $15.92 | Colonial Life - September Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $226.86 | Colonial Life - September Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $49.76 | Colonial Life - September Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $91.89 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $72.98 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $36.34 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $158.31 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $17.80 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $17.95 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $27.15 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $184.21 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $292.62 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $133.92 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $54.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $54.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $54.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $81.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $27.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$162.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$81.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $297.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $135.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $27.00 | EDIS - Admin - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $43.22 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $36.12 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $38.37 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $22.72 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $70.63 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $145.12 | Storage Fees |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $38.46 | Office Supplies |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $112.14 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $140.45 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $17.98 | Moving Costs |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$7.20 | Office Supplies |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $11.58 | Office Supplies |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $42.17 | Office Supplies |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $67.49 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $37.64 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $47.34 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $28.19 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $86.91 | Office Supplies |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $200.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $257.60 | Office Supplies |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $11.45 | Office Supplies |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $8.05 | Office Supplies |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $383.98 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $142.48 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $164.88 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $145.03 | Travel Reimbursement |

Irwin Naturals
Case No. 24-11323

**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $274.37 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $32.30 | AX W35-WL-USPS PO WESTCHESTER |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $91.76 | INE PR Taxes - IN NV/INE 9/2023 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $607.72 | INE Medical Ins - IN NV/INE 9/2023 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $111,378.00 | Payroll Allocation to Emergence |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$338.80 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$20.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$50.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$20.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$38.49 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$330.16 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$41.92 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$78.39 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$107.81 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$7.03 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$102.30 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$74.80 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$126.50 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$59.95 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$19.99 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$37.50 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$35.82 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$41.30 | Computer Fees & Graphics |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$100.00 | Promotional Items & Gifts |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$300.00 | Promotional Items & Gifts |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$305.25 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$29.11 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$37.25 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$20.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$45.01 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$13.90 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$87.96 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$30.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$30.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$38.96 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$140.25 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$50.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$35.01 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$64.08 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$254.34 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$43.75 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$35.01 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$18.35 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$52.20 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$75.10 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$48.15 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$35.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$144.10 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$581.20 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.97 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$75.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$188.89 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$254.63 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$18.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$56.96 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$260.70 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$260.70 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$78.40 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$132.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$132.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |

Irwin Naturals

Case No. 24-11323

**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$132.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$132.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$264.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$26.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$24.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$155.05 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$51.68 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$149.64 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$56.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$68.18 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$75.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$45.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$32.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$34.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$87.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$58.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$61.25 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$94.02 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$22.96 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$18.93 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$24.97 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$21.95 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$9.92 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.93 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$28.20 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$34.65 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$35.20 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$48.40 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$34.65 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$35.20 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$34.65 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$35.20 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$47.85 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$35.22 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$15.47 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$112.44 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$1,246.40 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$26.92 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$840.68 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$33.94 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$30.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$66.66 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$32.99 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | -$60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$26,600.00 | LOC INTEREST - 769630622 - 9/22 - 9/30(Reversal) - 1359749 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$91.89 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$72.98 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |

Irwin Naturals
Case No. 24-11323

**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$36.34 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$158.31 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$17.80 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$17.95 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$27.15 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$184.21 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$292.62 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$133.92 | UNUM - VISION & SUPPLEMENTS - September(Reversal) - 1364313 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $72.98 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $36.34 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $138.50 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $17.80 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $8.15 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $16.29 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $184.21 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $307.93 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $104.92 | UNUM - VISION & SUPPLEMENTS - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $1,134.47 | EDIS - Debit Cards - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $523.01 | EDIS - Debit Cards - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $225.44 | EDIS - Debit Cards - September |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/4/2023 | $100,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/6/2023 | $393.82 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/10/2023 | $14,728.62 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/10/2023 | $441.86 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/11/2023 | $11,090.60 | A/P Invoice - 00EASWES - Unused Commitment Fee - Q3.2023 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/11/2023 | $20,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/12/2023 | -$50,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/13/2023 | $81.73 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/18/2023 | $110,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/19/2023 | -$9,274.13 | Incoming Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $84,536.99 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $9,556.18 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $28.88 | ADP-Salaries-OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $733.39 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | -$26.76 | ADP-Health Insurance |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $30.81 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $303.90 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | -$303.90 | A/P Invoice - 00FEDEX - FEDEX ACCT NO: 2447-1055-7 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/25/2023 | -$45,000.00 | Incoming Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/26/2023 | $392.48 | A/P Invoice - 00COMMBK - HFS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/30/2023 | $25,781.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/30/2023 | $75,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $1,915.00 | 10/30/23-10/31/23 Accrual |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $147.00 | 10/30/23-10/31/23 Accrual |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $9,442.43 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $40.13 | ADP-Salaries OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $725.55 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | -$26.76 | ADP-Health Insurance |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $32,511.11 | LOC INTEREST - 769630622 - 10/21 - 10/31 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $217.88 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $4.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $376.53 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $123.91 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $297.69 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $698.44 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $128.20 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | -$1,920.56 | AnthemBlue - October Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $2,063.93 | AnthemBlue - October Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $1,006.26 | AnthemBlue - October Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $1,500.39 | AnthemBlue - October Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $500.13 | AnthemBlue - October Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $5,540.19 | AnthemBlue - October Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $5,001.30 | AnthemBlue - October Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $500.13 | AnthemBlue - October Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $84.40 | AnthemBlue - October Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $159.14 | Colonial Life - October Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $15.92 | Colonial Life - October Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $226.86 | Colonial Life - October Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $72.98 | UNUM - VISION & SUPPLEMENTS - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $36.34 | UNUM - VISION & SUPPLEMENTS - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $138.50 | UNUM - VISION & SUPPLEMENTS - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $17.80 | UNUM - VISION & SUPPLEMENTS - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $184.21 | UNUM - VISION & SUPPLEMENTS - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $317.68 | UNUM - VISION & SUPPLEMENTS - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $111.17 | UNUM - VISION & SUPPLEMENTS - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $54.00 | EDIS - Admin - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $54.00 | EDIS - Admin - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $54.00 | EDIS - Admin - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $27.00 | EDIS - Admin - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $27.00 | EDIS - Admin - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $27.00 | EDIS - Admin - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $270.00 | EDIS - Admin - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $297.00 | EDIS - Admin - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $27.00 | EDIS - Admin - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $66.00 | INE PR Taxes - IN NV/INE 10/2023 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $634.48 | INE Medical Ins - IN NV/INE 10/2023 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | $25,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | -$1,915.00 | 10/30/23-10/31/23 Accrual(Reversal) - 1380105 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | -$147.00 | 10/30/23-10/31/23 Accrual(Reversal) - 1380105 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | -$32,511.11 | LOC INTEREST - 769630622 - 10/21 - 10/31(Reversal) - 1383876 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | $189.39 | EDIS - Debit Cards - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | $462.36 | EDIS - Debit Cards - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | $365.42 | EDIS - Debit Cards - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | $3,763.20 | EDIS - Debit Cards - October |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/10/2023 | $70,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/10/2023 | $47.26 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/14/2023 | $7,500.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/15/2023 | $118,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | $87,452.05 | A/P Invoice - 00EASWES - DDTL: X0622 - 00001 - 11.17.23 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | -$45,000.00 | Incoming Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | $13.57 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | $11,952.78 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | $14.25 | ADP-Salaries-OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | $915.61 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | -$0.93 | ADP-Health Insurance |

Irwin Naturals
Case No. 24-11323
SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/24/2023 | -$20,000.00 | Incoming Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/27/2023 | $324.66 | A/P Invoice - 00COMMBK - HFS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/28/2023 | -$15,000.00 | Incoming Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/29/2023 | $90,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $2,063.93 | AnthmBlue - November Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $1,000.26 | AnthmBlue - November Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $1,500.39 | AnthmBlue - November Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $500.13 | AnthmBlue - November Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $2,513.57 | AnthmBlue - November Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $6,001.56 | AnthmBlue - November Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $500.13 | AnthmBlue - November Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $84.40 | AnthmBlue - November Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $1,985.00 | 11/27/23-11/30/23 Accrual |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $152.00 | 11/27/23-11/30/23 Accrual |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $4,929.54 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $8.25 | ADP-Salaries OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $377.80 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $0.00 | ADP-Health Insurance |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $38,422.22 | LOC INTEREST - 769630622 - 11/18 - 11/30 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $159.14 | Colonial Life - November Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $15.92 | Colonial Life - November Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $226.86 | Colonial Life - November Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $72.98 | UNUM - VISION & SUPPLEMENTS - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $36.34 | UNUM - VISION & SUPPLEMENTS - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $136.50 | UNUM - VISION & SUPPLEMENTS - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $17.80 | UNUM - VISION & SUPPLEMENTS - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $184.21 | UNUM - VISION & SUPPLEMENTS - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $317.68 | UNUM - VISION & SUPPLEMENTS - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $84.45 | UNUM - VISION & SUPPLEMENTS - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | -$54.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $54.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $54.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $54.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $27.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | -$27.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $27.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $351.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $135.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | -$27.00 | EDIS - Admin - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $125.12 | AX W45-TU-Red Dot Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $689.47 | AX W45-DC-Hotel- S Finnis-Expedia |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $179.04 | AX W46-DC-Hotel- S Finnis-Expedia |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $542.14 | AX W47-DC-Hotel-B Collins-Expedia |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | -$426.38 | AX W44-DC-Hotel-J Nabozny-Expedia |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $9.73 | AX W45-WL-Emergence/FMH ?-USPS PO MAR VISTA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $301.90 | A/P Invoice - 00HIRE - BAKGROUND SCREENING SERVICES 11/1/23-11/30/23 EMERGENCE |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $1,592.83 | COBRA Balances Adjustment |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $634.48 | INE Medical Ins - IN NV/INE 11/2023 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/1/2023 | -$1,985.00 | 11/27/23-11/30/23 Accrual(Reversal) - 1397869 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/1/2023 | -$152.00 | 11/27/23-11/30/23 Accrual(Reversal) - 1397869 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/1/2023 | -$38,422.22 | LOC INTEREST - 769630622 - 11/18 - 11/30(Reversal) - 1397876 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/1/2023 | $226.86 | Colonial Life - July Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/1/2023 | $676.94 | EDIS - Debit Cards - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/1/2023 | $94.32 | EDIS - Debit Cards - November |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/13/2023 | $130,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/15/2023 | $4,961.54 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/15/2023 | $207.00 | ADP-Salaries-OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/15/2023 | $395.46 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/15/2023 | $0.00 | ADP-Health Insurance |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/22/2023 | $96,189.30 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/27/2023 | $110,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/28/2023 | $20,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/29/2023 | $7,924.38 | ADP-Salaries |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/29/2023 | $328.38 | ADP-Salaries-OT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/29/2023 | $631.49 | ADP-Payroll Taxes |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $26,600.00 | LOC INTEREST - 769630622 - 12/23 - 12/31 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $2,063.93 | AnthmBlue - December Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $1,000.26 | AnthmBlue - December Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $1,500.39 | AnthmBlue - December Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $500.13 | AnthmBlue - December Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $2,513.57 | AnthmBlue - December Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $5,501.43 | AnthmBlue - December Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | -$500.13 | AnthmBlue - December Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $84.40 | AnthmBlue - December Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $238.71 | Colonial Life - December Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $23.88 | Colonial Life - December Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $340.29 | Colonial Life - December Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $1,481.00 | 12/25/23-12/29/23 Accrual |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $113.00 | 12/25/23-12/29/23 Accrual |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $11,090.60 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $707.39 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | -$48.98 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $627.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $124.41 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $478.20 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $281.70 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $125.12 | AX W51-TU-Midwest Ketafas-Red Dot Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $53.05 | AX W52-TU-Orlando KHC mov-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $762.20 | AX W52-TU-Orlando KHC mov-Sebastian Moving |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $200.75 | AX W52-TU-West Palm Beach-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $159.86 | AX W52-TU-West Palm Beach-Two Men & A Truck |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $99.00 | AX W52-TU-West Palm Beach-Mancave Movers |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $143.09 | AX W52-TU-Miami KHC clini-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $53.05 | AX W52-TU-Bonita Springs -Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $20.00 | AX W51-WL-Filing fees-VERMONT SECRETARY OF |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $125.00 | AX W52-WL-Corp Filing fe-CORPORATE FILINGS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $54.00 | EDIS - Admin - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $54.00 | EDIS - Admin - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | -$27.00 | EDIS - Admin - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $27.00 | EDIS - Admin - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $297.00 | EDIS - Admin - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $135.00 | EDIS - Admin - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $72.98 | UNUM - VISION & SUPPLEMENTS - December |

Irwin Naturals
Case No. 24-11323
**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $36.34 | UNUM - VISION & SUPPLEMENTS - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $138.50 | UNUM - VISION & SUPPLEMENTS - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $17.80 | UNUM - VISION & SUPPLEMENTS - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $184.21 | UNUM - VISION & SUPPLEMENTS - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $290.71 | UNUM - VISION & SUPPLEMENTS - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $147.35 | UNUM - VISION & SUPPLEMENTS - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $543.53 | EDIS - Debit Cards - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $175.54 | EDIS - Debit Cards - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $1,611.68 | EDIS - Debit Cards - December |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $634.48 | INE Medical Ins - IN NV/INE 12/2023 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/1/2024 | -$26,600.00 | LOC INTEREST - 769630622 - 12/23 - 12/31(Reversal) - 1415013 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/1/2024 | -$1,481.00 | 12/25/23-12/29/23 Accrual(Reversal) - 1415600 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/1/2024 | -$113.00 | 12/25/23-12/29/23 Accrual(Reversal) - 1415600 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/19/2024 | $84,306.01 | A/P Invoice - 00EASWES - DDTL: X0622 - 00001 - 01.19.24 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/23/2024 | $69,753.66 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/23/2024 | -$69,753.66 | Reverse Entry for Payment No. 32380 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/23/2024 | $69,753.66 | A/P Invoice - 00AMEXPH - KTM - Christopher Walden (12.2023 Pmt 2) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/23/2024 | $11,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/24/2024 | $86,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/24/2024 | -$11,000.00 | Incoming Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/29/2024 | $32,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $6,113.27 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $35,466.67 | LOC INTEREST - 769630622 - 01/20 - 01/31 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $320.94 | A/P Invoice - 00COMMBK - MM CAR RENTALS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $43.74 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $190.52 | UNUM - VISION & SUPPLEMENTS - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $261.44 | UNUM - VISION & SUPPLEMENTS - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $143.81 | UNUM - VISION & SUPPLEMENTS - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $159.14 | Colonial Life - Jan Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $91.68 | Colonial Life - Jan Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $54.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $54.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $27.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $189.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $135.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | EDIS - Admin - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $543.53 | EDIS - Debit Cards - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $175.54 | EDIS - Debit Cards - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $1,611.68 | EDIS - Debit Cards - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $2,275.66 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $1,103.22 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $1,654.83 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $551.61 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $2,771.61 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $5,015.97 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $88.62 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | -$1,064.48 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | -$516.05 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | -$774.08 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | -$258.03 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | -$1,296.47 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | -$2,346.31 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $0.00 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | -$41.45 | AnthemBlue - Jan Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $125.12 | AX W3-TU-Midwest Ketafin-Red Dot Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $125.78 | AX W4-TU-KHC Storage Uni-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $52.08 | AX W1-TU-KHC Storage Uni-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $26.36 | AX W1-TU-KHC Storage Uni-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $29.85 | AX W1-KHC Storage Uni-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | -$35,466.67 | LOC INTEREST - 769630622 - 01/20 - 01/31(Reversal) - 1440056 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | -$543.53 | EDIS - Debit Cards - Jan(Reversal) - 1445789 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | -$175.54 | EDIS - Debit Cards - Jan(Reversal) - 1445789 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | -$1,611.68 | EDIS - Debit Cards - Jan(Reversal) - 1445789 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | $77,671.18 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | $543.53 | EDIS - Debit Cards - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | $175.54 | EDIS - Debit Cards - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | $1,611.68 | EDIS - Debit Cards - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | $113.44 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/1/2024 | $68.26 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/2/2024 | $77.51 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/16/2024 | $84,306.01 | A/P Invoice - 00EASWES - DDTL: X0622 - 00001 - 02.16.24 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/16/2024 | $84.27 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/28/2024 | $159.14 | Colonial Life - Feb Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/28/2024 | $91.68 | Colonial Life - Feb Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $34,991.67 | LOC INTEREST - 769630622 - 02/17 - 02/29 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $0.00 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | -$2,275.66 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | -$1,103.22 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | -$626.67 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | -$551.61 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $0.00 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $0.00 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $0.00 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $1,668.39 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $4,412.88 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $2,415.24 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $2,197.87 | AnthemBlue - Feb Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $543.53 | EDIS - Debit Cards - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $175.54 | EDIS - Debit Cards - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $1,611.68 | EDIS - Debit Cards - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $195.78 | UNUM - VISION & SUPPLEMENTS - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $553.04 | UNUM - VISION & SUPPLEMENTS - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $25.63 | UNUM - VISION & SUPPLEMENTS - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $106.25 | UNUM - VISION & SUPPLEMENTS - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $41.01 | UNUM - VISION & SUPPLEMENTS - Feb |

Irwin Naturals
Case No. 24-11323

**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $115.01 | UNUM - VISION & SUPPLEMENTS - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $135.71 | A/P Invoice - 00COMMBK - HFS CAR RENTALS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $54.00 | EDIS - Admin - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $27.00 | EDIS - Admin - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $54.00 | EDIS - Admin - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $81.00 | EDIS - Admin - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $243.00 | EDIS - Admin - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $135.00 | EDIS - Admin - Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $1.10 | AX W5-TU-clinic closure -USPS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $1.10 | AX W5-TU-change of mail-USPS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $1.10 | AX W5-TU-change of mail-USPS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $1.10 | AX W5-TU-change of mail-USPS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $1.10 | AX W5-TU-change of mail-USPS |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $312.51 | AX W5-TU-storage for KHC-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $197.70 | AX W5-TU-storage for KHC-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $223.89 | AX W5-TU-storage for KHC-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $10.76 | AX W8-TU-lock for storag-Amazon |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $34.28 | AX W8-TU-lock for storag-Amazon |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $125.12 | AX W4-TU-Midwest Ketafas-Red Dot Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $4.93 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $42.25 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $106.76 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $30.68 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $19.58 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $108.89 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $2.22 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $20.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $125.78 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $51.73 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $103.46 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $6.64 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $6.46 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $32.70 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $167.68 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $23.25 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $86.36 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $20.37 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $32.25 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $43.84 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/1/2024 | -$34,991.67 | LOC INTEREST - 769630622 - 02/17 - 02/29(Reversal) - 1454170 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/1/2024 | -$543.53 | EDIS - Debit Cards - Feb(Reversal) - 1456012 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/1/2024 | -$175.54 | EDIS - Debit Cards - Feb(Reversal) - 1456012 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/1/2024 | -$1,611.68 | EDIS - Debit Cards - Feb(Reversal) - 1456012 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/1/2024 | -$543.53 | EDIS - Debit Cards - Jan(Reversal) - 1456013 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/1/2024 | -$175.54 | EDIS - Debit Cards - Jan(Reversal) - 1456013 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/1/2024 | -$1,611.68 | EDIS - Debit Cards - Jan(Reversal) - 1456013 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/1/2024 | $757.54 | EDIS - Debit Cards - Jan |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/4/2024 | $176,884.57 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/18/2024 | $1,250.00 | Pearman-IN Emergence |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/21/2024 | $63,502.05 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $1,207.62 | AnthmBlue - Mar Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $8,250.18 | AnthmBlue - Mar Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $129.98 | Colonial Life - Mar Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $70.05 | UNUM - VISION & SUPPLEMENTS - Mar |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $15.48 | UNUM - VISION & SUPPLEMENTS - Mar |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $81.00 | EDIS - Admin - Mar |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $10,940.02 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $125.78 | AX W13-TU-storage for KHC-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $135.12 | AX W13-TU-storage for low-Red Dot Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | -$10.76 | AX W10-TU-return padlock-Amazon |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | -$16.09 | AX W10-TU-return padlock-Amazon |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $312.51 | AX W9-TU-storage for KHC-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $197.70 | AX W9-TU-storage for KHC-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $223.89 | AX W9-TU-storage for KHC-Public Storage |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $32.08 | AX W9-TU-storage for KHC-AC Hotel by Marriott |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $0.00 | INE PR Taxes - IN NV/INE Q1 2024 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | -$259.37 | INE Medical Ins - IN NV/INE Q1 2024 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/8/2024 | $25,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/12/2024 | $75,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/19/2024 | $59,842.21 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/26/2024 | $60,000.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $23,077.08 | LOC INTEREST - 769630622 - 04/20 - 04/30 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $4,876.92 | AnthmBlue - Apr Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $35.28 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $206.00 | AX W16-DC-Serenity Clinic-CLARKS MOVING AND MO |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $100.00 | AX W16-DC-Moving Deposit -All My Sons - Lou |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | -$100.00 | AX W16-DC-Moving Deposit -All My Sons - Lou |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $504.70 | AX W17-DC-Serenity Clinic-CLARKS MOVING AND MO |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $1,133.00 | AX W17-DC-Serenity Clinic-CLARKS MOVING AND MO |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $111.30 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $16.34 | AX W16-DC-Office Supplies-THE HOME DEPOT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $25.16 | AX W17-DC-Office Supplies-THE HOME DEPOT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $36.34 | AX W17-DC-Office Supplies-THE HOME DEPOT |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $42.39 | AX W17-DC-Suitcase - D Co-ROSS STORES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $277.60 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $34.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $25.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $241.09 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $30.00 | Travel Reimbursement |

Irwin Naturals
Case No. 24-11323

**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $27.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $241.59 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $277.60 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $565.83 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $503.39 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $40.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $126.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $201.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $9.65 | AX W17-DC-Parking Tip Hot-TIPS - PMC |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $312.51 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $197.70 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $223.89 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $125.12 | AX TU82524-RED DOT STOR |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $73.52 | AX TU82524-THE HOME DEP |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $125.78 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $129.98 | Colonial Life - Apr Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $70.05 | UNUM - VISION & SUPPLEMENTS - Apr |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $81.00 | EDIS - Admin - Apr (Accrual) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/1/2024 | -$23,077.08 | LOC INTEREST - 769630622 - 04/20 - 04/30(Reversal) - 1495806 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/1/2024 | -$81.00 | EDIS - Admin - Apr (Accrual)(Reversal) - 1497377 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/1/2024 | $41,944.00 | A/P Invoices - 00JERREL |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/1/2024 | -$783.00 | EDIS - Admin - Apr |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/7/2024 | $300.00 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/7/2024 | $6.87 | Outgoing Payments - 16110-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/20/2024 | $63,969.26 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $25,175.00 | LOC INTEREST - 769630622 - 05/21 - 05/31 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $882.54 | AMERICAN EXPRESS ACCRUAL |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $194.97 | Colonial Life - May Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $70.05 | UNUM - VISION & SUPPLEMENTS - May |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $60.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $10.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $15.00 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $9.15 | Travel Reimbursement |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | -$12,454.59 | AntehmBlue - May Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $21.50 | A/P Invoices - 00FEDEX |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | -$25,175.00 | LOC INTEREST - 769630622 - 05/21 - 05/31(Reversal) - 1508311 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | -$882.54 | AMERICAN EXPRESS ACCRUAL(Reversal) - 1509340 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $312.51 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $197.70 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $223.89 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $148.44 | AX TU82524-RED DOT STOR |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $125.78 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $16,240.41 | Amex (KTM) - CW81591 - Payments for Feb |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $10,711.47 | Amex (KTM) - CW81591 - Payments for Mar |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/20/2024 | $63,969.27 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $20,979.17 | LOC INTEREST - 769630622 - 06/21 - 06/30 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $10,940.02 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $1,579.77 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $0.00 | AntehmBlue - June Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $129.98 | Colonial Life - Jun Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $70.05 | UNUM - VISION & SUPPLEMENTS - June |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/30/2024 | $639.35 | A/P Invoices - 00DEASWIN - EXPENSE REIMB |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/1/2024 | -$20,979.17 | LOC INTEREST - 769630622 - 06/21 - 06/30(Reversal) - 1526278 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/1/2024 | $417.73 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/1/2024 | $262.03 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/1/2024 | $316.79 | AX TU82524-PUBLIC STORA |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/19/2024 | $61,905.73 | A/P Invoices - 00EASWES |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $6,033.33 | A/P Invoice - 00DEASWIN - CONSULTING 07/15/24-07/31/24 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $6,113.28 | LOC - Cost Amort (DDTL) |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $25,175.00 | LOC INTEREST - 769630622 - 07/20 - 07/31 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $1,579.77 | AntehmBlue - July Premium - Med/Den |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $129.98 | Colonial Life - Jul Premium |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $70.05 | UNUM - VISION & SUPPLEMENTS - July |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $276.80 | TU-82524 SHK |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $417.73 | TU-82524 KHC |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $168.47 | TU-82524 KHC |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $262.03 | TU-82524 KHC |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $316.79 | TU-82524 KHC |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $148.44 | TU-82524 MWK |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $148.44 | TU-82524 MWK |
| **Irwin Naturals Emergence, Inc Total** | | | **$3,226,101.67** | |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/15/2023 | $8,750.00 | Fund Transfer - IN NV/PubCo |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/15/2023 | $26,250.00 | Fund Transfer - IN NV/PubCo |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/17/2023 | $11,000.00 | Fund Transfer - IN NV/PubCo |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/25/2023 | $1,296.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/30/2023 | $3,671.50 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/30/2023 | -$3,671.50 | Reverse Entry for Payment No. 30962 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/30/2023 | $3,697.40 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $49.00 | AX W32-TU-New Frontier Data |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $1,975.81 | AX SN84231-JETBLUE AIRW |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $334.12 | AX SN84231-HYATT REGENC |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $300.00 | AX SN84231-CANYON CAR S |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $45.82 | NB PR Taxes - IN NV/PUBCO 8/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $556.59 | NB Medical Ins - IN NV/PUBCO 8/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/31/2023 | $11,650.00 | NB Consulting - IN NV/PUBCO 8/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $8,500.00 | Fund Transfer - IN NV/PubCo |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | -$8,500.00 | EWB-Bank Account |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $8,500.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/1/2023 | $799.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/14/2023 | $10,351.60 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/22/2023 | $6,000.00 | Outgoing Payments - 16113-00-000-000 |

Irwin Naturals
Case No. 24-11323
SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $5.00 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $9.17 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $49.00 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $470.20 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $274.20 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $291.24 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $13.16 | NB Medical Ins - IN NV/PUBCO 9/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $17,475.00 | NB Consulting - IN NV/PUBCO 9/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $245.11 | September Pending FedEx |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $545.54 | Braxia at Roth Capital Partners event |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $545.54 | Braxia at Roth Capital Partners event |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $45,221.00 | Payroll Allocation to PubCo/Cannabis |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/30/2023 | $175,399.00 | Payroll Allocation to PubCo |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | $245.11 | A/P Invoices - 00FEDEX |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/1/2023 | -$245.11 | September Pending FedEx(Reversal) - 1365702 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/2/2023 | $799.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/3/2023 | $20,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/4/2023 | $28,080.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/6/2023 | $155.24 | A/P Invoices - 00FEDEX |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/11/2023 | $5,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/12/2023 | $60,900.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/12/2023 | $6,500.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/12/2023 | $12,220.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/17/2023 | $3,500.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/19/2023 | $15,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $14,578.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | -$14,578.00 | Reverse Entry for Payment No. 31517 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $67.94 | A/P Invoices - 00FEDEX |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | -$67.94 | A/P Invoice - 00FEDEX - FEDEX ACCT NO: 2447-1055-7 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/23/2023 | $14,632.70 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/23/2023 | $438.98 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/23/2023 | $5,250.67 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/23/2023 | $157.52 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/23/2023 | $6,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/26/2023 | $128.76 | A/P Invoice - 00COMMBK - HFS |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/27/2023 | $5,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $438.44 | AX W40-CD-NextDayFlyers.com |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $294.00 | AX W40-CD-STICKERAPP.COM |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $400.00 | AX W41-CD-FOODLAB.COM |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $49.00 | AX W41-TU-New Frontier Data |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $650.00 | NV SOS filing f-NV SOS SILVERFLUME |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $16.25 | NV SOS processi-WF4NVSOSRFLMSERVICE |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $200.00 | Filing fees-AMERICAN CORPORATE |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | -$324.14 | NB PTO Accrual - IN NV/PUBCO 10/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $37.16 | NB Medical Ins - IN NV/PUBCO 10/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $1,120.77 | NB Travel - IN NV/PUBCO 10/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | $11,650.00 | NB Consulting - IN NV/PUBCO 10/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/31/2023 | -$155.24 | Reclass to Freight Out Expense |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | $799.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/1/2023 | $47.79 | A/P Invoices - 00FEDEX |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/3/2023 | $19.09 | A/P Invoices - 00FEDEX |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | $12,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/24/2023 | $11.69 | A/P Invoices - 00FEDEX |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/27/2023 | $193.14 | A/P Invoice - 00COMMBK - HFS |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $49.00 | AX W46-TU-New Frontier Data |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $914.39 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $271.62 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $134.46 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $994.39 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | -$914.39 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $37.16 | NB Medical Ins - IN NV/PUBCO 11/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/30/2023 | $13,820.06 | NB Consulting - IN NV/PUBCO 11/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/1/2023 | $16.90 | A/P Invoices - 00FEDEX |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/1/2023 | $799.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/26/2023 | $238.94 | A/P Invoice - 00COMMBK - HFS |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $154.55 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $149.89 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $241.89 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $188.36 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $49.00 | AX W50-TU-cannabis indust-New Frontier Data |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $37.16 | NB Medical Ins - IN NV/PUBCO 12/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $5,825.00 | NB Consulting - IN NV/PUBCO 12/2023 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/31/2023 | $26,967.86 | WILDEBOER RETAINER TO PUBCO |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/2/2024 | $799.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $49.00 | AX W2-TU-cannabis indust-New Frontier Data |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $449.97 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $111.50 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/31/2024 | $126.84 | Travel Reimbursement |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/7/2024 | -$1,776.00 | INC PAYMENT FROM THE HIVE |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/29/2024 | $49.00 | AX W7-TU-cannabis indust-New Frontier Data |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/15/2024 | -$600.00 | Incoming Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $49.00 | AX W11-TU-cannabis indust-New Frontier Data |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $74.32 | NB Medical Ins - IN NV/PUBCO Q1.2024 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/31/2024 | $32,999.61 | NB Consulting - IN NV/PUBCO Q1.2024 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $49.00 | AX TU82524-NEW FRONTIER |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/30/2024 | $18,963.14 | NB Consulting - IN NV/PUBCO 04.2024 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/10/2024 | $5,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/30/2024 | $14,500.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $6,033.33 | A/P Invoice - 00DEASWIN - 05/16-24-05/31/24 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $49.00 | AMERICAN EXPRESS ACCRUAL |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $6,033.33 | NB Consulting - IN NV/PUBCO 05.2024 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | -$49.00 | AMERICAN EXPRESS ACCRUAL(Reversal) - 1509340 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $49.00 | AX TU82524-NEW FRONTIER |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $175,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/1/2024 | $160,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/15/2024 | $6,033.33 | A/P Invoice - 00DEASWIN - 06/01/24-06/15/24 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/17/2024 | $28,500.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/28/2024 | $6,033.33 | A/P Invoice - 00DEASWIN - 06/15/24-06/30/24 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/1/2024 | $49.00 | AX TU82524-NEW FRONTIER |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/1/2024 | $145,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/15/2024 | $6,033.33 | A/P Invoice - 00DEASWIN - 07/01/24-07/15/24 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/25/2024 | $125,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | $475.00 | SI-81575 CANNABIS LICENSE |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/31/2024 | -$500.00 | WL-84447 HEMP LICENSE REFUND |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/1/2024 | -$475.00 | SI-81575 CANNABIS LICENSE(Reversal) - 1541786 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/1/2024 | $500.00 | WL-84447 HEMP LICENSE REFUND(Reversal) - 1541786 |

Irwin Naturals
Case No. 24-11323

**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/1/2024 | $125,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/1/2024 | $145,000.00 | Outgoing Payments - 16113-00-000-000 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/1/2024 | $475.00 | SI-81575 CANNABIS LICENSE |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/1/2024 | -$500.00 | WL-84447 HEMP LICENSE REFUND |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/1/2024 | -$125,000.00 | Reverse Entry for Payment No. 34692 |
| Irwin Naturals, Inc. (BC Corp) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/1/2024 | -$145,000.00 | Reverse Entry for Payment No. 34694 |
| **Irwin Naturals, Inc. (BC Corp) Total** | | | **$1,527,867.59** | |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 08/11/2024 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 08/25/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 09/08/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 09/21/2023 | $75,000.00 | Loan |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 09/22/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 09/27/2023 | $75,000.00 | Loan |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/06/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/12/2023 | $50,000.00 | Loan |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/03/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/01/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/15/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/29/2023 | $13,758.01 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/29/2023 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 01/12/2024 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 01/26/2024 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 02/09/2024 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 02/23/2024 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 03/08/2024 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 03/22/2024 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 04/05/2024 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 04/19/2024 | $30,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 05/03/2024 | $30,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 05/17/2024 | $30,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 05/31/2024 | $30,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 06/14/2024 | $30,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 06/28/2024 | $30,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 07/12/2024 | $30,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 07/26/2024 | $15,384.62 | Payroll |
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 08/09/2024 | $15,384.62 | Payroll |
| **Klee Irwin Total** | | | **$734,142.75** | |
| Leta Paz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/17/2024 | $3,500.00 | Payroll |
| Leta Paz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/17/2024 | $3,500.00 | Payroll |
| Leta Paz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 05/17/2024 | $3,500.00 | Payroll |
| Leta Paz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 05/31/2024 | $3,500.00 | Payroll |
| Leta Paz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 06/14/2024 | $3,500.00 | Payroll |
| Leta Paz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 06/28/2024 | $3,500.00 | Payroll |
| Leta Paz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 07/12/2024 | $3,500.00 | Payroll |
| Leta Paz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 07/26/2024 | $3,500.00 | Payroll |
| Leta Paz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 08/09/2024 | $3,500.00 | Payroll |
| **Leta Paz Total** | | | **$31,500.00** | |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/11/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/25/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/8/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/22/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/6/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 10/20/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/3/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 11/17/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/1/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/15/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 12/29/2023 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/12/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 1/26/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/9/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 2/23/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/8/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/22/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/5/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/15/2024 | $2,409.64 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/19/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/3/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/17/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/14/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/28/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/12/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/26/2024 | $3,484.15 | Payroll |
| Marcelo Goncalves | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/9/2024 | $3,484.15 | Payroll |
| **Marcelo Goncalves Total** | | | **$96,482.69** | |
| Margareth Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/19/2024 | $3,846.16 | Payroll |
| Margareth Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/3/2024 | $3,846.16 | Payroll |
| Margareth Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/17/2024 | $3,846.16 | Payroll |
| Margareth Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $3,846.16 | Payroll |
| Margareth Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/14/2024 | $3,846.16 | Payroll |
| Margareth Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/28/2024 | $3,846.16 | Payroll |
| Margareth Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/12/2024 | $3,846.16 | Payroll |
| Margareth Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/26/2024 | $3,846.16 | Payroll |
| Margareth Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/9/2024 | $3,846.16 | Payroll |
| **Margareth Irwin Total** | | | **$34,615.44** | |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/21/2024 | $4,048.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 3/27/2024 | $11,176.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/4/2024 | $9,144.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | Transfer date 4/18/24; Remittance slip dated 4/22/24 | $11,176.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/3/2024 | $11,176.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/16/2024 | $11,176.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $11,176.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/14/2024 | $10,160.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/1/2024 | $10,160.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/17/2024 | $10,160.00 | Payroll |
| Mark Green (Greenmark Services) | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 8/2/2024 | $10,160.00 | Payroll |
| **Mark Green (Greenmark Services) Total** | | | **$109,712.00** | |
| **Grand Total** | | | **$6,147,658.29** | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 6

## SETOFFS

**Irwin Naturals**
**Case No. 24-11323**
**SOFA 6. Setoffs**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91101 | Paid vendors (FTI) installed by bank over the objections of the CEO, founder and owner | 5/23/2024 | $32,258.06 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91102 | Paid vendors (FTI) installed by bank over the objections of the CEO, founder and owner | 5/31/2024 | $50,000.00 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91103 | Paid vendors (FTI) installed by bank over the objections of the CEO, founder and owner | 7/9/2024 | $33,880.98 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91104 | Paid vendors (FTI) installed by bank over the objections of the CEO, founder and owner | 8/5/2024 | $25,000.00 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91105 | Paid vendors (CR3 Partners) installed by bank over the objections of the CEO, founder and owner | 5/23/2024 | $50,000.00 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91106 | Paid vendors (CR3 Partners) installed by bank over the objections of the CEO, founder and owner | 5/23/2024 | $34,340.16 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91107 | Paid vendors (CR3 Partners) installed by bank over the objections of the CEO, founder and owner | 5/31/2024 | $35,137.68 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91108 | Paid vendors (CR3 Partners) installed by bank over the objections of the CEO, founder and owner | 6/14/2024 | $85,397.84 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91109 | Paid vendors (CR3 Partners) installed by bank over the objections of the CEO, founder and owner | 7/9/2024 | $148,425.18 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91110 | Paid vendors (CR3 Partners) installed by bank over the objections of the CEO, founder and owner | 7/16/2024 | $35,762.22 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91111 | Paid vendors (CR3 Partners) installed by bank over the objections of the CEO, founder and owner | 8/1/2024 | $66,323.62 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91112 | Paid vendors (CR3 Partners) installed by bank over the objections of the CEO, founder and owner | 8/8/2024 | $40,785.19 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91113 | Paid vendors (Ballard Spahr) installed by bank over the objections of the CEO, founder and owner | 7/11/2024 | $35,696.70 |
| East West Bank, 135 N. Robles Ave. 3rd Floor, Pasadena, CA 91114 | Paid vendors (Ballard Spahr) installed by bank over the objections of the CEO, founder and owner | 8/1/2024 | $50,000.00 |
| **Grand Total** | | | **$723,007.63** |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 6, QUESTION 11

## PAYMENTS RELATED TO BANKRUPTCY

**Irwin Naturals**
**Case No. 24-11323**
**SOFA 11. Payments related to bankruptcy**

| Recipient of Transfer or Payment | Property Transferred, If Not Money | Date | Total Amount or Value |
|---|---|---|---|
| Ballard Spahr (retained by FTI consulting on behalf of Debtor) | N/A | 7/11/2024 | $35,696.70 |
| Ballard Spahr (retained by FTI consulting on behalf of Debtor) | N/A | 8/1/2024 | $50,000.00 |
| **Ballard Spahr Total** | | | **$85,696.70** |
| CR3 Partners (retained by FTI consulting on behalf of Debtor) | N/A | 5/23/2024 | $50,000.00 |
| CR3 Partners (retained by FTI consulting on behalf of Debtor) | N/A | 5/23/2024 | $34,340.16 |
| CR3 Partners (retained by FTI consulting on behalf of Debtor) | N/A | 5/31/2024 | $35,137.68 |
| CR3 Partners (retained by FTI consulting on behalf of Debtor) | N/A | 6/14/2024 | $85,397.84 |
| CR3 Partners (retained by FTI consulting on behalf of Debtor) | N/A | 7/9/2024 | $148,425.18 |
| CR3 Partners (retained by FTI consulting on behalf of Debtor) | N/A | 7/16/2024 | $35,762.22 |
| CR3 Partners (retained by FTI consulting on behalf of Debtor) | N/A | 8/1/2024 | $66,323.62 |
| CR3 Partners (retained by FTI consulting on behalf of Debtor) | N/A | 8/8/2024 | $40,785.19 |
| **CR3 Partners Total** | | | **$496,171.89** |
| FTI (appointed by East West Bank) | N/A | 5/23/2024 | $32,258.06 |
| FTI (appointed by East West Bank) | N/A | 5/31/2024 | $50,000.00 |
| FTI (appointed by East West Bank) | N/A | 7/9/2024 | $33,880.98 |
| FTI (appointed by East West Bank) | N/A | 8/5/2024 | $25,000.00 |
| **FTI Total** | | | **$141,139.04** |
| Greenberg Glusker | N/A | 4/18/2024 | $50,000.00 |
| **Greenberg Glusker Total** | | | **$50,000.00** |
| **Grand Total** | | | **$773,007.63** |

# STATEMENT OF FINANCIAL AFFAIRS

### EXHIBIT
### PART 10, QUESTION 20

### OFF-PREMISES STORAGE

**Irwin Naturals**

**Case No. 24-11323**

**SOFA 20. List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|---|
| Best Formulations, 17758 Rowland Street, City of Industry, CA  91748 | Owner and its employees that work within supply chain | Componentry | Yes (with ordinary course inventory fluctuations) | $78,451.94 |
| Captek, 2710 Progress Street, Vista, CA 92081 | Owner and its employees that work within supply chain | Componentry | Yes (with ordinary course inventory fluctuations) | $5,885.07 |
| Coast 3PI Econn, 4750 Zinfandel Ct., Ontario, CA 91761 | Owner and its employees that work within supply chain | Finished Goods (Dietary Supplements and Cosmetics) | Yes (with ordinary course inventory fluctuations) | $326,340.40 |
| Coast Warehouse, 4750 Zinfandel Ct., Ontario, CA 91761 | Owner and its employees that work within supply chain | Finished Goods (Dietary Supplements and Cosmetics) | Yes (with ordinary course inventory fluctuations) | $7,907,170.36 |
| Dsv - Canada, 1425 Max Brose Drive, London, ON N6N OA2 | Owner and its employees that work within supply chain | Finished Goods (Dietary Supplements and Cosmetics) | Yes (with ordinary course inventory fluctuations) | $420,802.91 |
| Dsv-Canada Short Dated/Exp, 1425 Max Brose Drive, London, ON N6N OA2 | Owner and its employees that work within supply chain | Finished Goods (Dietary Supplements and Cosmetics) | Yes (with ordinary course inventory fluctuations) | $48,172.40 |
| Moulton Logistics Management, 7855 Haysenhurst Avenue, Van Nuys, CA 91406 | Owner and its employees that work within supply chain | Finished Goods (Dietary Supplements and Cosmetics) | Yes (with ordinary course inventory fluctuations) | $26,598.37 |
| Nic-Born, 17103 Kingsview Ave, Carson, CA 90746 | Owner and its employees that work within supply chain | Finished Goods (Dietary Supplements and Cosmetics) | Yes (with ordinary course inventory fluctuations) | $371,294.93 |
| Paragon Laboratories, 20433 Earl St, Torrance, CA 90503 | Owner and its employees that work within supply chain | Componentry | Yes (with ordinary course inventory fluctuations) | $28,355.90 |
| Robinson Pharma, 2811 South Harbor Blvd., Santa Ana, CA 92704 | Owner and its employees that work within supply chain | Componentry | Yes (with ordinary course inventory fluctuations) | $1,133,550.91 |
| Safor Products, 4900 East Pacific Place, Denver, CO 80222 | Owner and its employees that work within supply chain | Componentry | Yes (with ordinary course inventory fluctuations) | $452.45 |
| TLS 3PL, 41810 Mcalby Ct., Murrieta, CA 92562 | Owner and its employees that work within supply chain | Finished Goods (Dietary Supplements) | Yes (with ordinary course inventory fluctuations) | $1,060,767.56 |
| **Grand Total** | | | | **$11,407,843.20** |

# STATEMENT OF FINANCIAL AFFAIRS

### EXHIBIT
### PART 13, QUESTION 26d

ALL FINANCIAL INSTITUTIONS, CREDITORS, AND OTHER
PARTIES, INCLUDING MERCANTILE AND TRADE
AGENCIES, TO WHOM THE DEBTOR ISSUED A
FINANCIAL STATEMENT WITHIN 2 YEARS BEFORE
FILING THIS CASE

**Irwin Naturals,** *et al.*
**Case No. 24-11323**
**SOFA 26d: List all financial institutions, creditors, and other parties including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

| Name | Street Address | City, State Zip |
|---|---|---|
| Two Seas Capital | 32 Elm Place, 3rd Floor | Rye, NY 10580 |
| Marula Capital | 1901 Avenue of the Stars, Suite 200 | Los Angeles, CA 90067 |
| Highmont group | 144B 16 St W | North Vancouver, British Columbia V7M1T5 |
| Candlewood partners | 600 Superior Ave E Ste 1800 | Cleveland, OH 44114 |
| EMC Financial | 475 Washington Blvd #7 | Marina Del Rey, CA 90292-5287 |
| East West Bank, as agent | 135 N. Los Robles Ave, Ste 100 | Pasadena, CA 91101 |
| Hum Capital | 228 Park Ave S, Pmb 44954 | New York, NY 10003-1502 |
| Intrepid | 11755 Wilshire Blvd., 22nd Floor | Los Angeles, CA 90025 |
| JMB Capital | 205 S Martel Ave | Los Angeles, CA 90036 |
| US Capital | 1 Ferry Building, Suite 201 | San Francisco, CA 94111 |
| Lendzi | 10000 Washington Blvd | Culver City, CA 90232 |
| Gaia Filling and Packing | 7625 Rosecrans Ave | Paramount, CA 90723-2515 |
| City National Bank | 350 South Grand Avenue, Suite 100 | Los Angeles, CA 90071 |
| Eclipse Business Capital | 333 W Wacker Dr | Chicago, IL 60606 |
| Mercatus Finance | 2500 Westchester Avenue, Suite 401 | Purchase, NY 10577 |
| Leyster Capital | 145 W 28th St, 3rd floor | New York, NY 10001 |
| Advanced Energy Capital | 838 Andy Street Lane | Madison, NJ 08003 |
| Alterna Capital Solutions | 2420 Lakemont Avenue, Suite 350 | Orlando, FL 32814 |
| Ares | 2000 Av of the Stars 12th Floor | Los Angeles, CA 90067 |
| FGI Finance | 410 Park Avenue, Suite 920 | New York, NY 10022 |
| Gordon brothers | 101 Huntington Ave Suite 1100 | Boston, MA 02199 |
| MidCap Financial | 10880 Wilshire Blvd | Los Angeles, CA 90024 |
| Wise Ventures / Caliber / Mehdi Vakil | 200 Spectrum Center Dr | Irvine, CA 92618 |
| Balance Point Capital | 285 Riverside Ave | Westport, CT 06880 |
| Decathlon Capital | 1441 Ute Blvd, Ste 240 | Park City, UT 84098 |
| Phoenix Merchant Partners | 615 N 48th St | Phoenix, AZ 85008 |
| Prospect Capital | 10 E 40th St Ste 42 | New York, NY 10016 |
| Oberon Securities | 445 Park Ave., Fourth Floor | New York, NY 10022 |
| BDT & MSD Partners | 1 Vanderbilt Ave Ste 26 | New York, NY 10017 |
| Legacy Corp Lending | 5717 Legacy Drive, Suite 250 | Plano, TX 75024 |
| Gibraltar Business Capital | 400 Skokie Blvd, Ste 375 | Northbrook, IL 60062 |
| Bill Johnson | 17480 Revello Dr | Pacific Palisades, CA 90272 |
| Sheri Orlowitz | 1325 Snell Isle Blvd NE #906 | St. Petersburg, FL 33704 |
| Siena Lending Group | 9 W Broad St | Stamford, CT 06902 |
| Whitehorse Capital | 12100 Wilshire Blvd, Ste 1625 | Los Angeles, CA 90025 |
| Main Street Capital | 1010 Wilshire Blvd Ste 807 | Los Angeles, CA 90017 |
| Ghost Tree Partners | 18952 MacArthur Blvd., Suite 100 | Irvine, CA 92612 |
| White Oak Global | 7284 W. Palmetto Park Rd., Suite 101 | Boca Raton, FL 33433 |
| Energy Impact Partners | 600 3rd Ave | New York, NY 10016 |
| Edge Capital Lending | 1 Belmont Ave, Ste 630 | Bala Cynwyd, PA 19004 |
| Keystone National Group | 5000 Executive Pkwy, Ste 445 | San Ramon, CA 94583 |
| Karney Properties | 1447 Cloverfield Blvd, Ste 200 | Santa Monica, CA 90404 |
| Canaccord Genuity | 888 7th Ave. | New York, NY 10106 |
| NY Tribeca Group | 40 Wall St, 43rd Floor | New York, NY 10005 |
| Premier Merchant Funding US | 55 Water Street | New York, NY 10004 |