**FILED & ENTERED**

OCT 31 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>IRWIN NATURALS, et al.,<br><br>Affects all Debtors,<br><br><br><br>Debtors and Debtors in Possession. | Case No.: 1:24-bk-11323-VK<br><br>Chapter 11<br><br>**ORDER CONTINUING CHAPTER 11 STATUS CONFERENCE**<br><br><u>Continued Status Conference:</u><br>Date:   November 4, 2024<br>Time:   3:00 p.m.<br>Place:  Courtroom 301<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91347 |

On October 31, 2024 at 1:00 p.m., the Court held a chapter 11 case status conference (the "Status Conference") in the above-referenced bankruptcy case, the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding.  Appearances were as noted on the record.

For the reasons set forth on the record at the Status Conference, and for good cause appearing, it is hereby

ORDERED, that, on **November 4, 2024 at 3:00 p.m.**, the Court will hold a continued chapter 11 status conference; and it is further

ORDERED, that Judge Kaufman has resumed in-person hearings.  However, parties in interest (and their counsel) may continue to participate in most hearings remotely using ZoomGov audio and video.  **Any attorney or party in interest who makes an appearance on the record, via ZoomGov, must appear by video.**

**MEMBERS OF THE PUBLIC AND THE PRESS MAY ONLY CONNECT TO THE ZOOM AUDIO FEED, AND ONLY BY TELEPHONE.  ACCESS TO THE VIDEO FEED BY THESE INDIVIDUALS IS PROHIBITED, IN THE CASE OF A TRIAL OR EVIDENTIARY HEARING, NO AUDIO ACCESS WILL BE PROVIDED.  HOWEVER, MEMBERS OF THE PUBLIC AND THE PRESS MAY OBSERVE SUCH PROCEEDINGS IN PERSON.**

The following instructions will apply to the ZoomGov hearing:

Meeting Information: **November 4, 2024**

Meeting URL: https://cacb.zoomgov.com/j/1604223470

Meeting ID: 160 422 3470

Password: 784370

Join by Telephone: 1-669-254-5252 or 1-646-828-7666

(1) The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

(2) All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.

Date: October 31, 2024

Victoria S. Kaufman
United States Bankruptcy Judge