| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID M. POITRAS – Bar No. 141309<br>SUSAN K. SEFLIN - Bar No. 213865<br>ASHLEY M. TEESDALE - Bar No. 289919<br>JESSICA S. WELLINGTON - Bar No. 324477<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone:  (818) 827-9000<br>Facsimile:   (818) 827-9099<br>Email:    dpoitras@bg.law<br>         sseflin@bg.law<br>         ateesdale@bg.law<br>         jwellington@bg.law<br><br>Attorneys for Chapter 11 Debtors and Debtors in Possession<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Chapter 11 Debtors | **FILED & ENTERED**<br><br>**NOV 04 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Cetulio **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| In re:<br><br>Irwin Naturals *et al.*,<br><br><br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 1:24-bk-11323-VK and related cases<br>CHAPTER: 11<br><br>**ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM**<br>**[FRBP 3003(c)(3); LBR 3003-1]**<br><br>☐ **No hearing: LBR 9013-1(q)**<br>☒ **Hearing information**<br>DATE: October 31, 2024<br>TIME: 1:00 p.m.<br>COURTROOM: 301<br>ADDRESS: 21041 Burbank Blvd., Woodland Hills, CA 91367 |

Based either on a filed motion to set a bar date or on this court's own motion, IT IS ORDERED THAT:

1. The general bar date for creditors of the Debtor to file proofs of claim (Bar Date) is <u>December 20, 2024</u>, with the exceptions set forth in mandatory court form F 3003-1.NOTICE.BARDATE.  With respect to governmental units, the person completing the notice is responsible for ensuring that it states the correct exception.  If the stated deadline is incorrect, then the actual deadline is hereby set as the latter of (a) the incorrect date stated in the notice, (b) the statutory deadline (11 U.S.C. §§ 101(27) and 502(b)(9)), or (c) the general Bar Date.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 3003-1.ORDER.BARDATE**

2. On or before November 4, 2024, the Debtor must serve written notice of the bar date, using mandatory court form F 3003-1.NOTICE.BARDATE, on all creditors and the United States trustee.

3. ☐ Other (*specify*):

###

Date: November 4, 2024

Victoria S. Kaufman
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              Page 2                                      **F 3003-1.ORDER.BARDATE**