```
DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:       dpoitras@bg.law
             sseflin@bg.law
             jwellington@bg.law
```

Attorneys for Chapter 11 Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Irwin Naturals *et al.*,<br><br>　　　　Debtors and Debtors<br>　　　　in Possession.<br><br>☐ Affects Irwin Naturals<br>☐ Affects Irwin Naturals Inc.<br>☐ Affects 5310 Holdings, LLC<br>☐ Affects DAI US HoldCo Inc.<br>☒ Affects All Debtors | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>(Jointly Administered with: Case Nos. 1:24-bk-11324-VK; Case No. 1:24-bk-11325-VK; 1:24-bk-11326-VK)<br><br>**NOTICE OF CONTINUED FINAL HEARING ON DEBTORS' CASH COLLATERAL MOTION**<br><br>**Continued Final Hearing:**<br>Date:　December 4, 2024<br>Time:　1:30 p.m.<br>Place:　Courtroom 301<br>　　　　21041 Burbank Blvd.<br>　　　　Woodland Hills, CA 91367 |

　　　**PLEASE TAKE NOTICE** that on **December 4, 2024 at 1:30 p.m.,** a final hearing will be held before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, San Fernando Valley Division, in her Courtroom 301 located at 21041 Burbank Blvd., Woodland Hills, California 91367 for the Court to consider the *Motion For Authority to: (A) Use Cash Collateral on an Interim Basis Pending a Final Hearing; (B) Grant Replacement Liens; and (C) Set Final Hearing* [Doc. No. 19] (the "Motion") filed by Irwin Naturals,

1

3016903

a Nevada corporation, and its related debtor entities (collectively, the "Debtors"). Appearances may be made in person or via ZoomGov.

**PLEASE TAKE FURTHER NOTICE** that effective October 2, 2023, Judge Kaufman resumed in-person hearings. However, parties in interest (and their counsel) may continue to participate in most hearings remotely using ZoomGov audio and video. **Any attorney or party in interest who makes an appearance on the record, via ZoomGov, must appear by video**.

Unless otherwise ordered by Judge Kaufman, no party or witness may appear remotely for any trial or evidentiary hearing.

**MEMBERS OF THE PUBLIC AND THE PRESS MAY ONLY CONNECT TO THE ZOOM AUDIO FEED, AND ONLY BY TELEPHONE. ACCESS TO THE VIDEO FEED BY THESE INDIVIDUALS IS PROHIBITED. IN THE CASE OF A TRIAL OR EVIDENTIARY HEARING, NO AUDIO ACCESS WILL BE PROVIDED. HOWEVER, MEMBERS OF THE PUBLIC AND THE PRESS MAY OBSERVE SUCH PROCEEDINGS IN PERSON**.

The following instructions will apply to the ZoomGov hearing:

Meeting Information: **December 4, 2024**
Meeting URL: https://cacb.zoomgov.com/j/1619454474

Meeting ID: 160 945 4474
Password: 755442

Join by Telephone: 1-669-254-5252 or 1-646-828-7666
Meeting ID: 161 945 4474
Password: 755442

Hearing participants and members of the public may view and listen to the hearing through ZoomGov **free of charge**. Individuals may connect by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone). Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required.

The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

1  All persons (other than Court staff creating the official record of the hearing) are strictly

2  prohibited from making any audio or video recording of the proceedings.

3  **PLEASE TAKE FURTHER NOTICE** that in connection with the continued hearing on the

4  Motion, the Debtors shall file and serve any new or additional briefs and supporting declarations no

5  later than **November 13, 2024**.  Any written response to the Debtor's additional briefs and/or

6  supporting declarations must be filed with the Court and served upon the Debtors' bankruptcy

7  counsel at the address set forth above no later than **November 20, 2024.**  Any reply to any responses

8  must be filed no later than **November 27, 2024.**

9  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(h),

10  the failure to appear at the hearings and object to the Motion may be deemed by the Bankruptcy

11  Court to constitute consent to the approval of the relief sought in the Motion.

DATED:  November 7, 2024                          BG Law LLP


By:  /s/ Susan K. Seflin
    David M. Poitras
    Susan K. Seflin
    Jessica S. Wellington
Attorneys for Chapter 11 Debtors and
Debtors in Possession

3016903

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the document(s) entitled**: NOTICE OF CONTINUED FINAL HEARING ON DEBTORS' CASH COLLATERAL MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document(s) were served by the court via NEF and hyperlink to the document.  On **November 7, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ryan W Beall**    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- **Matthew Bouslog**    mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Erin R. Fay**    efay@wsgr.com, lmcgee@wsgr.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Alexandria Lattner**    alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- **Matthew A Macdonald**    matthew.macdonald@wsgr.com
- **Sina Maghsoudi**    sinalegal@gmail.com, g8645@notify.cincompass.com;maghsoudi.sinab128731@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **David M Poitras**    dpoitras@bg.law
- **Susan K Seflin**    sseflin@bg.law
- **Jonathan Seligmann Shenson**    jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
- **Yuriko M Shikai**    yshikai@neufeldmarks.com
- **Ashley M Teesdale**    ateesdale@bg.law, aau@bg.law
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Pamela Kohlman Webster**    pwebster@buchalter.com, smartin@buchalter.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **November 7, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 7, 2024 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY MAIL UNLESS OTHERWISE SPECIFIED**

### CREDITORS COMMITTEE

| | | |
|---|---|---|
| Paragon Laboratories, Inc.<br>Creditor's Representative: Jay Kaufman<br>20433 Earl Street<br>Torrance, CA 90503 | Zapp Packaging Inc.<br>Creditor's Representative: Claude Dardant<br>1921 S. Business Parkway<br>Ontario, CA 91761 | Sheri L. Orlowitz<br>1325 Snell Isle Blvd., NE, Unit 906,<br>Saint Petersburg, FL 33704 |

### Secured Creditors

| | |
|---|---|
| CFG Bank<br>1422 Clearview Road,<br>Baltimore Maryland 21209 | East West Bank<br>c/o Counsel, as Agent<br>9300 Flair Drive 4th Floor<br>El Monte, CA 91731 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE