**FILED & ENTERED**

NOV 13 2024

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>IRWIN NATURALS, et al.,<br><br>Affects all Debtors,<br><br><br><br>Debtors and Debtors in Possession. | Case No.: 1:24-bk-11323-VK<br><br>Chapter 11<br><br>**ORDER SETTING (1) DEADLINES CONCERNING DISCLOSURE STATEMENT AND (2) CONTINUED CHAPTER 11 STATUS CONFERENCE**<br><br>Disclosure Statement Hearing and Continued Status Conference:<br>Date:  January 8, 2025<br>Time:  1:30 p.m.<br>Place:  Courtroom 301<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91347 |

On November 7, 2024 at 1:00 p.m., the Court held a chapter 11 case status conference (the "Status Conference") in the above-referenced bankruptcy case, the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding.  Appearances were as noted on the record.

For the reasons set forth on the record at the Status Conference, and for good cause appearing, it is hereby

-1-

1  ORDERED, that the Court will hold a hearing to consider approval of the debtors' proposed disclosure statement at **1:30 p.m. on January 8, 2025**; and it is further

2  ORDERED, that the deadline to file and serve notice of: (1) hearing to consider approval of disclosure statement and (2) deadline to file and serve any objections to its approval is **November 20, 2024**. The debtors must serve the notice (**NOT** the disclosure statement and plan) on all creditors, parties requesting special notice and the United States Trustee.  Fed. R. Bankr. P. 2002(b).  **The notice must apprise the parties in interest of their opportunity to request a copy of the proposed disclosure statement and to whom they should make such a request**; and it is further

3  ORDERED, that the deadline to file and serve any objections to the Court's approval of the disclosure statement is **December 18, 2024**; and it is further

4  ORDERED, that the deadline to file and serve any reply to any objections to the Court's approval of the disclosure statement is **December 30, 2024**; and it is further

5  ORDERED, that, at **1:30 p.m. on January 8, 2025**, the Court will hold a continued chapter 11 status conference; and it is further

6  ORDERED, that the debtor(s) in possession or any appointed chapter 11 trustee must file a status report, addressing the debtors' progress to confirming a chapter 11 plan, to be served on the Official Committee of Unsecured Creditors, all secured creditors and the United States Trustee, **no later than January 6, 2025**.  The status report **must be supported by evidence** in the form of declarations and supporting documents; and it is further

7  ORDERED, that Judge Kaufman has resumed in-person hearings.  However, parties in interest (and their counsel) may continue to participate in most hearings remotely using ZoomGov audio and video. **Any attorney or party in interest who makes an appearance on the record, via ZoomGov, must appear by video.**

8  **MEMBERS OF THE PUBLIC AND THE PRESS MAY ONLY CONNECT TO THE ZOOM AUDIO FEED, AND ONLY BY TELEPHONE.  ACCESS TO THE VIDEO FEED BY THESE INDIVIDUALS IS PROHIBITED, IN THE CASE OF A TRIAL OR EVIDENTIARY HEARING, NO AUDIO ACCESS WILL BE PROVIDED.  HOWEVER,**

**MEMBERS OF THE PUBLIC AND THE PRESS MAY OBSERVE SUCH PROCEEDINGS IN PERSON.**

The following instructions will apply to the ZoomGov hearing:

Meeting Information: **January 8, 2025**

Meeting URL: https://cacb.zoomgov.com/j/1607355759

Meeting ID: 160 735 5759

Password: 065292

Join by Telephone: 1-669-254-5252 or 1-646-828-7666

(1) The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

(2) All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.

###

Date: November 13, 2024

Victoria S. Kaufman
United States Bankruptcy Judge