| Balance Sheet Summary - 10/31/2024 | IRWIN |
|---|---|
| | Amt |
| Cash or Cash Equivalent * | 5,060,436 |
| Trade Receivable (Gross) | 11,923,277 |
| Trade Receivable-Allowance for Bad Debt | (678,351) |
| Prepaid Expenses and Other | 1,511,970 |
| Inventory | 11,722,264 |
| Inventory Rebate | (368,183) |
| Inventory Reserve | (2,219,026) |
| Notes/R Related Party | 4,152,399 |
| **Current Assets** | **31,104,785** |
| | |
| **Fixed Assets, Net** | **120,634** |
| | |
| **LTI 5310 Holdings LLC** | **86,600** |
| | |
| Other Non-Current Assets | 202,250 |
| Deferred Tax Asset | 2,032,211 |
| **Other Assets** | **2,234,461** |
| | |
| **Right of Use Asset** | **731,664** |
| | |
| **Assets** | **34,278,145** |
| | |
| | |
| Trade and Other Payables | 15,103,446 |
| Lease Liability-S/T | 327,300 |
| Line of Credit | 17,849,645 |
| Reserve for Returns | 653,622 |
| Inc Taxes-Deferred/Payable | 10,539 |
| **Current Liabilities** | **33,944,551** |
| | |
| Lease Liability-L/T | 434,558 |
| **Long Term Liabilities** | **434,558** |
| | |
| Related Party Payable ST | 1,000,000 |
| | |
| **Liabilities** | **35,379,109** |
| | |
| | |
| Common Stocks | 16,326,530 |
| APIC | 92,180 |
| IN NV Class B Non Voting Shares | 13,750,431 |
| **Capital** | **30,169,141** |
| | |
| Notes Receivable Related Party | (16,326,530) |
| **Shareholder Related** | **(16,326,530)** |
| | |
| Accum Retained Earnings PY | 107,962,024 |
| Adjustments to Ret Earnings ** | (28,980,837) |
| Distribution of Ret Earnings | (94,818,003) |
| Net Profit | (2,594,445) |
| R/E - NCI | 3,487,684 |
| | **(14,943,575)** |
| | |
| **Equity** | **(1,100,964)** |
| | |
| **Liabilities & Equity** | **34,278,145** |

* Includes ~$180K period end accounting journal entries adjusting for cash that has not yet been received from DTC processors.

** Adjusts for offsetting intercompany receivables/(payables) that are noncollectable.

| Income Statement - 10/31/2024 | IRWIN |
|---|---|
| | Amt |
| **Revenues, Net** | **4,927,187** |
| | |
| COGS | 2,833,770 |
| Other COS | 195,020 |
| **Cost of Sales** | **3,028,790** |
| | |
| **Gross Margin** | **1,898,397** |
| | |
| Distribution Cost | 603,515 |
| Sales & Marketing Expenses | 400,518 |
| General & Administrative Exp | 649,789 |
| Depreciation & Amortization | 9,052 |
| Bankruptcy Expenses | 672,767 |
| **Expenses** | **2,335,641** |
| | |
| **Operating Profit** | **(437,243)** |
| | |
| Financing Costs/Line of Credit | 6,113 |
| Interest Expenses | 78,750 |
| **Other Expenses** | **84,863** |
| | |
| State Inc Taxes | 975 |
| **Other Revenues and Expenses** | **975** |
| | |
| **Net Profit** | **(523,081)** |

*AR Aging 10/31/2024*

| Row Labels | Sum of Balance | Sum of Current | Sum of 0 Days | Sum of 30 Days | Sum of 60 Days | Sum of 90+ Days |
|---|---|---|---|---|---|---|
| Grand Total | $    11,923,277 | $    7,043,534 | $    2,981,846 | $    457,618 | $    233,870 | $    1,206,409 |

**Reserve for Bad Debts:** (678,351)

**90+ Days Aged Net of Bad Debts Account:** $    528,058

*AP Aging 10/31/2024*

| Row Labels | Sum of Balance | Sum of Current | Sum of 0 Days | Sum of 30 Days | Sum of 60 Days | Sum of 90+ Days |
|---|---|---|---|---|---|---|
| Grand Total | $ 4,637,620 | $ 2,915,439 | $ 1,747,464 | $ (26,677) | $ 1,381 | $ 15 |

**Professional Payments**

| October 2024 | | TOTAL |
|---|---|---|
| BG LAW | $ | - |
| PROVINCE | $ | - |
| OMNI AGENT SOLUTIONS | $ | - |
| MARULA CAPITAL | $ | - |
| BEACH FREEMAN LIM & CLELAND | $ | 26,189 |
| JERREL JOHN CPA | $ | - |
| CR3 | $ | - |
| **Total Professional Payments** | **$** | **26,189** |

**Insider Payments**

| October 2024 | 10/04/24 | 10/18/24 | 10/25/24 | TOTAL |
|---|---|---|---|---|
| **Employees** | | | | |
| Klee Irwin | $ 15,385 | $ 15,385 | $ - | $ 30,769 |
| Tom Grillea | $ - | $ 40,385 | $ - | $ 40,385 |
| Margareth Irwin | $ - | $ - | $ 10,065 | $ 10,065 |
| Leta Paz | $ - | $ - | $ 8,471 | $ 8,471 |
| Marcelo Goncalves | $ 3,484 | $ 3,484 | $ - | $ 6,968 |
| Dan Wing | $ 10,113 | $ 10,113 | $ - | $ 20,225 |
| | **$ 28,981** | **$ 69,366** | **$ 18,536** | **$ 116,884** |
| **Consultants** | | | | |
| Greenmark Services Corp | $ 12,192 | $ 11,176 | $ - | $ 20,225 |
| **Total Insider Payments** | **$ 41,173** | **$ 80,542** | **$ 18,536** | **$ 137,109** |

**EAST WEST BANK** not financial advice

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

888 895-5650

**ACCOUNT STATEMENT**
Page  1  of  9
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
Total days in statement period: 31

3108
( 0)

EWB ITF IRWIN NATURALS
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
300 CORPORATE POINTE WALK SUITE 550
CULVER CITY CA 90230

Receive money using Direct Deposits!
Set up direct deposit and have your
paycheck or other recurring payments
sent to your bank account automatically.
Talk to your payer or call 888.895.5650
for more details.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 3108 | Beginning balance | $85,409.58 |
| Low balance | $21,582.32 | Total additions (229) | 6,460,196.58 |
| Average balance | $54,496.41 | Total subtractions (27) | 6,421,351.95 |
| | | Ending balance | $124,254.21 |

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 10-01 | | |
| | | | 80,575.87 |
| | 10-01 | | 5,871.38 |
| | 10-01 | | |
| | | | 14,690.00 |
| | 10-01 | | 27,113.00 |
| | 10-01 | | |
| | | | 68,576.96 |
| | 10-01 | | 79,156.46 |
| | 10-01 | | 82,716.96 |
| | 10-01 | | 85,609.93 |
| 22610 | 10-01 | | 4,233.34 |
| | 10-02 | | 9,448.97 |
| | 10-02 | | 12,837.84 |
| | 10-02 | | |
| | | | 17,977.03 |
| | 10-02 | | 32,546.87 |
| | 10-02 | | 1,212.59 |
| 22610 | 10-02 | | 6,093.41 |
| | 10-03 | | |
| | | | 120.44 |
| | 10-03 | | 139.63 |
| | 10-03 | | 4,682.13 |
| | 10-03 | | |
| | | | 5,472.99 |

**EAST WEST BANK** *Your financial bridge*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

████████3108

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|
|  | 10-03 | ████████ | |
|  |  | ██████ | 9,318.95 |
|  | 10-03 | ██████████ | 12,328.89 |
|  | 10-03 | █████████ | |
|  |  | ███ | 13,528.84 |
|  | 10-03 | ████████ | |
|  |  | ████ | 13,975.58 |
|  | 10-03 | █████████ | 70,771.11 |
|  | 10-04 | █████████ | |
|  |  | ████████ | 8,440.28 |
|  | 10-04 | ██████████ | |
|  |  | █████ | 99,639.81 |
|  | 10-04 | █████████ | 2,442.93 |
|  | 10-04 | █████████ | 2,770.83 |
|  | 10-04 | █████████ | |
|  |  | ██ | 5,007.99 |
|  | 10-04 | █████████ | 6,106.77 |
|  | 10-04 | █████████ | 6,832.53 |
|  | 10-04 | ███████ | 11,198.40 |
|  | 10-04 | █████████ | 37,332.62 |
|  | 10-04 | ██████████ | 46,922.45 |
|  | 10-04 | ████████ | 81,310.88 |
| 22610 | 10-04 | ██ | 726.62 |
|  | 10-07 | ████████ | |
|  |  | ██████████ | 9,446.54 |
|  | 10-07 | █████ | 611.10 |
|  | 10-07 | ████████ | |
|  |  | █████ | 3,293.91 |
|  | 10-07 | ████████ | |
|  |  | ███████ | 10,859.66 |
|  | 10-07 | █████████ | 16,274.32 |
|  | 10-07 | █████████ | |
|  |  | ███ | 16,737.79 |
|  | 10-07 | ██████████ | 36,184.96 |
|  | 10-07 | ██████████ | 71,332.99 |
|  | 10-07 | █████████ | |
|  |  | ███ | 117,746.06 |
| 22610 | 10-07 | ██ | 1,444.99 |
|  | 10-08 | █████ | 251.88 |
|  | 10-08 | ██████ | 3,484.21 |
|  | 10-08 | ████████ | 5,140.12 |
|  | 10-08 | █████████ | 38,387.02 |
|  | 10-08 | █████████ | 64,350.43 |
|  | 10-08 | █ | 611.73 |

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------:|
| | 10-08 | | 9,305.57 |
| 22610 | 10-08 | | 8,783.64 |
| | 10-09 | | |
| | 10-09 | | 12,588.40 |
| | 10-09 | | 220,151.53 |
| | 10-09 | | 265,685.75 |
| | 10-09 | | 3,747.34 |
| | 10-09 | | 9,543.11 |
| | 10-09 | | 14,690.70 |
| | 10-09 | | 10,636.00 |
| 22610 | 10-09 | | 608.42 |
| | 10-10 | | 244.37 |
| | 10-10 | | 16,398.69 |
| | 10-10 | | 1,160.96 |
| 22610 | 10-10 | | 4,487.43 |
| | 10-11 | | |
| | 10-11 | | 790.33 |
| | 10-11 | | 2,341.18 |
| | 10-11 | | 2,583.24 |
| | 10-11 | | 3,053.09 |
| | 10-11 | | 3,251.24 |
| | 10-11 | | 17,586.25 |
| | 10-11 | | 26,705.89 |
| | 10-11 | | 59,237.55 |
| | 10-11 | | 380,735.24 |
| 22610 | 10-11 | | 127,954.80 |
| | 10-15 | | 4,665.08 |
| | 10-15 | | 6,180.81 |
| | 10-15 | | 8,484.23 |
| | 10-15 | | 11,281.32 |
| | 10-15 | | 21,897.73 |
| | 10-15 | | 33,331.39 |
| | 10-15 | | 37,562.15 |
| | 10-15 | | 53,917.27 |
| | 10-15 | | 286,696.37 |

**EAST WEST BANK** *Your financial bridge®*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|
| | 10-15 | | 6,430.52 |
| | 10-15 | | 147.30 |
| 22610 | 10-15 | | 58,302.37 |
| | 10-16 | | |
| | | | 172,948.04 |
| | 10-16 | | |
| | | | 733.35 |
| | 10-16 | | 1,609.44 |
| | 10-16 | | |
| | | | 4,184.45 |
| | 10-16 | | 7,630.81 |
| | 10-16 | | |
| | | | 18,170.09 |
| | 10-16 | | |
| | | | 37,775.86 |
| | 10-16 | | |
| | | | 113,077.40 |
| | 10-16 | | 162,876.58 |
| 22610 | 10-16 | | 704.34 |
| | 10-17 | | 1,917.50 |
| | 10-17 | | 5,001.53 |
| | 10-17 | | 11,099.69 |
| | 10-17 | | 11,989.68 |
| | 10-17 | | 283.85 |
| | 10-17 | | 4,881.34 |
| | 10-17 | | 6,706.83 |
| | 10-17 | | |
| | | | 7,177.61 |
| | 10-17 | | |
| | | | 9,019.22 |
| | 10-17 | | 10,905.75 |
| | 10-17 | | 3,880.80 |
| 22610 | 10-17 | | 380.67 |
| | 10-18 | | 3,966.06 |
| | 10-18 | | 7,427.64 |
| | 10-18 | | |
| | | | 216,602.41 |
| | 10-18 | | 686.40 |
| | 10-18 | | |
| | | | 760.64 |
| | 10-18 | | 1,472.13 |
| | 10-18 | | |
| | | | 2,431.73 |
| | 10-18 | | 2,504.51 |
| | 10-18 | | 3,432.11 |
| | 10-18 | | 9,423.07 |
| | 10-18 | | 10,547.64 |

EAST WEST BANK

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

EWB ITF IRWIN NATURALS

ACCOUNT STATEMENT
Page   5 of  9

STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

▬▬3108

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|
| | 10-18 | | 10,753.66 |
| | 10-18 | | 23,430.21 |
| | 10-18 | | 45,855.06 |
| | 10-21 | | |
| | | | 204,628.80 |
| | 10-21 | | 824.98 |
| | 10-21 | | 1,840.81 |
| | 10-21 | | 2,371.12 |
| | 10-21 | | 7,913.16 |
| | 10-21 | | |
| | | | 10,270.67 |
| | 10-21 | | |
| | | | 11,601.04 |
| | 10-21 | | 17,586.61 |
| | 10-21 | | 41,033.49 |
| | 10-21 | | 45,851.31 |
| | 10-21 | | |
| | | | 66,065.78 |
| | 10-21 | | 5,237.49 |
| 22610 | 10-21 | | 172.18 |
| | 10-22 | | 240.65 |
| | 10-22 | | |
| | | | 1,332.76 |
| | 10-22 | | 6,165.35 |
| | 10-22 | | |
| | | | 7,079.05 |
| | 10-22 | | 15,905.19 |
| | 10-22 | | 29,341.50 |
| | 10-22 | | 90,677.64 |
| 22610 | 10-22 | | 37,438.78 |
| | 10-23 | | |
| | | | 20,955.28 |
| | 10-23 | | 4,696.78 |
| | 10-23 | | |
| | | | 4,723.06 |
| | 10-23 | | 4,904.86 |
| | 10-23 | | |
| | | | 5,192.43 |
| | 10-23 | | 5,990.60 |
| | 10-23 | | |
| | | | 27,528.98 |
| | 10-23 | | |
| | | | 132,031.74 |
| | 10-23 | | 5,125.00 |
| | 10-23 | | 13,770.96 |
| 22610 | 10-23 | | 386.52 |

**EAST WEST BANK** ® *Your financial bridge*®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

████3108

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 10-24 | | |
| | | | 1,380.62 |
| | 10-24 | | 1,994.75 |
| | 10-24 | | 3,254.52 |
| | 10-24 | | 3,384.57 |
| | 10-24 | | 12,287.81 |
| | 10-24 | | 12,595.48 |
| | 10-24 | | 2,297.45 |
| 22610 | 10-24 | | 1,625.10 |
| | 10-25 | | |
| | | | 166,250.99 |
| | 10-25 | | 2,330.11 |
| | 10-25 | | 3,166.90 |
| | 10-25 | | 3,221.55 |
| | 10-25 | | 3,429.04 |
| | 10-25 | | 4,930.29 |
| | 10-25 | | 13,709.53 |
| | 10-25 | | 41,688.85 |
| | 10-25 | | 51,015.69 |
| | 10-25 | | 6,263.62 |
| 22610 | 10-25 | | 911.40 |
| | 10-28 | | 1,079.40 |
| | 10-28 | | 1,549.97 |
| | 10-28 | | 2,974.95 |
| | 10-28 | | 3,042.50 |
| | 10-28 | | 4,047.33 |
| | 10-28 | | 7,359.11 |
| | 10-28 | | 12,386.30 |
| | 10-28 | | 12,854.86 |
| | 10-28 | | 17,662.43 |
| | 10-28 | | 30,362.44 |
| | 10-28 | | 33,320.35 |
| | 10-28 | | 83,953.61 |
| | 10-28 | | 375,058.09 |
| | 10-28 | | 422.89 |
| | 10-28 | | 986.71 |
| 22610 | 10-28 | | 10,142.73 |
| 22610 | 10-28 | | 22,719.51 |
| | 10-29 | | 626.01 |

**EAST WEST BANK** *Your Financial Bridge*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

██████3108

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | | Additions |
|--------|------|-------------------------|---|-----------|
| | 10-29 | | | 1,444.93 |
| | 10-29 | | | 1,902.02 |
| | 10-29 | | | 3,599.65 |
| | 10-29 | | | 7,056.12 |
| | 10-29 | | | 7,257.80 |
| | 10-29 | | | 10,760.38 |
| | 10-29 | | | 16,673.92 |
| | 10-29 | | | 4,893.35 |
| | 10-29 | | | |
| | | | | 5,256.25 |
| | 10-29 | | | 8,834.21 |
| | 10-29 | | | |
| | | | | 13,501.53 |
| | 10-29 | | | 21,109.78 |
| | 10-29 | | | |
| | | | | 24,635.11 |
| | 10-29 | | | 26,336.64 |
| | 10-29 | | | 48,147.42 |
| | | | | 65,100.99 |
| | 10-29 | | | 1,347.73 |
| 22610 | 10-29 | | | 49,529.38 |
| | 10-30 | | | |
| | | | | 1,942.56 |
| | 10-30 | | | |
| | | | | 549.74 |
| | 10-30 | | | 2,862.03 |
| | 10-30 | | | 3,173.08 |
| | | | | 4,831.79 |
| | 10-30 | | | 17,970.90 |
| | 10-30 | | | |
| | | | | 43,030.44 |
| | 10-30 | | | |
| | | | | 61,496.00 |
| | 10-30 | | | 27,270.97 |
| | 10-30 | | | 387.84 |
| 22610 | 10-30 | | | 3,405.94 |
| | 10-31 | | | 165.70 |
| | 10-31 | | | |
| | | | | 1,025.58 |
| | 10-31 | | | 5,697.48 |
| | 10-31 | | | 5,993.72 |
| | 10-31 | | | |
| | | | | 7,051.30 |
| | 10-31 | | | 133,302.00 |
| 22610 | 10-31 | | | 10,175.92 |

**EAST WEST BANK**
*Your financial bridge®*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

EWB ITF IRWIN NATURALS

████3108

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 10-01 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 494,816.70 |
| 10-02 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 79,333.71 |
| 10-03 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 137,235.56 |
| 10-04 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 310,967.11 |
| 10-07 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 284,041.32 |
| 10-08 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 111,667.60 |
| 10-09 | Preauth Debit | TRANSACTION SERV PPMFEE SEP 241009 939019350005826 | 0.04 |
| 10-09 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 541,765.21 |
| 10-10 | Preauth Debit | TRANSACTION SERV PPMFEE SEP 241010 939019350005826 | 1.73 |
| 10-10 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 45,919.18 |
| 10-11 | Preauth Debit | TRANSACTION SERV PPMFEE SEP 241011 939019350005826 | 1.13 |
| 10-11 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 621,283.99 |
| 10-15 | Dep Ret Rtm | | 5,318.00 |
| 10-15 | Preauth Debit | TRANSACTION SERV PPMFEE SEP 241015 939019350005826 | 0.05 |
| 10-15 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 465,882.49 |
| 10-16 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 541,168.36 |
| 10-17 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 71,692.07 |
| 10-18 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 345,748.57 |
| 10-21 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 424,447.45 |
| 10-22 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 155,988.92 |
| 10-23 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 229,238.21 |
| 10-24 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 67,494.30 |
| 10-25 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 293,112.97 |
| 10-28 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 593,571.18 |
| 10-29 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 275,919.11 |
| 10-30 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 135,957.29 |
| 10-31 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT █6606 | 188,779.70 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 09-30 | 85,409.58 | 10-10 | 21,582.32 | 10-23 | 75,081.10 |
| 10-01 | 39,136.78 | 10-11 | 24,536.01 | 10-24 | 46,407.10 |
| 10-02 | 39,919.78 | 10-15 | 82,232.01 | 10-25 | 50,212.10 |
| 10-03 | 33,022.78 | 10-16 | 60,774.01 | 10-28 | 76,564.10 |
| 10-04 | 30,787.78 | 10-17 | 62,326.41 | 10-29 | 118,658.21 |
| 10-07 | 30,678.78 | 10-18 | 55,871.11 | 10-30 | 149,622.21 |
| 10-08 | 49,325.78 | 10-21 | 46,821.10 | 10-31 | 124,254.21 |
| 10-09 | 45,211.78 | 10-22 | 79,013.10 | | |

**EAST WEST BANK** *Your financial bridge®*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

EWB ITF IRWIN NATURALS

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………........    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____
**Sub Total**………    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………    $_____

**Balance**……..…...................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____
**Sub Total** …………    $_____

**Add** Monthly Interest
Earned ………………………….    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………    $_____
_____
_____
_____

**Balance**…….....................…    $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

**EAST WEST BANK**

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

888 895-5650

ACCOUNT STATEMENT
Page 1 of 4
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
Total days in statement period: 31
3116
( 0 )

EWB ITF IRWIN NATURALS
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
300 CORPORATE POINTE WALK SUITE 550
CULVER CITY CA 90230

Receive money using Direct Deposits!
Set up direct deposit and have your
paycheck or other recurring payments
sent to your bank account automatically.
Talk to your payer or call 888.895.5650
for more details.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 3116 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions (60) | 201,163.38 |
| Average balance | $0.00 | Total subtractions (23) | 201,163.38 |
| | | Ending balance | $.00 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 10-01 | | |
| | 10-01 | | 152.28 |
| | 10-02 | | 5,949.44 |
| | 10-02 | | 134.93 |
| | 10-03 | | 9,740.57 |
| | 10-03 | | 51.18 |
| | 10-04 | | 6,514.45 |
| | 10-04 | | 52.69 |
| | 10-07 | | 6,658.19 |
| | 10-07 | | 0.36 |
| | 10-07 | | 72.68 |
| | 10-07 | | 106.18 |
| | 10-07 | | 5,651.17 |
| | 10-07 | | 5,975.52 |
| | | | 8,260.64 |

**EAST WEST BANK** *Your Financial Bridge®*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

EWB ITF IRWIN NATURALS

ACCOUNT STATEMENT
Page   2   of   4
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
████3116

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|
| | 10-08 | | |
| | 10-08 | | 52.04 |
| | 10-09 | | 4,853.70 |
| | 10-09 | | 9.03 |
| | 10-10 | | 4,908.90 |
| | 10-10 | | 240.33 |
| | 10-11 | | 7,190.26 |
| | 10-11 | | 252.99 |
| | 10-15 | | 7,945.64 |
| | 10-15 | | 65.17 |
| | 10-15 | | 110.70 |
| | 10-15 | | 195.02 |
| | 10-15 | | 214.03 |
| | 10-15 | | 5,949.48 |
| | 10-15 | | 6,237.90 |
| | 10-15 | | 6,623.43 |
| | 10-16 | | 7,192.32 |
| | 10-16 | | 38.16 |
| | 10-17 | | 7,536.04 |
| | 10-17 | | 17.46 |
| | 10-18 | | 6,887.53 |
| | 10-18 | | 58.79 |
| | 10-21 | | 5,653.88 |
| | 10-21 | | 82.29 |
| | | | 120.38 |

# EAST WEST BANK
*your financial bridge*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

EWB ITF IRWIN NATURALS

STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

██████3116

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|
| | 10-21 | ████ ██████████ | |
| | | | 5,076.03 |
| | 10-21 | ████ ███████████ | |
| | | | 6,072.40 |
| | 10-21 | ████ ██████████ | |
| | | | 6,173.88 |
| | 10-22 | ████ ██████████ | |
| | | | 33.44 |
| | 10-22 | ████ ███████████ | |
| | | | 5,309.49 |
| | 10-23 | ████ ███████████ | |
| | | | 109.64 |
| | 10-23 | ████ ██████████ | |
| | | | 5,352.34 |
| | 10-24 | ████ ██████████ | |
| | | | 137.57 |
| | 10-24 | ████ ███████████ | |
| | | | 5,542.81 |
| | 10-25 | ████ ███████████ | |
| | | | 133.30 |
| | 10-25 | ████ ██████████ | |
| | | | 6,141.02 |
| | 10-28 | ████ ██████████ | |
| | | | 61.03 |
| | 10-28 | ████ ██████████ | |
| | | | 375.86 |
| | 10-28 | ████ ██████████ | |
| | | | 5,175.31 |
| | 10-28 | ████ ██████████ | |
| | | | 6,873.94 |
| | 10-28 | ████ ██████████ | |
| | | | 7,296.74 |
| | 10-29 | ████ ██████████ | |
| | | | 69.28 |
| | 10-29 | ████ ███████████ | |
| | | | 5,479.87 |
| | 10-30 | ████ ██████████ | |
| | | | 58.54 |
| | 10-30 | ████ ██████████ | |
| | | | 6,847.64 |
| | 10-31 | ████ ██████████ | |
| | | | 87.34 |
| | 10-31 | ████ ██████████ | |
| | | | 7,000.16 |

## DEBITS

| Date | Transaction Description | Subtractions |
|------|------------------------|--------------|
| 10-01 | Automatic Trans   TRANSFER TO DEPOSIT SYSTEM ACCOUNT ████6606 | 6,101.72 |

**EAST WEST BANK** *Your financial bridge®*

ACCOUNT STATEMENT
Page 4 of 4

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

EWB ITF IRWIN NATURALS

█████3116

| Date | Transaction Description | | | Subtractions |
|------|------------------------|---|---|-------------|
| 10-02 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 9,875.50 |
| 10-03 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 6,565.63 |
| 10-04 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 6,710.88 |
| 10-07 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 20,066.55 |
| 10-08 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 4,905.74 |
| 10-09 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 4,917.93 |
| 10-10 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 7,430.59 |
| 10-11 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 8,198.63 |
| 10-15 | Preauth Debit | PAYPAL ECHECK 241015 | | 34.94 |
| 10-15 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 26,553.11 |
| 10-16 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 7,574.20 |
| 10-17 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 6,904.99 |
| 10-18 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 5,712.67 |
| 10-21 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 17,524.98 |
| 10-22 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 5,342.93 |
| 10-23 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 5,461.98 |
| 10-24 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 5,680.38 |
| 10-25 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 6,274.32 |
| 10-28 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 19,782.88 |
| 10-29 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 5,549.15 |
| 10-30 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 6,906.18 |
| 10-31 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT | ████6606 | 7,087.50 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-30 | 0.00 | 10-10 | 0.00 | 10-23 | 0.00 |
| 10-01 | 0.00 | 10-11 | 0.00 | 10-24 | 0.00 |
| 10-02 | 0.00 | 10-15 | 0.00 | 10-25 | 0.00 |
| 10-03 | 0.00 | 10-16 | 0.00 | 10-28 | 0.00 |
| 10-04 | 0.00 | 10-17 | 0.00 | 10-29 | 0.00 |
| 10-07 | 0.00 | 10-18 | 0.00 | 10-30 | 0.00 |
| 10-08 | 0.00 | 10-21 | 0.00 | 10-31 | 0.00 |
| 10-09 | 0.00 | 10-22 | 0.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook**.

**ENTER**
Ending Balance of
this Statement………………..........    $_____

**Add** Deposits not shown
on this Statement                    $_____
                                     _____
              **Sub Total**……….    $_____
**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………    $_____

**Balance**…….…........................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____
              **Sub Total** …………    $_____

**Add** Monthly Interest
Earned ……………………………..    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..    $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..    $_____
                                     _____
                                     _____
                                     _____

**Balance**……….........................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

# FIRST WEST BANK

*"your financial edge"*

888 895-5650

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

**ACCOUNT STATEMENT**
Page  1  of  9
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
Total days in statement period: 31

██████6606
( 18)

IRWIN NATURALS, INC.
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
OPERATIONAL ACCOUNT (B2B)
300 CORPORATE POINTE WALK SUITE 550
CULVER CITY CA 90230

> Receive money using Direct Deposits!
> Set up direct deposit and have your
> paycheck or other recurring payments
> sent to your bank account automatically.
> Talk to your payer or call 888.895.5650
> for more details.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ██████6606 | Beginning balance | $3,767,508.02 |
| Enclosures | 18 | Total additions ( 48) | 6,635,972.27 |
| Low balance | $3,321,410.65 | Total subtractions ( 148) | 5,656,523.14 |
| Average balance | $4,064,829.86 | Ending balance | $4,746,957.15 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 10-01 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3108 | 494,816.70 |
| | 10-01 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████116 | 6,101.72 |
| | 10-02 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3108 | 79,333.71 |
| | 10-02 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3116 | 9,875.50 |
| | 10-02 | Wire Trans-IN | 8ad5c51f-d2c9-44dd-b8b4-b0f22e97cd82 MARGARETH B IRWIN ████ CONTRIBUTION | 500.00 |
| | 10-03 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3108 | 137,235.56 |
| | 10-03 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3116 | 6,565.63 |
| | 10-04 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3108 | 310,967.11 |
| | 10-04 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3116 | 6,710.88 |
| | 10-07 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3108 | 284,041.32 |
| | 10-07 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3116 | 20,066.55 |
| | 10-07 | ██████ | ████████████████████ | 18,280.84 |
| | 10-08 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3108 | 111,667.60 |
| | 10-08 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ████3116 | 4,905.74 |

3409    rev 05-16

**EAST WEST BANK**
*Your financial bridge®*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

IRWIN NATURALS, INC.

ACCOUNT STATEMENT
Page   2  of   9
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
██████6606

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 10-09 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 541,765.21 |
| | 10-09 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 4,917.93 |
| | 10-10 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 45,919.18 |
| | 10-10 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 7,430.59 |
| | 10-11 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 621,283.99 |
| | 10-11 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 8,198.63 |
| | 10-15 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 465,882.49 |
| | 10-15 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 26,553.11 |
| | 10-16 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 541,168.36 |
| | 10-16 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 7,574.20 |
| | 10-17 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 71,692.07 |
| | 10-17 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 6,904.99 |
| | 10-18 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 345,748.57 |
| | 10-18 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 5,712.67 |
| | 10-21 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 424,447.45 |
| | 10-21 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 17,524.98 |
| | 10-22 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 155,988.92 |
| | 10-22 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 5,342.93 |
| | 10-23 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 229,238.21 |
| | 10-23 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 5,461.98 |
| | 10-24 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 67,494.30 |
| | 10-24 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 5,680.38 |
| | 10-25 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3108 | 293,112.97 |
| | 10-25 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███3116 | 6,274.32 |

# EAST WEST BANK®  *Your Financial Bridge®*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

IRWIN NATURALS, INC.

ACCOUNT STATEMENT
Page  3  of  9
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
███████6606

| Number | Date | Transaction Description | | Additions |
|--------|------|------------------------|--|-----------|
| | 10-28 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███████3108 | 593,571.18 |
| | 10-28 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███████3116 | 19,782.88 |
| | 10-29 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███████3108 | 275,919.11 |
| | 10-29 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███████3116 | 5,549.15 |
| | 10-29 | Pre-Auth Credit | ████████████████ CREDIT | 20.00 |
| | 10-30 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███████3108 | 135,957.29 |
| | 10-30 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███████3116 | 6,906.18 |
| | 10-31 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███████3108 | 188,779.70 |
| | 10-31 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ███████3116 | 7,087.50 |
| | 10-31 | Pre-Auth Credit | ████████████ 2726 | 11.99 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| ████ | 10-11 | 16.94 | ████ | 10-16 | 24.79 |
| ████ | 10-29 | 18.99 | ████ | 10-11 | 24.99 |
| ████ | 10-10 | 27.15 | ████ * | 10-15 | 53.09 |
| ████ | 10-10 | 29.09 | ████ * | 10-10 | 17.99 |
| ████ | 10-31 | 11.00 | ████ | 10-15 | 376.31 |
| ████ | 10-10 | 19.87 | ████ | 10-16 | 2,500.00 |
| ████ | 10-15 | 32.77 | ████ | 10-16 | 100.00 |
| ████ | 10-16 | 29.99 | ████ | 10-17 | 4,439.00 |
| ████ * | 10-23 | 23.26 | | | |
| ████ | 10-10 | 30.99 | | * Skip in check sequence | |

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|------------------------|--|--------------|
| 10-01 | Outgoing Wire | ████████████████ | 154,277.10 |
| 10-01 | Preauth Debit | ██████████ | 439.38 |
| 10-01 | Preauth Debit | ███████████ | 961.00 |
| 10-01 | Preauth Debit | █████████████ | 1,036.67 |
| 10-01 | Preauth Debit | █████████ | 52,619.95 |
| 10-02 | Outgoing Wire | ████████████████ | 189,598.67 |
| | | ████████ | |
| 10-02 | Preauth Debit | ████████████ | 31.97 |
| 10-02 | Preauth Debit | █████████████ | 36.89 |
| 10-02 | Preauth Debit | ███████████ | 453.41 |
| 10-02 | Preauth Debit | ████████████ | 3,094.90 |

**EAST WEST BANK**
*Your financial bridge®*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

IRWIN NATURALS, INC.

ACCOUNT STATEMENT
Page   4   of   9
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

███████6606

| Date | Transaction Description | Subtractions |
|------|------------------------|-------------:|
| 10-03 | Outgoing Wire | 370.00 |
| 10-03 | Outgoing Wire | 67,749.10 |
| 10-03 | Preauth Debit | 69.91 |
| 10-03 | Preauth Debit | 553.00 |
| 10-03 | Preauth Debit | 600.55 |
| 10-03 | Preauth Debit | 697.92 |
| 10-03 | Preauth Debit | 2,354.80 |
| 10-03 | Preauth Debit | 4,180.36 |
| 10-03 | Preauth Debit | 35,574.74 |
| 10-04 | Outgoing Fx Ccy | 3,906.64 |
| 10-04 | Outgoing Fx Ccy | 7,740.46 |
| 10-04 | Outgoing Fx Ccy | 36,051.81 |
| 10-04 | Bbp Usd Intl WI | 164.07 |
| 10-04 | Bbp Usd Intl WI | 4,867.87 |
| 10-04 | Outgoing Wire | 664,029.23 |
| 10-04 | Preauth Debit | 1,661.61 |
| 10-04 | Preauth Debit | 5,537.00 |
| 10-04 | Preauth Debit | 7,912.50 |
| 10-04 | Preauth Debit | 7,995.07 |
| 10-04 | Preauth Debit | 243,637.60 |
| 10-07 | Preauth Debit | 194.31 |
| 10-07 | Preauth Debit | 270.39 |
| 10-07 | Preauth Debit | 804.66 |
| 10-07 | Preauth Debit | 1,281.14 |
| 10-07 | Preauth Debit | 11,470.02 |
| 10-07 | Preauth Debit | 15,400.83 |
| 10-07 | Preauth Debit | 34,368.63 |
| 10-08 | Preauth Debit | 122.00 |
| 10-08 | Preauth Debit | 1,970.92 |
| 10-08 | Preauth Debit | 3,805.63 |
| 10-09 | Preauth Debit | 55.95 |
| 10-09 | Preauth Debit | 500.00 |
| 10-09 | Preauth Debit | 798.04 |
| 10-10 | Outgoing Wire | 15,000.00 |
| 10-10 | Debit Memo | 62,774.59 |
| 10-10 | Debit Memo | 63,585.34 |
| 10-11 | Outgoing Fx Ccy | 1,121.06 |
| 10-11 | Outgoing Fx Ccy | 2,512.38 |
| 10-11 | Bbp Usd Intl WI | 3,550.00 |
| 10-11 | Outgoing Wire | 14,860.30 |
| 10-11 | Outgoing Wire | 707,366.93 |
| 10-11 | Preauth Debit | 445.05 |
| 10-11 | Preauth Debit | 3,528.00 |
| 10-11 | Preauth Debit | 5,620.80 |
| 10-11 | Preauth Debit | 8,294.95 |
| 10-11 | Preauth Debit | 86,250.90 |

**EAST WEST BANK**
*Your financial bridge®*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

IRWIN NATURALS, INC.

| Date | Transaction Description | | Subtractions |
|------|------------------------|--|-------------:|
| 10-11 | Preauth Debit | Irwin Naturals Payment 241011 | 128,018.51 |
| 10-11 | Preauth Debit | Irwin Naturals Payment 241011 | 131,464.58 |
| 10-15 | Preauth Debit | FEDERAL EXPRESS DEBIT 241015 | 26.45 |
| 10-15 | Preauth Debit | FEDERAL EXPRESS DEBIT 241015 | 202.71 |
| 10-15 | Preauth Debit | FEDERAL EXPRESS DEBIT 241015 | 498.01 |
| 10-15 | Preauth Debit | SPECTRUM SPECTRUM 241015 | 909.82 |
| 10-15 | Preauth Debit | COPPERPOINT CASHCD 241015 469754 | 1,098.00 |
| 10-15 | Preauth Debit | SPECTRUM SPECTRUM 241015 | 1,476.44 |
| 10-15 | Preauth Debit | REPOSITRAK REPOSITRAK 241015 ST-C7K1C4C8G5V4 | 2,647.00 |
| 10-15 | Preauth Debit | SPS COMMERCE, IN VENDOR PMT 241015 7ZGW29J9Z4DG | 7,797.80 |
| 10-15 | Preauth Debit | FEDERAL EXPRESS DEBIT 241015 | 15,881.05 |
| 10-16 | Outgoing Wire | 36d46817-4b57-4080 -8000-1350f0b5dc54 IRWIN NATURALS███0381 | |
| | | /ROC/5700327358 | 234,344.26 |
| 10-16 | Preauth Debit | BANCORPSV BANCORPSV WH-EDIS-99994-SETT LE PURCHASE | 482.73 |
| 10-17 | Outgoing Wire | 7c886460-bd9d-4417 -83ca-308372264e18 IRWIN NATURALS███0381 | |
| | | /ROC/6150358949 | 370.00 |
| 10-17 | Outgoing Wire | f8a32456-e8af-4817 -b955-f235a446443d IRWIN NATURALS███0381 | |
| | | /ROC/7904316VV | 93,399.23 |
| 10-17 | Preauth Debit | FIDELITY 92666 C FPRS Irwin Naturals███ | 1,281.14 |
| 10-17 | Preauth Debit | FIDELITY 92666 C FPRS Irwin Naturals███ | 15,224.23 |
| 10-18 | Bbp Usd Intl WI | ACI3152P00002705 REENA GROUP OF COM TDOMCATTTOR Bank Institution N umber: | |
| | | 004 B | 1,325.50 |
| 10-18 | Outgoing Wire | ACD3152P00002704 ROBINSON PHARMA, I 122203950 /ROC/NOT PROVIDED | 669,694.07 |
| 10-18 | Preauth Debit | FEDERAL EXPRESS DEBIT 241018 | 291.66 |
| 10-18 | Preauth Debit | FEDERAL EXPRESS DEBIT 241018 | 433.99 |
| 10-18 | Preauth Debit | FEDERAL EXPRESS DEBIT 241018 | 511.65 |
| 10-18 | Preauth Debit | LEASE SERVICES 8883084403███ 2TDBH1IHOIGF6JF | 741.89 |
| 10-18 | Preauth Debit | TASC FUNDING 241018 cc4d03a46f2da47 | 1,220.62 |
| 10-18 | Preauth Debit | NEOPOST INC PAYMENT ███ | 1,809.92 |
| 10-18 | Preauth Debit | Irwin Naturals Payment███ | 2,749.99 |
| 10-18 | Preauth Debit | FEDERAL EXPRESS DEBIT███ | 14,592.82 |
| 10-18 | Preauth Debit | Irwin Naturals Payment███ | 96,864.24 |
| 10-18 | Preauth Debit | Irwin Naturals Payment███ | 139,206.54 |
| 10-21 | Preauth Debit | GO DADDY.COM,INC WEB ORDER 241021 3156912186 | 9.99 |
| 10-21 | Preauth Debit | GO DADDY.COM,INC WEB ORDER 241021 3157011826 | 11.99 |
| 10-21 | Preauth Debit | Quadient Leasing LEASE PMT NTE*Lease# N220712 14\ | 109.09 |
| 10-21 | Preauth Debit | PAYPAL INST XFER 241021 | 122.00 |
| 10-22 | Analysis Servic | ANALYSIS ACTIVITY FOR 09/24 | 3,801.72 |
| 10-22 | Preauth Debit | BANCORPSV BANCORPSV WH-EDIS-99994-SETT LE PURCHASE | 1,156.75 |
| 10-23 | Outgoing Fx Ccy | FX OUT WIRE 101482259 1 1 IRWIN NATURALS 022 | 1,183.78 |
| 10-23 | Preauth Debit | PAYPAL INST XFER 241023 | 144.00 |
| 10-23 | Preauth Debit | shopify.com/c shopify.co 241023 ST-D5Q8O8W1T8L0 | 3,879.11 |
| 10-23 | Preauth Debit | Irwin Naturals Payment 241023 | 45,709.90 |
| 10-24 | Preauth Debit | Irwin Naturals Payment 241024 | 941.96 |
| 10-24 | Preauth Debit | Irwin Naturals PR PAYMENT 241024 | 18,536.21 |
| 10-25 | Outgoing Fx Ccy | FX OUT WIRE 101482861 1 1 IRWIN NATURALS 022 | 787.92 |
| 10-25 | Outgoing Fx Ccy | FX OUT WIRE 101482862 1 1 IRWIN NATURALS 022 | 5,859.80 |
| 10-25 | Outgoing Wire | ACD3159P00003536 ROBINSON PHARMA, I 122203950 /ROC/NOT PROVIDED | 705,678.16 |
| 10-25 | Preauth Debit | IPFS866-412-1821 IPFSPMTCAL 241025 498809 | 4,569.26 |

# EAST WEST BANK *Your financial bridge*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

IRWIN NATURALS, INC.

ACCOUNT STATEMENT
Page 6 of 9
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
■■■■6606

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 10-25 | Preauth Debit | Irwin Naturals Payment 241025 | 24,357.20 |
| 10-25 | Preauth Debit | ANTHEM BLUE W01O CORP PYMT 241025 FL00423708 | 56,135.57 |
| 10-25 | Preauth Debit | Irwin Naturals Payment 241025 | 155,690.31 |
| 10-28 | Preauth Debit | FEDERAL EXPRESS DEBIT 241028 | 53.15 |
| 10-28 | Preauth Debit | FEDERAL EXPRESS DEBIT 241028 | 387.84 |
| 10-28 | Preauth Debit | FEDERAL EXPRESS DEBIT 241028 | 496.45 |
| 10-28 | Preauth Debit | Quadient Leasing LEASE PMT NTE*Lease# N220712 14\ | 846.92 |
| 10-28 | Preauth Debit | WA DEPT REVENUE TAX PYMT 241028 14104163 | 974.87 |
| 10-28 | Preauth Debit | Irwin Naturals PAYMENT 241028 | 15,000.00 |
| 10-28 | Preauth Debit | FEDERAL EXPRESS DEBIT 241028 | 15,478.85 |
| 10-29 | Onln Bkg Trfn D | TO ACC 05500020440 | 500.00 |
| 10-29 | Onln Bkg Trfn D | TO ACC 05500020447 | 500.00 |
| 10-29 | Preauth Debit | ATT Payment 241029 | 139.10 |
| 10-29 | Preauth Debit | UNUMGROUP955 INSURANCE 01 UNUM GROUP 0923654001 20241101 | 600.55 |
| 10-29 | Preauth Debit | UNUMGROUP955 INSURANCE 01 UNUM GROUP 0923655001 20241101 | 706.07 |
| 10-29 | Preauth Debit | BANCORPSV BANCORPSV WH-EDIS-99994-SETT LE PURCHASE | 1,417.23 |
| 10-29 | Preauth Debit | UNUMGROUP955 INSURANCE 01 UNUM GROUP 0923653001 20241101 | 2,365.80 |
| 10-29 | Preauth Debit | Colonial Life Pay-In for 241029 89065634 5 162358 | 3,094.90 |
| 10-30 | Outgoing Wire | a9d64030-0684-416e -b730-06b022051 7ea IRWIN NATURALS ■■■ | |
| | | /ROC/5350377476 | 190,881.16 |
| 10-30 | Preauth Debit | ADP PAYROLL FEES ADP FEES■■■■■■ | 19.80 |
| 10-30 | Preauth Debit | Employer Driven AchCollect 241030 | 1,647.00 |
| 10-30 | Preauth Debit | QUARTERLY FEE PAYMENT 241030 0000 | 59,486.15 |
| 10-31 | Outgoing Wire | a6824e90-0aaf-46ec -8ebc-5c1ce0c4e978 IRWIN NATURALS■■■0381 | |
| | | /ROC/6150359673 | 369.83 |
| 10-31 | Outgoing Wire | 74e9f5ab-33ec-4004 -9d60-ea6b10bf3582 IRWIN NATURALS■■■0381 | |
| | | /ROC/8090277VV | 69,316.08 |
| 10-31 | Debit Memo | LOAN PMT LN 769630622 | 60,602.46 |
| 10-31 | Debit Memo | LOAN PMT LN 769626920 | 72,806.06 |
| 10-31 | Preauth Debit | UL VERIFICATION WERCSMART 241031 M80702635068 | 303.19 |
| 10-31 | Preauth Debit | FIDELITY 92666 C FPRS Irwin Naturals 92666 002 | 1,281.14 |
| 10-31 | Preauth Debit | FIDELITY 92666 C FPRS Irwin Naturals 92666 001 | 12,065.75 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 09-30 | 3,767,508.02 | 10-10 | 4,147,878.07 | 10-23 | 4,624,736.93 |
| 10-01 | 4,059,092.34 | 10-11 | 3,684,285.30 | 10-24 | 4,678,433.44 |
| 10-02 | 3,955,585.71 | 10-15 | 4,145,721.45 | 10-25 | 4,024,742.51 |
| 10-03 | 3,987,236.52 | 10-16 | 4,456,982.24 | 10-28 | 4,604,858.49 |
| 10-04 | 3,321,410.65 | 10-17 | 4,420,865.70 | 10-29 | 4,877,004.11 |
| 10-07 | 3,580,009.38 | 10-18 | 3,842,884.05 | 10-30 | 4,767,833.47 |
| 10-08 | 3,690,684.17 | 10-21 | 4,284,603.41 | 10-31 | 4,746,957.15 |
| 10-09 | 4,236,013.32 | 10-22 | 4,440,976.79 | | |

**EAST WEST BANK** *Your financial bridge*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024

████████6606

IRWIN NATURALS, INC.

### OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Case 1:24-bk-11323-VK    Doc 249-1    Filed 11/21/24    Entered 11/21/24 14:35:38    Desc
Exhibit Balance Sheet    Income Statement    AR/AP Aging    Professional Payments    Ins    Page 29 of 33

Checking Account    6606
Statement Date    10/31/2024
Page    8 of 9



| | |
|---|---|
| 10/11/2024 — $16.94 (ALAN CADE) | 10/15/2024 — $32.77 (JAMIE NOVAK) |
| 10/29/2024 — $18.99 (ASHLEY DAMAN) | 10/16/2024 — $29.99 (JORGE ORTIZ) |
| 10/10/2024 — $27.15 (BRANDY TURNER) | 10/23/2024 — $23.26 (KENNETH STRAUGHTER) |
| 10/10/2024 — $29.09 (CHARMIAN SIMON) | 10/10/2024 — $30.99 (LES ELLSWORTH) |
| 10/31/2024 — $11.00 (CHRISTOPHER MARTINEZ) | 10/16/2024 — $24.79 (MARIA PIERSON) |
| 10/10/2024 — $19.87 (GLENNON TIMME) | 10/11/2024 — $24.99 (PAT PITAWANICH) |

Case 1:24-bk-11323-VK    Doc 249-1    Filed 11/21/24    Entered 11/21/24 14:35:38    Desc
Exhibit Balance Sheet    Income Statement    AR/AP Aging    Professional Payments    Ins    Page 30 of 33

**Checking Account**
**Statement Date    10/31/2024**
**Page                      9 of 9**



10/15/2024    $53.09



10/10/2024    $17.99



10/15/2024    $376.31



10/16/2024    $2,500.00



10/16/2024    $100.00



10/17/2024    $4,439.00

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook**.

**ENTER**
Ending Balance of
this Statement…………….............   $_____

**Add** Deposits not shown
on this Statement                        $_____
                                         _____
                    **Sub Total**……….   $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………   $_____

**Balance**…………..........................**   $_____

**ENTER**
Present Balance in
your checkbook…………………   $_____

**Subtract** any service
charges, finance or
any other charges…………………   $_____

                     **Sub Total** …………   $_____

**Add** Monthly Interest
Earned …………………………..   $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..   $_____
                                        _____
                                        _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..   $_____
                                        _____
                                        _____

**Balance**………..................................   $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1.   Tell us your name and account number.
2.   Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3.   Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

# EAST WEST BANK

*better, together with your financial future*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

888 895-5650

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
Total days in statement period: 31
6614
( 0)

IRWIN NATURALS
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
E-COMMERCE (B2C)
300 CORPORATE POINTE WALK SUITE 550
CULVER CITY CA 90230

> Receive money using Direct Deposits!
> Set up direct deposit and have your
> paycheck or other recurring payments
> sent to your bank account automatically.
> Talk to your payer or call 888.895.5650
> for more details.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 6614 | Beginning balance | $11,004.01 |
| Low balance | $10,209.62 | Total additions  ( 0) | .00 |
| Average balance | $10,406.07 | Total subtractions  ( 8) | 794.39 |
| | | Ending balance | $10,209.62 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 10-02 | Preauth Debit | AUTHNET GATEWAY BILLING 241002 137886460 | 33.35 |
| 10-02 | Preauth Debit | M MERCHANT MTHLY FEES 241002 567140115 108394 | 42.50 |
| 10-02 | Preauth Debit | TRANSACTION SERV MERCH FEES 241002 939019350005829 | 74.51 |
| 10-02 | Preauth Debit | TRANSACTION SERV MERCH FEES 241002 939019350005825 | 197.10 |
| 10-02 | Preauth Debit | AUTHNET GATEWAY BILLING 241002 138011811 | 255.95 |
| 10-28 | Preauth Debit | TRANSACTION SERV MERCH CHBK | 80.96 |
| 10-31 | Preauth Debit | TRANSACTION SERV MERCH CHBK | 50.04 |
| 10-31 | Preauth Debit | TRANSACTION SERV MERCH CHBK | 59.98 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 11,004.01 | 10-28 | 10,319.64 | | |
| 10-02 | 10,400.60 | 10-31 | 10,209.62 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….............    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____
                    **Sub Total**……….    $_____
**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………    $_____

**Balance**……..…........................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

                    **Sub Total** …………    $_____

**Add** Monthly Interest
Earned ……………………………..    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..    $_____
_____
_____
_____

**Balance**……..….........................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)