Anthony R. Bisconti, State Bar No. 269230
tbisconti@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
360 E. 2nd Street, Ste. 625
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Robinson Pharma, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| In re: | Case No.  1:24-bk-11323-VK |
|---|---|
| Irwin Naturals *et al* | Chapter 11 |
| Debtors and Debtors In Possession. | Jointly Administered With: Case No. 1:24-bk-11324-VK Case No. 1:24-bk-11325-VK Case No. 1:24-bk-11326-VK |
| ☐ Affects Irwin Naturals | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| ☐ Affects Irwin Naturals Inc. | |
| ☐ Affects 5310 Holdings, LLC | |
| ☐ Affects DAI US HoldCo Inc. | |
| ☒ Affects All Debtors | |

**TO THE COURT, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Anthony R. Bisconti of BIENERT KATZMAN LITTRELL WILLIAMS LLP ("BKLW"), hereby appears as counsel for Robinson Pharma, Inc. ("Robinson") pursuant to Rules 2002 and 9010 of the Federal Rule of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that BKLW hereby requests that it receive copies of all pleadings filed or noticed by any party in the above-captioned matter. Copies should be sent as follows:

> Anthony R. Bisconti, State Bar No. 269230
> tbisconti@bklwlaw.com
> **BIENERT KATZMAN LITTRELL WILLIAMS LLP**
> 360 E. 2nd Street, Ste. 625
> Los Angeles, California 90012
> Telephone (213) 528-3400
> Facsimile (949) 369-3701

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in Rules 2002, 3017, 4001 and 9007 of the Federal Rules of Bankruptcy Procedure and otherwise referenced in the Bankruptcy Code, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telex, e-mail or otherwise.

Dated: March 20, 2025                                              BIENERT KATZMAN LITTRELL WILLIAMS LLP

By:  /s/  Anthony R. Bisconti
      Anthony R. Bisconti
      Attorneys for Robinson Pharma, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

360 E. 2nd Street, Ste. 625
Los Angeles, CA 90012

**A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE will be served or was served** (a) **on the judge in chambers in the form and manner required by LBR 5005-2(d); and** (b) **in the manner stated below:**

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 20, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 20, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/20/2025 | Anthony R. Bisconti | /s/ Anthony R. Bisconti |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (cont'd):**

- **Kyra E Andrassy**  kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Jessica L Bagdanov**  jbagdanov@bg.law, ecf@bg.law
- **Ryan W Beall**  rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- **Matthew Bouslog**  mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Katherine Bunker**  kate.bunker@usdoj.gov
- **Erin R. Fay**  efay@wsgr.com, lmcgee@wsgr.com
- **Jeffrey I Golden**  jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Alphamorlai Lamine Kebeh**  MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Alexandria Lattner**  alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- **Matthew A Macdonald**  matthew.macdonald@wsgr.com
- **Sina Maghsoudi**  sinalegal@gmail.com, g8645@notify.cincompass.com;maghsoudi.sinab128731@notify.bestcase.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Douglas A Plazak**  dplazak@rhlaw.com
- **David M Poitras**  dpoitras@bg.law
- **Terrel Ross**  tross@trcmllc.com
- **Susan K Seflin**  sseflin@bg.law
- **Jonathan Seligmann Shenson**  jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
- **Yuriko M Shikai**  yshikai@neufeldmarks.com
- **Ashley M Teesdale**  ateesdale@bg.law, ecf@bg.law
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov
- **Ronghua Sophia Wang**  sophia.wang@afslaw.com, yvonne.li@afslaw.com
- **Pamela Kohlman Webster**  pwebster@buchalter.com, smartin@buchalter.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law

2. **SERVED BY UNITED STATES MAIL** (cont'd)

**Ross & Ross Law**
4530 E. Thousand Oaks Blvd Ste 250
Westlake Village, CA 91362

**Full Stream Group**
19 Mariele Drive
Fairfax, CA 94930

**Richard F Evins**
The Evins Law Firm, LLC
106 E. Main St.
Thomaston, GA 30286

**Joseph Axelrod**
300 Corporate Pointe Ste 550
Culver City, CA 90230

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   **F 9013-3.1.PROOF.SERVICE**