| Balance Sheet Summary - 2/28/2025 | IRWIN |
|---|---|
| | Amt |
| Cash or Cash Equivalent | 4,787,964 |
| Trade Receivable (Gross) | 12,000,020.51 |
| Trade Receivable-Allowance for Bad Debt | (429,544.11) |
| Prepaid Expenses and Other | 1,590,631 |
| Inventory | 12,651,961 |
| Inventory Rebate | (424,101) |
| Inventory Reserve | (1,989,622) |
| Notes/R Related Party | 4,176,636 |
| **Current Assets** | **32,363,945** |
| | |
| **Fixed Assets, Net** | **107,859** |
| | |
| **LTI 5310 Holdings LLC** | **86,600** |
| | |
| Other Non-Current Assets | 202,250 |
| Deferred Tax Asset | 2,032,211 |
| **Other Assets** | **2,234,461** |
| | |
| **Right of Use Asset** | **627,698** |
| | |
| **Assets** | **35,420,563** |
| | |
| Trade and Other Payables | 17,361,952 |
| Lease Liability-S/T | 340,613 |
| Line of Credit | 17,598,551 |
| Reserve for Returns* | 958,419 |
| Inc Taxes-Deferred/Payable | 10,539 |
| **Current Liabilities** | **36,270,073** |
| | |
| Lease Liability-L/T | 316,634 |
| **Long Term Liabilities** | **316,634** |
| | |
| Related Party Payable ST | 1,000,000 |
| | |
| **Liabilities** | **37,586,707** |
| | |
| Common Stocks | 16,326,530 |
| APIC | 92,180 |
| IN NV Class B Non Voting Shares | 13,750,431 |
| **Capital** | **30,169,141** |
| | |
| Notes Receivable Related Party | (16,326,530) |
| **Shareholder Related** | **(16,326,530)** |
| | |
| Accum Retained Earnings PY | 107,962,025 |
| Adjustments to Ret Earnings ** | (29,188,122) |
| Distribution of Ret Earnings | (94,818,003) |
| Net Profit | (3,452,340) |
| R/E - NCI | 3,487,684 |
| | **(16,008,755)** |
| | |
| **Equity** | **(2,166,144)** |
| | |
| **Liabilities & Equity** | **35,420,563** |

** Adjusts for offsetting intercompany receivables/(payables) that are noncollectable

| Income Statement - 2/28/2025 | IRWIN |
|---|---|
| | Amt |
| **Revenues, Net*** | **5,122,366** |
| | |
| COGS | 2,829,209 |
| Other COS | 229,029 |
| **Cost of Sales** | **3,058,239** |
| | |
| **Gross Margin** | **2,064,128** |
| | |
| Distribution Cost | 599,086 |
| Sales & Marketing Expenses | 546,871 |
| General & Administrative Exp | 723,847 |
| Depreciation & Amortization | 4,063 |
| Bankruptcy Expenses** | 379,095 |
| **Expenses** | **2,252,962** |
| | |
| **Operating Profit** | **(188,834)** |
| | |
| Financing Costs/Line of Credit | - |
| Interest Expenses | 67,424 |
| Investments (Inc)/Loss | - |
| **Financing** | **67,424** |
| | |
| State Inc Taxes | 332 |
| **Other Revenues and Expenses** | **332** |
| | |
| **Net Profit** | **(256,590)** |

AP Aging 2/28/25

| Row Labels | Sum of Balance | Sum of Current | Sum of 0 Days | Sum of 30 Days | Sum of 60 Days | Sum of 90 Days |
|---|---|---|---|---|---|---|
| Grand Total | $4,226,126.24 | $4,059,195.93 | ($10,577.48) | $27,907.18 | $133,358.75 | $16,241.86 |

*Includes $220,669 of professional fees subject to court approval*

AR Aging 2/28/25

| Row Labels | Sum of Balance | Sum of Current | Sum of 0 Days | Sum of 30 Days | Sum of 60 Days | Sum of 90+ Days | Sum of 120+Days |
|---|---|---|---|---|---|---|---|
| Grand Total | $12,000,020.51 | $9,784,607.22 | $1,460,549.56 | $50,850.59 | $163,497.43 | $22,630.32 | $517,885.39 |

|  |  |
|---|---|
| Reserve for Bad Debts | ($429,544.11) |
| 90+ Days Aged net of Bad Debts Account | $110,971.60 |

# EAST WEST BANK

*building a future across a bridge*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

888 895-5650

**ACCOUNT STATEMENT**
Page  1  of  8
STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025
Total days in statement period: 28

▮▮▮3108
( 0 )

EWB ITF IRWIN NATURALS
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
300 CORPORATE POINTE WALK SUITE 550
CULVER CITY CA 90230

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ▮▮▮3108 | Beginning balance | $40,674.76 |
| Low balance | $17,545.74 | Total additions ( 193 ) | 5,310,461.30 |
| Average balance | $40,869.45 | Total subtractions ( 25 ) | 5,292,910.95 |
| | | Ending balance | $58,225.11 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 02-03 | | 5,990.82 |
| | 02-03 | | 6,780.57 |
| | 02-03 | | 10,545.27 |
| | 02-03 | | 14,485.85 |
| | 02-03 | | 19,009.80 |
| | 02-03 | | 44,973.59 |
| | 02-03 | | 47,619.53 |
| | 02-03 | | 131,518.28 |
| ▮▮ | 02-03 | | 815.40 |
| | 02-03 | | 1,042.21 |
| | 02-04 | | 251,700.02 |
| | 02-04 | | 59.47 |
| | 02-04 | | 28,120.72 |
| | 02-04 | | 46,986.07 |
| | 02-04 | | 73,073.68 |
| | 02-04 | | 92,705.00 |
| | 02-04 | | 162,434.33 |
| ▮▮ | 02-04 | | 2,872.10 |
| | 02-05 | | 12.94 |
| | 02-05 | | 546.84 |
| | 02-05 | | 574.24 |

3409    rev 05-16

# EAST WEST BANK

Your financial bridge®

ACCOUNT STATEMENT

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

EWB ITF IRWIN NATURALS

3108

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 02-05 | | |
| | | | 1,989.40 |
| | 02-05 | | |
| | | | 4,477.64 |
| | 02-05 | | 26,025.38 |
| | 02-05 | | |
| | | | 121,657.59 |
| | 02-05 | | 18,464.76 |
| | 02-06 | | |
| | | | 86,252.03 |
| | 02-06 | | 801.39 |
| | 02-06 | | |
| | | | 1,346.41 |
| | 02-06 | | |
| | | | 1,592.30 |
| | 02-06 | | |
| | | | 1,727.66 |
| | 02-06 | | 9,616.03 |
| | 02-06 | | 30,662.60 |
| | 02-07 | | |
| | | | 107,391.66 |
| | 02-07 | | 730.96 |
| | 02-07 | | 999.97 |
| | 02-07 | | 9,116.28 |
| | 02-07 | | 10,857.79 |
| | 02-07 | | 12,334.71 |
| | 02-07 | | 38,668.86 |
| | 02-10 | | |
| | | | 0.01 |
| | 02-10 | | |
| | | | 210.48 |
| | 02-10 | | |
| | | | 1,053.28 |
| | 02-10 | | |
| | | | 2,155.61 |
| | 02-10 | | 2,202.30 |
| | 02-10 | | |
| | | | 9,149.41 |
| | 02-10 | | 11,787.89 |
| | 02-10 | | 62,392.19 |
| | 02-10 | | 65,006.18 |
| | 02-10 | | 87,248.63 |
| | 02-10 | | |
| | | | 235,812.03 |
| | 02-10 | | 33,791.00 |

**EAST WEST BANK**  *Your financial bridge®*

ACCOUNT STATEMENT
Page    39  of  8

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

███████3108

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 02-10 | ████████ | 10,751.40 |
| | 02-11 | ████████ ███████████████████ | |
| | | ██████████ | 5,772.19 |
| | 02-11 | ████████ ██████████████ | 7,786.32 |
| | 02-11 | ████████ ████████████████ | 13,582.80 |
| | 02-11 | ████████ ██████████████████ | |
| | | ██████ | 29,684.10 |
| | 02-11 | ████████ ████████████████████ | 32,931.43 |
| | 02-11 | ████████ ████████████████ | 40,228.82 |
| | 02-11 | ████████ ██████████████████ | 68,743.23 |
| | 02-11 | █████ ██████████████████ | 190,610.34 |
| | 02-11 | ██ | 3,819.75 |
| | 02-11 | ██████ | 8,739.89 |
| ███████ | 02-11 | ██████ | 41,396.24 |
| | 02-12 | ████████ ███████████ | 21.06 |
| | 02-12 | ████████ ████████████ | 1,436.81 |
| | 02-12 | ████████ ████████████ | 2,905.49 |
| | 02-12 | ████████ ████████████ | 4,532.62 |
| | 02-12 | ████████ ████████████ | 7,101.76 |
| | 02-12 | ████████ ███████████████████ | |
| | | ████████ | 136,555.43 |
| | 02-12 | ████████ ██████████ | 254.81 |
| | 02-12 | ████████ █████████████ | |
| | | ████████ | 303.85 |
| | 02-12 | ████████ ████████████████ | 422.65 |
| | 02-12 | ████████ ████████████████ | 4,503.01 |
| | 02-12 | ████████ ████████████████ | 9,155.59 |
| | 02-12 | ████████ █████████████████ | 10,985.96 |
| | 02-12 | ████████ █████████████ | 13,840.39 |
| | 02-12 | ████████ ██████████ | 128,974.89 |
| | 02-13 | ████████ ██████████████ | 3,455.70 |
| | 02-13 | ████████ ██████████████ | 8,533.26 |
| | 02-13 | ████████ █████████████ | 11,311.88 |
| | 02-13 | ████████ ██████████ | 12,962.91 |
| ██████ | 02-13 | ██████ | 26,998.77 |
| | 02-14 | ████████ █████████████████ | |
| | | | 139,230.56 |
| | 02-14 | ████████ ████████████████ | |
| | | ████████ | 507.33 |
| | 02-14 | ████████ ████████████████ | 877.44 |
| | 02-14 | ████████ ████████████████ | 2,091.89 |

**EAST WEST BANK** — Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 02-14 | | 13,357.27 |
| | 02-14 | | |
| | | | 47,645.93 |
| | 02-14 | | 50,032.80 |
| ████ | 02-14 | | 72,430.71 |
| | 02-14 | | 2,060.47 |
| | 02-18 | | 143.88 |
| | 02-18 | | |
| | | | 704.42 |
| | 02-18 | | 1,292.38 |
| | 02-18 | | |
| | | | 1,524.90 |
| | 02-18 | | |
| | | | 1,570.94 |
| | 02-18 | | 3,315.76 |
| | 02-18 | | |
| | | | 3,612.80 |
| | 02-18 | | |
| | | | 4,963.43 |
| | 02-18 | | |
| | | | 17,345.32 |
| | 02-18 | | |
| | | | 20,582.29 |
| | 02-18 | | 32,031.90 |
| | 02-18 | | 54,429.39 |
| | 02-18 | | |
| | | | 67,729.77 |
| | 02-18 | | 90,966.80 |
| | 02-18 | | |
| | | | 162,796.60 |
| | 02-18 | | 50.19 |
| | 02-18 | | 668.30 |
| | 02-18 | | 5,581.34 |
| ████ | 02-18 | | 18,351.01 |
| | 02-19 | | 339.96 |
| | 02-19 | | |
| | | | 873.12 |
| | 02-19 | | |
| | | | 5,503.33 |
| | 02-19 | | 9,343.34 |
| | 02-19 | | 22,951.98 |
| | 02-19 | | 87,850.82 |
| | 02-19 | | 99,447.96 |
| | 02-19 | | |
| | | | 137,572.85 |
| | 02-19 | | 6,091.80 |
| ████ | 02-19 | | 1,226.71 |
| | 02-20 | | 288.11 |
| | 02-20 | | 4,941.71 |

**EAST WEST BANK** ██ Your financial bridge®

ACCOUNT STATEMENT

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

██████3108

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|
| | 02-20 | ████████ ███████ | |
| | | ████ | 5,457.46 |
| | 02-20 | ████████ █████████ | 8,553.21 |
| | 02-20 | ████████ ████████ | |
| | | █████ | 11,087.34 |
| | 02-20 | ████████ █████████ | 23,183.71 |
| ████████ | 02-20 | ████ | 521.88 |
| | 02-21 | ████████ █████████ | |
| | | █████████ | |
| | | ██████ | 35,863.65 |
| | 02-21 | ████████ █████████ | 850.51 |
| | 02-21 | ████████ █████████ | 2,037.66 |
| | 02-21 | ████████ █████████ | 3,525.24 |
| | 02-21 | ████████ █████████ | 8,683.17 |
| | 02-21 | ████████ ████████ | 10,194.84 |
| | 02-21 | ████████ █████████ | |
| | | ██ | 12,126.31 |
| | 02-21 | ████████ ████████ | 17,108.91 |
| | 02-21 | ████████ █████████ | 20,202.18 |
| | 02-21 | ████████ ████████ | 46,450.16 |
| | 02-21 | ████████ █████████ | 269,672.61 |
| ████████ | 02-21 | ████ | 14,297.81 |
| | 02-24 | ████████ █████████ | |
| | | █ | 4,529.81 |
| | 02-24 | █████ █████████ | |
| | | ████████ | 19,063.06 |
| | 02-24 | ████████ ███████ | |
| | | ██ | 750.34 |
| | 02-24 | ████████ ████████ | 3,866.98 |
| | 02-24 | ████████ █████████ | 3,971.54 |
| | 02-24 | ████████ █████████ | 10,249.41 |
| | 02-24 | ████████ █████████ | 23,171.77 |
| | 02-24 | ████████ ████████ | 53,450.16 |
| | 02-24 | ████████ ████████ | 64,704.27 |
| | 02-24 | ██ | 6,010.77 |
| ████████ | 02-24 | ████ | 575.64 |
| | 02-25 | ████████ ██████ | 113.07 |
| | 02-25 | ████████ █████████ | 1,660.21 |
| | 02-25 | ████████ ███████ | 3,104.46 |
| | 02-25 | ████████ █████████ | 3,725.22 |
| | 02-25 | ████████ ████████ | 4,915.88 |
| | 02-25 | ████████ ████████ | 5,926.29 |
| | 02-25 | ████████ ███████ | 7,632.91 |
| | 02-25 | ████████ ████████ | 13,754.33 |
| | 02-25 | ████████ ██████ | 3,789.99 |
| | 02-25 | ████████ ████████ | |
| | | ███ | 8,137.63 |

**EAST WEST BANK** — Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ACCOUNT STATEMENT

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

███3108

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|
| | 02-25 | | 14,259.12 |
| | 02-25 | | 14,708.00 |
| | 02-25 | | 17,105.52 |
| | 02-25 | | 19,160.50 |
| | 02-25 | | 2,926.02 |
| ████ | 02-25 | | 4,633.33 |
| | 02-26 | | 901.80 |
| | 02-26 | | 914.22 |
| | 02-26 | | 1,438.80 |
| | 02-26 | | 1,479.99 |
| | 02-26 | | 4,667.74 |
| | 02-26 | | 11,588.78 |
| | 02-26 | | 40,010.14 |
| ████ | 02-26 | | 2,109.82 |
| | 02-27 | | 1,142.83 |
| | 02-27 | | 5,500.62 |
| | 02-27 | | 5,669.38 |
| | 02-27 | | 14,207.56 |
| | 02-27 | | 21,978.18 |
| | 02-27 | | 289.46 |
| | 02-27 | | 425.49 |
| | 02-28 | | 3,319.62 |
| | 02-28 | | 448.47 |
| | 02-28 | | 2,954.70 |
| | 02-28 | | 2,964.38 |
| | 02-28 | | 3,627.65 |
| | 02-28 | | 11,122.23 |
| | 02-28 | | 31,409.11 |
| | 02-28 | | 62,697.47 |
| | 02-28 | | 74,165.19 |
| | 02-28 | | 230,307.44 |
| | 02-28 | | 1,387.33 |

**EAST WEST BANK** Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

██████3108

EWB ITF IRWIN NATURALS

## DEBITS

| Date | Transaction Description | Subtractions |
|------|------------------------|-------------|
| 02-03 | Preauth Debit | 0.86 |
| 02-03 | Automatic Trans | 282,833.46 |
| 02-04 | Automatic Trans | 655,740.39 |
| 02-05 | Automatic Trans | 156,808.79 |
| 02-06 | Preauth Debit | 0.23 |
| 02-06 | Automatic Trans | 145,300.19 |
| 02-07 | Automatic Trans | 187,364.23 |
| 02-10 | Automatic Trans | 485,942.49 |
| 02-11 | Automatic Trans | 472,512.11 |
| 02-12 | Automatic Trans | 318,770.58 |
| 02-13 | Automatic Trans | 37,499.52 |
| 02-14 | Preauth Debit | 21.89 |
| 02-14 | Automatic Trans | 373,408.19 |
| 02-18 | Preauth Debit | 4.32 |
| 02-18 | Automatic Trans | 486,959.10 |
| 02-19 | Automatic Trans | 374,039.87 |
| 02-20 | Automatic Trans | 62,746.42 |
| 02-21 | Preauth Debit | 19.40 |
| 02-21 | Automatic Trans | 438,111.65 |
| 02-24 | Preauth Debit | 3.80 |
| 02-24 | Automatic Trans | 186,585.95 |
| 02-25 | Automatic Trans | 85,031.11 |
| 02-26 | Automatic Trans | 67,394.29 |
| 02-27 | Automatic Trans | 51,124.52 |
| 02-28 | Automatic Trans | 424,687.59 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01-31 | 40,674.76 | 02-11 | 45,607.68 | 02-21 | 20,427.74 |
| 02-03 | 40,621.76 | 02-12 | 47,831.42 | 02-24 | 24,181.74 |
| 02-04 | 42,832.76 | 02-13 | 73,594.42 | 02-25 | 64,703.11 |
| 02-05 | 59,772.76 | 02-14 | 28,398.74 | 02-26 | 60,420.11 |
| 02-06 | 46,470.76 | 02-18 | 29,096.74 | 02-27 | 58,509.11 |
| 02-07 | 39,206.76 | 02-19 | 26,258.74 | 02-28 | 58,225.11 |
| 02-10 | 74,824.68 | 02-20 | 17,545.74 | | |

EAST WEST BANK  *Your financial bridge*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

EWB ITF IRWIN NATURALS

ACCOUNT STATEMENT
Page   8  of  8
STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025
▉▉▉▉3108

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for<br>this period | Total<br>year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………............    $_____

**Add** Deposits not shown
on this Statement    $_____
    _____
    _____
    **Sub Total**………    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………    $_____

**Balance**……..............................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

**Sub Total** …………    $_____

**Add** Monthly Interest
Earned …………………………..    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..    $_____
    _____
    _____
    _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..    $_____
    _____
    _____
    _____

**Balance**……......................………    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

**EAST WEST BANK** · Your financial bridge

888 895-5650

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ACCOUNT STATEMENT
Page  1  of  4
STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025
Total days in statement period: 28

3116
( 0)

EWB ITF IRWIN NATURALS
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
300 CORPORATE POINTE WALK SUITE 550
CULVER CITY CA 90230

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 3116 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions (58) | 174,771.10 |
| Average balance | $0.00 | Total subtractions (21) | 174,771.10 |
| | | Ending balance | $.00 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 02-03 | | |
| | 02-03 | | 93.36 |
| | 02-03 | | 101.22 |
| | 02-03 | | 137.79 |
| | 02-03 | | 4,106.83 |
| | 02-03 | | 6,999.80 |
| | 02-03 | | 7,257.69 |
| | 02-04 | | 60.82 |
| | 02-04 | | 7,745.68 |
| | 02-05 | | 172.23 |
| | 02-05 | | 9,048.36 |
| | 02-06 | | 72.75 |
| | 02-06 | | 4,089.51 |
| | 02-07 | | 89.32 |
| | 02-07 | | 5,290.20 |

**EAST WEST BANK** — Your financial bridge

ACCOUNT STATEMENT

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

████3116

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | | Additions |
|--------|------|-------------------------|---|-----------|
| | 02-10 | ██████ | ████████████ | 173.38 |
| | 02-10 | ██████ | ████████████ | 183.42 |
| | 02-10 | ██████ | ████████████ | 3,588.99 |
| | 02-10 | ██████ | ████████████ | 5,857.97 |
| | 02-10 | ██████ | ████████████ | 6,734.75 |
| | 02-11 | ██████ | ████████████ | 127.13 |
| | 02-11 | ██████ | ████████████ | 4,372.32 |
| | 02-12 | ██████ | ████████████ | 193.90 |
| | 02-12 | ██████ | ████████████ | 4,937.16 |
| | 02-13 | ██████ | ████████████ | 25.05 |
| | 02-13 | ██████ | ████████████ | 63.18 |
| | 02-13 | ██████ | ████████████ | 6,618.56 |
| | 02-14 | ██████ | ████████████ | 116.29 |
| | 02-14 | ██████ | ████████████ | 7,740.20 |
| | 02-18 | ██████ | ████████████ | 29.92 |
| | 02-18 | ██████ | ████████████ | 60.54 |
| | 02-18 | ██████ | ████████████ | 140.95 |
| | 02-18 | ██████ | ████████████ | 5,084.60 |
| | 02-18 | ██████ | ████████████ | 5,370.41 |
| | 02-18 | ██████ | ████████████ | 5,652.86 |
| | 02-18 | ██████ | ████████████ | 6,956.20 |
| | 02-19 | ██████ | ████████████ | 39.99 |
| | 02-19 | ██████ | ████████████ | 118.27 |
| | 02-19 | ██████ | ████████████ | 10,573.59 |
| | 02-20 | ██████ | ████████████ | 181.51 |

**EAST WEST BANK** — *Your financial bridge*

ACCOUNT STATEMENT
Page 3 of 4

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

████████3116

EWB ITF IRWIN NATURALS

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|
| | 02-20 | | 5,289.17 |
| | 02-21 | | 15.60 |
| | 02-21 | | 33.23 |
| | 02-21 | | 4,550.49 |
| | 02-24 | | 70.91 |
| | 02-24 | | 141.09 |
| | 02-24 | | 295.84 |
| | 02-24 | | 4,983.21 |
| | 02-24 | | 5,563.43 |
| | 02-24 | | 7,976.66 |
| | 02-25 | | 302.26 |
| | 02-25 | | 7,314.62 |
| | 02-26 | | 144.97 |
| | 02-26 | | 5,975.36 |
| | 02-27 | | 146.34 |
| | 02-27 | | 6,170.79 |
| | 02-28 | | 148.08 |
| | 02-28 | | 150.90 |
| | 02-28 | | 5,291.45 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|------|-------------------------|---|--------------|
| 02-03 | Automatic Trans | | 18,696.69 |
| 02-04 | Automatic Trans | | 7,806.50 |
| 02-05 | Automatic Trans | | 9,220.59 |
| 02-06 | Automatic Trans | | 4,162.26 |
| 02-07 | Automatic Trans | | 5,379.52 |
| 02-10 | Preauth Debit | | 4.83 |
| 02-10 | Automatic Trans | | 16,533.68 |
| 02-11 | Automatic Trans | | 4,499.45 |
| 02-12 | Automatic Trans | | 5,131.06 |

**EAST WEST BANK** — Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

EWB ITF IRWIN NATURALS

██████3116

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 02-13 | Automatic Trans | ████████████ | 6,706.79 |
| 02-14 | Preauth Debit | ███████ | 65.97 |
| 02-14 | Automatic Trans | ████████████ | 7,790.52 |
| 02-18 | Automatic Trans | ████████████ | 23,295.48 |
| 02-19 | Automatic Trans | ████████████ | 10,731.85 |
| 02-20 | Automatic Trans | ████████████ | 5,470.68 |
| 02-21 | Automatic Trans | ████████████ | 4,599.32 |
| 02-24 | Automatic Trans | ████████████ | 19,031.14 |
| 02-25 | Automatic Trans | ████████████ | 7,616.88 |
| 02-26 | Automatic Trans | ████████████ | 6,120.33 |
| 02-27 | Automatic Trans | ████████████ | 6,317.13 |
| 02-28 | Automatic Trans | ████████████ | 5,590.43 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 01-31 | 0.00 | 02-11 | 0.00 | 02-21 | 0.00 |
| 02-03 | 0.00 | 02-12 | 0.00 | 02-24 | 0.00 |
| 02-04 | 0.00 | 02-13 | 0.00 | 02-25 | 0.00 |
| 02-05 | 0.00 | 02-14 | 0.00 | 02-26 | 0.00 |
| 02-06 | 0.00 | 02-18 | 0.00 | 02-27 | 0.00 |
| 02-07 | 0.00 | 02-19 | 0.00 | 02-28 | 0.00 |
| 02-10 | 0.00 | 02-20 | 0.00 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………............   $_____

**Add** Deposits not shown
on this Statement   $_____
   _____
   _____
   **Sub Total**……….   $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………   $_____

**Balance**…….…........................**   $_____

**ENTER**
Present Balance in
your checkbook…………………   $_____

**Subtract** any service
charges, finance or
any other charges…………………   $_____

**Sub Total** …………   $_____

**Add** Monthly Interest
Earned ……………………………..   $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..   $_____
   _____
   _____
   _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..   $_____
   _____
   _____
   _____

**Balance**…….....................................   $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1.   Tell us your name and account number.
2.   Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3.   Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

# EAST WEST BANK

Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

888 895-5650

**ACCOUNT STATEMENT**

Page 1 of 6
STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025
Total days in statement period: 28

████████6606

( 3)

IRWIN NATURALS, INC.
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
OPERATIONAL ACCOUNT (B2B)
300 CORPORATE POINTE WALK SUITE 550
CULVER CITY CA 90230

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | ████6606 | Beginning balance | | $5,666,673.63 |
| Enclosures | 3 | Total additions | ( 42) | 5,469,831.39 |
| Low balance | $4,328,706.63 | Total subtractions | ( 106) | 6,807,798.39 |
| Average balance | $5,382,152.67 | Ending balance | | $4,328,706.63 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 02-03 | Automatic Trans | 282,833.46 |
| | 02-03 | Automatic Trans | 18,696.69 |
| | 02-04 | Automatic Trans | 655,740.39 |
| | 02-04 | Automatic Trans | 7,806.50 |
| | 02-05 | Automatic Trans | 156,808.79 |
| | 02-05 | Automatic Trans | 9,220.59 |
| | 02-06 | Automatic Trans | 145,300.19 |
| | 02-06 | Automatic Trans | 4,162.26 |
| | 02-07 | Automatic Trans | 187,364.23 |
| | 02-07 | Automatic Trans | 5,379.52 |
| | 02-10 | Automatic Trans | 485,942.49 |
| | 02-10 | Automatic Trans | 16,533.68 |
| | 02-11 | Automatic Trans | 472,512.11 |
| | 02-11 | Automatic Trans | 4,499.45 |

3409      rev 05-16

**EAST WEST BANK** Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

IRWIN NATURALS, INC.

███████6606

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|
| | 02-12 | ████████ █████████ | 318,770.58 |
| | 02-12 | ████████ █████████ | 5,131.06 |
| | 02-13 | ████████ █████████ | 37,499.52 |
| | 02-13 | ████████ █████████ | 6,706.79 |
| | 02-14 | ████████ █████████ | 373,408.19 |
| | 02-14 | ████████ █████████ | 7,790.52 |
| | 02-18 | ████████ █████████ | 486,959.10 |
| | 02-18 | ████████ █████████ | 23,295.48 |
| | 02-18 | ████████ ████████ | 2,204.99 |
| | 02-19 | ████████ █████████ | 374,039.87 |
| | 02-19 | ████████ █████████ | 10,731.85 |
| | 02-19 | ████████ █████████ | 40.00 |
| | 02-20 | ████████ █████████ | 62,746.42 |
| | 02-20 | ████████ █████████ | 5,470.68 |
| | 02-21 | ████████ █████████ | 438,111.65 |
| | 02-21 | ████████ █████████ | 4,599.32 |
| | 02-21 | ████████ █████████ | 0.65 |
| | 02-24 | ████████ █████████ | 186,585.95 |
| | 02-24 | ████████ █████████ | 19,031.14 |
| | 02-25 | ████████ █████████ | 85,031.11 |
| | 02-25 | ████████ █████████ | 7,616.88 |
| | 02-25 | ████████ █████████ | 25.00 |
| | 02-26 | ████████ █████████ | 67,394.29 |
| | 02-26 | ████████ █████████ | 6,120.33 |
| | 02-27 | ████████ █████████ | 51,124.52 |

**EAST WEST BANK** — Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

███████6606

IRWIN NATURALS, INC.

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|
| | 02-27 | ████████  ████████████████ | |
| | | | 6,317.13 |
| | 02-28 | ████████████████████████ | |
| | | | 424,687.59 |
| | 02-28 | ████████  ████████████████ | |
| | | | 5,590.43 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| ████████ * | 02-05 | 20.79 | ████████ * | 02-12 | 35.98 |
| ████████ * | 02-05 | 1,361.38 | * Skip in check sequence | | |

**DEBITS**

| Date | Transaction Description | Subtractions |
|------|------------------------|--------------|
| 02-03 | Bbp Usd Intl WI | 2,472.30 |
| 02-03 | Outgoing Wire | 2,000.00 |
| 02-03 | Preauth Debit | 37.37 |
| 02-03 | Preauth Debit | 37.88 |
| 02-03 | Preauth Debit | 342.32 |
| 02-03 | Preauth Debit | 350.79 |
| 02-03 | Preauth Debit | 467.75 |
| 02-03 | Preauth Debit | 2,557.85 |
| 02-03 | Preauth Debit | 3,803.90 |
| 02-03 | Preauth Debit | 4,094.78 |
| 02-03 | Preauth Debit | 18,311.32 |
| 02-03 | Preauth Debit | 56,509.84 |
| 02-04 | Preauth Debit | 31.59 |
| 02-04 | Preauth Debit | 71.94 |
| 02-04 | Preauth Debit | 553.00 |
| 02-04 | Preauth Debit | 2,997.50 |
| 02-04 | Preauth Debit | 3,567.97 |
| 02-05 | Outgoing Wire | 189,301.21 |
| 02-05 | Debit Memo | 99,136.56 |
| 02-05 | Debit Memo | 126,153.89 |
| 02-05 | Preauth Debit | 0.77 |
| 02-05 | Preauth Debit | 7,995.07 |
| 02-05 | Preauth Debit | 27,416.49 |
| 02-06 | Outgoing Wire | 74,708.63 |
| 02-06 | Preauth Debit | 179.85 |
| 02-06 | Preauth Debit | 1,189.01 |
| 02-06 | Preauth Debit | 16,686.00 |
| 02-06 | Preauth Debit | 20,893.90 |
| 02-06 | Preauth Debit | 234,559.62 |
| 02-07 | Outgoing Fx Ccy | 81.94 |

**EAST WEST BANK** — Your financial bridge

ACCOUNT STATEMENT
Page 4 of 6

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

IRWIN NATURALS, INC.

███████6606

| Date | Transaction Description | Subtractions |
|------|------------------------|-------------:|
| 02-07 | Outgoing Fx Ccy | 6,884.37 |
| 02-07 | Bbp Usd Intl WI | 4,350.00 |
| 02-07 | Outgoing Wire | 1,077,965.64 |
| 02-07 | Outgoing Wire | 77,301.84 |
| 02-07 | Preauth Debit | 36,080.00 |
| 02-10 | Preauth Debit | 60.36 |
| 02-10 | Preauth Debit | 239.88 |
| 02-10 | Preauth Debit | 268.55 |
| 02-10 | Preauth Debit | 457.95 |
| 02-10 | Preauth Debit | 549.21 |
| 02-10 | Preauth Debit | 603.17 |
| 02-10 | Preauth Debit | 2,845.18 |
| 02-10 | Preauth Debit | 3,870.05 |
| 02-10 | Preauth Debit | 16,012.17 |
| 02-10 | Preauth Debit | 59,268.00 |
| 02-11 | Preauth Debit | 1,458.46 |
| 02-13 | Outgoing Fx Ccy | 1,467.52 |
| 02-13 | Outgoing Fx Ccy | 2,063.64 |
| 02-13 | Outgoing Wire | 25,000.00 |
| 02-13 | Preauth Debit | 17,812.32 |
| 02-13 | Preauth Debit | 22,325.68 |
| 02-13 | Preauth Debit | 98,552.83 |
| 02-13 | Preauth Debit | 169,485.07 |
| 02-14 | Outgoing Wire | 1,228,457.19 |
| 02-18 | Preauth Debit | 13.19 |
| 02-18 | Preauth Debit | 619.36 |
| 02-18 | Preauth Debit | 774.64 |
| 02-18 | Preauth Debit | 4,256.79 |
| 02-18 | Preauth Debit | 17,543.14 |
| 02-19 | Outgoing Wire | 217,211.34 |
| 02-19 | Preauth Debit | 124.24 |
| 02-19 | Preauth Debit | 819.23 |
| 02-20 | Outgoing Fx Ccy | 82.64 |
| 02-20 | Outgoing Fx Ccy | 6,482.66 |
| 02-20 | Outgoing Fx Ccy | 29,837.73 |
| 02-20 | Outgoing Wire | 97,702.00 |
| 02-20 | Preauth Debit | 1,189.01 |
| 02-20 | Preauth Debit | 5,000.00 |
| 02-20 | Preauth Debit | 21,694.40 |
| 02-20 | Preauth Debit | 39,960.34 |
| 02-20 | Preauth Debit | 182,811.28 |
| 02-21 | Outgoing Wire | 1,080,330.67 |
| 02-21 | Preauth Debit | 1,740.00 |
| 02-21 | Preauth Debit | 56,936.69 |
| 02-24 | Preauth Debit | 179.50 |
| 02-24 | Preauth Debit | 253.80 |
| 02-24 | Preauth Debit | 568.06 |

EAST WEST BANK — Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

IRWIN NATURALS, INC.

STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025

▇▇▇▇6606

| Date | Transaction Description | Subtractions |
|------|------------------------|-------------:|
| 02-24 | Preauth Debit | 707.38 |
| 02-24 | Preauth Debit | 708.90 |
| 02-24 | Preauth Debit | 857.42 |
| 02-24 | Preauth Debit | 903.89 |
| 02-24 | Preauth Debit | 930.52 |
| 02-24 | Preauth Debit | 1,263.74 |
| 02-24 | Preauth Debit | 2,514.04 |
| 02-24 | Preauth Debit | 5,179.88 |
| 02-24 | Preauth Debit | 13,755.09 |
| 02-25 | Outgoing Fx Ccy | 8,365.59 |
| 02-25 | Analysis Servic | 3,069.13 |
| 02-25 | Preauth Debit | 372.48 |
| 02-25 | Preauth Debit | 2,723.05 |
| 02-25 | Preauth Debit | 3,078.99 |
| 02-26 | Preauth Debit | 131.40 |
| 02-26 | Preauth Debit | 331.75 |
| 02-26 | Preauth Debit | 1,248.49 |
| 02-27 | Onln Bkg Trfn D | 6,000.00 |
| 02-27 | Preauth Debit | 14,203.63 |
| 02-27 | Preauth Debit | 149,681.97 |
| 02-28 | Outgoing Fx Ccy | 814.74 |
| 02-28 | Outgoing Fx Ccy | 20,331.60 |
| 02-28 | Bbp Usd Intl WI | 4,275.00 |
| 02-28 | Outgoing Wire | 1,048,253.58 |
| 02-28 | Preauth Debit | 262.22 |
| 02-28 | Preauth Debit | 394.93 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01-31 | 5,666,673.63 | 02-11 | 5,933,365.94 | 02-21 | 4,760,543.03 |
| 02-03 | 5,877,217.68 | 02-12 | 6,257,231.60 | 02-24 | 4,938,337.90 |
| 02-04 | 6,533,542.57 | 02-13 | 5,964,730.85 | 02-25 | 5,013,401.65 |
| 02-05 | 6,248,185.79 | 02-14 | 5,117,472.37 | 02-26 | 5,085,204.63 |
| 02-06 | 6,049,431.23 | 02-18 | 5,606,724.82 | 02-27 | 4,972,760.68 |
| 02-07 | 5,039,511.19 | 02-19 | 5,773,381.73 | 02-28 | 4,328,706.63 |
| 02-10 | 5,457,812.84 | 02-20 | 5,456,838.77 |  |  |

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|--|----------------------|---------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Case 1:24-bk-11323-VK    Doc 453-1    Filed 03/21/25    Entered 03/21/25 17:03:50    Desc
Exhibit Balance Sheet    Income Statement    AP Aging    AR Aging    Bank Statements    Page 24 of 30

Checking Account
Statement Date                    02/28/2025
Page                              6  of  6



02/05/2025                    $20.79



02/05/2025                    $1,361.38



02/12/2025                    $35.98

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook**.

**ENTER**
Ending Balance of
this Statement……………............    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____
**Sub Total**……….    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………    $_____

**Balance**…….….........................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

**Sub Total** …………    $_____

**Add** Monthly Interest
Earned …………………………..    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..    $_____
_____
_____
_____

**Balance**……....................................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

**EAST WEST BANK**  your financial bridge

888 895-5650

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025
Total days in statement period: 28
██████6614
( 0)

IRWIN NATURALS
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
E-COMMERCE (B2C)
300 CORPORATE POINTE WALK SUITE 550
CULVER CITY CA 90230

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ██████6614 | Beginning balance | $6,686.83 |
| Low balance | $5,869.33 | Total additions ( 0) | .00 |
| Average balance | $6,016.70 | Total subtractions ( 10) | 817.50 |
| | | Ending balance | $5,869.33 |

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|
| 02-03 | Preauth Debit ████████████████ | 42.50 |
| 02-03 | Preauth Debit ████████████████ | 44.17 |
| 02-03 | Preauth Debit ████████████████ | 53.99 |
| 02-03 | Preauth Debit ████████████████ | 197.55 |
| 02-04 | Preauth Debit ████████████ | 38.60 |
| 02-04 | Preauth Debit ██████████████ | 263.94 |
| 02-07 | Preauth Debit █████████████████ | 29.44 |
| 02-12 | Preauth Debit ████████████ | 58.49 |
| 02-20 | Preauth Debit ███████████████ | 53.98 |
| 02-21 | Preauth Debit ███████████████ | 34.84 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 6,686.83 | 02-07 | 6,016.64 | 02-21 | 5,869.33 |
| 02-03 | 6,348.62 | 02-12 | 5,958.15 | | |
| 02-04 | 6,046.08 | 02-20 | 5,904.17 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

| **ENTER** | | **ENTER** | |
|---|---|---|---|
| Ending Balance of | | Present Balance in | |
| this Statement……………............ $_____ | | your checkbook………………… $_____ | |

**Add** Deposits not shown
on this Statement                                 $_____

                                                            _____

                                                            _____

                                **Sub Total**……….  $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Subtract** any service
charges, finance or
any other charges………………  $_____

                                **Sub Total** …………  $_____

**Add** Monthly Interest
Earned …………………………..  $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..  $_____

                                                            _____

                                                            _____

                                                            _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….  $_____

                                                            _____

                                                            _____

                                                            _____

**Total** amount of outstanding
checks…………………………  $_____

**Balance**……..…........................**  $_____

**Balance**……...................................  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

888 761-3967

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025
Total days in statement period: 28
███████0727
( 0)

IRWIN NATURALS
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
(DEBIT CARD FUND ACCT)
300 CORPORATE POINTE SUITE 550
CULVER CITY CA 90230-7617

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ███████0727 | Beginning balance | $9,179.21 |
| Low balance | $4,831.38 | Total additions (2) | 6,002.49 |
| Average balance | $7,440.36 | Total subtractions (22) | 5,535.02 |
| | | Ending balance | $9,646.68 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 02-27 | ███████  ███████████ | 6,000.00 |
| | 02-28 | ██████  ███████████████ | |
| | | █████████ | 2.49 |

### DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|
| 02-07 | POS Purchase ████████████████████ | |
| 02-07 | POS Purchase ███████████ | 8.33 |
| 02-07 | POS Purchase ███████████ | 127.97 |
| 02-07 | POS Purchase ███████████ | 128.84 |
| 02-07 | POS Purchase ███████████ | 144.34 |
| 02-10 | POS Purchase █████████████ | 351.96 |
| 02-13 | POS Purchase ███████████ | 122.08 |
| 02-13 | POS Purchase ███████████ | 123.97 |
| 02-13 | POS Purchase ███████████ | 193.56 |
| 02-13 | POS Purchase ███████████ | 197.25 |
| 02-14 | POS Purchase ██████████ | 466.96 |

3409    rev 05-16

**EAST WEST BANK** — Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

IRWIN NATURALS

████████0727

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------|
| 02-14 | POS Purchase | ██████████████ | 768.97 |
| 02-18 | POS Purchase | ████████████ | 20.01 |
| 02-18 | POS Purchase | ██████████ | 182.02 |
| 02-18 | POS Purchase | █████████ | 182.02 |
| 02-19 | POS Purchase | ███████████ | 137.88 |
| 02-20 | POS Purchase | █████████ | 225.80 |
| 02-21 | POS Purchase | █████████████ | 671.67 |
| 02-26 | POS Purchase | ██████████ | 134.20 |
| 02-26 | POS Purchase | ██████████ | 160.00 |
| 02-27 | POS Purchase | ███████████ | 238.00 |
| 02-27 | POS Purchase | ████████████ | 349.19 |
| 02-27 | POS Purchase | ████████████ | 600.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01-31 | 9,179.21 | 02-14 | 6,544.98 | 02-21 | 5,125.58 |
| 02-07 | 8,769.73 | 02-18 | 6,160.93 | 02-26 | 4,831.38 |
| 02-10 | 8,417.77 | 02-19 | 6,023.05 | 02-27 | 9,644.19 |
| 02-13 | 7,780.91 | 02-20 | 5,797.25 | 02-28 | 9,646.68 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………............    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____
**Sub Total**……….    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks……………………………    $_____

**Balance**…….….......................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

**Sub Total** …………    $_____

**Add** Monthly Interest
Earned ……………………………..    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..    $_____
_____
_____
_____

**Balance**……..................................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)