| **Balance Sheet Summary - 2/28/2025** | **PUBCO** |
|---|---:|
|  | Amt |
| Cash or Cash Equivalent | 65,569 |
| Prepaid Expenses and Other | 32,829 |
| **Current Assets** | **98,398** |
|  |  |
| LTI DAI USHOLDCO INC | 50 |
| LTI IN CANNABIS INC | 100 |
| **Long Term Investments** | **150** |
|  |  |
| **Assets** | **98,548** |
|  |  |
| Trade and Other Payables | 335,300 |
| **Current Liabilities** | **335,300** |
|  |  |
| **Liabilities** | **335,300** |
|  |  |
| Subordinate Voting Shares | 9,007,750 |
| Capital Contribution | (9,634,158) |
| **Capital** | **(626,408)** |
|  |  |
| Accum Comprehensive Income | (12,462) |
| Accum Retained Earnings PY | (7,910,737) |
| Adjustments to Ret Earnings | 2,426,668 |
| Adjustments to Ret Earnings (Interco) | 5,886,914 |
| Net Profit | (728) |
|  | 389,655 |
|  |  |
| **Equity** | **(236,753)** |
|  |  |
| **Liabilities & Equity** | **98,548** |

| Income Statement - 2/28/2025 | PUBCO |
|---|---|
| | Amt |
| **Revenues, Net** | **-** |
| General & Administrative Exp | **363** |
| **Expenses** | **363** |
| **Operating Profit** | **(363)** |
| **Other Revenues and Expenses** | **-** |
| **Net Profit / (Losses)** | **(363)** |

**EAST WEST BANK**
Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025
Total days in statement period: 28

4072
( 0 )

IRWIN NATURALS, INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11323
300 CORPORATE POINTE WALK SUITE 550
CULVER CITY CA 90230

> Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 4072 | Beginning balance | $54,884.80 |
| Low balance | $54,884.80 | Total additions (2) | 41,756.48 |
| Average balance | $64,578.27 | Total subtractions (2) | 41,756.48 |
| | | Ending balance | $54,884.80 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 02-04 | | 20,878.24 |
| | 02-18 | | 20,878.24 |

### DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|
| 02-07 | Bbp Usd Intl WI | 20,878.24 |
| 02-28 | Bbp Usd Intl WI | 20,878.24 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 54,884.80 | 02-07 | 54,884.80 | 02-28 | 54,884.80 |
| 02-04 | 75,763.04 | 02-18 | 75,763.04 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement……………........... $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____
**Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**…..…............................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
_____
_____
_____

**Balance**……..................................... $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)