DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099
Email:     dpoitras@bg.law
           sseflin@bg.law
           jwellington@bg.law

Attorneys for Chapter 11 Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re<br><br>Irwin Naturals *et al.*,<br><br>Debtors and Debtors in Possession.<br><br>☐ Affects Irwin Naturals<br>☐ Affects Irwin Naturals Inc.<br>☐ Affects 5310 Holdings, LLC<br>☐ Affects DAI US HoldCo Inc.<br>☒ Affects All Debtors | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>(Jointly Administered with: Case No. 1:24-bk-11324-VK. Case No. 1:24-bk-11325, and Case No. 1:24-bk-11326-VK)<br><br>**JOINT NOTICE OF HEARING ON:**<br>**(1) THE ADEQUACY OF DEBTORS' SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTORS' SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION; AND**<br>**(2) THE ADEQUACY OF FITLIFE BRANDS, INC.'S DISCLOSURE STATEMENT DESCRIBING FITLIFE BRANDS, INC.'S CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Hearing:**<br>Date:  May 28, 2025<br>Time:  1:30 p.m.<br>Place: Courtroom 301<br>       United States Bankruptcy Court<br>       21041 Burbank Blvd<br>       Woodland Hills, CA 91367 |
|---|---|

1

**PLEASE TAKE NOTICE** that on March 31, 2025, Irwin Naturals, a Nevada corporation ("Irwin Nevada"), and its affiliate debtors (collectively with Irwin Nevada, the "Debtors"), filed their *Second Amended Chapter 11 Plan of Reorganization* [Doc. No. 473] (as it may be amended or modified, the "Debtors' Plan") and their *Second Amended Disclosure Statement Describing Debtors' Second Amended Chapter 11 Plan of Reorganization* [Doc. No. 474] (as it may be amended or modified, the "Debtors' Proposed Disclosure Statement") pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that on April 14, 2025, FitLife Brands, Inc. ("FitLife") filed its *Chapter 11 Plan of Reorganization for Debtors Irwin Naturals Et Al.* [Doc. No. 512] (as it may be amended or modified, the "FitLife Plan" and collectively, with the Debtors' Plan, the "Plans") and its *Disclosure Statement for FitLife Brands, Inc.'s Chapter 11 Plan of Reorganization for Debtors Irwin Naturals Et Al.* [Doc. No. 513] (as it may be amended or modified, "FitLife's Proposed Disclosure Statement" and together, with the Debtors' Proposed Disclosure Statement, the "Proposed Disclosure Statements") pursuant to section 1125 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, Courtroom 301 located at 21041 Burbank Blvd., Woodland Hills, CA 91367 (the "Bankruptcy Court") on **May 28, 2025 at 1:30 p.m.** (the "Hearing") to consider the entry of an order determining whether the respective Proposed Disclosure Statements contain "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the respective Proposed Disclosure Statements.

**PLEASE TAKE FURTHER NOTICE** that in addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear using ZoomGov is provided on the following page of this notice.

**PLEASE TAKE FURTHER NOTICE** that the following remote hearing procedures apply:

1.      Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile

device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

2.  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

3.  Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.

4.  Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.

5.  The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

6.  All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

7.  Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.

8.  The following is the unique ZoomGov connection information for the above-referenced hearing:

   Meeting URL: https://cacb.zoomgov.com/j/1608678224

   Meeting ID: 160 867 8224

   Password: 913663

   Join by Telephone: 1-669-254-5252 OR 1-646-828-7666

9.  More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain a copy of the Proposed Disclosure Statements **may obtain a copy of the Proposed Disclosure Statements free of charge on the Debtors' noticing agent's website by accessing the following link:** https://omniagentsolutions.com/IrwinNaturals. You may also obtain a copy of the Debtors' Proposed Disclosure Statement by submitting a written request only to the Debtors' bankruptcy counsel, BG Law LLP, Attn: Susan Seflin, Esq., by mail at 21650 Oxnard St. Suite 500, Woodland Hills, CA 91367-4911 or by email at sseflin@bg.law. You may also obtain a copy of FitLife's Proposed Disclosure Statement by submitting a written request only to FitLife's bankruptcy counsel, ArentFoxSchiff, LLP, Attn: Todd Feinsmith, Esq., by mail at 800 Boylston Street, Boston, MA 02199 or by email at todd.feinsmith@afslaw.com. Copies of the Disclosure Statements will be provided electronically, unless a party specifically requests paper copies of such documents. In addition, the Proposed Disclosure Statements are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: https://ecf.cacb.uscourts.gov/ .

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Disclosure Statements shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Central District of California (the "Local Rules") and must: (a) be in writing; (b) set forth the name of the objecting party and the nature and amount of any claim or interest held by such party, (c) state the legal and factual basis for such objection, and (d) be accompanied by supporting declarations and documentary evidence upon which the objecting party intends to rely. Further, **on or before May 14, 2025**, objections, if any, must be filed, together with a proof of service, with the Clerk of the Bankruptcy Court, and must be served upon the following parties: (i) Debtors' Counsel: BG Law LLP, Attn: Susan Seflin, Esq., 21650 Oxnard St. Suite 500, Woodland Hills, CA 91367-9009; (ii) FitLife's Counsel: ArentFoxSchiff, LLP, Attn: Todd Feinsmith, Esq., 800 Boylston Street, Boston, MA 02199; and (iii) U.S. Trustee: Office of the U.S. Trustee, Region 16, Attn: Katherine Bunker, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. **PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(h), THE FAILURE TO FILE A TIMELY OBJECTION TO THE DISCLOSURE STATEMENTS MAY BE DEEMED BY THE BANKRUPTCY COURT TO CONSTITUTE CONSENT TO THE APPROVAL OF**

**THE DISCLOSURE STATEMENTS AND/OR A WAIVER OF ANY OBJECTION TO THE DISCLOSURE STATEMENTS, AND THE COURT MAY APPROVE THE DISCLOSURE STATEMENTS WITHOUT FURTHER NOTICE OR HEARING.**

**PLEASE TAKE FURTHER NOTICE** that any reply to any objections to the Proposed Disclosure Statements must be filed **on or before May 21, 2025**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice to parties in interest other than by announcement in Bankruptcy Court of such adjournment on the date scheduled for the Hearing.

DATED: April 15, 2025          BG Law LLP

By: /s/ Susan K. Seflin
    Susan K. Seflin
Attorneys for Chapter 11 Debtors and Debtors in Possession

DATED: April 15, 2025          ARENTFOX SCHIFF LLP

By: [signature]
    Todd A. Feinsmith (*pro hac vice*)
    James E. Britton (*pro hac vice*)
    Sophia R. Wang
Attorneys for Creditor FitLife Brands, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the document(s) entitled**: JOINT NOTICE OF HEARING ON: (1) THE ADEQUACY OF DEBTORS' SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTORS' SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION; AND (2) THE ADEQUACY OF FITLIFE BRANDS, INC.'S DISCLOSURE STATEMENT DESCRIBING FITLIFE BRANDS, INC.'S CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document(s) were served by the court via NEF and hyperlink to the document. On **April 15, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Jessica L Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Ryan W Beall**   rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- **Anthony Bisconti**   tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Matthew Bouslog**   mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Katherine Bunker**   kate.bunker@usdoj.gov
- **Robert Allen Curtis**   rcurtis@foleybezek.com
- **Erin R. Fay**   efay@wsgr.com, lmcgee@wsgr.com
- **Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Alphamorlai Lamine Kebeh**   MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Alexandria Lattner**   alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- **Matthew A Macdonald**   matthew.macdonald@wsgr.com
- **Sina Maghsoudi**   sinalegal@gmail.com, g8645@notify.cincompass.com;maghsoudi.sinab128731@notify.bestcase.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **David M Poitras**   dpoitras@bg.law
- **Terrel Ross**   tross@trcmllc.com
- **Susan K Seflin**   sseflin@bg.law
- **Jonathan Seligmann Shenson**   jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
- **Yuriko M Shikai**   yshikai@neufeldmarks.com
- **Ashley M Teesdale**   ateesdale@bg.law, ecf@bg.law
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Ronghua Sophia Wang**   sophia.wang@afslaw.com, yvonne.li@afslaw.com
- **Pamela Kohlman Webster**   pwebster@buchalter.com, smartin@buchalter.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **April 15, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. **\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01)**

*\*\*Omni Agent Solutions will file a supplemental declaration regarding service on all creditors and all equity holders*

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 15, 2025 | Jessica Studley | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.