DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
ASHLEY M. TEESDALE - Bar No. 289919
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: dpoitras@bg.law
sseflin@bg.law
ateesdale@bg.law
jwellington@bg.law

Attorneys for Chapter 11 Debtors and
Debtors in Possession

**FILED & ENTERED**

**MAY 30 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Irwin Naturals *et al.*,<br><br>　　　　　Debtors and Debtors<br>　　　　　in Possession.<br><br>☐ Affects Irwin Naturals<br>☐ Affects Irwin Naturals Inc.<br>☐ Affects 5310 Holdings, LLC<br>☐ Affects DAI US HoldCo Inc.<br>☒ Affects All Debtors | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>Case No. 1:24-bk-11324-VK<br>Case No. 1:24-bk-11325-VK<br>Case No. 1:24-bk-11326-VK<br><br>**SCHEDULING ORDER AFTER STATUS CONFERENCE REGARDING (1) SETTING DEADLINES TO CONSIDER ADEQUACY OF PROPOSED DISCLOSURE STATEMENTS, (2) SETTING DEADLINES RELATED TO DEBTORS' BID PROCEDURES MOTION, AND (3) CONTINUING CHAPTER 11 STATUS CONFERENCE**<br><br>*Continued* **Status Conference:**<br>Date:　　*June 16* ~~May 28~~, 2025<br>Time:　　*10:00 a.m. PST* ~~1:30 p.m.~~<br>Place:　　Courtroom 301<br>　　　　　United States Bankruptcy Court<br>　　　　　21041 Burbank Blvd<br>　　　　　Woodland Hills, CA 91367 |

1

On May 28, 2025, the Court held a chapter 11 status conference in the above-captioned cases. For good cause appearing, it is hereby

ORDERED, that to the extent any Proposed Amended Disclosure Statement (defined below) is filed, the Court will hold a hearing at **10:00 a.m. *PST* on June 27, 2025** to consider approval of the respective proposed amended disclosure statements (collectively, the "Proposed Amended Disclosure Statements") that may be filed by Irwin Naturals and its related debtor entities (collectively, the "Debtors"), FitLife Brands, Inc. ("FitLife") and Robinson Pharma, Inc. ("Robinson Pharma"); and it is further

ORDERED, that the deadline for the Debtors, FitLife and Robinson Pharma to file their respective Proposed Amended Disclosure Statements is **June 9, 2025**; and it is further

ORDERED that the deadline to file and serve any objections to the Court's approval of the Proposed Amended Disclosure Statements, which objections must be served on the Debtors, FitLife, Robinson Pharma, the Official Committee of Unsecured Creditors and the United States trustee, is **June 16, 2025**; and it is further

ORDERED, that the deadline to file and serve on the objecting party(ies) and the United States trustee any reply regarding the Court's approval of the Proposed Amended Disclosure Statements is **June 20, 2025**; and it is further

ORDERED, that the Debtors' deadline to identify a stalking horse bidder to the Official Committee of Unsecured Creditors and East West Bank, as agent, is **June 2, 2025** and if the Debtors fail to do so, they must file a declaration with this Court with an explanation as to the status concerning the selection of a stalking horse bidder[1]; and it is further

ORDERED, that the Debtors must file their bid procedures motion ("Bid Procedures Motion") no later than **June 6, 2025**; and it is further

ORDERED, that the deadline to file and serve any objection to the Bid Procedures Motion is **June 12, 2025**; and it is further

---

[1] For the avoidance of doubt, this Order does not modify the terms of the *Further Order Authorizing Debtors to Use Cash Collateral and Granting Replacement Liens* [Doc. No. 545].

ORDER#1465354#5B1F6C9D-1BC3-4D52-ACEE-9DB362F4EA7C

ORDERED, that a hearing on the Bid Procedures Motion will be held on **June 16, 2025 at 10:00 a.m.** *PST*; and it is further

ORDERED, that a continued chapter 11 status conference will be held on **June 16, 2025 at 10:00 a.m.** *PST*; and it is further

ORDERED, that Judge Kaufman has resumed in-person hearings. However, parties in interest (and their counsel) may continue to participate in most hearings remotely using ZoomGov audio and video. Any attorney or party in interest who makes an appearance on the record, via ZoomGov, must appear by video.

MEMBERS OF THE PUBLIC AND THE PRESS MAY ONLY CONNECT TO THE ZOOM AUDIO FEED, AND ONLY BY TELEPHONE. ACCESS TO THE VIDEO FEED BY THESE INDIVIDUALS IS PROHIBITED. IN THE CASE OF A TRIAL OR EVIDENTIARY HEARING, NO AUDIO ACCESS WILL BE PROVIDED. HOWEVER, MEMBERS OF THE PUBLIC AND THE PRESS MAY OBSERVE SUCH PROCEEDINGS IN PERSON.

**The following instructions will apply to the ZoomGov hearing and status conference held on June 16, 2025:**

Meeting Information: **June 16, 2025 at 10:00 a.m.** *PST*

Meeting URL: https://cacb.zoomgov.com/j/1617428086

Meeting ID: 161 742 8086

Password: 230473

Join by Telephone: 1-669-254-5252 OR 1-646-828-7666 Meeting ID: 161 742 8086

(1) The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

(2) All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.

**The following instructions will apply to the ZoomGov hearing held on June 27, 2025:**

Meeting Information: **June 27, 2025** *at 10:00 a.m. PST*

3

1    Meeting URL: : https://cacb.zoomgov.com/j/1608164008

2    Meeting ID: 160 816 4008

3    Password: 509177

4    Join by Telephone: 1-669-254-5252 OR 1-646-828-7666 Meeting ID: 160 816 4008

5    (1) The audio portion of each hearing will be recorded electronically by the Court and constitute its

6    official record.

7    (2) All persons (other than Court staff creating the official record of the hearing) are strictly

8    prohibited from making any audio or video recording of the proceedings.

9                                                   # # #

Date: May 30, 2025

Victoria S. Kaufman
United States Bankruptcy Judge