DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
ASHLEY M. TEESDALE - Bar No. 289919
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099
Email:   dpoitras@bg.law
         sseflin@bg.law
         ateesdale@bg.law
         jwellington@bg.law

Attorneys for Chapter 11 Debtors and
Debtors in Possession

**FILED & ENTERED**

**AUG 20 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fisherl    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Irwin Naturals *et al.*,<br><br>        Debtors and Debtors<br>        in Possession.<br><br>☐ Affects Irwin Naturals<br>☐ Affects Irwin Naturals Inc.<br>☐ Affects 5310 Holdings, LLC<br>☐ Affects DAI US HoldCo Inc.<br>☒ Affects All Debtors | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>Jointly Administered With:<br><br>Case No. 1:24-bk-11324-VK<br>Case No. 1:24-bk-11325-VK<br>Case No. 1:24-bk-11326-VK<br><br>**ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS INCONSISTENT WITH DEBTORS' BOOKS AND RECORDS**<br><br>**Hearing:**<br>Date:   August 13, 2025<br>Time:  1:30 p.m.<br>Place:  Courtroom 301<br>          United States Bankruptcy Court<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91367 |

1

ORDER#1471285#F5EA9266-1040-4F8D-8B0A-0CC440A10D20

On August 13, 2025 at 1:30 p.m., a hearing was held before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, San Fernando Valley Division, for the Court to consider the *Debtors' Second Omnibus Objection to Claims Inconsistent with Debtors' Books and Records* [Doc. No. 696] (the "Omnibus Objection")[1] filed by Irwin Naturals, a Nevada corporation ("Irwin Nevada"), and its related debtor entities (collectively, the "Debtors"). No response to the Omnibus Objection having been timely filed, the Court excused appearances at the hearing.

The Court, having read and considered the Omnibus Objection and all evidence filed in support of the Omnibus Objection and other matters which the Court may properly take judicial notice, including, without limitation, the record in these cases as reflected on their respective dockets; the Court having found that notice of the Omnibus Objection was sufficient under the circumstances and no other or further notice is required; no responses to the Omnibus Objection having been filed; the Court having determined that the legal and factual bases set forth in the Omnibus Objection establish just cause for the relief sought therein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED that**:

1. The Omnibus Objection is sustained in its entirety.

2. The following Proofs of Claim ("Claims") filed by the following claimants ("Claimants") in Irwin Nevada's bankruptcy case shall be DISALLOWED in their entirety:

| Claimant | Claim No. | Filed Claim Amount | Treatment |
|---|---|---|---|
| Reskin CPAs PSC | 14-1 | $35,000.00 | Disallowed |
| Reskin CPAs PSC | 15-1 | $32,000.00 | Disallowed |
| Gordon Investigative Group LLC | 16-1 | $55,000.00 | Disallowed |
| JP Orlando LLC | 19-1 | $ 1,140.62 | Disallowed |
| Dennis Diaz | 44-1 | $7,500 | Disallowed |
| Mike Tomas | 45-1 | $7,500 | Disallowed |
| Raul Cruz | 46-1 | $7,500 | Disallowed |
| Marcus Kelley | 51-1 | $14,375.00 | Disallowed |

---

[1] All initial capitalized terms not defined herein shall have the same meaning ascribed to them in the Omnibus Objection.

ORDER#1471285#F5EA9266-1040-4F8D-8B0A-0CC440A10D20

| Claimant | Claim No. | Filed Claim Amount | Treatment |
|---|---|---|---|
| AmeriSource Bergen Drug Corp. | 53-1 | $105,373.52 | Disallowed |

3. For any Claim disallowed pursuant to this Order, Claimant forever waives such Claim against the Debtors and their estates.

4. Any further claims filed or asserted by the Claimants relating to the Claims, including any amendments, shall be deemed disallowed without further Court order.

5. Pursuant to Civil Rule 54(b), made applicable in contested matters through Bankruptcy Rules 7054 and 9014, this Order shall be treated as a final judgment with respect to Claimants and their Claims.

**IT IS SO ORDERED.**

### # # #

Date: August 20, 2025

Victoria S. Kaufman
United States Bankruptcy Judge

ORDER#1471285#F5EA9266-1040-4F8D-8B0A-0CC440A10D20