DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN – Bar No. 213865
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099
Email:     dpoitras@bg.law
           sseflin@bg.law
           jwellington@bg.law

Attorneys for Chapter 11 Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>Irwin Naturals *et al.*,<br><br>　　　　　Debtors and Debtors<br>　　　　　in Possession.<br><br>☐ Affects Irwin Naturals<br><br>☐ Affects Irwin Naturals Inc.<br><br>☐ Affects 5310 Holdings, LLC<br><br>☐ Affects DAI US HoldCo Inc.<br><br>☒ Affects All Debtors | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>Case No. 1:24-bk-11324-VK<br>Case No. 1:24-bk-11325-VK<br>Case No. 1:24-bk-11326-VK<br><br>**DECLARATION OF KLEE IRWIN IN SUPPORT OF DEBTORS' THIRD MOTION FOR AUTHORITY TO (A) USE CASH COLLATERAL AND (B) GRANT REPLACEMENT LIENS**<br><br>**Hearing:**<br>Date:　August 28, 2025<br>Time:　2:00 p.m.<br>Place:　Courtroom 301<br>　　　　21041 Burbank Blvd<br>　　　　Woodland Hills, CA 91367 |

3073017

I, Klee Irwin, declare as follows:

1. I am the founder and Chief Executive Officer of Irwin Naturals, a Nevada corporation ("Irwin Nevada"), Irwin Naturals, a British Colombia corporation ("Irwin Canada"), and DAI US HoldCo Inc. ("DAI"), and the founder and principal of 5310 Holding, LLC ("5310," and collectively with Irwin Nevada, Irwin Canada, and DAI, the "Debtors"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and if called as a witness, I could and would competently testify with respect thereto.

2. I submit this declaration in support of the *Debtors' Third Motion for Authority to (A) Use Cash Collateral and (B) Grant Replacement Liens* [Doc. No. 773] (the "Cash Coll Motion") filed by the Debtors. Any capitalized word not defined in this declaration has the same meaning as set forth in the Cash Coll Motion.

3. The sale of the Debtors' business to FitLife Brands, Inc. ("FitLife") closed on August 8, 2025. My understanding is that under the terms of the then-existing cash collateral order, the Debtors' use of cash collateral terminated as of the date of the sale closing. I am informed that the Debtors have attempted to negotiate in good faith with the Debtors' secured creditor, East West Bank, as agent ("EWB"); however, the parties have not been able to agree upon cash collateral use.

4. As set forth more fully in the Cash Coll Motion, on August 11, 2025, the Debtors paid EWB $23,247,134.75 on account of its alleged claims while reserving rights. That payment was in addition to $900,000 in principal payments paid to the Lenders by the Debtors post-petition and $1,500,941 in post-petition interest. The Debtors have paid EWB $25,658,075.80 post-petition (on a loan that was estimated at $19 million on the petition date). The Lenders have been paid in full, and to the extent that EWB has unpaid and unbilled professional fees, it can present that bill to the Debtors and they will pay that bill in full.

5. Although the sale has closed, the Debtors have retained three employees as there are still closing related tasks they must perform and various other administrative obligations they must perform, and the Debtors are responsible for paying for certain employees that are currently working for FitLife under a transition services agreement ("TSA"). Not only are the Debtors obligated to perform under the TSA (including the payment of wages for certain employees that have been hired

by FitLife but are providing transition services to the Debtors), the Debtors are in the middle of multiple audits (one involving their 401(k) and multiple involving the IRS), they have to work with their accountant on their 2024 tax returns (and multiple earlier state and federal tax returns that must be amended in order to address various disputed claims filed by multiple taxing agencies), and because the Debtors sold their email and various records, the Debtors urgently must purchase supplies and services relating to establishing and maintaining new email accounts and their records (the Debtors must also maintain a copy of all of their records to comply with litigation document holds, complete the multiple pending audits, claim objections, etc.). The Debtors also have severance to be paid to five employees terminated on August 8, 2025 as they were not hired by FitLife.

6. EWB did consent to the Debtors paying August 22, 2025 payroll, which had to be funded by August 18, 2025. However, the Debtors' next payroll must be funded by September 2, 2025 and the Debtors must reimburse FitLife under the TSA for certain other employees that continue to do work for the estates.

7. Given the substantial cash held by the estates, I do not believe that any creditor or party in interest will be prejudiced by the relief requested in the Cash Coll Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is being executed this 27th day of August, 2025, at Topanga, California.

_____
Klee Irwin

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the document(s) entitled: **DECLARATION OF KLEE IRWIN IN SUPPORT OF DEBTORS' THIRD MOTION FOR AUTHORITY TO (A) USE CASH COLLATERAL AND (B) GRANT REPLACEMENT LIENS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the document(s) were served by the court via NEF and hyperlink to the document. On **August 27, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 27, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Served via email on EWB's counsel, committee counsel and UST counsel:
efay@wsgr.com
jgolden@go2.law
kate.bunker@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2025 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Ryan W Beall    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Matthew Bouslog    mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Robert Allen Curtis    rcurtis@foleybezek.com
- Erin R. Fay    efay@wsgr.com, lmcgee@wsgr.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Alphamorlai Lamine Kebeh    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- Alexandria Lattner    alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- Matthew A Macdonald    matthew.macdonald@wsgr.com
- Sina Maghsoudi    sinalegal@gmail.com, g8645@notify.cincompass.com;maghsoudi.sinab128731@notify.bestcase.com
- David W. Meadows    david@davidwmeadowslaw.com
- Douglas A Plazak    dplazak@rhlaw.com
- David M Poitras    dpoitras@bg.law
- Terrel Ross    tross@trcmllc.com
- Susan K Seflin    sseflin@bg.law
- Jonathan Seligmann Shenson    jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
- Yuriko M Shikai    yshikai@neufeldmarks.com
- Ashley M Teesdale    ateesdale@bg.law, ecf@bg.law
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Ronghua Sophia Wang    sophia.wang@afslaw.com, yvonne.li@afslaw.com
- Pamela Kohlman Webster    pwebster@buchalter.com, smartin@buchalter.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**