DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
JESSICA S. WELLINGTON - Bar No. 324477
**BG LAW LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: dpoitras@bg.law
        sseflin@bg.law
        jwellington@bg.law

Attorneys for Chapter 11 Debtors and
Co-Plan Proponents

JEFFREY I. GOLDEN – Bar No. 133040
RYAN W. BEALL - Bar No. 313774
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Email: jgolden@go2.law
        rbeall@go2.law

Attorneys for Official Committee of Unsecured
Creditors of IN Holdings, Inc. and IN Holdings
Canada, Inc. and Co-Plan Proponents

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>IN Holdings, Inc. *et al.*,<br><br>        Debtors and Debtors<br>        in Possession.<br><br>☐ Affects IN Holdings, Inc.<br>☐ Affects IN Holdings Canada, Inc.<br>☐ Affects 5310 Holdings, LLC<br>☐ Affects DAI US HoldCo Inc.<br>☒ Affects All Debtors | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>(Jointly Administered with: Case No. 1:24-bk-11324-VK. Case No. 1:24-bk-11325, and Case No. 1:24-bk-11326-VK)<br><br>**NOTICE OF HEARING ON DEBTORS' AND COMMITTEE'S MOTION FOR ENTRY OF ORDER: (I) APPROVING THEIR JOINT DISCLOSURE STATEMENT; (II) APPROVING THE FORM OF BALLOTS AND PROPOSED SOLICITATION AND TABULATION PROCEDURES; (III) FIXING THE VOTING DEADLINE WITH RESPECT TO THE DEBTORS' AND COMMITTEE'S JOINT CHAPTER 11 PLAN; (IV) FIXING THE LAST DATE FOR FILING OBJECTIONS TO THE JOINT CHAPTER 11 PLAN; AND (V) SCHEDULING A HEARING TO CONSIDER CONFIRMATION OF THE PLAN**<br><br><u>Hearing:</u><br>Date:    October 1, 2025<br>Time:    2:00 p.m.<br>Place:    Courtroom 301<br>          United States Bankruptcy Court<br>          21041 Burbank Blvd<br>          Woodland Hills, CA 91367 |

3075738

**PLEASE TAKE NOTICE** that on October 1, 2025, IN Holdings, Inc. *fka* Irwin Naturals, a Nevada corporation ("IN Nevada"), and its affiliate debtors (collectively with IN Nevada, the "Debtors"), and the Official Committee of Unsecured Creditors appointed in IN Nevada's and IN Holdings Canada, Inc.'s bankruptcy cases (the "Committee" and collectively, with the Debtors, the "Plan Proponents") filed their *Joint Chapter 11 Plan of Reorganization* [Doc. No. 802] (as it may be amended or modified, the "Plan") and their *Joint Disclosure Statement Describing Debtors' and Committee's Joint Chapter 11 Plan of Reorganization* [Doc. No. 804] (as it may be amended or modified, the "Disclosure Statement") pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code"). On May 7, 2025, the Plan Proponents filed their motion [Doc. No. 806] (the "Motion") to approve the Disclosure Statement and related procedures.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, Courtroom 301 located at 21041 Burbank Blvd., Woodland Hills, CA 91367 (the "Bankruptcy Court") on **October 1, 2025 at 2:00 p.m.** (the "Hearing") to consider, among other things, the entry of an order (a) granting the Motion, (b) determining that the Disclosure Statement contains "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code, (c) approving the Disclosure Statement, (d) authorizing the timing and manner for the solicitation of acceptances or rejections of the plan, (e) establishing voting and other procedures in connection with the Disclosure Statement, (f) scheduling a hearing for the Bankruptcy Court to consider confirmation of the plan, and (g) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that in addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. The following remote hearing procedures apply:

1.  Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

2.  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

3.  Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.

4.  Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.

5.  The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

6.  All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

7.  Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.

8.  The following is the unique ZoomGov connection information for the above-referenced hearing:

**Joint CAC ZoomGov Meeting**

Video/audio web address:  https://cacb.zoomgov.com/j/1613838062

Meeting ID: 161 383 8062

Password: 796611

**Join by Telephone**

Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666

Meeting ID: 161 383 8062

Password: 796611

9. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain a copy of the Motion may obtain a copy of the Motion free of charge on the Debtors' noticing agent's website by accessing the following link: https://omniagentsolutions.com/IrwinNaturals. You may also obtain a copy of the Motion by submitting a written request only to (1) the Debtors' bankruptcy counsel, BG Law LLP, Attn: Susan Seflin, Esq., by mail at 21650 Oxnard St. Suite 500, Woodland Hills, CA 91367-4911 or by email at sseflin@bg.law, or (2) the Committee's bankruptcy counsel, Golden Goodrich LLP, Attn: Jeffrey I. Golden, by mail at 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626 or by email at jgolden@go2.law. Copies of the Motion will be provided electronically, unless a party specifically requests paper copies. In addition, the Motion is on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: https://ecf.cacb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Central District of California (the "Local Rules") and must: (a) be in writing; (b) set forth the name of the objecting party and the nature and amount of any claim or interest held by such party, (c) state the legal and factual basis for such objection, and (d) be accompanied by supporting declarations and documentary evidence upon which the objecting party intends to rely. Further, **on or before September 17, 2025**, objections, if any, must be filed, together with a proof of service, with the Clerk of the Bankruptcy Court, and must be served upon the following parties: (i) Debtors' Counsel: BG Law LLP, Attn: Susan Seflin, Esq., 21650 Oxnard St. Suite 500, Woodland Hills, CA 91367-9009; (ii) Committee Counsel: Golden Goodrich LLP, Attn: Jeffrey I. Golden, Esq., 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626; and (iii) U.S. Trustee: Office of the U.S. Trustee, Region 16, Attn: Katherine Bunker, 915 Wilshire Blvd., Suite 1850, Los Angles, CA 90017. **PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(h), THE FAILURE TO FILE A TIMELY OBJECTION TO THE MOTION MAY BE DEEMED BY THE BANKRUPTCY COURT TO**

**CONSTITUTE CONSENT TO THE APPROVAL OF THE MOTION AND/OR A WAIVER OF ANY OBJECTION TO THE MOTION, AND THE COURT MAY APPROVE THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**PLEASE TAKE FURTHER NOTICE** that any reply to any objections to the Motion must be filed **on or before September 24, 2025**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice to parties in interest other than by announcement in Bankruptcy Court of such adjournment on the date scheduled for the Hearing.

DATED: September 10, 2025         BG Law LLP


                                  By: /s/ Susan K. Seflin
                                      Susan K. Seflin
                                  Attorneys for Chapter 11 Debtors in Possession
                                  and Co-Plan Proponents

DATED: September 10, 2025         Golden Goodrich LLP


                                  By:_____
                                      Jeffrey I. Golden
                                  Attorneys for the Official Committee of Unsecured
                                  Creditors of IN Holdings, Inc. and IN Holdings
                                  Canada, Inc. and Co-Plan Proponents

3075738

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the document(s) entitled**: NOTICE OF HEARING ON DEBTORS' AND COMMITTEE'S MOTION FOR ENTRY OF ORDER: (I) APPROVING THEIR JOINT DISCLOSURE STATEMENT; (II) APPROVING THE FORM OF BALLOTS AND PROPOSED SOLICITATION AND TABULATION PROCEDURES; (III) FIXING THE VOTING DEADLINE WITH RESPECT TO THE DEBTORS' AND COMMITTEE'S JOINT CHAPTER 11 PLAN; (IV) FIXING THE LAST DATE FOR FILING OBJECTIONS TO THE JOINT CHAPTER 11 PLAN; AND (V) SCHEDULING A HEARING TO CONSIDER CONFIRMATION OF THE PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document(s) were served by the court via NEF and hyperlink to the document. On **September 10, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **September 10, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*The Honorable Victoria Kaufman

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 10, 2025 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Ryan W Beall    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Matthew Bouslog    mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Robert Allen Curtis    rcurtis@foleybezek.com
- Erin R. Fay    efay@wsgr.com, lmcgee@wsgr.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Alphamorlai Lamine Kebeh    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- Alexandria Lattner    alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- Matthew A Macdonald    matthew.macdonald@wsgr.com
- Sina Maghsoudi    sinalegal@gmail.com, g8645@notify.cincompass.com;maghsoudi.sinab128731@notify.bestcase.com
- David W. Meadows    david@davidwmeadowslaw.com
- Douglas A Plazak    dplazak@rhlaw.com
- David M Poitras    dpoitras@bg.law
- Terrel Ross    tross@trcmllc.com
- Susan K Seflin    sseflin@bg.law
- Jonathan Seligmann Shenson    jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
- Yuriko M Shikai    yshikai@neufeldmarks.com
- Ashley M Teesdale    ateesdale@bg.law, ecf@bg.law
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Ronghua Sophia Wang    sophia.wang@afslaw.com, yvonne.li@afslaw.com
- Pamela Kohlman Webster    pwebster@buchalter.com, smartin@buchalter.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**