DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN – Bar No. 213865
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:         dpoitras@bg.law
                   sseflin@bg.law
                   jwellington@bg.law

Attorneys for Chapter 11 Debtors and
Debtors in Possession

**FILED & ENTERED**

**SEP 22 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>IN Holdings, Inc., *et al.*,<br><br>　　　　　　Debtors and Debtors<br>　　　　　　in Possession.<br><br>☐ Affects IN Holdings, Inc.<br><br>☐ Affects IN Holdings Canada, Inc.<br><br>☐ Affects 5310 Holdings, LLC<br><br>☐ Affects DAI US HoldCo Inc.<br><br>☒ Affects All Debtors | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>Jointly Administered With: Case No. 1:24-bk-11324-VK; Case No. 1:24-bk-11325-VK; and Case No. 1:24-bk-11326-VK<br><br>**ORDER GRANTING OMNIBUS MOTION FOR ORDER UNDER SECTION 365(a) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS NUNC PRO TUNC TO AUGUST 8, 2025**<br><br>[No Hearing Required Pursuant to LBR 9013-1(o)] |

1

The Court, having considered the *Omnibus Motion for Order Under Section 365(a) Authorizing the Debtors to Reject Certain Executory Contracts Nunc Pro Tunc to August 8, 2025* [Doc. No. 758] (the "Motion") filed by IN Holdings, Inc. and its related debtor entities (collectively, the "Debtors"), on August 15, 2025, the *Declaration That No Party Requested a Hearing on Motion LBR 9013-1(o)(3)* filed on September 17, 2025, having found that notice of the Motion was adequate and appropriate under the circumstances, being satisfied, based on the representations made in the Motion, that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, no objections to the Motion having been filed, and finding good cause appearing therefor,[1]

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted.

2. Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006, the following contracts are hereby rejected by the Debtors and their estates, with such rejection effective as of <u>August 8, 2025</u>:[2]

| Non-Debtor Counterparty | Contract Title or Description[3] |
|---|---|
| Bloomberg Industry Group, Inc. | Bloomberg Law Subscription |
| Genomma Lab USA, Inc | License and Supply Agreement |
| Allmerica Financial Benefit Insurance Company | Insurance Policies |
| Quadient Leasing USA, Inc. and Quadient, Inc. | Product Lease Agreements |
| The Hanover Insurance Group | Insurance Policies |
| Trustpilot Inc. | Quote Details for Approval |
| VitaDepot.com, LLC d/b/a reCommerce | Agreement |

3. The automatic stay is terminated for the specific purpose of allowing any non-Debtor party to any of the Rejected Contracts concerning tangible personal property, to exercise such party's *in rem* rights with respect to such tangible personal property as may be authorized by the

---

[1] Any capitalized term not defined in this Order has the same meaning ascribed to it in the Motion.

[2] The Motion included an insurance policy (or policies) with Old Republic Insurance Company and an insurance policy (or policies) with Starstone Specialty Insurance Company which the Debtors have since determined they do not want to reject and these two contracts are omitted from this Order.

[3] The contracts listed include all ancillary documents, agreements, modifications, ratifications, amendments, novations, purchase orders, court orders, or any other related documents or agreements made or issued in connection therewith.

ORDER#1473473#ECD6FC3D-2C7E-42B6-B720-F1B729E2C645

subject contract; provided, however, that such counterparty must (i) coordinate with Debtors (or FitLife Brands, Inc. ("FitLife"), as applicable) a date and time that is convenient for the Debtors (or FitLife, as applicable) to recover such tangible personal property; (ii) pay and absorb its own costs and expenses of retrieving such tangible personal property; and (iii) provide adequate assurance, that are reasonably acceptable to the Debtors (or FitLife), as to the payment of any damage that may arise from the removal of such tangible personal property from the Debtors' (or FitLife's) possession.

4.  Claims arising out of the rejection of the Rejected Contracts must be filed on or before thirty (30) days after the date of service of notice of entry of this Order. Absent order of this Court to the contrary, if no proof of claim is timely filed, such claimant shall not be treated as a creditor with respect to such claims for voting on any chapter 11 plan in these cases and shall be forever barred from asserting a claim for rejection damages and from participating in any distributions that may be made in connection with these cases.

5.  Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any lease or contract pursuant to Bankruptcy Code Section 365, and all such rights are reserved.

6.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.  The rights of the Debtors and their estates to assert that the Rejected Contracts rejected hereby expired by their own terms or were terminated prior to the date hereof are fully preserved, and the Debtors and their estates do not waive any claims that they may have against the counterparties to the Rejected Contracts, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Contracts.

*[Remainder of Page Intentionally Blank]*

ORDER#1473473#ECD6FC3D-2C7E-42B6-B720-F1B729E2C645

8. To the extent that Bankruptcy Rule 6004(h) is applicable, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

# # #

Date: September 22, 2025

Victoria S. Kaufman
United States Bankruptcy Judge