DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
ASHLEY M. TEESDALE - Bar No. 289919
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:     dpoitras@bg.law
           sseflin@bg.law
           ateesdale@bg.law
           jwellington@bg.law

Attorneys for Chapter 11 Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>IN Holdings, Inc. *et al.*,<br><br>          Debtors and Debtors<br>          in Possession.<br><br>☐   Affects IN Holdings, Inc.<br><br>☐   Affects IN Holdings Canada, Inc.<br><br>☐   Affects 5310 Holdings, LLC<br><br>☐   Affects DAI US HoldCo Inc.<br><br>☒   Affects All Debtors | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>Jointly Administered With:<br><br>Case No. 1:24-bk-11324-VK<br>Case No. 1:24-bk-11325-VK<br>Case No. 1:24-bk-11326-VK<br><br>**DEBTORS' THIRD OMNIBUS OBJECTION TO DUPLICATE CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JOSEPH AXELROD**<br><br><u>Claims Subject to Objection:</u><br>1. Nuborn Express, Inc., Claim No. 4<br>2. Clark Hill PLC, Claim No. 31<br><br>**[If you received this Objection by mail, then this Objection affects you and you should read this pleading in its entirety.]**<br><br><u>**Hearing:**</u><br>Date:     November 5, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 301<br>        United States Bankruptcy Court<br>        21041 Burbank Blvd.<br>        Woodland Hills, CA 91367 |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, NUBORN EXPRESS, INC., CLARK HILL PLC, AND OTHER INTERESTED PARTIES:**

IN Holdings, Inc., a Nevada corporation ("IN Nevada"), IN Holding Canada, Inc., a British Columbia Corporation ("IN Canada"),  and their related debtor entities (collectively, the "Debtors"), hereby file their third omnibus objection ("Omnibus Objection" or "Motion") pursuant to Section[1] 502, Bankruptcy Rule 3007, and Local Bankruptcy Rule 3007-1, for entry of an order disallowing the following proofs of claim as duplicates (collectively, the "Claims"):

| Claimant | Claim No. | Case No. | Date Filed | Claim Amount |
|---|---|---|---|---|
| Nuborn Express, Inc. | 4 | 24-11323 | 8/23/24 | $28,684.00 |
| Clark Hill PLC | 31 | 24-11323 | 12/10/24 | $51,036.00 |

This Motion is based on the grounds that each of the Claims are duplicates of other claims against the Debtors as filed or scheduled in the above-captioned bankruptcy case.  Accordingly, an omnibus objection is appropriate pursuant to Bankruptcy Rule 3007(d)(2)(A).

This Motion is based upon the attached Memorandum of Points and Authorities and the Declaration of Joseph Axelrod, as well as all of the pleadings, papers, and exhibits filed in support of the Motion, and such other and further evidence as may be provided at any hearing on the Motion.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order:

1.    Granting the Motion and disallowing each Claim in its entirety;

2.    Providing that each Claim shall be expunged from the official claims register in the Debtor's bankruptcy case;

3.    Providing that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in contested matters through Bankruptcy Rules 7054 and 9014, the Court's ruling on the Motion shall be treated as a final judgment with respect to the Claimant and its Claim subject to such ruling, and determining that there is no just reason for delay in entry of a final judgment on the Claim resolved herein; and

---

[1] References to "Section" refer to the Bankruptcy Code (11 U.S.C. §§ 101 et seq.); references to "Bankruptcy Rule" refer to the Federal Rules of Bankruptcy Procedure; and references to "Local Rule" refer to the Local Bankruptcy Rules.

3079289

4.	Granting such other and further relief as the Court deems just and proper.

DATED:  October 6, 2025	BG LAW LLP


By:	/s/ Susan K. Seflin
	David M. Poitras
	Susan K. Seflin
	Ashley M. Teesdale
	Jessica S. Wellington
	Attorneys for Chapter 11 Debtors and
	Debtors in Possession

2

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  JURISDICTION AND VENUE

This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory predicate for the relief sought herein is Section 502 of the Bankruptcy Code.

### II. STATEMENT OF FACTS

#### A.    General Case Background

On August 9, 2024, the Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  On August 14, 2024, the Court entered an order authorizing the joint administration of the Debtors' cases.  The Debtors continue to operate their business and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

Prior to the sale of their supplement business in August 2025, the Debtors profitably operated a nutraceutical business from its inception in 1994 to the sale closing.  Additional information detailing the Debtors' operations and the circumstances leading to the commencement of their chapter 11 cases case are described in greater detail in the their *Joint Disclosure Statement Describing Debtors' and Committee's Joint Chapter 11 Plan of Reorganization Dated October 1, 2025* [Doc. No. 838].

#### B.    The Claims and Shareholder Interests Held by the Claimants

The bar date for filing proofs of claim in these cases was December 20, 2024 [Doc. No. 199], except for governmental units which had until February 5, 2025, to file their proofs of claim [Doc. No. 200].  The Claims at issue in this Omnibus Objection are as follows:

| Claimant | Claim No. | Case No. | Date Filed | Claim Amount |
|---|---|---|---|---|
| Nuborn Express, Inc. | 4 | 24-11323 | 8/23/24 | $28,684.00 |
| Clark Hill PLC | 31 | 24-11323 | 12/10/24 | $51,036.00 |

1

3079289

## III.    RELIEF REQUESTED

The Debtor has reviewed the Claims Register, the scheduled claims, and the proofs of claim filed in this case and has determined that the Claims are duplicate claims (the "Duplicate Claims") as follows:

| Claimant | Claim No. | Case No. | Date Filed | Claim Amount |
|---|---|---|---|---|
| Nuborn Express, Inc. | 4 (Duplicate) | 24-11323 | 8/23/24 | $28,684.00 |
| Nu-Born Express, Inc. | 22 | 24-11323 | 11/15/24 | $28,684.47 |
| Clark Hill PLC | 31 (Duplicate) | 24-11323 | 12/10/24 | $51,036.00 |
| Clark Hill PLC | 3 | 24-11324 | 12/10/24 | $51,036.00 |

The Debtors propose allowing Claim No. 22 filed by Nu-Born Express, Inc. and Claim No. 3 filed by Clark Hill PLC, and disallowing the Duplicate Claim as each of the claims filed are entitled to payment only once.  Clark Hill PLC filed its first proof of claim in IN Canada's bankruptcy case [Claim No. 3], and its second proof of claim in IN Nevada's bankruptcy case [Claim No. 31]. Because the Debtors' records reflect that Clark Hill PLC is a creditor of IN Canada, the Debtors seek to disallow Claim No. 31 against IN Nevada in its entirety as a duplicate.

Accordingly, the Debtors request the following treatment of the Duplicate Claims:

| Claimant | Claim No. | Claim Amount | Proposed Treatment |
|---|---|---|---|
| Nuborn Express, Inc. | 4 | $28,684.00 | Disallowed in its entirety. |
| Clark Hill PLC | 31 | $51,036.00 | Disallowed in its entirety. |

## IV.    ARGUMENT

### A.    Legal Standard

Bankruptcy Rule 3001(f) provides that a "proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim."  It is well established in the Ninth Circuit that the initial burden of persuasion for establishing the validity and amount of a proof of claim is upon the claimant.  *Ashford v. Consolidated Pioneer Mortgage* (*In re Consolidated Pioneer Mortgage)*, 178 B.R. 222 (9th Cir. BAP 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996) (a proof of claim must have a writing attached and include supporting documentation to qualify for presumptive validity).  However, the prima facie validity of a claim does not attach unless the claim sets forth the facts necessary to support the claim.  *Id.* at 226.

3079289

Section 502 authorizes a "party in interest," such as the Debtor, to object to claims. 11 U.S.C. § 502(a). Once the objector raises "facts tending to defeat the claim by probative force equal to that of the allegations of the proofs of claim themselves," then the burden reverts to the claimant to prove the validity of the claim by a preponderance of evidence. *Wright v. Holm (In re Holm)*, 931 F.2d 620, 623 (9th Cir. 1991); *In re Consolidated Pioneer Mortgage*, 178 B.R. at 226. Indeed, the ultimate burden of persuasion is always on the claimant. *In re Holm*, 931 F.2d at 623; *see also In re Heath*, 331 B.R. 424 (9th Cir. BAP 2005) (explaining that a claim that fails to attach supporting documentation is not entitled to be considered as prima facie evidence of validity and amount of claim).

Section 502(b)(1) requires disallowance of a claim if "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured. . ." 11 U.S.C. § 502(b)(1). The "applicable law" referenced in Section 502(b)(1) includes bankruptcy law as well as other federal and state laws. *See Cavaliere v. Sapir*, 208 B.R. 784, 786-787 (D. Conn. 1997) (providing that "applicable law" includes bankruptcy law). A debtor is therefore allowed to raise any federal or state law defenses to a claim. *See In re G.I. Industries, Inc.*, 204 F.3d 1276, 1281 (9th Cir. 2000) (stating that a claim cannot be allowed under Section 502(b)(1) if it is unenforceable under nonbankruptcy law); *Johnson v. Righetti*, 756 F.2d 738, 741 (9th Cir. 1985) (finding that the validity of the claim may be determined under state law); *In re Eastview Estates II*, 713 F.2d 443, 447 (9th Cir. 1983) (applying California law).

Regarding duplicate claims, multiple recoveries for an identical claim or injury are disallowed. *See* Fed. R. Bankr. P. 3007(d)(1) (permitting omnibus objections to duplicate claims). Indeed, "to allow one creditor to assert two dollars in claims for every one dollar of loss from the same debtor violates principles of ratable distribution and offends notions of uniform treatment for creditors." *In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) (citations omitted). Accordingly, courts routinely disallow claims that are duplicative of previously filed claims. *See, e.g., Westfall v. MII Liquidation Inc.*, 2007 WL 2700951, 1 (S.D. Cal. 2007); *In re Drexel Burnham Lambert Group, Inc.*, 148 B.R. 993, 1001

3079289

1  (S.D.N.Y. 1992); *In re Lasky*, 364 B.R. 385, 387 (Bankr. C.D. Cal. 2007); *In re Schraner*, 321 B.R.

2  738, 741 (Bankr. W.D. Wash. 2005).

3    **B.    The Claims Should be Disallowed**

4      Here, the Duplicate Claims are duplicative of other claims filed by the Claimants in the

5  Debtors' bankruptcy cases. As such, the Debtors request that the Duplicate Claims be disallowed,

6  and that the disallowance be applicable and binding for all purposes.

7    **C.    Disallowance of the Claims is Properly Sought on an Omnibus Basis**

8      Bankruptcy Rule 3007(d)(1) and (e) govern omnibus objections to proofs of claim that

9  duplicate other claims. Bankruptcy Rule 3007(d)(1) specifically allows for omnibus objections to

10 claims if "they duplicate other claims." Fed. R. Bankr. P. 3007(d)(1).

11     The requirements for omnibus objections are contained in Bankruptcy Rule 3007(e), which

12 provides that such objections shall:

13          (1) state in a conspicuous place that claimants receiving the
            objection should locate their names and claims in the objection; (2)
14          list claimants alphabetically, provide a cross-reference to claim
            numbers, and, if appropriate, list claimants by category of claims;
15          (3) state the grounds of the objection to each claim and provide a
            cross-reference to the pages in the omnibus objection pertinent to
16          the stated grounds; (4) state in the title the identity of the objector
            and the grounds for the objections; (5) be numbered consecutively
17          with other omnibus objections filed by the same objector; and (6)
            contain objections to no more than 100 claims.
18

19 Fed. R. Bankr. P. 3007(e).

20     This Omnibus Objection falls within the grounds set forth in Bankruptcy Rule 3007(d)(1).

21 Furthermore, each of the requirements set forth in Bankruptcy Rule 3007(e) have been complied

22 with or will be complied with upon the filing of this Omnibus Objection. Therefore, this Omnibus

23 Objection should be sustained, and all Duplicate Claims should be disallowed.

24 **V.    RESERVATION OF RIGHTS**

25     The Debtors specifically reserve the right to amend this Omnibus Objection, file additional

26 papers in support of this Omnibus Objection or take other appropriate actions, including, *inter alia,*

27 to: (a) respond to any allegation or defense that may be raised in a response filed by or on behalf of

28 any of the Claimants or other interested parties; (b) object further to any Claim for which a Claimant

3079289

provides (or attempts to provide) additional documentation or substantiation; and (c) object further

to any of the Claims addressed herein based on additional information that may be discovered upon

further review by the Debtors or through discovery pursuant to the Bankruptcy Rules.

## VI.    SEPARATE CONTESTED MATTERS

Each of the Claims and the Debtors' objections thereto constitute a separate contested matter

as contemplated by Bankruptcy Rules 3007 and 9014 and Local Rule 3007.  The Debtors request

that any order entered by the Court with respect to a particular Claim objected to in this Omnibus

Objection be deemed a separate order with respect to each Claim in accordance with Bankruptcy

Rule 3007(1).

## VII.    NOTICE

The Debtors will serve copies of this Omnibus Objection upon each of the Claimants

identified in the chart contained herein at the addresses listed on the disputed Claims, as filed.

## VIII.    CONCLUSION

The Debtors respectfully requests that the Court enter an order sustaining this Omnibus

Objection, disallowing and/or reclassifying the Claims as requested herein, and granting such other

and further relief as the Court may deem proper and just under the circumstances.

DATED:  October 6, 2025                      BG LAW LLP


By:   /s/ Susan K. Seflin_____
David M. Poitras
Susan K. Seflin
Ashley M. Teesdale
Jessica S. Wellington
Attorneys for Chapter 11 Debtors and
Debtors in Possession

5

3079289

# DECLARATION OF JOSEPH AXELROD

I, Joseph Axelrod, declare:

1.     I am an attorney duly licensed to practice in the State of California. I serve as general counsel for the Debtors and am authorized to make this declaration on behalf of the Debtors. I have personal knowledge of the facts contained in this declaration and if called as a witness, would and could competently thereto under oath.

2.     I make this declaration in support of the Omnibus Objection to which it is appended. All initial capitalized terms used but not defined herein have the same meanings ascribed to them in the Omnibus Objection.  I have read the Omnibus Objection carefully and agree with the facts set forth therein.

3.     Attached as **Exhibit 4** is a true and correct copy of Proof of Claim No. 4 filed in Case No. 24-11323 on behalf of Nuborn Express, Inc., on or about August 23, 2024.

4.     Attached as **Exhibit 22** is a true and correct copy of Proof of Claim No. 22 filed in Case No. 24-11323 on behalf of Nu-Born Express, Inc., on or about November 15, 2024.

5.     Attached as **Exhibit 31** is a true and correct copy of Proof of Claim No. 31 filed in Case No. 24-11323 on behalf of Clark Hill PLC, on or about December 10, 2024.

6.     Attached as **Exhibit 3** is a true and correct copy of Proof of Claim No. 3 filed in Case No. 24-11324 on behalf of Clark Hill PLC, on or about December 10, 2024.

*[Remainder of Page Intentionally Blank]*

7.    Based on my review of the claims and the Debtors' books and records, the Claims are duplicates of each other as follows:

| Claimant | Claim No. | Case No. | Date Filed | Claim Amount |
|---|---|---|---|---|
| Nuborn Express, Inc. | 4 (Duplicate) | 24-11323 | 8/23/24 | $28,684.00 |
| Nu-Born Express, Inc. | 22 | 24-11323 | 11/15/24 | $28,684.47 |
| Clark Hill PLC | 31 (Duplicate) | 24-11323 | 12/10/24 | $51,036.00 |
| Clark Hill PLC | 3 | 24-11324 | 12/10/24 | $51,036.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of October 2025, at Los Angeles, California.

_____
Joseph Axelrod

7

3079289

# EXHIBIT 4

**Fill in this information to identify the case:**

Debtor 1    Nuborn Express Inc

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Central District of California

Case number   1:24-bk-11323-VK



**FILED**

AUG 2 3 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.**

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Nuborn Express Inc
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Nuborn Express Inc
Name

17103 Kingview Ave
Number   Street

Carson     CA     90746
City     State     ZIP Code

Contact phone   909-229-5045

Contact email   Ammar@nubornexpress.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City     State     ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____/_____/_____
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

---

9

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $_____28,684.00_. Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services performed, shipping. _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

10

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | | Amount entitled to priority |
|---|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   08/22/2024
MM / DD / YYYY

_Ammar Kurdi_
Signature

Print the name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | Ammar | Kurdi |
| | First name   Middle name | Last name |
| Title | CEO | |
| Company | Nuborn Express Inc | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 17103 Kingview Ave | |
| | Number   Street | |
| | Carson | CA   90746 |
| | City | State   ZIP Code |
| Contact phone | 909-229-5045 | Email ammar@nubornexpress.com |

11

8:54 AM
08/21/24

## ** Nu-Born Express, Inc. **
### A/R Aging QuickZoom
As of August 21, 2024

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| Invoice | 8/5/2024 | 1240... | 454754181/1417212 | IRWIN NATURALS | Net 30 | 9/4/2024 | | 249.75 |
| Invoice | 8/5/2024 | 1240... | 454754076/1417203 | IRWIN NATURALS | Net 30 | 9/4/2024 | | 365.51 |
| Invoice | 8/5/2024 | 1240... | 454754047/1417210 | IRWIN NATURALS | Net 30 | 9/4/2024 | | 329.88 |
| Invoice | 8/5/2024 | 1240... | 454754179/1417208 | IRWIN NATURALS | Net 30 | 9/4/2024 | | 388.20 |
| Invoice | 8/5/2024 | 1240... | 454754178/1417207 | IRWIN NATURALS | Net 30 | 9/4/2024 | | 299.75 |
| Invoice | 8/6/2024 | 114015 | Robinson | IRWIN NATURALS | Net 30 | 9/5/2024 | | 320.00 |
| Invoice | 8/6/2024 | 116493 | INY09768 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 165.00 |
| Invoice | 8/6/2024 | 1240... | 454773952/1418504 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 249.75 |
| Invoice | 8/6/2024 | 1240... | 454754201/1417211 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 299.75 |
| Invoice | 8/6/2024 | 1240... | 454754205/1417213 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 694.67 |
| Invoice | 8/6/2024 | 1240... | 454754204/1417213 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 299.75 |
| Invoice | 8/7/2024 | 1240... | 454754193/1417206 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 299.75 |
| Invoice | 8/7/2024 | 1240... | 454773199/1418434 | IRWIN NATURALS | Net 30 | 9/6/2024 | | 313.88 |
| Invoice | 8/7/2024 | 1240... | 454773490/1418505 | IRWIN NATURALS | Net 30 | 9/6/2024 | | 299.75 |
| Invoice | 8/8/2024 | 1240... | 454773086/1418437 | IRWIN NATURALS | Net 30 | 9/6/2024 | | 299.75 |
| Invoice | 8/8/2024 | 116505 | Return to Coast | IRWIN NATURALS | Net 30 | 9/7/2024 | | 299.75 |

**Total IRWIN NATURALS**    28,684.47

**TOTAL**    28,684.47

8:54 AM
08/21/24

# ** Nu-Born Express, Inc. **
## A/R Aging QuickZoom
### As of August 21, 2024

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **IRWIN NATURALS** | | | | | | | | |
| Invoice | 7/3/2024 | 16243 | Nissan | IRWIN NATURALS | Net 30 | 8/2/2024 | 19 | 245.00 |
| Invoice | 7/8/2024 | 15560 | | IRWIN NATURALS | Net 30 | 8/7/2024 | 14 | 165.00 |
| Invoice | 7/8/2024 | 15561 | | IRWIN NATURALS | Net 30 | 8/7/2024 | 14 | 375.00 |
| Invoice | 7/9/2024 | 15553 | Transfer | IRWIN NATURALS | Net 30 | 8/8/2024 | 13 | 375.00 |
| Invoice | 7/9/2024 | 15562 | 2520/2523/2537/1413556 | IRWIN NATURALS | Net 30 | 8/8/2024 | 13 | 659.75 |
| Invoice | 7/11/2024 | 15556 | Transfer | IRWIN NATURALS | Net 30 | 8/10/2024 | 11 | 375.00 |
| Invoice | 7/12/2024 | 15566 | Transfer | IRWIN NATURALS | Net 30 | 8/11/2024 | 10 | 375.00 |
| Invoice | 7/15/2024 | 15565 | Transfer | IRWIN NATURALS | Net 30 | 8/14/2024 | 7 | 165.00 |
| Invoice | 7/15/2024 | 1240... | 4546906225/1413507 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 299.75 |
| Invoice | 7/16/2024 | 1240... | 4546906171/1413511 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 343.56 |
| Invoice | 7/15/2024 | 1240... | 4546905814/1413506 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 366.28 |
| Invoice | 7/16/2024 | 1240... | 4546906198/1413510 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 355.75 |
| Invoice | 7/16/2024 | 1240... | 4546906138/1413508 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 439.41 |
| Invoice | 7/16/2024 | 1240... | 4546905890/1413512 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 329.06 |
| Invoice | 7/16/2024 | 1240... | 4546905941/1413509 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 697.80 |
| Invoice | 7/16/2024 | 1240... | 4546907882/1413522 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 95.00 |
| Invoice | 7/16/2024 | 16285 | Pargon | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 249.75 |
| Invoice | 7/22/2024 | 1240... | 4547128460/1414805 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 323.75 |
| Invoice | 7/22/2024 | 1240... | 4547128459/1414809 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 491.75 |
| Invoice | 7/22/2024 | 1240... | 4547124780/1414783 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 1,148.21 |
| Invoice | 7/22/2024 | 1240... | 4547124810/1414782 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 249.75 |
| Invoice | 7/22/2024 | 1240... | 4547126682/1414808 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 344.21 |
| Invoice | 7/22/2024 | 1240... | 4547124808/1414808 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 368.35 |
| Invoice | 7/22/2024 | 1240... | 4547126738/1414275 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 249.75 |
| Invoice | 7/22/2024 | 1240... | 4547124738/1414780 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 893.79 |
| Invoice | 7/22/2024 | 1240... | 4547124962/1414779 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 249.75 |
| Invoice | 7/22/2024 | 1240... | 4547124717/1414781 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 348.93 |
| Invoice | 7/22/2024 | 1240... | 4547128292/1414807 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 499.75 |
| Invoice | 7/22/2024 | 1240... | 4547124777/1414276 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 314.07 |
| Invoice | 7/25/2024 | 16504 | CVS order | IRWIN NATURALS | Net 30 | 8/24/2024 | | 1,978.48 |
| Invoice | 7/25/2024 | 1240... | 4500137656/1413858 | IRWIN NATURALS | Net 30 | 8/25/2024 | | 314.86 |
| Invoice | 7/26/2024 | 16504 | 4500137665/1413858 | IRWIN NATURALS | Net 30 | 8/25/2024 | | 329.75 |
| Invoice | 7/26/2024 | 114750 | EC-64060 | IRWIN NATURALS | Net 30 | 8/25/2024 | | 491.75 |
| Invoice | 7/26/2024 | 120485 | 120693 | IRWIN NATURALS | Net 30 | 8/25/2024 | | 399.75 |
| Invoice | 7/29/2024 | 1240... | 4547324373/1416076 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 249.75 |
| Invoice | 7/29/2024 | 1240... | 4547326650/1416073 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 344.21 |
| Invoice | 7/29/2024 | 1240... | 4547323453/1416075 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 368.35 |
| Invoice | 7/29/2024 | 1240... | 4547323653/1416079 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 249.75 |
| Invoice | 7/29/2024 | 1240... | 4547323766/1413859 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 893.79 |
| Invoice | 7/29/2024 | 1240... | 4547323570/1416077 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 249.75 |
| Invoice | 7/29/2024 | 1240... | 4547323527/1416078 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 348.93 |
| Invoice | 7/30/2024 | 1240... | 4547323630/1416080 | IRWIN NATURALS | Net 30 | 8/29/2024 | | 499.75 |
| Invoice | 7/30/2024 | 1240... | 4500139218/1414361 | IRWIN NATURALS | Net 30 | 8/29/2024 | | 314.07 |
| Invoice | 7/29/2024 | 1240... | 4547326630/1416099 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 1,978.48 |
| Invoice | 7/30/2024 | 1240... | 4547327731/1416099 | IRWIN NATURALS | Net 30 | 8/29/2024 | | 314.86 |
| Invoice | 7/29/2024 | 1240... | 4547323706/1416074 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 362.64 |
| Invoice | 7/30/2024 | 1240... | 4547323777/1416686 | IRWIN NATURALS | Net 30 | 8/31/2024 | | 399.75 |
| Invoice | 8/1/2024 | 1240... | 4500140315/1416686 | IRWIN NATURALS | Net 30 | 8/31/2024 | | 599.62 |
| Invoice | 8/1/2024 | 1240... | VDC441117/1416728 | IRWIN NATURALS | Net 30 | 8/31/2024 | | 299.75 |
| Invoice | 8/11/2024 | 115578 | IN110019 | IRWIN NATURALS | Net 30 | 8/31/2024 | | 1,848.21 |
| Invoice | 8/1/2024 | 1240... | VDC441141/1416512 | IRWIN NATURALS | Net 30 | 9/1/2024 | | 95.00 |
| Invoice | 8/2/2024 | 1240... | 4500140316/1416585 | IRWIN NATURALS | Net 30 | 9/1/2024 | | 1,399.75 |
| Invoice | 8/2/2024 | 115572 | | IRWIN NATURALS | Net 30 | 9/1/2024 | | 1,399.19 |

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/3/2024 | 116243 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | IRWIN NATURALS<br>5310 BEETHOVEN ST<br>LOS ANGELES, CA 90066 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Nissan | Net 30 | 8/2/2024 | 7/3/2024 | NFO/Same D... | 4 plts | Costa Mesa,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 245.00 | 245.00 |

| | **Total** | |
|---|---|---|
| | | $245.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

14

**NU-BORN EXPRESS**
FAST • EASY • RELIABLE

www.nubornexpress.com

**INTERNATIONAL LOGISTICS**

Tel. 310.768.1355
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:

**116243**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

PICK-UP DATE: 7-3  PICKUP TIME: 24

**BILL TO**

Irwin Naturals

☐ Bill Shipper
☐ Collect
☐ 3rd Party

**C.O.D.** AMOUNT
$

**PIECES** 4 Pallet

**WEIGHT**

L X W X H

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

**NISSAN**
**1683 SUNFLOWER**
**COSTA MESA, CA 92628**

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

**Irwin Naturals**
**5310 Beethoven St.**
**Los Angeles, Ca 90066**

P.O. / REFERENCE

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day              ☐ Next Business Day
☐ Next Business Day By 9 AM  ☐ 2-day
☐ Saturday Delivery          ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular    ☐ International Priority
☐ Air Courier    ☐ Air Freight    ☐ Other
Please attach 3 copies of commercial invoice

☐ Document    ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:  ☐ Shipper    ☐ Cnee

**CHARGES**

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS: *4 Pallets*

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE: (FOR INSURANCE PURPOSE)

**TOTAL**

SHIPPER 'S. SIGNATURE:
X

DATE: 07/03/2024

CONSIGNEE SIGNATURE / PRINT NAME:
X

DATE: 7 24   TIME: 1:12 (PM)

BILLING COPY

15

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/8/2024 | 115560 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Paragon Labs<br>20433 Earl St.<br>Torrance,, CA 90503 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| | Net 30 | 8/7/2024 | 7/8/2024 | NFO/Same D... | 2 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 165.00 | 165.00 |

| | **Total** | $165.00 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

16

# NU-BORN EXPRESS
FAST · EASY · RELIABLE

www.nubornexpress.com

**DOMESTIC INTERNATIONAL LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**115560**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

| BILL TO | Irwin Naturals | ☐ Bill Shipper ☐ Collect ☐ 3rd Party |

PICK-UP DATE 7·8   PICKUP TIME 24

**C.O.D.** AMOUNT
$

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3rd PARTY)

**Irwin Naturals
5310 Beethoven St.
Los Angeles, Ca 90066**

☐ ·DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

NO PARAGON

PIECES   2

WEIGHT

P.O. / REFERENCE

L  X  W  X  H

| COURIER / FREIGHT SERVICE DOMESTIC | | COURIER / FREIGHT INTERNATIONAL | |
|---|---|---|---|
| ☐ NFO/Same Day | ☐ Next Business Day | ☐ International Regular | ☐ International Priority |
| ☐ Next Business Day By 9 AM | ☐ 2-day | ☐ Air Courier  ☐ Air Freight | ☐ Other |
| ☐ Saturday Delivery | ☐ Deferred/3-5 days | Please attach 3 copies of commercial invoice | |
| ☐ Sunday /Hol. Delivery | | ☐ Document | ☐ Non Document |
| ☐ Other | | Declared Value for Customs: us $ | |
| | | Bill Duties and Taxes to:  ☐ Shipper  ☐ Cnee | |

CHARGES

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| TOTAL | |

SPECIAL INSTRUCTIONS:

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE
X *Ramon*   DATE 7-8·24

CONSIGNEE SIGNATURE / PRINT NAME:
X *John Whirls*   DATE 7/8/24   TIME 10.30 PM

**BILLING COPY**

---

(rotated lower portion)

| | Qty Pulled | # of cases | Quantity per Case |
|---|---|---|---|
| uested | 5183 | 7400 | 383 Pm Pulled |
| 50 | 5410 | 60 | 800 Pm Pulled |
| 85 | 46835 | 1 | 46835 |
| 50 | 5250 | 15 | 250 |

Driver Signature *Fernando*

Vendor Receiving Dept. Signature *John Whirls*

Marine Ave
State: CA   Zip: 90 SD3

Transfer Code:

17

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/8/2024 | 115561 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Transfer | Net 30 | 8/7/2024 | 7/8/2024 | NFO/Same D... | 31 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 375.00 | 375.00 |

| | **Total** | $375.00 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

**NU BORN EXPRESS**
FAST · EASY · RELIABLE

www.nubornexpress.com

INTERNATIONAL LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:

**115561**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

| BILL TO | Irwin Naturals | ☐ Bill Shipper |
| | | ☐ Collect |
| | | ☐ 3rd Party |

PICK-UP DATE  PICKUP TIME
*7-8*  *24*

C.O.D. AMOUNT
$

PIECES  *31 Pallets*

WEIGHT

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

**Irwin Naturals
5310 Beethoven St.
Los Angeles, Ca 90066**

☐ DELIVER TO (NO. PO BOXES)    ☐ HOLD AND NOTIFY, PHONE NO.00

*Nu Born
Warehouse*

| L | X | W | X | H |

P.O. / REFERENCE

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day    ☐ Next Business Day
☐ Next Business Day By 9 AM    ☐ 2-day
☐ Saturday Delivery    ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular    ☐ International Priority
☐ Air Courier    ☐ Air Freight    ☐ Other
Please attach 3 copies of commercial invoice
☐ Document    ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:    ☐ Shipper    ☐ Cnee

| CHARGES | |
| --- | --- |
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| TOTAL | |

SPECIAL INSTRUCTIONS:

*31 Pallets*

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE    DATE
X  *Rey Javier*  *7/8/24*

CONSIGNEE SIGNATURE / PRINT NAME:    DATE    TIME  AM  PM
X  *Amir*  *7/8/24*

**BILLING COPY**

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2024 | 115563 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Transfer | Net 30 | 8/8/2024 | 7/9/2024 | NFO/Same D... | 35 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 375.00 | 375.00 |

| | **Total** | |
|---|---|---|
| | | $375.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

20

**NU BORN EXPRESS**
FAST · EASY · RELIABLE

www.nubornexpress.com

**DOMESTIC &**
**INTERNATIONAL**
**LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**115563**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

PICK-UP DATE   PICKUP TIME
7·9·24

| BILL TO | | |
|---|---|---|
| Irwin Naturals | ☐ Bill Shipper | |
| | ☐ Collect | |
| | ☐ 3rd Party | |

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

Irwin Naturals
5310 Beethoven St.
Los Angeles, Ca 90066

☐ DELIVER TO (NO. PO BOXES)   HOLD AND NOTIFY, PHONE NO.00

*NU BORN
EXPRESS*

C.O.D. AMOUNT
$

PIECES   35 - PLT

WEIGHT

L  X  W . X  H

P.O. / REFERENCE

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day          ☐ Next Business Day
☐ Next Business Day By 9 AM   ☐ 2-day
☐ Saturday Delivery        ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other _____

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document          ☐ Non Document
Declared Value for Customs:  us $ _____
Bill Duties and Taxes to:  ☐ Shipper   ☐ Cnee

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| TOTAL | |

SPECIAL INSTRUCTIONS:

*T · TAG*

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE:   DATE
X *Manuel N.*   7/9/24

CONSIGNEE SIGNATURE / PRINT NAME:   DATE   TIME   AM
X *Francisco*   7/9/24   PM

BILLING COPY

** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/9/2024 | 115562 |

| **Bill To** | **Ship To** |
|-------------|-------------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Costco<br>4250 S.Fulton PKWY<br>College Park, GA 30349 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 2620625237/1413... | Net 30 | 8/8/2024 | 7/9/2024 | Deferred | 562 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping<br>WAITING TIME | Shipping Charges<br>4 hours waiting time | 399.75<br>260.00 | 399.75<br>260.00 |

| | | | **Total** | $659.75 |
|---|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

22

## NU-BORN EXPRESS
**FAST · EASY · RELIABLE**
www.nubornexpress.com

## INTERNATIONAL LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

**WAY BILL NO:**
115562

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

PICK-UP DATE: 7-9-24    PICK-UP TIME

**BILL TO**

Irwin Naturals

☐ Bill Shipper
☐ Collect
☐ 3rd Party

**C.O.D.** AMOUNT
$

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

Irwin Naturals
5310 Beethoven St.
Los Angeles, Ca 90066

☐ DELIVER TO (NO. PO BOXES)    ☐ HOLD AND NOTIFY, PHONE NO.00

Costco - GA College Park
4250 S Fulton Pkwy
College park, GA 30349

**PIECES** 1 PLT
**WEIGHT** 562

L  X  W  X  H
48 X 40 X 40

P.O. / REFERENCE    0026 2062 5237    1413556

| COURIER / FREIGHT SERVICE DOMESTIC | COURIER / FREIGHT INTERNATIONAL |
|---|---|
| ☐ NFO/Same Day ☐ Next Business Day | ☐ International Regular ☐ International Priority |
| ☐ Next Business Day By 9 AM ☐ 2-day | ☐ Air Courier ☐ Air Freight ☐ Other |
| ☐ Saturday Delivery ☐ Deferred/3- | Please attach 2 copies of commercial invoice |
| ☐ Sunday /Hol. Delivery | |
| ☐ Other | |

ATLANTA DRI
DOOR: 292    7/18/24
APP TIME:  6:00   ARR TIME:  5:40
IN TIME:  7:10   OUT TIME:  7:51
2620625237
21340-20
SEAL:    BL/TRL:   3
RECVR: CYNTHIA WHITE

PAGE 1 OF 1

☐ Cnee

**SPECIAL INSTRUCTIONS:**
( 42 es )

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

0026207182406 0043

Liability for loss or damage to items is limited to $100.00 Carrier assumes no respo
or for consequential damages. Every effort is made for fast service but a reaso
Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can

SHIPPER 'S SIGNATURE:    DATE
X *Lester H*  7/9/24  X

TIME    AM
PM

**TOTAL**

BILLING COPY

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/11/2024 | 115564 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| Transfer | Net 30 | 8/10/2024 | 7/11/2024 | NFO/Same D... | 38 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 375.00 | 375.00 |

| | Total | |
|--|-------|--|
| | | $375.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

24

**NU-BORN EXPRESS**
FAST · EASY · RELIABLE
www.nubornexpress.com

**NU BORN INTERNATIONAL LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**115564**

CONFIRMATION NO.

**BILL TO**

Irwin Naturals

☐ Bill Shipper
☐ Collect
☐ 3rd Party

NU BORN DRIVER NO.
*Fernando*

PICK-UP DATE  PICK-UP TIME
7-11-24

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

Irwin Naturals
5310 Beethoven St.
Los Angeles, Ca 90066

☐ DELIVER TO (NO. PO BOXES)  ☐ HOLD AND NOTIFY, PHONE NO.00

*NU·BORN*

**C.O.D.** AMOUNT
$

PIECES  *38 PCS*

WEIGHT

L  X  W  X  H

P.O. / REFERENCE

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other

☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular  ☐ International Priority
☐ Air Courier  ☐ Air Freight  ☐ Other
   Please attach 3 copies of commercial invoice
☐ Document  ☐ Non Document
Declared Value for Customs:  us $ _____
Bill Duties and Taxes to:  ☐ Shipper  ☐ Cnee

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS:

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE: (FOR INSURANCE PURPOSE)

**TOTAL**

SHIPPER'S SIGNATURE:  DATE
x *Ramon C.* 7·11·24

CONSIGNEE SIGNATURE / PRINT NAME:  DATE  TIME  AM
*Francisco*  7/11/24  PM

BILLING COPY

25

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/12/2024 | 115566 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Transfer | Net 30 | 8/11/2024 | 7/12/2024 | NFO/Same D... | 35 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 375.00 | 375.00 |

| | | | **Total** | $375.00 |
|---|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

26

**NU-BORN EXPRESS**
FAST · EASY · RELIABLE
www.nubornexpress.com

**NU-BORN INTERNATIONAL LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO: **115566**

CONFIRMATION NO.

NU BORN DRIVER NO. *Fernando*

| BILL TO | Irwin Naturals | ☐ Bill Shipper ☐ Collect ☐ 3rd Party |
|---|---|---|

PICK-UP DATE: 7-12-24   PICK-UP TIME:

**C.O.D.** AMOUNT $

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

**Irwin Naturals
5310 Beethoven St.
Los Angeles, Ca 90066**

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

*NU- BORN*

PIECES **35**

WEIGHT

P.O. / REFERENCE

| L | X | W | X | H |
|---|---|---|---|---|

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other
☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular     ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
    Please attach 3 copies of commercial invoice
☐ Document          ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

**CHARGES**

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS:

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE: (FOR INSURANCE PURPOSE)

**TOTAL**

SHIPPER 'S SIGNATURE    DATE
x *Ramon - 7·12-24*

CONSIGNEE SIGNATURE / PRINT NAME:    DATE    TIME    AM PM
x *Francisco*   7/12/24

**BILLING COPY**

27

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2024 | 115565 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---------------------|-------|----------|-----------|--------------|--------------|-------------|
| Transfer | Net 30 | 8/14/2024 | 7/15/2024 | NFO/Same D... | 2 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 165.00 | 165.00 |

| | **Total** | $165.00 |
|--|-----------|---------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

28

NU BORN EXPRESS
FAST · EASY · RELIABLE
www.nubornexpress.com

INTERNATIONAL LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

**WAY BILL NO:** 115565

BILL TO

**Irwin Naturals**

☐ Bill Shipper
☐ Collect
☐ 3rd Party

CONFIRMATION NO.

NU BORN DRIVER NO. *Fernando*

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

**Irwin Naturals**
**5310 Beethoven St.**
**Los Angeles, Ca 90066**

*Nu Born*

PICK-UP DATE *7.15.24* PICKUP TIME

**C.O.D.** AMOUNT $

PIECES *2 PALLETS*

WEIGHT *38*

P.O. / REFERENCE

L   X   W   H

| COURIER / FREIGHT SERVICE DOMESTIC | |
|---|---|
| ☐ NFO/Same Day | ☐ Next Business Day |
| ☐ Next Business Day By 9 AM | ☐ 2-day |
| ☐ Saturday Delivery | ☐ Deferred/3-5 days |
| ☐ Sunday /Hol. Delivery | |
| ☐ Other _____ | |

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
  Please attach 3 copies of commercial invoice
☐ Document   ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

SPECIAL INSTRUCTIONS:
*2 Pltrs SHIPPING/OFFICE SUPPLIES    +36 Pallets    38 PLTS*

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE: x *REY JAVIER*   DATE *7/15/24*

CONSIGNEE SIGNATURE / PRINT NAME: x *Ammar*   DATE *7/15/24*   TIME ☐ AM ☐ PM

BILLING COPY

29

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400645 |

| Bill To |
|---------|
| IRWIN NATURALS |
| 300 Corporate Point Walk STE#550 |
| Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens |
| 4400 State Rd Highway # 19 |
| Windsor, WI 53598 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4546906225/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 247 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | **Total** | $299.75 |
|---|------------|---------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

30



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen WI | | Reference Number | 12400645 |
| Coast Warehouse | Walgreen WI | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 4400 State Rd Highway#19 , | | Service type | Domestic |
| Ontario , CA 91761, | Windsor , WI 53598, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 16 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 247 | 48 40 24 | Vitamins and Supplements |
| Total: | | 1 | 247 | | 48 X 40 X 24 — 40 ctns |

**Special Instructions**

SO# 1413507 PO# 4546906225 Deliver ASAP

Shipper Name/Signature and Date — 7/16/24

BY _Cal Elk_ DATE 7/22/24

DATE REQUIRED: 7-22-24 TIME REQUIRED: 1205

Consignee Name/Signature and Date

Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400644 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>15998 Walgreens dr.<br>Jupiter, FL 33478 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546906171/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 190 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 343.56 | 343.56 |

| | **Total** | $343.56 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen Jupiter | | Reference Number | 12400644 |
| Coast Warehouse | Walgreen Jupiter | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 15998 Walgreen Dr , | | Service type | Domestic |
| Ontario , CA 91761, | Jupiter , FL 33478, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 16 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 190 | 48 40 *20* | Vitamins and Supplements |
| Total: | | 1 | 190 | | 48 × 40 × 20 — 19 ctns |

**Special Instructions**

SO# 1413511 PO# 4546906171 Deliver ASAP

| | # PALLETS | # LOOSE | # HANDLING UNITS | LIVE UNLOAD | TIME OUT |
|---|---|---|---|---|---|
| COA 7/16/24 | 1 | N | N | DROP UNLOAD | 12:29 PM |
| | RECEIVED BY: David | | SIGNATURE: | | DATE: 7/22/2024 |

Shipper Name/Signature and Date          Consignee Name/Signature and Date

Driver Name/Signature and Date

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400649 |

| Bill To |
|---------|
| IRWIN NATURALS |
| 300 Corporate Point Walk STE#550 |
| Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens, |
| 17500 Perris Blvd |
| Moreno valley,, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546905814/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 329 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | Total | $249.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

34



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | Reference Number | 12400649 |
| Chris Uribe | Walgreen Moreno Valley | | P.O. Reference | - |
| Coast Warehouse | Walgreen Moreno Valley | | Service type | Domestic |
| 4750 Zinfandel Ct. , | 17500 Perris Blvd , | | Shipment type | Deferred (3 - 5) days |
| Ontario , CA 91761, | Moreno Valley , CA 92551, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Jul 16 2024 |
| 9516854100 | 3107681333· | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 329 | 48 40 28 | Vitamins and Supplements |
| Total: | | 1 | 329 | | |

**Special Instructions**

SO# 1413506 PO# 4546905814 Deliver ASAP

COD   7/16/24   1 pcs

**Shipper Name/Signature and Date**

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

35

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400647 |

| Bill To |
|---------|
| IRWIN NATURALS |
| 300 Corporate Point Walk STE#550 |
| Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens |
| 80 International Pkwy |
| Windsor, CT 06095 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546906198/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 362 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 396.86 | 396.86 |

| | **Total** | |
|---|---|---|
| | | $396.86 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

36



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen CT .<br>Walgreen CT<br>80 International PKWY ,<br>Windsor , CT 06095,<br>United States<br>3107681333 | **Billing**<br>(to Shipper ) | **Reference Number** 12400647<br>**P.O. Reference** -<br>**Service type** Domestic<br>**Shipment type** Deferred (3 - 5) days<br>**Insurance Value** $0.00<br>**Ship Date** Jul 16 2024 |
|---|---|---|---|

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 362 | 48<br>40<br>30 | Vitamins and Supplements |
| Total: | | 1 | 362 | | 48 X 40 X 30 - 63 ctns |

**Special Instructions**

SO# 1413510 PO# 4546906198 Deliver ASAP

Shipper Name/Signature and Date                    Consignee Name/Signature and Date

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, VWFC 100 SERIES

DELIVERY DATE 05/24   TIME 50   NO. PIECES 15 X   CUSTOMER SIGNATURE: David Wade   PRINT NAME: David Wade   Collect This Amount

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

37

## ** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400646 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>28727 Oregon Rd<br>Perrysburg, OH 43551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546906138/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 373 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 358.75 | 358.75 |

| | **Total** | $358.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | Reference Number | 12400646 |
| Chris Uribe | Walgreen Perrysburg | | P.O. Reference | - |
| Coast Warehouse | Walgreen Perrysburg | | Service type | Domestic |
| 4750 Zinfandel Ct. , | 28727 Oregon Rd , | | Shipment type | Deferred (3 - 5) days |
| Ontario , CA 91761, | Perrysburg , OH 43551, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Jul 16 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 373 | 48 / 40 / 31 | Vitamins and Supplements |
| Total: | | 1 | 373 | | 48 X 40 X 31 — 67 ctns |

**Special Instructions**

SO# 1413508 PO# 4546906138 Deliver ASAP

Shipper Name/Signature and Date    7/16/24

Driver Name/Signature and Date

Warehouse DC # 880
NATURALS
Date: 1/28/24
Time In: 127
Pallet Count: 500
Cases/Pallets Received:
Subject to Verification
Short:    Over:    Damage:
Driver:
Checker: R. Sanchez

Load: 80847
Time Out:
STC:
of

TOTAL WEIGHT    CHARGES

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400643 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>101 Alliance Parkway<br>Williamston, SC 29697 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546905990/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 341 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 150 dims verified attache | 491.41 | 491.41 |

| | **Total** | $491.41 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper ) | **Reference Number** | 12400643 |
|---|---|---|---|---|
| Chris Uribe | Walgreen Williamston | | **P.O. Reference** | - |
| Coast Warehouse | Walgreen Williamston | | **Service type** | Domestic |
| 4750 Zinfandel Ct. , | 101 Alliance Parkway | | **Shipment type** | Deferred (3 - 5) days |
| Ontario , CA 91761, | Williamston , SC 29697, | | **Insurance Value** | $0.00 |
| United States | United States | | **Ship Date** | Jul 16 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | " | 1 | 341 | 48 40 *30* | Vitamins and Supplements |
| Total: | | 1 | 341 | | 48x40x30 - 69 chrs |

**Special Instructions**    Class 150

Sales Order 1413512 Po# 4546905990 Deliver ASAP

341

Shipper Name/Signature and Date    7 / 16 / 24

WAL____ DOCK#18
DATE____ LOAD____
PLTS/CS Rcvd.____
Consig SUBJECT TO LATER COUNT/VERIFICATION
WRAP INTACT?____
CARRIER: ____
CARRIER: ____

Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|---|---|
| 7/16/2024 | 12400648 |

| Bill To | Ship To |
|---|---|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>710 Ovilla Rd<br>Waxahachie, TX 75167 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546905941/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 327 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 326.06 | 326.06 |

| | **Total** | |
|---|---|---|
| | | $326.06 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1933
(888) 682-6760
F: (310) 761-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | |
|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | |
| Chris Uribe | Walgreen Waxahachie | | Reference Number 12400648 |
| Coast Warehouse | Walgreen Waxahachie | | P.O. Reference - |
| 4750 Zinfandel Ct. , | 710 Ovilla Rd , | | Service type Domestic |
| Ontario , CA 91761, | Waxahachie , TX 75167, | | Shipment type Deferred (3 - 5) days |
| United States | United States | | Insurance Value $0.00 |
| 9516854100 | 3107681333 | | Ship Date Jul 16 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 327 | 48 40 31 | Vitamins and Supplements |
| Total: | | 1 | 327 | | 48 X 40 X 31 — 62 ctns |

**Special Instructions**

SO# 1413509 PO# 4546905941 Deliver ASAP

Walgreens DC # _____ WEIGHT 327 LB  RATE 384.33  CHARGE

Date 7-16-24  Load _____  Time Out _____
Time In _____
Pallet Count _____  STC _____
Cases/Pallets Received _____ of _____
Subject to Verification
Short _____ Over _____ Damage _____
Driver _____
R Checker Ahyell Coleman

SUBTOTAL _____  OUT _____  DELIVERED BY
(DRIVER SIGNATURE)

**Shipper Name/Signature and Date**    7/16 Jut

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400650 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>5100 Lake Terrace .N.E<br>Mount Vernon, IL 62864 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546907882/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 1400 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 697.80 | 697.80 |

| | **Total** | |
|---|---|---|
| | | $697.80 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

44



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | |
|---|---|---|---|
| Chris Uribe | Walgreen Mount Vernon | | Reference Number  12400650 |
| Coast Warehouse | Walgreen Mount Vernon | | P.O. Reference  - |
| 4750 Zinfandel Ct. , | 5100 Lake terrace NE , | | Service type  Domestic |
| Ontario , CA 91761, | Mount Vernon , IL 62864, | | Shipment type  Deferred (3 - 5) days |
| United States | United States | | Insurance Value  $0.00 |
| 9516854100 | 3107681333 | | Ship Date  Jul 16 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 1400 | 48 40 48 | Vitamins and Supplements |
| Total: | | 1 | 1400 | 48 X 42 X 71   184 ctns | |

**Special Instructions**

So# 1413522 po# 4546907882 Deliver ASAP

7-22-24 Fernando

**Shipper Name/Signature and Date**

**Consignee Name/Signature and Date**

CW 7-22-24

**Driver Name/Signature and Date**

| Result | Delivered Clear | Signature | | Signed by |
|---|---|---|---|---|
| Date | | | | Chad |
| Arrived | 7/26/24 03:35 PM (CDT) | Chad | | |
| Delivered | 03:52 PM (CDT) | | | |

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 116295 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Paragon Labs<br>20433 Earl St.<br>Torrance,, CA 90503 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Pargon | Net 30 | 8/21/2024 | 7/22/2024 | NFO/Same D... | 1 plt | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 95.00 | 95.00 |

| | **Total** | |
|---|---|---|
| | | $95.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

46

**NU BORN EXPRESS**
FAST · EASY · RELIABLE
www.nubornexpress.com

**DOMESTIC**
**&**
**INTERNATIONAL**
**LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:

**116295**

CONFIRMATION NO.

NU BORN DRIVER NO.

*Fernando*

PICK-UP DATE   PICKUP TIME
7-24-24

| BILL TO | Irwin Naturals | ☐ Bill Shipper |
| | | ☐ Collect |
| | | ☐ 3rd Party |

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY )

**Irwin Naturals**
**5310 Beethoven Ave**
**Los Angeles, Ca 90066**

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

*Paragon Lbs*

**C.O.D.** AMOUNT
$

PIECES   1 PALLET

WEIGHT

L X W X H

P.O. / REFERENCE

| **COURIER / FREIGHT SERVICE DOMESTIC** | | **COURIER / FREIGHT INTERNATIONAL** | |
| ☐ NFO/Same Day | ☐ Next Business Day | ☐ International Regular | ☐ International Priority |
| ☐ Next Business Day By 9 AM | ☐ 2-day | ☐ Air Courier | ☐ Air Freight | ☐ Other |
| ☐ Saturday Delivery | ☐ Deferred/3-5 days | Please attach 3 copies of commercial invoice | |
| ☐ Sunday /Hol. Delivery | | ☐ Document | ☐ Non Document |
| ☐ Other _____ | | Declared Value for Customs: us $ _____ | |
| | | Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee | |

**CHARGES**

| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS:

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Bom Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

**TOTAL**

| SHIPPER 'S SIGNATURE: | DATE | CONSIGNEE SIGNATURE / PRINT NAME: | DATE | TIME | AM |
| X  *REY JAVIER* | 7/22/24 | X  *Anthony Sprague* | 7-22-24 | | PM |

**BILLING COPY**

---

*(rotated text at bottom)*

river Signature    *Fernando*

endor Receiving Dept. Signature    *Anthony S*

**ABS - Pkg Warehouse**

...ve

State: CA

310-370-1563    Zip: 90503

| Qty Pulled | # of cases | Quantity per Case |
| | | |

Transfer Code: 7-22-24 = PL...d

47

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400653 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>2370 E Main St.<br>Woodland, CA 95776 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547128460/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 273 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | **Total** | $249.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

48



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen Woodland | | Reference Number | 12400653 |
| Coast Warehouse | Walgreen Woodland | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 2370 East Main St , | | Service type | Domestic |
| Ontario , CA 91761, | Woodland , CA 95776, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 22 2024 |

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 273 | 48 / 40 / 20 | Vitamins and Supplements |
| Total: | | 1 | 273 | | 48 × 40 × 24 |

**Special Instructions**

SO 1414805 PO 4547128460 54 cases Deliver ASAP

Shipper Name/Signature and Date    7/22/24

Driver Name/Signature and Date    Fernando 7-22-24

Consignee Name/Signature and Date

Walgreen DC 8800
Date 7/28/3    Load 4447
Time In    Time Out
Pallet Count    STC
Cases/Pallets Received ____ of ____
Subject to Verification
Short    Over    Damage
Driver
Checker

CHARGES

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

49

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400655 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>4400 State Rd Highway # 19<br>Windsor, WI 53598 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547128459/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 350 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
|  | Shipping | Shipping Charges | 366.28 | 366.28 |

| | Total | $366.28 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

50



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
   (888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen WI<br>Walgreen WI<br>4400 State Rd Highway#19 ,<br>Windsor , WI 53598,<br>United States<br>3107681333 | **Billing**<br>(to Shipper ) | **Reference Number** 12400655<br>**P.O. Reference** -<br>**Service type** Domestic<br>**Shipment type** Deferred (3 - 5) days<br>**Insurance Value** $0.00<br>**Ship Date** Jul 22 2024 |
|---|---|---|---|

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 350 | 48<br>40<br>25 | Vitamins and Supplements |
| Total: | | 1 | 350 | 48 X 40 X 28 | |

**Special Instructions**

SO 1414809 PO 4547128459 60 cases Deliver ASAP

_C B U_  7/22/24

**Shipper Name/Signature and Date**

BY _Taarna_         DATE

| DATE REQUIRED: | TIME REQUIRED: |
|---|---|
| 7-29 | 12:12 |

_Fernando_ 7-22-24

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

51

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400652 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>15998 Walgreens dr.<br>Jupiter, FL 33478 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547124780/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 275 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
|  | Shipping | Shipping Charges | 439.11 | 439.11 |

|  | **Total** | $439.11 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

52



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen Jupiter | | Reference Number | 12400652 |
| Coast Warehouse | Walgreen Jupiter | | P.O. Reference | |
| 4750 Zinfandel Ct. | 15998 Walgreen Dr , | | Service type | Domestic |
| Ontario , CA 91761, | Jupiter , FL 33478, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 275 | 48 40 20 | Vitamins and Supplements |
| Total: | | 1 | 275 | 48X40X23 | |

**Special Instructions**

SO 1414783 PO 4547124780 37 cases Deliver ASAP

C____ 7/22/24

**Shipper Name/Signature and Date**

| SHRINK WRAP INTACT? ◊YES ◊NO ◊N/A COLOR: Y | SECURITY TAPE INTACT? Y ◊YES ◊NO ◊N/A | LIFT GATE ◊YES ◊NO No | INSIDE DELIVERY ◊YES ◊NO No | TIME IN AM/PM 1:42 PM |
|---|---|---|---|---|
| # PALLETS 1 | # LOOSE 0 | # HANDLING UNITS 1 | X LIVE UNLOAD ◊ DROP UNLOAD | TIME OUT AM/PM 1:47 PM |
| RECEIVED BY: Winzor | | SIGNATURE: | | DATE: 7/29/2024 |

*Fernando* 7-22-24

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400651 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>710 Ovilla Rd<br>Waxahachie, TX 75167 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547124810/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 664 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 442.49 | 442.49 |

| | | | Total | $442.49 |
|---|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

54



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | |
|---|---|
| **Shipper** (complete name and address) Chris Uribe Coast Warehouse 4750 Zinfandel Ct. , Ontario , CA 91761, United States 9516854100 | **Recipient** (complete name and address) Walgreen Waxahachie Walgreen Waxahachie 710 Ovilla Rd , Waxahachie , TX 75167, United States 3107681333 |

**Billing** (to Shipper )

| | |
|---|---|
| Reference Number | 12400651 |
| P.O. Reference | - |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 664 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 664 | | |

48 X 40 X 51   120 cms

**Special Instructions**

SO 1414782 PO 4547124810 20 cases Deliver ASAP

7/22/24

**Shipper Name/Signature and Date**

Fernando 7-22-24

**Driver Name/Signature and Date**

OF ARTICLES | WEIGHT | RA
664 LB
PDF CL100
Walgreens DC # 10   Load 38492
Date 7-26-24
Time In        Time Out
Pallet Count         STIC
Cases/Pallets Received       of
Subject to Verification
Short      Over      Damage
Driver
Checker S Coleman
NOTED        SUBTOTAL

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400654 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>5100 Lake Terrace .N.E<br>Mount Vernon, IL 62864 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547128682/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 1233 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 623.80 | 623.80 |

| | **Total** | $623.80 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

56



**NU-BORN EXPRESS**
FAST, EASY, RELIABLE

Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | | | |
|---|---|---|---|
| **Shipper** (complete name and address) Chris Uribe Coast Warehouse 4750 Zinfandel Ct. , Ontario , CA 91761, United States 9516854100 | **Recipient** (complete name and address) Walgreen Mount Vernon Walgreen Mount Vernon 5100 Lake terrace NE , Mount Vernon , IL 62864, United States 3107681333 | **Billing** (to Shipper ) | **Reference Number** 12400654 **P.O. Reference** - **Service type** Domestic **Shipment type** Deferred (3 - 5) days **Insurance Value** $0.00 **Ship Date** Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | ,  - | 1 | 1233 | 48 40 55 | Vitamins and Supplements |
| Total: | | 1 | 1233 | 48 X 41 X 62 | |

**Special Instructions**

SO 1414808 PO 4547128682 169 cases Deliver ASAP

*Cw 7.25.71*

Shipper Name/Signature and

| Result | Delivered Clear |
|---|---|
| Date | 7/30/24 |
| Arrived | 05:21 PM (CDT) |
| Delivered | 05:31 PM (CDT) |

Signature
*chad valatine*

Signed by
Chad valatine

*Fernando 7-25-24*

Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400661 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Herb INC
15810 heacock St
Moreno Valley, CA 92551

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500136738/1412... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 6746 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 699.75 | 699.75 |

| | **Total** | $699.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

58



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1999
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>iHerb Moreno Valley<br>iHerb<br>15810 Heacock Street ,<br>Moreno Valley , CA 92551,<br>United States<br>9516163600 | **Billing**<br>(to Shipper ) | **Reference Number** 12400661<br>**P.O. Reference** -<br>**Service type** Domestic<br>**Shipment type** Deferred (3 - 5) days<br>**Insurance Value** $0.00<br>**Ship Date** Jul 22 2024 |
|---|---|---|---|

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 6 | 6746 | 48 / 40 / 40 | Vitamins and Supplements |
| **Total:** | | **6** | **40476** | | |

**Special Instructions**

SO 1412275 PO 4500136738 6 Pallets 769 cases Deliver ASAP

iHerb Moreno Valley Hub, CA

Date 7/30   PO # 4500126738

# of Pallets/Cartons 6   Over

Damaged Cartons   Short

Deliveries are subject to further inspection for count accuracy and return policy per iHerb receiving process

**Shipper Name/Signature and Date**

**Consignee Name/Signature and Date**

Carrier Signature

Receiver Signature   Alx Pimm

**Driver Name/Signature and Date**   7-23-24   01

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400659 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens,
17500 Perris Blvd
Moreno valley,, CA 92551

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547124738/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 368 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | **Total** | $249.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

60



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | |
|---|---|
| **Shipper** (complete name and address) Chris Uribe Coast Warehouse 4750 Zinfandel Ct. , Ontario , CA 91761, United States 9516854100 | **Recipient** (complete name and address) Walgreen Moreno Valley Walgreen Moreno Valley 17500 Perris Blvd , Moreno Valley , CA 92551, United States 3107681333 |

**Billing** (to Shipper )

| | |
|---|---|
| Reference Number | 12400659 |
| P.O. Reference | - |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|----|-------------|-----|--------|---------------------|------------------------|
| 1 | - | 1 | 368 | 48 40 25 | Vitamins and Supplements |
| **Total:** | | 1 | 368 | | |

**Special Instructions**

SO 1414780 PO 4547124738 70 cases Deliver ASAP

Walgreens DC #12

Date: 7-30-24
Time in: 10:2  Time Out: 11:27
Received Cases: 1 PCT
Over: _____  Short: _____
Driver: Fernando
Receiver: Lui Salyader

_____  7/22/24
**Shipper Name/Signature and Date**

**Consignee Name/Signature and Date**

Fernando 7-22-24
**Driver Name/Signature and Date**

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400656 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>28727 Oregon Rd<br>Perrysburg, OH 43551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547124962/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 356 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 348.93 | 348.93 |

| | Total | |
|---|---|---|
| | | $348.93 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

62



**NU-BORN EXPRESS**
FAST · EASY · RELIABLE

Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | |
|---|---|
| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen Perrysburg<br>Walgreen Perrysburg<br>28727 Oregon Rd ,<br>Perrysburg , OH 43551,<br>United States<br>3107681333 |

| | |
|---|---|
| **Billing**<br>(to Shipper ) | |

| | |
|---|---|
| Reference Number | 12400656 |
| P.O. Reference | - |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 356 | 48 / 40 / 25 | Vitamins and Supplements |
| Total: | | 1 | 356 | | 48 x 40 x 29 |

**Special Instructions**

SO 1414779 PO 4547124962 67 cases Deliver ASAP

**Shipper Name/Signature and Date**   7/22/24

Fernando   7-22-24
**Driver Name/Signature and Date**

356

1383   EXT:

Checker: A. Sanchez

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400657 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>101 Alliance Parkway<br>Williamston, SC 29697 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547124717/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 386 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges class 100 | 499.75 | 499.75 |

| | Total | | $499.75 |
|---|-------|---|---------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 96249

P: (310) 768-1333
(888) 582-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | Walgreen Williamston<br>Walgreen Williamston<br>101 Alliance Parkway ,<br>Williamston , SC 29697,<br>United States<br>3107681333 | | Reference Number 12400657<br>P.O. Reference -<br>Service type Domestic<br>Shipment type Deferred (3 - 5) days<br>Insurance Value $0.00<br>Ship Date Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 386 | 48<br>40<br>25 | Vitamins and Supplements |
| Total: | | 1 | 386 | | 48 X 40 X 30 |

**Special Instructions**

SO 1414781 PO 4547124717 71 cases Deliver ASAP

Shipper Name/Signature and Date 7/22/24

WALGREENS DC#18
DATE 7 31 LOAD K5220
(PLTS/CS Rcvd.
SUBJECT TO LATER COUNT/VERIFICATION.
WRAP INTACT? X
CARRIER: Warren Pollard
CARRIER:

Fernando 7·22·24

**Driver Name/Signature and Date**

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400658 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>80 International Pkwy<br>Windsor, CT 06095 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547128292/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 254 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 314.07 | 314.07 |

| | **Total** | $314.07 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

66



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | | | |
|---|---|---|---|
| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen CT ·<br>Walgreen CT<br>80 International PKWY ,<br>Windsor , CT 06095,<br>United States<br>3107681333 | **Billing**<br>(to Shipper ) | **Reference Number** 12400658<br>**P.O. Reference**            -<br>**Service type**        Domestic<br>**Shipment type**   Deferred (3 - 5) days<br>**Insurance Value**    $0.00<br>**Ship Date**        Jul 22 2024 |

| No | Part Number | Qty | Weight | Length<br>Height<br>Width | Commodity Description |
|----|-------------|-----|--------|--------------------------|------------------------|
| 1 | - | 1 | 254 | 48<br>40<br>20 | Vitamins and Supplements |
| Total: | | 1 | 254 | | |

**Special Instructions**

SO 1414807 PO 4547128292 52 cases Deliver ASAP

48 X40 X 24

U.S. -
Walgreens DC # _____
Date _____  Time Out _____
Time In _____
Pallet Count _____  STC _____
Cases/Pallets Received _____ of _____
Subject to Verification

___ Short ___ Over ___ Damage

T:
Driver _____
Con. _____
Checker _____

**Shipper Name/Signature and Date**    7/25/24

Fernando  7-25-24
**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

67

## Invoice

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400660 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | I herb Inc-<br>1765 worldwide Blvd<br>Hebron, KY 41048 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500136739/1412... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 4360 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 1,978.48 | 1,978.48 |

| | **Total** | $1,978.48 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | Reference Number | 12400660 |
|---|---|---|---|---|
| Chris Uribe | I Herb Kentucky | | P.O. Reference | - |
| Coast Warehouse | I Herb Kentucky | | Service type | Domestic |
| 4750 Zinfandel Ct., | 1765 Worldwide Blvd, | | Shipment type | Deferred (3 - 5) days |
| Ontario, CA 91761, | Hebron, KY 41048, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Jul 22 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 6 | 4360 | 48 40 40 | Vitamins and Supplements |
| Total: | | 6 | | | |

**Special Instructions**

SO 1412276 PO 4500136739 6 Pallets 548 cases Deliver ASAP

Shipper Name/Signature and Date

DELIVERY DATE 7-3-24   TIME 11:30   NO. PIECES 6

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, NMFC 100 SERIES.

CUSTOMER SIGNATURE   7/21/24   PRINT NAME Jay Wilson

Driver Name/Signature and Date   7-23-24   01

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

69

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 116504 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>80 International Pkwy<br>Windsor, CT 06095 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| CVS order | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 254 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges wrong order this order going to CVS not Walgreen | 314.86 | 314.86 |

| | **Total** | $314.86 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

70

**NU-BORN EXPRESS**
FAST · EASY · RELIABLE

www.nubornexpress.com

**INTERNATIONAL LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:

**116504**

CONFIRMATION NO.

NU BORN DRIVER NO.

*Fernando*

PICK UP DATE  PICKUP TIME
7/22/24

**C.O.D.** AMOUNT
$

PIECES  (1)

WEIGHT  254

L X W X H

| | | |
|---|---|---|

**BILL TO**

*Irwin*

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

*Coast Warehouse*
*4750 Zinfandel ct.*
*Ontario, CA 91761*

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

*Walgreen CT*
*80 International Pkwy*
*Windsor, ct 06095*

P.O. / REFERENCE  *4547128292*      *S01414807*

| COURIER / FREIGHT SERVICE DOMESTIC | COURIER / FREIGHT INTERNATIONAL |
|---|---|
| ☐ NFO/Same Day    ☐ Next Business Day | ☐ International Regular   ☐ International Priority |
| ☐ Next Business Day By 9 AM   ☐ 2-day | ☐ Air Courier   ☐ Air Freight   ☐ Other |
| ☐ Saturday Delivery   ☐ Deferred/3-5 days | Please attach 3 copies of commercial invoice |
| ☐ Sunday /Hol. Delivery | ☐ Document   ☐ Non Document |
| ☐ Other *Wrong Order* | Declared Value for Customs: us $ _____ |
| *Order for CVG* | Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee |

SPECIAL INSTRUCTIONS:

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER 'S SIGNATURE         DATE
X

CONSIGNEE SIGNATURE / PRINT NAME    DATE    TIME   AM
X  *Cesar 8-9.24*                           PM

BILLING COPY

71

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/25/2024 | 12400662 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| I herb<br>15810 Heacock St<br>Moreno Valley, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500137665/1413... | Net 30 | 8/24/2024 | 7/25/2024 | Deferred | 900 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 329.75 | 329.75 |

| | **Total** | |
|---|---|---|
| | | $329.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

72



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | |
|---|---|
| **Shipper:** (complete name and address) Chris Uribe Coast Warehouse 4750 Zinfandel Ct. , Ontario , CA 91761, United States 9516854100 | **Recipient** (complete name and address) IHerb Moreno Valley IHerb 15810 Heacock Street , Moreno Valley , CA 92551, United States 9516163600 |

**Billing** (to Shipper )

| | |
|---|---|
| **Reference Number** | 12400662 |
| **P.O. Reference** | - |
| **Service type** | Domestic |
| **Shipment type** | Deferred (3 - 5) days |
| **Insurance Value** | $0.00 |
| **Ship Date** | Jul 25 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 900 | 48 40 35 | Vitamins and Supplements |
| Total: | | 1 | 900 | | |

**Special Instructions**

SO 1413858 PO 4500137665 105 cases Deliver ASAP

IHerb Moreno Valley Hub, CA

Date 7/30    PO # 4500137665

# of Pallets/Cartons 1    Over

Damaged Cartons    Short

Deliveries are subject to further inspection for quality, accuracy Consignee Name/Signature and Date during the normal receiving process

Shipper Name/Signature and Date

Driver Name/Signature and Date    Fernando 7-25-24

Carrier Signature

Receiver Signature  Alex Ramirez

594959
534959

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2024 | 114750 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Threshold Enterprise<br>2280 Delaware ave<br>Santa Cruz, CA 95060 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 120693 | Net 30 | 8/25/2024 | 7/26/2024 | Deferred | 748 lbs | Carson,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 175 | 491.75 | 491.75 |

| | **Total** | | | $491.75 |
|---|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

74

**NU-BORN EXPRESS**
FAST · EASY · RELIABLE

www.nubornexpress.com

DOMESTIC
INTERNATIONAL
LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:

**114750**

CONFIRMATION NO.

NU BORN DRIVER NO.

**BILL TO**

*Irwin Naturals*

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP FROM (IF DIFFERENT THAN CHARGE TO 3RD PARTY)

*Nu Born Express*
*17103 Kingsview Ave*
*Carson, CA 90746*

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

*Threshold Enterprises*
*2280 Delaware Ave*
*Santa Cruz, CA 95060*

PICK-UP DATE: *7/06/24*   PICKUP TIME:

**C.O.D.** AMOUNT
$

PIECES   **2**

WEIGHT   **748**

P.O. / REFERENCE   *P.O # 120693*          *1415496*

L X W X H

*44 X 60 X 45*

*46 X 44 X 44*

*CL 175*

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day          ☐ Next Business Day
☐ Next Business Day By 9 AM   ☐ 2-day
☐ Saturday Delivery       ☐ Deferred/3-5 days
☐ Sunday/Hol. Delivery
☐ Other _____   *Class 175*

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
   Please attach 3 copies of commercial invoice
☐ Document          ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

SPECIAL INSTRUCTIONS:

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks acc...

DECLARED VALUE: (FOR INSURANCE PURPOSE)

SHIPPER 'S SIGNATURE
X

DELIVERY DATE: *09/06/24*   TIME: *11:34*   NO. PIECES: *2*

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED AND EXCEPT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING. NFO ... ...
CUSTOMER SIGNATURE

PRINT NAME: *GERRY WONG*

BILLING COPY

75

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/26/2024 | 116485 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Threshold<br>310 Tyson Dr<br>Winchester, VA 22603 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| EC-64060 | Net 30 | 8/25/2024 | 7/26/2024 | Deferred | 752 lbs | Carson,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 175 | 1,148.21 | 1,148.21 |

| | **Total** | $1,148.21 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

76

NU BORN EXPRESS
FAST · EASY · RELIABLE
www.nubornexpress.com

SOVRES
INTERNATIONAL
LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**116485**

CONFIRMATION NO.

NU BORN DRIVER NO.

**BILL TO:** Irwin Naturals

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP DATE: 7/26/24   PICKUP TIME

**C.O.D.** AMOUNT
$

PICK-UP FROM (IF DIFFERENT THAN CHARGE TO 3RD PARTY)

Nu Born Express
17103 Kingsview Ave
Carson, CA 90746

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

Threshold Enterprises.
310 Tyson Drive
Winchester, VA 22603

PIECES  **2**

WEIGHT  **752**

P.O. / REFERENCE   P-O # EC-64060          1415446

L X W X H
44 X 71 X 46
46 X 44 X 47
CL 175

COURIER / FREIGHT SERVICE DOMESTIC

☐ NFO/Same Day          ☒ Next Business Day
☐ Next Business Day By 9 AM   ☐ 2-day
☐ Saturday Delivery      ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other          Class 175

COURIER / FREIGHT INTERNATIONAL

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document          ☐ Non Document
Declared Value for Customs: us $ _____

☐ Cnee

CHARGES

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

746

WINCHESTER, VA 2260
Threshold Enterprises, Ltd.
Receiving Department

VENDOR:

AUG 0 5 2024

Delivery Date

Heidi Stinson

Acknowledgement of Delivery Only

SPECIAL INSTRUCTIONS:

Liability for loss or damage to items is limited to $100.00 Carrier assumes no respo
or for consequential damages. Every effort is made for fast service but a reaso
Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can

SHIPPER'S SIGNATURE:          DATE
X

X  3 7  EXT:

TIME   AM
           PM

BILLING COPY

77

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400664 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens,<br>17500 Perris Blvd<br>Moreno valley,, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323373/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 148 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | **Total** | |
|---|---|---|
| | | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

78





Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen Moreno Valley | | Reference Number | 12400664 |
| Coast Warehouse | Walgreen Moreno Valley | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 17500 Perris Blvd , | | Service type | Domestic |
| Ontario , CA 91761, | Moreno Valley , CA 92551, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 29 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 148 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 148 | | |

**Special Instructions**

SO 1416076 PO 4547323373 24 cases Deliver ASAP

*CW 7/29/2024*

**Shipper Name/Signature and Date**

*Fernando 7-29-24*

**Driver Name/Signature and Date**

*7-30 24*

Time Out: *11:26*

Received Pieces: *1 PCT*

Over: Short:

Driver: *Fernando*

*Luis Salgado*

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

79

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400665 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>710 Ovilla Rd<br>Waxahachie, TX 75167 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323660/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 544 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 344.21 | 344.21 |

| | | Total | $344.21 |
|--|--|-------|---------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90245

P: (310) 768-1333
(888) 582-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | Reference Number | 12400665 |
| Chris Uribe | Walgreen Waxahachie | | P.O. Reference | - |
| Coast Warehouse | Walgreen Waxahachie | | Service type | Domestic |
| 4750 Zinfandel Ct. , | 710 Ovilla Rd , | | Shipment type | Deferred (3 - 5) days |
| Ontario , CA 91761, | Waxahachie , TX 75167, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Jul 29 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 544 | 48 40 25 | Vitamins and Supplements |
| Total: | | 1 | 544 | 48 X 41 X 33 | |

**Special Instructions**

SO 1416073 PO 4547323660 79 cases Deliver ASAP

Walgreens DC #
Date 8-6-24   Load 38614
Time In   Time Out
Pallet Count   STC
Cases/Pallets Received   of
Subject to Verification
Short   Over   Damage
Driver
SUBTOtracker Hector Ma...   DELIVERED
(DRIVER SIGNATURE)

*CW* 7/29/2024

**Shipper Name/Signature and Date**

*Fernando* 7-29-24

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400667 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>28727 Oregon Rd<br>Perrysburg, OH 43551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323453/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 222 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 368.35 | 368.35 |

| | | **Total** | $368.35 |
|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | |
|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | Reference Number 12400667 |
| Chris Uribe | Walgreen Perrysburg | | P.O. Reference - |
| Coast Warehouse | Walgreen Perrysburg | | Service type Domestic |
| 4750 Zinfandel Ct. , | 28727 Oregon Rd , | | Shipment type Deferred (3 - 5) days |
| Ontario , CA 91761, | Perrysburg , OH 43551, | | Insurance Value $0.00 |
| United States | United States | | Ship Date Jul 29 2024 |
| 9516854100 | 3107681333 | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 222 | 48 40 50 | Vitamins and Supplements |
| Total: | | 1 | 222 | | |

**Special Instructions**

SO 1416075 PO 4547323453 53 cases Deliver ASAP

Walgreens POE#0011
TO EXON *8/1/24* 222
URALS
Time In:
Pallet Count:
Cases/Pallets Received
Subject to inspection
Short:        Over:
Driver:
Checker: A. Sanchez

| RATE | PREPAID | C |
|---|---|---|
| Load: | | |
| Time Out: | | |
| STO63 | of | |
| | | |

*CW 7/29/2024*
**Shipper Name/Signature and Date**

*Fernando 7-29-24*
**Driver Name/Signature and Date**

CLASS 100

TOTAL WEIGHT        CHARGES        TERMS AND CONDITIONS OF

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due, Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|---|---|
| 7/29/2024 | 12400663 |

| Bill To |
|---|
| IRWIN NATURALS |
| 300 Corporate Point Walk STE#550 |
| Culver City, CA 90230 |

| Ship To |
|---|
| Walgreens |
| 2370 E Main St. |
| Woodland, CA 95776 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323653/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 205 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | | | **Total** | $249.75 |
|---|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

84



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen Woodland | | Reference Number | 12400663 |
| Coast Warehouse | Walgreen Woodland | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 2370 East Main St , | | Service type | Domestic |
| Ontario , CA 91761, | Woodland , CA 95776, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 29 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 205 | 48 40 50 | Vitamins and Supplements |
| Total: | | 1 | 205 | | |

**Special Instructions**

SO 1416079 PO 4547323653 37 cases Deliver MABD

WEIGHT/TAG SC'N RATE PREPAID COLLECT
Walgreen SC'N
Date 7/31   Load 44836
Time In   Time Out
Pallet (205)   STC 37
Cases/Pallets Received of
Subject to Verification
Col Short   Over   Damage
Driver
Checker

*CW 7/29/2024*

**Shipper Name/Signature and Date**

*Fernando 7-29-24*

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

## ** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|---|---|
| 7/29/2024 | 12400669 |

| Bill To | Ship To |
|---|---|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | I herb Inc-<br>1765 worldwide Blvd<br>Hebron, KY 41048 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500137666/1413... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 1702 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 893.79 | 893.79 |

| | **Total** | $893.79 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

86



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | | |
|---|---|---|---|---|
| Chris Uribe | I Herb Kentucky | | Reference Number | 12400669 |
| Coast Warehouse | I Herb Kentucky | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 1795 Worldwide Blvd , | | Service type | Domestic |
| Ontario , CA 91761, | Hebron , KY 41048, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 29 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 2 | 1702 | 48 40 40 | Vitamins and Supplements |
| Total: | | 2 | | | |

**Special Instructions**

SO 1413859 PO 4500137666 232 cases Deliver ASAP

CW 7/29/20    DELIVERY DATE 8/6/24   TIME 10:30   NO. PIECES 2

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, NMFC 100 SERIES

**Shipper Name/Signature and Date**        **Consignee Name/Signature and Date**

Fernando 7-29-24

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance, Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400668 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>101 Alliance Parkway<br>Williamston, SC 29697 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547323570/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 279 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | | | **Total** | $299.75 |
|--|--|--|--|--|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

88



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | |
|---|---|---|---|
| Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | Walgreen Williamston<br>Walgreen Williamston<br>101 Alliance Parkway ,<br>Williamston , SC 29697,<br>United States<br>3107681333 | | Reference Number  12400668<br>P.O. Reference  -<br>Service type  Domestic<br>Shipment type  Deferred (3 - 5) days<br>Insurance Value  $0.00<br>Ship Date  Jul 29 2024 |

| No | Part Number | Qty | Weight | Length<br>Height<br>Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 279 | 48<br>40<br>20 | Vitamins and Supplements |
| Total: | | 1 | 279 | | |

**Special Instructions**

SO 1416077 PO 4547323570 50 cases Deliver ASAP

*CW* 7/29/2024

FREIGHT LB _270_  Z/27/24  *K5328*
WALGREENS DC #18   LOAD
DATE _____
PLTS/CS Rcvd. _____
SUBJECT TO LATER COUNT/VERIFICATION.
WRAP INTACT? _____
CARRIER: _____
CARRIER: *Nunila Gutierrez*

Shipper Name/Signature and Date

*Fernando* 7-29-24

**Driver Name/Signature and Date**

*534959*

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

89

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400666 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>80 International Pkwy<br>Windsor, CT 06095 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323527/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 182 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 362.54 | 362.54 |

| | **Total** | $362.54 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 692-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| :Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | Walgreen CT<br>Walgreen CT<br>80 International PKWY ,<br>Windsor , CT 06095,<br>United States<br>3107681333 | | Reference Number 12400666<br>P.O. Reference -<br>Service type Domestic<br>Shipment type Deferred (3 - 5) days<br>Insurance Value $0.00<br>Ship Date Jul 29 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 182 | 48<br>40<br>15 | Vitamins and Supplements |
| Total: | | 1 | 182 | | |

**Special Instructions**

SO 1416078 PO 4547323527 37 cases Deliver ASAP

WEIGHT / LB 182

-C- Walgreens DC #
Date 8-12-24 Load
Time In _____ Time Out _____
Pallet Count _____ STC _____
Cases/Pallets Received 1 of 1
Subject to Verification

Short _____ Over _____ Damage _____
Driver _____
Checker _____

*CW 7/29/2024*

**Shipper Name/Signature and Date**

*Fernando 7-29-24*

**Driver Name/Signature and Date**

CHARGES

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/30/2024 | 12400670 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>15998 Walgreens dr.<br>Jupiter, FL 33478 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323630/1416... | Net 30 | 8/29/2024 | 7/30/2024 | Deferred | 250 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 399.75 | 399.75 |

| | **Total** | |
|---|---|---|
| | | $399.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6750
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen Jupiter | | Reference Number | 12400670 |
| Coast Warehouse | Walgreen Jupiter | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 15998 Walgreen Dr , | | Service type | Domestic |
| Ontario , CA 91761, | Jupiter , FL 33478, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 30 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 250 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 250 | 23 | |

**Special Instructions**

SO 1416080 PO 4547323630 31 cases Deliver ASAP

COLOR: Y

| # PALLETS | # LOOSE | # HANDLING UNITS | ☒ LIVE UNLOAD ☐ DROP UNLOAD | TIME OUT AM/PM |
|---|---|---|---|---|
| 1 | 0 | 1 | | 12:33 PM |

RECEIVED BY: Wimzor    SIGNATURE:

*CW 7/30/24*

**Shipper Name/Signature and Date**

DATE: 8/7/2024

**Consignee Name/Signature and Date**

*Fernando 7-30-24*

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/30/2024 | 12400671 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | I herb<br>15810 Heacock St<br>Moreno Valley, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500139218/1415... | Net 30 | 8/29/2024 | 7/30/2024 | Deferred | 397 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | **Total** | |
|---|---|---|
| | | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

94



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | IHerb Moreno Valley | **Reference Number** | 12400671 | |
| Coast Warehouse | IHerb | **P.O. Reference** | - | |
| 4750 Zinfandel Ct. , | 15810 Heacock Street , | **Service type** | Domestic | |
| Ontario , CA 91761, | Moreno Valley , CA 92551, | **Shipment type** | Deferred (3 - 5) days | |
| United States | United States | **Insurance Value** | $0.00 | |
| 9516854100 | 9516163600 | **Ship Date** | Jul 30 2024 | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 397 | 40 15 48 | Vitamins and Supplements |
| Total: | | 1 | 397 | | |

**Special Instructions**

SO 1415361 PO 4500139218 39 cases Deliver ASAP

CW 7/30/24

**Shipper Name/Signature and Date**

Fernando 7-30-24

**Driver Name/Signature and Date**

IHerb Moreno Valley Hub, CA

Date O/6    PO # 4500139218

# of Pallets/Cartons    Over    O

**Consignee Name/Signature and Date**

Damaged Cartons    2    Short    O

Deliveries are subject to further inspection for quality,
accuracy and count during our normal receiving process

Carrier Signature

Receiver Signature

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2024 | 12400672 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>5100 Lake Terrace .N.E<br>Mount Vernon, IL 62864 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547327731/1416... | Net 30 | 8/31/2024 | 8/1/2024 | Deferred | 1224 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
|  | Shipping | Shipping Charges | 599.62 | 599.62 |

| | Total | |
|--|-------|--|
| | | $599.62 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

96



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 882-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper ) | |
|---|---|---|---|
| Chris Uribe | Walgreen Mount Vernon | | **Reference Number** 12400672 |
| Coast Warehouse | Walgreen Mount Vernon | | **P.O. Reference** |
| 4750 Zinfandel Ct. , | 5100 Lake terrace NE , | | **Service type** Domestic |
| Ontario , CA 91761, | Mount Vernon , IL 62864, | | **Shipment type** Deferred (3 - 5) days |
| United States | United States | | **Insurance Value** $0.00 |
| 9516854100 | 3107681333 | | **Ship Date** Aug 01 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 1224 | 48 40 50 | Vitamins and Supplements |
| Total: | | 1 | 1224 | | |

**Special Instructions**

SO 1416099 PO 4547327731 161 cases Deliver ASAP

| | | |
|---|---|---|
| *CW* | **Result** Delivered Clear | **Signature** *Delvis* **Signed by** Delvis |
| | **Date** 8/6/24 | |
| | **Arrived** 05:26 PM (CDT) | |
| **Shipper Name/Signature** | **Delivered** 05:40 PM (CDT) | |

*Fernando 8-1-24*

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2024 | 12400673 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>4400 State Rd Highway # 19<br>Windsor, WI 53598 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323706/1416... | Net 30 | 8/31/2024 | 8/1/2024 | Deferred | 185 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | **Total** | | | $299.75 |
|---|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

98



**NU-BORN EXPRESS**
FAST · EASY · RELIABLE

Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe | Walgreen WI | | Reference Number 12400673 |
| Coast Warehouse | Walgreen WI | | P.O. Reference |
| 4750 Zinfandel Ct. , | 4400 State Rd Highway#19 , | | Service type        Domestic |
| Ontario , CA 91761, | Windsor , WI 53598, | | Shipment type    Deferred (3 - 5) days |
| United States | United States | | Insurance Value .  $0.00 |
| 9516854100 | 3107681333 | | Ship Date            Aug 01 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 185 | 48 / 40 / 15 | Vitamins and Supplements |
| Total: | | 1 | 185 | | |

**Special Instructions**

SO 1416074 PO 4547323706 32 cases Deliver ASAP

BY _Carl_ DATE _____

DATE REQUIRED: 8-6    TIME REQUIRED: 12:24

**Shipper Name/Signature and Date**

**Consignee Name/Signature and Date**

_Fernando_ 8-1-24

**Driver Name/Signature and Date**

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

99

** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|---|---|
| 8/1/2024 | 12400674 |

| Bill To | Ship To |
|---|---|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | I herb<br>15810 Heacock St<br>Moreno Valley, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500140315/1416... | Net 30 | 8/31/2024 | 8/1/2024 | Deferred | 500 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

## Total

$249.75

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 B. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-6750
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | Reference Number | 12400674 |
| Chris Uribe | IHerb Moreno Valley | | P.O. Reference | - |
| Coast Warehouse | IHerb | | Service type | Domestic |
| 4750 Zinfandel Ct. , | 15810 Heacock Street , | | Shipment type | Deferred (3 - 5) days |
| Ontario , CA 91761, | Moreno Valley , CA 92551, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Aug 01 2024 |
| 9516854100 | 9516163600 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 500 | 40 48 20 | Vitamins and Supplements |
| Total: | | 1 | 500 | | |

**Special Instructions**

SO 1416586 PO 4500140315 49 cases Deliver ASAP

*CW  8/1/24*

**Shipper Name/Signature and Date**

*Fernando  8-1-24*

**Driver Name/Signature and Date**

iHerb Moreno Valley Hub, CA

Date *8/6*     PO # *4500140315*

# of Pallets/Cartons  *1*     Over *3*

**Consignee Name/Signature and Date**
Damaged Cartons *0*     Short *0*

Deliveries are subject to further inspection for quality, accuracy and evaluation during our normal receiving process

Carrier Signature

Receiver Signature

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/1/2024 | 12400675 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Vitamin Discount Center<br>546 Hillsboro Technolgy Dr<br>Deefield Beach, FL 33441 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| VDC44117/14167... | Net 30 | 8/31/2024 | 8/1/2024 | Deferred | 3696 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 1,848.21 | 1,848.21 |

| | **Total** | $1,848.21 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

102

# NU-BORN EXPRESS
**FAST · EASY · RELIABLE**

Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

**Shipper**
(complete name and address)
Chris Uribe
Coast Warehouse
4750 Zinfandel Ct. ,
Ontario , CA 91761,
United States
9516854100

**Recipient**
(complete name and address)
Vitamin Discount Center
v
546 Hillsboro Technology Drive ,
Deerfield Beach , FL 33441,
United States
8139077066

**Billing**
(to Shipper )

Reference Number  12400675
P.O. Reference  -
Service type  Domestic
Shipment type  Deferred (3 - 5) days
Insurance Value  $0.00
Ship Date  Aug 01 2024

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|----|----|----|----|----|----|
| 1 | - | 3 | 1232 | 48 / 40 / 40 | Vitamins and Supplements |
| Total: | | 3 | 3696 | | |

**Special Instructions**

SO 1416728 PO VDC_44117 367 cases Deliver ASAP

RECEIVED BY: Nicola  SIGNATURE:  DATE: 8/7/2024

**Shipper Name/Signature and Date**

**Consignee Name/Signature and Date**

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/2/2024 | 115578 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Cost Warehous<br>4750 Zinfandel Ct<br>Ontario, CA 91761 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| IN110019 | Net 30 | 9/1/2024 | 8/2/2024 | NFO/Same D... | 1 plt | Carson,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 95.00 | 95.00 |

| | **Total** | $95.00 |
|--|-----------|--------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

104

**NU-BORN EXPRESS** FAST · EASY · RELIABLE
www.nubornexpress.com

Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO: **115578**

CONFIRMATION NO.

NU BORN DRIVER NO. J—

| BILL TO | |
|---|---|
| **Irwin Naturals** | ☐ Bill Shipper<br>☐ Collect<br>☐ 3rd Party |

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

NU-BORN EXPRESS, INC.
17103 Kingsview Ave
Carson, CA 90746

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

Coast Warehouse
4750 Zinfandel ct
Ontario, CA 91761

PICKUP DATE / PICKUP TIME 8/8/24

C.O.D. AMOUNT $

PIECES (1

WEIGHT

P.O. / REFERENCE   Item # 1N110019

L X W X H

### COURIER / FREIGHT SERVICE DOMESTIC

☐ NFO/Same Day     ☐ Next Business Day
☐ Next Business Day By 9 AM   ☐ 2-day
☐ Saturday Delivery    ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other
_____

### COURIER / FREIGHT INTERNATIONAL

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document    ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS:

Item # 1N110019 — T51941

DECLARED VALUE: (FOR INSURANCE PURPOSE)

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

TOTAL

SHIPPER 'S SIGNATURE      DATE
X

CONSIGNEE SIGNATURE / PRINT NAME:      DATE   TIME
X Juan Lopez   08-22-2L   ☐ AM ☐ PM

**BILLING COPY**

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/2/2024 | 12400677 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Vitamin Discount Center<br>546 Hillsboro Technolgy Dr<br>Deefield Beach, FL 33441 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| VDC44114/14155... | Net 30 | 9/1/2024 | 8/2/2024 | Deferred | 2700 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 1,399.75 | 1,399.75 |

| | **Total** | $1,399.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

106



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite N
Gardena, CA 90249

P: (310) 768-1333
(888) 582-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper** (complete name and address) Chris Uribe Coast Warehouse 4750 Zinfandel Ct. , Ontario , CA 91761, United States 9516854100 | **Recipient** (complete name and address) Michael Gore · Vitamin Discount Center 546 Hillsboro Technology Drive , Deerfield Beach , FL 33441, United States 8139077066 | **Billing** (to Shipper ) | **Reference Number** 12400677 **P.O. Reference** **Service type** Domestic **Shipment type** Deferred (3 - 5) days **Insurance Value** $0.00 **Ship Date** Aug 02 2024 |
|---|---|---|---|

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 3 | 900 | 48 40 40 | Vitamins and Supplements |
| Total: | | 3 | 2700 | | |

**Special Instructions**

SO 1415512 PO VDC_44114 283 cases Deliver ASAP

*CW 8/02/2024*

**Shipper Name/Signature and Date**

| | IN | | N | DROP UNLOAD | AM/PM | 12:33 PM |
|---|---|---|---|---|---|---|
| RECEIVED BY: | Nicola | SIGNATURE: | | | DATE: | 8/7/2024 |

Consignee Name/Signature and Date

*J— Gillo*

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

## ** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/2/2024 | 12400678 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | I herb Inc-<br>1765 worldwide Blvd<br>Hebron, KY 41048 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4500140316/1416... | Net 30 | 9/1/2024 | 8/2/2024 | Deferred | 2145 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 1,399.19 | 1,399.19 |

| | Total | |
|--|-------|--|
| | | $1,399.19 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

108



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., South
Gardena, CA 90249

P: (310) 768-1393
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | |
|---|---|---|---|
| Chris Uribe | I Herb Kentucky | | Reference Number 12400678 |
| Coast Warehouse | I Herb Kentucky | | P.O. Reference - |
| 4750 Zinfandel Ct. , | 1795 Worldwide Blvd , | | Service type Domestic |
| Ontario , CA 91761, | Hebron , KY 41048, | | Shipment type Deferred (3 - 5) days |
| United States | United States | | Insurance Value $0.00 |
| 9516854100 | 3107681333 | | Ship Date Aug 02 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 3 | 715 | 48 40 40 | Vitamins and Supplements |
| Total: | | 3 | 2145 | | |

**Special Instructions**

SO 1416585 PO 4500140316 235 cases deliver ASAP

CW 8/02/2024

**Shipper Name/Signature and Date**

DELIVERY DATE 8/9/24
TIME 12:08
NO PIECES 3

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, WKFC 100 SERIES
CUSTOMER SIGNATURE 8/9/24

PRINT NAME Jay Wilson

**Consignee Name/Signature and Date**

Guillo 8-2-24 01

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless Insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

## ** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400679 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens,<br>17500 Perris Blvd<br>Moreno valley,, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547541813/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 207 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | Total | | |
|---|---|---|---|
| | | | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen Moreno Valley | | Reference Number | 12400679 |
| Coast Warehouse | Walgreen Moreno Valley | | P.O. Reference | - |
| 4750 Zinfandel Ct. | 17500 Perris Blvd | | Service type | Domestic |
| Ontario , CA 91761, | Moreno Valley , CA 92551, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Aug 05 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 207 | 48 48 15 | Vitamins and Supplements |
| Total: | | 1 | 207 | | |

Weighing DC #12
Date: 8-6-24
Time In: 12'24 Time Out: 1.03
Received Cases: 35
Over: 0 Short: 0
Driver:
Receiver: YOLA MONT 'EY

Special Instructions

SO 1417212 PO 4547541813 35 cases Deliver ASAP

CW - 8/5/24

Shipper Name/Signature and Date

J— Gullo    8-5-24   — 01

Driver Name/Signature and Date

Consignee Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400680 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>15998 Walgreens dr.<br>Jupiter, FL 33478 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547540676/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 210 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 365.51 | 365.51 |

| | **Total** | | $365.51 |
|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper) | Reference Number | 12400680 |
| Chris Uribe | Walgreen Jupiter | | P.O. Reference | - |
| Coast Warehouse | Walgreen Jupiter | | Service type | Domestic |
| 4750 Zinfandel Ct. | 15998 Walgreen Dr | | Shipment type | Deferred (3 - 5) days |
| Ontario , CA 91761, | Jupiter , FL 33478, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Aug 05 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 210 | 48 / 40 / 15 | Vitamins and Supplements |
| Total: | | 1 | 210 | | |

**Special Instructions**

SO 1417203 PO 4547540676 37 cases Deliver ASAP

| COLOR: Y | | | |
|---|---|---|---|
| # PALLETS 1 | YES NU N/A # LOOSE 0 | NU # HANDLING UNITS 1 | NU X LIVE UNLOAD DROP UNLOAD |
| RECEIVED BY: Winzor | | SIGNATURE: | TIME OUT AM/PM 12:16 PM |

Shipper Name/Signature and Date — (w) / 8/5/24

Consignee Name/Signature and Date

DATE: 8/13/2024

Driver Name/Signature and Date — Gallo 8·5·24 — 01

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

113

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400683 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>710 Ovilla Rd<br>Waxahachie, TX 75167 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547542047/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 298 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 329.88 | 329.88 |

| | **Total** | $329.88 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | **Reference Number** | 12400683 |
| Chris Uribe | Walgreen Waxahachie | | **P.O. Reference** | - |
| Coast Warehouse | Walgreen Waxahachie | | **Service type** | Domestic |
| 4750 Zinfandel Ct. , | 710 Ovilla Rd , | | **Shipment type** | Deferred (3 - 5) days |
| Ontario , CA 91761, | Waxahachie , TX 75167, | | **Insurance Value** | $0.00 |
| United States | United States | | **Ship Date** | Aug 05 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 298 | 48 40 25 | Vitamins and Supplements |
| **Total:** | | 1 | 298 | | |

**Special Instructions**

SO 1417210 PO 4547542047 Deliver ASAP 43 cases

*CW  8/5/2024*

**Shipper Name/Signature and Date**

Walgreens DC
Date 8-13-24    Load 38710
Time In          Time Out
Pallet Count     STC
Cases/Pallets Received    of
Subject to Verification
Short           Over
Damage
Driver
Subtotal
Cons

WEIGHT 298 LB

DELIVERED BY:
(DRIVER SIGNATURE)

**Driver Name/Signature and Date**

*J— Cullo  8-8-24  — 01*

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400681 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>101 Alliance Parkway<br>Williamston, SC 29697 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547541790/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 256 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 398.20 | 398.20 |

| | **Total** | $398.20 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite "A"
Gardena, CA 90249

P: (310) 768-1333
(888) 582-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | | | |
|---|---|---|---|
| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper ) | **Reference Number** 12400681 |
| Chris Uribe | Walgreen Williamston | | **P.O. Reference** - |
| Coast Warehouse | Walgreen Williamston | | **Service type** Domestic |
| 4750 Zinfandel Ct. , | 101 Alliance Parkway , | | **Shipment type** Deferred (3 - 5) days |
| Ontario , CA 91761, | Williamston , SC 29697, | | **Insurance Value** $0.00 |
| United States | United States | | **Ship Date** Aug 05 2024 |
| 9516854100 | 3107681333 | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 256 | 48 / 40 / 25 | Vitamins and Supplements |
| **Total:** | | **1** | **256** | | |

**Special Instructions**

SO 1417208 PO 4547541790 40 cases Deliver ASAP

_CW 8/5/24_

**Shipper Name/Signature and Date**

WEIGHT 256
8/13/24
WALGREENS DC# 18
DATE _____ LOAD
PLTS/CS Rcvd. _____
SUBJECT TO LATER COUNT/VERIFICATION
WRAP INTRACT?
CARRIER: _____

**Consignee Name/Signature and Date**

_J. Guo 8-5-24 — 0_

**Driver Name/Signature and Date**

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400682 |

| **Bill To** | **Ship To** |
|-------------|-------------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>28727 Oregon Rd<br>Perrysburg, OH 43551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547541781/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 225 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | **Total** | $299.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: Info@nubornexpress.com

| Shipper<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | Recipient<br>(complete name and address)<br>Walgreen Perrysburg<br>Walgreen Perrysburg<br>28727 Oregon Rd ,<br>Perrysburg , OH 43551,<br>United States<br>3107681333 | Billing<br>(to Shipper ) |
|---|---|---|

| Reference Number | 12400682 |
|---|---|
| P.O. Reference | - |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Aug 05 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 225 | 48 40 20 | Vitamins and Supplements |
| Total: | | 1 | 225 | | |

**Special Instructions**

SO 1417207 PO 4547541781 39 cases Deliver ASAP

*CW  8/5/2024*

**Shipper Name/Signature and Date**

Walgreens DC # 88011      PERRYSBURG, OH 43551

Date: _____

TO EXC: ____    160

Pallet Count: ____ 2

Pallets Rec'd: ____  of ____

Subject to Verification

Short: ____   Over: ____ 115   Damage: ____

Driver: ____  500

Checker: ____  *M. Kret*

*J  Gurlo  8-6-2c/  — 01*

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 114015 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Cost Warehous<br>4750 Zinfandel Ct<br>Ontario, CA 91761 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Robinson | Net 30 | 9/5/2024 | 8/6/2024 | NFO/Same D... | 9 plts | Costa Mesa,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
|  | Shipping | Shipping Charges | 320.00 | 320.00 |

| | Total | |
|--|-------|--|
| | | $320.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

NU-BORN
EXPRESS
FAST · EASY · RELIABLE

www.nubornexpress.com

NU-BORN
INTERNATIONAL
LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**114015**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

**BILL TO**  *IRWIN*

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP DATE  PICK-UP TIME
8-6   24

**C.O.D.** AMOUNT
$

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

*Robinson Pharma*
*1585 Macarthur Blvd.*
*Costa Mesa, CA 92626*

☐ . DELIVER TO (NO. PO BOXES)    ☐ HOLD AND NOTIFY, PHONE NO.00

*CW Coast*
*4750 Zinfandel CT*
*Ontario, CA 91761*

PIECES  *9 Pallet*

WEIGHT

| L | X | W | X | H |
|---|---|---|---|---|
|   |   |   |   |   |

P.O. / REFERENCE

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day          ☐ Next Business Day
☐ Next Business Day By 9 AM    ☐ 2-day
☐ Saturday Delivery        ☐ Deferred/3-5  days
☐ Sunday /Hol. Delivery
☐ Other

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular    ☐ International Priority
☐ Air Courier  ☐ Air Freight  ☐ Other
    Please attach 3 copies of commercial invoice
☐ Document        ☐ Non Document
Declared Value for Customs:  us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

**CHARGES**

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS:

*9 Pallets*

DECLARED VALUE:(FOR INSURANCE PURPOSE)

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time
or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed.
Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

SHIPPER'S SIGNATURE        DATE
x *Tram Tran 8/6/24*

CONSIGNEE SIGNATURE / PRINT NAME:      DATE    TIME  AM
x                                      08-90    PM

**TOTAL**

BILLING COPY

121

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 116493 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Cost Warehous<br>4750 Zinfandel Ct<br>Ontario, CA 91761 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| IN109768 | Net 30 | 9/5/2024 | 8/6/2024 | NFO/Same D... | 2 plts | Carson,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 165.00 | 165.00 |

| | | | **Total** | $165.00 |
|---|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

122

**NU BORN EXPRESS**
FAST · EASY · RELIABLE
www.nubornexpress.com

NU BORN NATIONAL LOGISTICS

(800) NU-BORN0
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:

**116493**

CONFIRMATION NO.

NU BORN DRIVER NO.

PICK-UP DATE / PICKUP TIME 8/6/24

BILL TO: IRWIN

☐ Bill Shipper
☐ Collect
☐ 3rd Party

**C.O.D.** AMOUNT
$

PIECES  2
WEIGHT

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)
Nu Born Express
17103 Kingsview Ave
Carson, CA 90746

☐ DELIVER TO (NO. PO BOXES)  ☐ HOLD AND NOTIFY, PHONE NO.00
Coast Warehouse
4750 Zinfandel ct
Ontario, CA 91761

L X W X H

P.O. / REFERENCE   Item# 1N109768

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other

☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document   ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

**CHARGES**

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS:   T51693
T51711

DECLARED VALUE: (FOR INSURANCE PURPOSE)

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

SHIPPER 'S SIGNATURE          DATE
X

CONSIGNEE SIGNATURE / PRINT NAME:      DATE      TIME   AM
X (Turn) Lopez  08-06-24         PM

**TOTAL**

BILLING COPY

---

Coast Warehouse
4750 Zinfandel Ct
Ontario          State:  CA          Zip: 91761
Debbie Cervantes
951-685-4100 x405

Nuborn Express Inc

Buyer Signature          Date
Vendor Receiving Dept. Signature          Date

Transfer Code:          8.6.24=CW100

| | | Qty Requested | Qty Pulled | # of cases | Quantity per Case |
|---|---|---|---|---|---|
| | | 2,400 | | | |
| | | 700 | | | |

123

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 12400687 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>2370 E Main St.<br>Woodland, CA 95776 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547739521/1418... | Net 30 | 9/5/2024 | 8/6/2024 | Deferred | 253 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
|  | Shipping | Shipping Charges | 249.75 | 249.75 |

| | **Total** | $249.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

124



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper ) | |
|---|---|---|---|
| Chris Uribe | Walgreen Woodland | | **Reference Number** 12400687 |
| Coast Warehouse | Walgreen Woodland | | **P.O. Reference** - |
| 4750 Zinfandel Ct. , | 2370 East Main St , | | **Service type** Domestic |
| Ontario , CA 91761, | Woodland , CA 95776, | | **Shipment type** Deferred (3 - 5) days |
| United States | United States | | **Insurance Value** $0.00 |
| 9516854100 | 3107681333 | | **Ship Date** Aug 06 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 253 | 48 / 40 / 15 | Vitamins and Supplements |
| **Total:** | | **1** | **253** | | |

**Special Instructions**

SO 1418504 PO 4547739521 22 cases Deliver ASAP

*CW   8/6/24*

**Shipper Name/Signature and Date**

Walgreen DC - 88001
Date 8/6/24          Load 46159
Time In              Time Out
Pallet Count         STC 22
Cases/Pallets Received      of
                 Subject to Verification
Short      Over     Damage
Driver
Checker

**Consign**

*BL-24-01*

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 12400685 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>4400 State Rd Highway # 19<br>Windsor, WI 53598 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547542001/1417... | Net 30 | 9/5/2024 | 8/6/2024 | Deferred | 208 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | Total | |
|---|---|---|
| | | $299.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper) | Reference Number | 12400685 |
| Chris Uribe | Walgreen WI. | | P.O. Reference | - |
| Coast Warehouse | Walgreen WI | | Service type | Domestic |
| 4750 Zinfandel Ct. , | 4400 State Rd Highway#19 , | | Shipment type | Deferred (3 - 5) days |
| Ontario , CA 91761, | Windsor , WI 53598, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Aug 06 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 208 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 208 | | |

**Special Instructions**

SO 1417211 PO 4547542001 31 cases Deliver ASAP

CW    8/6/24    BY ____    DATE ____    DATE REQUIRED: 8-12    TIME REQUIRED: //

**Shipper Name/Signature and Date**    **Consignee Name/Signature and Date**

)—    Cull0    8-6-24    ~01/

**Driver Name/Signature and Date**

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

## ** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 12400686 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>5100 Lake Terrace .N.E<br>Mount Vernon, IL 62864 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547542054/1417... | Net 30 | 9/5/2024 | 8/6/2024 | Deferred | 1268 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 694.67 | 694.67 |

| | **Total** | |
|--|-----------|--|
| | | $694.67 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

128



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
    (888) 582-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | |
|---|---|
| **Shipper** (complete name and address) Chris Uribe Coast Warehouse 4750 Zinfandel Ct. , Ontario , CA 91761, United States 9516854100 | **Recipient** (complete name and address) Walgreen Mount Vernon Walgreen Mount Vernon 5100 Lake terrace NE , Mount Vernon , IL 62864, United States 3107681333 |

| **Billing** (to Shipper ) | | |
|---|---|
| Reference Number | 12400686 |
| P.O. Reference | |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Aug 06 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - . | 1 | 1268 | 48 40 50 | Vitamins and Supplements |
| Total: | | 1 | 1268 | | |

**Special Instructions**

SO 1417213 PO 4547542

| Result | Delivered Clear | | Signature | Signed by |
|---|---|---|---|---|
| Date | 8/12/24 | | *Chad Valatine* | Chad valatine |
| Arrived | 03:33 PM (CDT) | | | |
| Delivered | 03:48 PM (CDT) | | | |

CW 8/6/24

**Shipper Name/Signature and Date**

ل Curb   8-6-24

**Consignee Name/Signature and Date**

**Driver Name/Signature and Date**

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee; but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 12400684 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>80 International Pkwy<br>Windsor, CT 06095 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547541793/1417... | Net 30 | 9/5/2024 | 8/6/2024 | Deferred | 135 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | **Total** | $299.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing |
|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) |
| Chris Uribe | Walgreen CT | |
| Coast Warehouse | Walgreen CT | |
| 4750 Zinfandel Ct. , | 80 International PKWY , | |
| Ontario , CA 91761, | Windsor , CT 06095, | |
| United States | United States | |
| 9516854100 | 3107681333 | |

| | |
|---|---|
| Reference Number | 12400684 |
| P.O. Reference | - |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Aug 06 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 135 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 135 | | |

**Special Instructions**

SO 1417206 PO 4547541793 26 cases Deliver ASAP

NU-BORN EXPRESS   WALGREENS

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, NMFC 100 SERIES.

DELIVERY DATE 8 15 24   NO. PIECES 1515   CUSTOMER SIGNATURE David Wade   PRINT NAME David Wade

TIME 140   CW

**Shipper Name/Signature and Date**

**Consignee Name/Signature and Date**

**Driver Name/Signature and Date**

8 6 24 — 01

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/7/2024 | 12400690 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
4400 State Rd Highway # 19
Windsor, WI 53598

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547739199/1418... | Net 30 | 9/6/2024 | 8/7/2024 | Deferred | 189 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

**Total** $299.75

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

132



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen WI<br>Walgreen WI<br>4400 State Rd Highway#19 ,<br>Windsor , WI 53598,<br>United States<br>3107681333 | **Billing**<br>(to Shipper ) | **Reference Number** 12400690<br>**P.O. Reference** -<br>**Service type** Domestic<br>**Shipment type** Deferred (3 - 5) days<br>**Insurance Value** $0.00<br>**Ship Date** Aug 07 2024 |

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|----|------------|-----|--------|-------------------------|-----------------------|
| 1 | - | 1 | 189 | 48 / 40 / 15 | Vitamins and Supplements |
| **Total:** | | 1 | 189 | | |

**Special Instructions**

SO 1418434 PO 4547739199 23 cases Deliver ASAP

_CW  8/7/24_
**Shipper Name/Signature and Date**

BY _Carl_ DATE
Consignee Name/Signature and Date

DATE REQUIRED: _8 -12_  TIME

_fernando  8-7-24_
**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/7/2024 | 12400689 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>710 Ovilla Rd<br>Waxahachie, TX 75167 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547739490/1418... | Net 30 | 9/6/2024 | 8/7/2024 | Deferred | 289 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 313.88 | 313.88 |

| | | **Total** | $313.88 |
|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 882-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe | Walgreen Waxahachie | **Reference Number** | 12400689 |
| Coast Warehouse | Walgreen Waxahachie | **P.O. Reference** | - |
| 4750 Zinfandel Ct. , | 710 Ovilla Rd , | **Service type** | Domestic |
| Ontario , CA 91761, | Waxahachie , TX 75167, | **Shipment type** | Deferred (3 - 5) days |
| United States | United States | **Insurance Value** | $0.00 |
| 9516854100 | 3107681333 | **Ship Date** | Aug 07 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 289 | 48 40 20 | Vitamins and Supplements |
| **Total:** | | 1 | 289 | | |

**Special Instructions**

SO 1418505 PO 4547739490 38 cases Deliver ASAP

|  | WEIGHT | RATE | CHA |
|---|---|---|---|
|  | 289 LB |  |  |

Walgreens DC
Date 8-15-24
Time In
Pallet Count
Cases/Pallet
Short
Driver
Checked

Load    38749
Time Out
STC
Received    of
Subject to Verification
Over    Damage
SUBTOTAL    coleman
DELIVERED
(DRIVER SIGN

*CW  8/7/24*

**Shipper Name/Signature and Date**

*Fernando  8-7-24*

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

135

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/7/2024 | 12400688 |

| **Bill To** | **Ship To** |
|-------------|-------------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>28727 Oregon Rd<br>Perrysburg, OH 43551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547739086/1418... | Net 30 | 9/6/2024 | 8/7/2024 | Deferred | 160 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | **Total** | |
|---|---|---|
| | | $299.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

136



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper) | |
|---|---|---|---|
| Chris Uribe | Walgreen Perrysburg | | **Reference Number** 12400688 |
| Coast Warehouse | Walgreen Perrysburg | | **P.O. Reference** - |
| 4750 Zinfandel Ct. , | 28727 Oregon Rd , | | **Service type** Domestic |
| Ontario , CA 91761, | Perrysburg , OH 43551, | | **Shipment type** Deferred (3 - 5) days |
| United States | United States | | **Insurance Value** $0.00 |
| 9516854100 | 3107681333 | | **Ship Date** Aug 07 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 160 | 48 40 10 | Vitamins and Supplements |
| Total: | | 1 | 160 | | |

**Special Instructions**

SO 1418437 PO 4547739086 20 cases Deliver ASAP

Walgreens DC # 8007   AVB   28727 OREGON RD PERRYSBURG, OH 43551

Date: 8-14-24   Load: 7692
TO EXC: 160   Time In:
Pallet Count: 2   Time Out:
Cases/Pallets Recv'd:   STC:   of
TOTALS - Subject to Verification
Short:   Over: 115   Damage:
Driver: 500
Checker: M. Krel

*CW 8/7/24*

**Shipper Name/Signature and Date**

*Fernando 8-7-24*

**Driver Name/Signature and Date**

**Consignee Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/8/2024 | 116505 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Cost Warehous
4750 Zinfandel Ct
Ontario, CA 91761

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Return to Coast | Net 30 | 9/7/2024 | 8/8/2024 | Deferred | 254 lbs | Windsor,CT |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges return order to Coast CVS order | 299.75 | 299.75 |

| | **Total** | |
|---|---|---|
| | | $299.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

138

NU BORN
EXPRESS
FAST · EASY · RELIABLE
www.nubornexpress.com

DOMESTIC
INTERNATIONAL
LOGISTICS

Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**116505**

CONFIRMATION NO.

NU BORN DRIVER NO.

PICK-UP DATE | PICKUP TIME
8/8/24

**C.O.D.** AMOUNT
$

PIECES  1

WEIGHT  254

L X W X H

**BILL TO**

Irwin

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP FROM (IF DIFFERENT THAN CHARGE TO 3RD PARTY)
Walgreen CT
80 International Pkwy
Windsor, CT 06095

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00
Coast Warehouse
4750 Zinfandel Ct.
Ontario, CA 91761

P.O. / REFERENCE  4547128292                    S01448807

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other  Wrong Order
Order for CVS

☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document        ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

SPECIAL INSTRUCTIONS:

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| TOTAL | |

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE:        DATE
X

CONSIGNEE SIGNATURE / PRINT NAME:    DATE    TIME  AM
X                                                    PM

**BILLING COPY**

139

# EXHIBIT 22

**UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA**

Fill in the information to identify the case (Select only one Debtor per form):

☐ Irwin Naturals (Case No. 24-11323)

☐ Irwin Naturals, Inc. (Case No. 24-11324)

☐ 5310 Holdings, LLC (Case No. 24-11325)

☐ DAI US HoldCo, Inc. (Case No. 24-11326)

**FILED**

**NOV 15 2024**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   *Nu-Born Express, Inc*

**2. Has this claim been acquired from someone else?**

☒ No

☐ Yes    From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

*Nu-Born Express, Inc*
Name

*17103 Kingsview Ave*
Number    Street

*Carson        CA        90746*
City        State        ZIP Code

Contact Phone  *909-229-5045*

Contact email  *ammar@nubrnexpress.cm*

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City        State        ZIP Code

Contact Phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☒ No

☐ Yes    Claim Number on court claims registry (if known) _____    Filed On _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No

☐ Yes    Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes    Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**    $ 28,684.47    **Does this amount include interest or other charges?**
☒ No
☐ Yes    Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information

Services (Shipping)

**9. Is all or part of the claim secured?**
☒ No
☐ Yes    The claim is secured by a lien on property

**Nature of property:**
☐ Real Estate   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*
☐ Motor Vehicle
☐ Other   Describe: _____

**Basis for perfection:**
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

**Value of Property:**   $
**Amount of the claim that is secured:**   $
**Amount of the claim that is unsecured:**   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7).

**Amount necessary to cure any default as of the date of the petition:**   $ _____

**Annual Interest Rate:**   (when case was filed)   _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes    Amount necessary to cure any default as of the date of the petition.   $ _____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes    Identify the property: _____

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | | Amount entitled to priority |
|---|---|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No
☐ Yes    *Check all that apply*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                                                              $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

| **Part 3:** | **Sign Below** |
|---|---|

The person completing this claim must sign and date it.

**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
**18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/11/2024
MM / DD / YYYY

Signature _____

Print the name of the person who is completing and signing this claim:

Name    *AMMAR AL*    *KURDI*
          First Name    Middle Name    Last Name

Title    *Owner*

Company    *Nu-BORN EXPRESS, Inc*
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    *17103 Kingsview Ave*
          Number    Street
          *CARSON    CA    90746*
          City    State    ZIP Code

Contact Phone    *909-229-5045*    Email    *ammar@nubornexpress.com*

---

Official Form 410                                    Proof of Claim                                    Page 3

8:54 AM
08/21/24

## ** Nu-Born Express, Inc. **
## A/R Aging QuickZoom
### As of August 21, 2024

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|--------------|
| Invoice | 8/5/2024 | 1240... | 4547541813/1417212 | IRWIN NATURALS | Net 30 | 9/4/2024 | | 249.75 |
| Invoice | 8/5/2024 | 1240... | 4547540676/1417203 | IRWIN NATURALS | Net 30 | 9/4/2024 | | 365.51 |
| Invoice | 8/5/2024 | 1240... | 4547542047/1417210 | IRWIN NATURALS | Net 30 | 9/4/2024 | | 329.88 |
| Invoice | 8/5/2024 | 1240... | 4547541790/1417208 | IRWIN NATURALS | Net 30 | 9/4/2024 | | 398.20 |
| Invoice | 8/5/2024 | 1240... | 4547541781/1417207 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 299.75 |
| Invoice | 8/6/2024 | 114015 | Robinson | IRWIN NATURALS | Net 30 | 9/5/2024 | | 320.00 |
| Invoice | 8/6/2024 | 116493 | IN109768 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 165.00 |
| Invoice | 8/6/2024 | 1240... | 4547739521/1418504 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 249.75 |
| Invoice | 8/6/2024 | 1240... | 4547542001/1417211 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 299.75 |
| Invoice | 8/6/2024 | 1240... | 4547542054/1417213 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 694.67 |
| Invoice | 8/6/2024 | 1240... | 4547541793/1417206 | IRWIN NATURALS | Net 30 | 9/5/2024 | | 299.75 |
| Invoice | 8/7/2024 | 1240... | 4547739199/1418434 | IRWIN NATURALS | Net 30 | 9/6/2024 | | 299.75 |
| Invoice | 8/7/2024 | 1240... | 4547739490/1418505 | IRWIN NATURALS | Net 30 | 9/6/2024 | | 313.88 |
| Invoice | 8/7/2024 | 1240... | 4547739086/1418437 | IRWIN NATURALS | Net 30 | 9/6/2024 | | 299.75 |
| Invoice | 8/8/2024 | 116505 | Return to Coast | IRWIN NATURALS | Net 30 | 9/7/2024 | | 299.75 |
| Total IRWIN NATURALS | | | | | | | | 28,684.47 |
| TOTAL | | | | | | | | 28,684.47 |

144

**\*\* Nu-Born Express, Inc. \*\***
**A/R Aging QuickZoom**
As of August 21, 2024

8:54 AM
08/21/24

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **IRWIN NATURALS** | | | | | | | | |
| Invoice | 7/3/2024 | 116243 | Nissan | IRWIN NATURALS | Net 30 | 8/2/2024 | 19 | 245.00 |
| Invoice | 7/8/2024 | 115560 | | IRWIN NATURALS | Net 30 | 8/7/2024 | 14 | 165.00 |
| Invoice | 7/8/2024 | 115561 | Transfer | IRWIN NATURALS | Net 30 | 8/7/2024 | 14 | 375.00 |
| Invoice | 7/9/2024 | 115563 | Transfer | IRWIN NATURALS | Net 30 | 8/8/2024 | 13 | 375.00 |
| Invoice | 7/9/2024 | 115562 | 282062S237/1413556 | IRWIN NATURALS | Net 30 | 8/8/2024 | 13 | 659.75 |
| Invoice | 7/9/2024 | 115564 | Transfer | IRWIN NATURALS | Net 30 | 8/10/2024 | 11 | 375.00 |
| Invoice | 7/12/2024 | 115566 | Transfer | IRWIN NATURALS | Net 30 | 8/11/2024 | 10 | 375.00 |
| Invoice | 7/15/2024 | 115565 | Transfer | IRWIN NATURALS | Net 30 | 8/14/2024 | 7 | 165.00 |
| Invoice | 7/16/2024 | 1240... | 454690S225/1413507 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 299.75 |
| Invoice | 7/16/2024 | 1240... | 454690617/1413511 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 343.56 |
| Invoice | 7/16/2024 | 1240... | 454690S114/1413506 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 249.75 |
| Invoice | 7/16/2024 | 1240... | 454690S198/1413510 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 396.86 |
| Invoice | 7/16/2024 | 1240... | 454690S138/1413508 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 358.75 |
| Invoice | 7/16/2024 | 1240... | 454690S990/1413512 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 491.41 |
| Invoice | 7/16/2024 | 1240... | 454690S941/1413509 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 326.06 |
| Invoice | 7/16/2024 | 1240... | 454690788211413522 | IRWIN NATURALS | Net 30 | 8/15/2024 | 6 | 697.80 |
| Invoice | 7/22/2024 | 116295 | Pargon | IRWIN NATURALS | Net 30 | 8/21/2024 | | 95.00 |
| Invoice | 7/22/2024 | 1240... | 4547128460/1414805 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 249.75 |
| Invoice | 7/22/2024 | 1240... | 4547128459/1414809 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 366.28 |
| Invoice | 7/22/2024 | 1240... | 4547124780/1414783 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 439.11 |
| Invoice | 7/22/2024 | 1240... | 4547124810/1414782 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 442.49 |
| Invoice | 7/22/2024 | 1240... | 4547126882/1414808 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 623.80 |
| Invoice | 7/22/2024 | 1240... | 4500136738/1412275 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 699.75 |
| Invoice | 7/22/2024 | 1240... | 4547124738/1414780 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 249.75 |
| Invoice | 7/22/2024 | 1240... | 4547124962/1414779 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 348.93 |
| Invoice | 7/22/2024 | 1240... | 4547124717/1414781 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 499.75 |
| Invoice | 7/22/2024 | 1240... | 4547128292/1414807 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 314.07 |
| Invoice | 7/22/2024 | 1240... | 4500136739/1412276 | IRWIN NATURALS | Net 30 | 8/21/2024 | | 1,978.48 |
| Invoice | 7/25/2024 | 116504 | CVS order | IRWIN NATURALS | Net 30 | 8/24/2024 | | 314.86 |
| Invoice | 7/26/2024 | 1240... | 4500137665/1413858 | IRWIN NATURALS | Net 30 | 8/25/2024 | | 329.75 |
| Invoice | 7/26/2024 | 120693 | | IRWIN NATURALS | Net 30 | 8/25/2024 | | 491.75 |
| Invoice | 7/26/2024 | 114750 | EC-64060 | IRWIN NATURALS | Net 30 | 8/25/2024 | | 1,148.21 |
| Invoice | 7/29/2024 | 116485 | 4547323373/1416076 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 249.75 |
| Invoice | 7/29/2024 | 1240... | 4547323660/1416073 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 344.21 |
| Invoice | 7/29/2024 | 1240... | 4547323453/1416075 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 368.35 |
| Invoice | 7/29/2024 | 1240... | 4547323653/1416079 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 249.75 |
| Invoice | 7/29/2024 | 1240... | 4500137666/1413859 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 893.79 |
| Invoice | 7/29/2024 | 1240... | 4547323570/1416077 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 299.75 |
| Invoice | 7/29/2024 | 1240... | 4547323527/1416078 | IRWIN NATURALS | Net 30 | 8/28/2024 | | 362.54 |
| Invoice | 7/30/2024 | 1240... | 4547323630/1416080 | IRWIN NATURALS | Net 30 | 8/29/2024 | | 399.75 |
| Invoice | 7/30/2024 | 1240... | 4500139218/1413561 | IRWIN NATURALS | Net 30 | 8/29/2024 | | 249.75 |
| Invoice | 8/1/2024 | 1240... | 4547327731/1416099 | IRWIN NATURALS | Net 30 | 8/31/2024 | | 599.62 |
| Invoice | 8/1/2024 | 1240... | 4547323706/1416074 | IRWIN NATURALS | Net 30 | 8/31/2024 | | 299.75 |
| Invoice | 8/1/2024 | 1240... | 4500140315/1416586 | IRWIN NATURALS | Net 30 | 8/31/2024 | | 249.75 |
| Invoice | 8/1/2024 | 1240... | VDC44117/1416728 | IRWIN NATURALS | Net 30 | 8/31/2024 | | 1,848.21 |
| Invoice | 8/2/2024 | 115578 | IN110019 | IRWIN NATURALS | Net 30 | 9/1/2024 | | 95.00 |
| Invoice | 8/2/2024 | 1240... | VDC44114/1415512 | IRWIN NATURALS | Net 30 | 9/1/2024 | | 1,399.75 |
| Invoice | 8/2/2024 | 1240... | 4500140316/1416585 | IRWIN NATURALS | Net 30 | 9/1/2024 | | 1,399.19 |

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/3/2024 | 116243 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | IRWIN NATURALS<br>5310 BEETHOVEN ST<br>LOS ANGELES, CA 90066 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Nissan | Net 30 | 8/2/2024 | 7/3/2024 | NFO/Same D... | 4 plts | Costa Mesa,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 245.00 | 245.00 |

| | **Total** | |
|---|---|---|
| | | $245.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

146

# NU-BORN EXPRESS
### FAST EASY RELIABLE

www.nubornexpress.com

**DOMESTIC INTERNATIONAL LOGISTICS**

Fax. 310.768.1777
Tel. 310.768.1333
Tel. 888.NUBORN0

**WAY BILL NO:**

**116243**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

PICK-UP DATE    PICKUP TIME
7-3    24

**Irwin Naturals**

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY )

☐ DELIVER TO (NO. PO BOXES)    ☐ HOLD AND NOTIFY, PHONE NO.00

**C.O.D.** AMOUNT
$

PIECES    4 *panel*

WEIGHT

**NISSAN**
**1683 SUNFLOWER**
**COSTA MESA, CA 92628**

**Irwin Naturals**
**5310 Beethoven St.**
**Los Angeles, Ca 90066**

L X W X H

P.O. / REFERENCE

## COURIER / FREIGHT SERVICE DOMESTIC

☐ NFO/Same Day              ☒ Next Business Day
☐ Next Business Day By 9 AM  ☐ 2-day
☐ Saturday Delivery         ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other _____

## COURIER / FREIGHT INTERNATIONAL

☐ International Regular    ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document        ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

SPECIAL INSTRUCTIONS:

*4 Pallets*

*4 Pallets*

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE:
x _____    DATE 07/03/2024

CONSIGNEE SIGNATURE / PRINT NAME:
x _____    DATE 7/1/14    TIME 1:12    AM (PM)

**BILLING COPY**

147

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/8/2024 | 115560 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Paragon Labs<br>20433 Earl St.<br>Torrance,, CA 90503 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| | Net 30 | 8/7/2024 | 7/8/2024 | NFO/Same D... | 2 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 165.00 | 165.00 |

| Total | |
|-------|--|
| | $165.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

148

**NU BORN EXPRESS**
*FAST EASY RELIABLE*
www.nubornexpress.com

**INTERNATIONAL LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**115560**

CONFIRMATION NO.

| BILL TO | |
|---|---|
| Irwin Naturals | ☐ Bill Shipper |
| | ☐ Collect |
| | ☐ 3rd Party |

NU BORN DRIVER NO.
*Fernando*

PICK-UP DATE  7·8
PICKUP TIME  24

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

Irwin Naturals
5310 Beethoven St.
Los Angeles, Ca 90066

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

NO PARAGON

**C.O.D.** AMOUNT
$

PIECES  2

WEIGHT

L  X  W  X  H

P.O. / REFERENCE

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other _____

☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document   ☐ Non Document
Declared Value for Customs:  us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

SPECIAL INSTRUCTIONS:

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE: (FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE:
x *Ramon*    DATE  7-8·24

CONSIGNEE SIGNATURE / PRINT NAME:
x *Jim White*    DATE 7/8/24   TIME 10.30 PM

**BILLING COPY**

149

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/8/2024 | 115561 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Transfer | Net 30 | 8/7/2024 | 7/8/2024 | NFO/Same D... | 31 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 375.00 | 375.00 |

| | | | | Total | $375.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

# NU-BORN EXPRESS
FAST · EASY · RELIABLE

www.nubornexpress.com

## INTERNATIONAL LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

**WAY BILL NO:** 115561

CONFIRMATION NO.

NU BORN DRIVER NO. *Fernando*

**BILL TO**

Irwin Naturals

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP DATE 7-8-24   PICKUP TIME

**C.O.D.** AMOUNT $

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

Irwin Naturals
5310 Beethoven St.
Los Angeles, Ca 90066

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

*Nu Born Warehouse*

PIECES *31 Pallet*

WEIGHT

L  X  W  X  H

P.O. / REFERENCE

### COURIER FREIGHT SERVICE DOMESTIC

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other _____

☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

### COURIER FREIGHT INTERNATIONAL

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document   ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

SPECIAL INSTRUCTIONS:   *31 Pallets*

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE: (FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE: X *Rey Javier*   DATE *7/8/24*

CONSIGNEE SIGNATURE / PRINT NAME: X *Annie*   DATE *7/8/24*   TIME   AM PM

BILLING COPY

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2024 | 115563 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550.<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| Transfer | Net 30 | 8/8/2024 | 7/9/2024 | NFO/Same D... | 35 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 375.00 | 375.00 |

| | **Total** | $375.00 |
|---|-----------|---------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

**NU BORN EXPRESS**
FAST • EASY • RELIABLE

www.nubornexpress.com

**INTERNATIONAL LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:

**115563**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

BILL TO

Irwin Naturals

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP DATE  7-9-24  PICKUP TIME

**C.O.D.** AMOUNT
$

PIECES  35-PLT

WEIGHT

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)   ☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

Irwin Naturals
5310 Beethoven St.
Los Angeles, Ca 90066

*NU BORN EXPRESS*

L X W X H

.O. / REFERENCE

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other

☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
   Please attach 3 copies of commercial invoice
☐ Document   ☐ Non Document
Declared Value for Customs:  us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

PECIAL INSTRUCTIONS:

*T - TAG*

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE: (FOR INSURANCE PURPOSE)

IPPER 'S SIGNATURE   DATE
*Manuel N.*   7/9/24

CONSIGNEE SIGNATURE / PRINT NAME   DATE   TIME   AM
X *Francisco*   7/9/24   PM

**BILLING COPY**

153

## ** Nu-Born Express, Inc. **

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
| --- | --- |
| 7/9/2024 | 115562 |

| Bill To | Ship To |
| --- | --- |
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Costco<br>4250 S.Fulton PKWY<br>College Park, GA 30349 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
| --- | --- | --- | --- | --- | --- | --- |
| 2620625237/1413... | Net 30 | 8/8/2024 | 7/9/2024 | Deferred | 562 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
| --- | --- | --- | --- | --- |
| | Shipping<br>WAITING TIME | Shipping Charges<br>4 hours waiting time | 399.75<br>260.00 | 399.75<br>260.00 |

| | Total | $659.75 |
| --- | --- | --- |

| Phone # | Fax # | E-mail | Web Site |
| --- | --- | --- | --- |
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

154

## NU-BORN EXPRESS
FAST · EASY · RELIABLE

www.nubornexpress.com

**DOMESTIC**

**INTERNATIONAL**
**LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

**WAY BILL NO:** 115562

**CONFIRMATION NO.**

**NU BORN DRIVER NO.** Fernando

**PICK-UP DATE** 7-9-24 **PICKUP TIME**

**Irwin Naturals**

☐ Bill Shipper
☐ Collect
☐ 3rd Party

**C.O.D. AMOUNT** $

**PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)**

☐ DELIVER TO (NO. PO BOXES) ☐ HOLD AND NOTIFY, PHONE NO.00

**Irwin Naturals**
**5310 Beethoven St.**
**Los Angeles, Ca 90066**

Costco - GA College Park
4250 S Fulton Pkwy
College Park, GA 30349

141355b

**PIECES** 1 PH
**WEIGHT** 562

**P.O. / REFERENCE** 00262062523

**L X W X H** 48 X 40 X 40

| COURIER / FREIGHT SERVICE DOMESTIC | COURIER / FREIGHT INTERNATIONAL |
|---|---|
| ☐ NFO/Same Day | ☐ Next Business Day | ☐ International Regular ☐ International Priority |
| ☐ Next Business Day By 9 AM | ☐ 2-day | ☐ Air Courier ☐ Air Freight ☐ Other |
| ☐ Saturday Delivery | ☐ Deferred/3- | Please attach 2 copies of commercial invoice |
| ☐ Sunday /Hol. Delivery | | |
| ☐ Other _____ | | |

#182 ☐
DOOR: 292      ATLANTA DN
APP TIME: 6:00   ARR TIME: 5:40
IN TIME: 7:10   OUT TIME: 7:51
2620625237
21340-20
SEAL:            BL/TRL:
RECVR: CYNTHIA WHITE

PAGE 1 OF 1

☐ Cnee

**CHARGES**

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

**SPECIAL INSTRUCTIONS:** ( 42 cs )

Liability for loss or damage to items is limited to $100.00 Carrier assumes no respon-
or for consequential damages. Every effort is made for fast service but a reaso
Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can

00262071824060043

**TOTAL**

**BILLING COPY**

**SHIPPER'S SIGNATURE:** X Jester H **DATE** 7/9/24 X i

155

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/11/2024 | 115564 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Transfer | Net 30 | 8/10/2024 | 7/11/2024 | NFO/Same D... | 38 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 375.00 | 375.00 |

| | **Total** | |
|---|---|---|
| | | $375.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

156

**NUBORN EXPRESS**
FAST EASY RELIABLE
www.nubornexpress.com

DOMESTIC
INTERNATIONAL
LOGISTICS

Fax. 310.768.1777
Tel. 888.NUBORN0

Tel. 310.768.1333

WAY BILL NO:

## 115564

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

PICK-UP DATE  PICK-UP TIME
7-11-24

**Irwin Naturals**

☐ Bill Shipper
☐ Collect
☐ 3rd Party

**C.O.D.** AMOUNT
$

CK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)   ☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

**Irwin Naturals**
**5310 Beethoven St.**
**Los Angeles, Ca 90066**

*NU BORN*

PIECES  *38 Pcs*
WEIGHT

L  X  W  X  H

.O. / REFERENCE

| COURIER / FREIGHT SERVICE DOMESTIC | COURIER / FREIGHT INTERNATIONAL | CHARGES | |
|---|---|---|---|
| ☐ NFO/Same Day   ☐ Next Business Day | ☐ International Regular   ☐ International Priority | | |
| ☐ Next Business Day By 9 AM   ☐ 2-day | ☐ Air Courier   ☐ Air Freight   ☐ Other | C.O.D. AMOUNT | |
| ☐ Saturday Delivery   ☐ Deferred/3-5 days | Please attach 3 copies of commercial invoice | C.O.D. FEE | |
| ☐ Sunday /Hol. Delivery | ☐ Document   ☐ Non Document | BASE | |
| ☐ Other | Declared Value for Customs: us $ _____ | WEIGHT | |
| | Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee | WAITING TIME | |

SPECIAL INSTRUCTIONS:

AFTER HOURS
MILEAGE
OTHERS

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE: (FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE:           DATE
x *RAMON C 7·11·24*

CONSIGNEE SIGNATURE / PRINT NAME:      DATE        TIME   AM
x *Francisco*               7/11/24          PM

TOTAL

BILLING COPY

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 7/12/2024 | 115566 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Transfer | Net 30 | 8/11/2024 | 7/12/2024 | NFO/Same D... | 35 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 375.00 | 375.00 |

| | | | **Total** | | $375.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

158

**NU-BORN EXPRESS**
FAST · EASY · RELIABLE

DOMESTIC
INTERNATIONAL
LOGISTICS

www.nubornexpress.com

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**115566**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

PICK-UP DATE | PICKUP TIME
7·12·24

| BILL TO | | |
|---|---|---|
| Irwin Naturals | ☐ Bill Shipper | |
| | ☐ Collect | |
| | ☐ 3rd Party | |

C.O.D. AMOUNT
$

PIECES  35

WEIGHT

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)  ☐ DELIVER TO (NO. PO BOXES)  ☐ HOLD AND NOTIFY, PHONE NO.00

**Irwin Naturals**
**5310 Beethoven St.**
**Los Angeles, Ca 90066**

NU - BOR-N

L  X  W  X  H

P.O. / REFERENCE

| COURIER / FREIGHT SERVICE DOMESTIC | | COURIER / FREIGHT INTERNATIONAL |
|---|---|---|
| ☐ NFO/Same Day | ☐ Next Business Day | ☐ International Regular  ☐ International Priority |
| ☐ Next Business Day By 9 AM | ☐ 2-day | ☐ Air Courier  ☐ Air Freight  ☐ Other |
| ☐ Saturday Delivery | ☐ Deferred/3-5 days | Please attach 3 copies of commercial invoice |
| ☐ Sunday /Hol. Delivery | | ☐ Document  ☐ Non Document |
| ☐ Other _____ | | Declared Value for Customs: us $ _____ |
| _____ | | Bill Duties and Taxes to:  ☐ Shipper  ☐ Cnee |

CHARGES

SPECIAL INSTRUCTIONS:

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

TOTAL

| SHIPPER'S SIGNATURE | DATE | CONSIGNEE SIGNATURE / PRINT NAME | DATE | TIME  AM |
|---|---|---|---|---|
| X *Ramon* | 7·12·24 | X *Ramirez* | 7/02/24 | PM |

BILLING COPY

159

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2024 | 115565 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | NU BORN EXPRESS<br>17103 Kingsview Ave<br>Carson,CA 90746 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Transfer | Net 30 | 8/14/2024 | 7/15/2024 | NFO/Same D... | 2 plts | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 165.00 | 165.00 |

| | Total | $165.00 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

160

**NU-BORN EXPRESS**
FAST · EASY · RELIABLE

**BUSINESS INTERNATIONAL LOGISTICS**

www.nubornexpress.com

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO: **115565**

CONFIRMATION NO.

| BILL TO | Irwin Naturals | ☐ Bill Shipper |
| | | ☐ Collect |
| | | ☐ 3rd Party |

NU BORN DRIVER NO. *Fernando*

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

**Irwin Naturals**
**5310 Beethoven St.**
**Los Angeles, Ca 90066**

☐ DELIVER TO (NO, PO BOXES)  ☐ HOLD AND NOTIFY, PHONE NO.00

*Nu Born*

PICK-UP DATE *7.15* PICKUP TIME *24*

**C.O.D.** AMOUNT
$

PIECES *2 PALLETS*
WEIGHT *38*

L  X  W  X  H

P.O. / REFERENCE

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day          ☐ Next Business Day
☐ Next Business Day By 9 AM   ☐ 2-day
☐ Saturday Delivery      ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other
_____

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
   Please attach 3 copies of commercial invoice
☐ Document        ☐ Non Document
Declared Value for Customs:  us $ _____
Bill Duties and Taxes to:  ☐ Shipper   ☐ Cnee

CHARGES

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

SPECIAL INSTRUCTIONS:
*2Pℓts SHIPPING/OFFICE SUPPLIES*  *+ 36 Pallet*  *38 PℓTS*

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE: (FOR INSURANCE PURPOSE)

SHIPPER'S SIGNATURE:   DATE
x *REY JAVIER*  *7/15/24*

CONSIGNEE SIGNATURE / PRINT NAME:   DATE   TIME  AM PM
x *Ammar*  *7/15/24*

**BILLING COPY**

161

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400645 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>4400 State Rd Highway # 19<br>Windsor, WI 53598 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546906225/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 247 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | **Total** | $299.75 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

162



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen WI - | | Reference Number | 12400645 |
| Coast Warehouse | Walgreen WI | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 4400 State Rd Highway#19 , | | Service type | Domestic |
| Ontario , CA 91761, | Windsor , WI 53598, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 16 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 247 | 48 40 24 | Vitamins and Supplements |
| Total: | | 1 | 247 | | 48 X 40 X 24 — 40 ctns |

**Special Instructions**

SO# 1413507 PO# 4546906225 Deliver ASAP

Shipper Name/Signature and Date    7/16/24

BY *Carl Elk*    DATE 7/22/24    DATE REQUIRED 7-22-24    TIME REQUIRED 12:05

Consignee Name/Signature and Date

Driver Name/Signature and Date

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400644 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>15998 Walgreens dr.<br>Jupiter, FL 33478 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546906171/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 190 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 343.56 | 343.56 |

| | | **Total** | $343.56 |
|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

164



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper) | Reference Number | 12400644 |
| Chris Uribe | Walgreen Jupiter | | P.O. Reference | |
| Coast Warehouse | Walgreen Jupiter | | Service type | Domestic |
| 4750 Zinfandel Ct. , | 15998 Walgreen Dr , | | Shipment type | Deferred (3 - 5) days |
| Ontario , CA 91761, | Jupiter , FL 33478, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Jul 16 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 190 | 48 40 20 | Vitamins and Supplements |
| Total: | | 1 | 190 | 48 x 40 x 20 — 19 cbns | |

**Special Instructions**

SO# 1413511 PO# 4546906171 Deliver ASAP

| | # PALLETS | # LOOSE | # HANDLING UNITS | LIVE UNLOAD / DROP UNLOAD | TIME OUT |
|---|---|---|---|---|---|
| | 1 | N | N | X | 12:29 PM |

RECEIVED BY: David  SIGNATURE:  DATE: 7/22/2024

**Shipper Name/Signature and Date**  **Consignee Name/Signature and Date**

**Driver Name/Signature and Date**

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different special instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

165

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400649 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens,<br>17500 Perris Blvd<br>Moreno valley,, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546905814/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 329 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
|  | Shipping | Shipping Charges | 249.75 | 249.75 |

| | Total |
|---|---|
| | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

166



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 682-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | | |
|---|---|---|
| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen Moreno Valley<br>Walgreen Moreno Valley<br>17500 Perris Blvd ,<br>Moreno Valley , CA 92551,<br>United States<br>3107681333· | **Billing**<br>(to Shipper ) |

| | |
|---|---|
| Reference Number | 12400649 |
| P.O. Reference | - |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Jul 16 2024 |

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 329 | 48<br>40<br>28 | Vitamins and Supplements |
| Total: | | 1 | 329 | | |

**Special Instructions**

SO# 1413506 PO# 4546905814 Deliver ASAP

COD 7/16/24 1 plct

**Shipper Name/Signature and Date**

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

167

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400647 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>80 International Pkwy<br>Windsor, CT 06095 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546906198/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 362 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 396.86 | 396.86 |

| | Total | |
|---|---|---|
| | | $396.86 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

168



**NU-BORN EXPRESS**

Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen CT | | Reference Number | 12400647 |
| Coast Warehouse | Walgreen CT | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 80 International PKWY , | | Service type | Domestic |
| Ontario , CA 91761, | Windsor , CT 06095, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 16 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 362 | 48 40 30 | Vitamins and Supplements |
| Total: | | 1 | 362 | 48X40X30 – 63 cfns | |

**Special Instructions**

SO# 1413510 PO# 4546906198 Deliver ASAP

Shipper Name/Signature and Date _____ 7/16/24 1 act

Consignee Name/Signature and Date

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, NMFC 100 SERIES

DELIVERY DATE 05/24   TIME 150   NO. PIECES 75 X
CUSTOMER SIGNATURE: David Wade   PRINT NAME: David Wade

Collect This Amount

Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400646 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>28727 Oregon Rd<br>Perrysburg, OH 43551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4546906138/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 373 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 358.75 | 358.75 |

| | **Total** | |
|---|-----------|---|
| | | $358.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

170



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 582-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | Reference Number | 12400646 |
| Chris Uribe | Walgreen Perrysburg | | P.O. Reference | - |
| Coast Warehouse | Walgreen Perrysburg | | Service type | Domestic |
| 4750 Zinfandel Ct. , | 28727 Oregon Rd , | | Shipment type | Deferred (3 - 5) days |
| Ontario , CA 91761, | Perrysburg , OH 43551, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Jul 16 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 373 | 48 40 31 | Vitamins and Supplements |
| Total: | | 1 | 373 | | 48 X 40 X 31 ~ 67 ctns |

**Special Instructions**

SO# 1413508 PO# 4546906138 Deliver ASAP

Shipper Name/Signature and Date ... 7/16/24

Driver Name/Signature and Date

Nu-Born EXP LLC # 88074
Date: 1/24/24
Time In: 127
Pallet Count: 1  500
Cases/Pallets Received:
Subject to Verification
Short:  Over:  Damage:
Driver:
Checker: A. Sanchez

Load: 8L8 H
Time Out:
STC: 1
of

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# INVOICE

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400643 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
101 Alliance Parkway
Williamston, SC 29697

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546905990/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 341 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 150 dims verified attache | 491.41 | 491.41 |

| Total | |
|---|---|
| | $491.41 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

172



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1933
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper<br>(complete name and address) | Recipient<br>(complete name and address) | Billing<br>(to Shipper ) | |
|---|---|---|---|
| Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | Walgreen Williamston<br>Walgreen Williamston<br>101 Alliance Parkway ,<br>Williamston , SC 29697,<br>United States<br>3107681333 | | Reference Number 12400643<br>P.O. Reference -<br>Service type Domestic<br>Shipment type Deferred (3 - 5) days<br>Insurance Value $0.00<br>Ship Date Jul 16 2024 |

| No | Part<br>Number | Qty | Weight | Length<br>Height<br>Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 341 | 48<br>40<br>48 30 | Vitamins and Supplements |
| Total: | | 1 | 341 | | 48X40X30 — 69 cbns |

**Special Instructions**

Sales Order 1413512 Po# 4546905990 Deliver ASAP

Class 150

341

Shipper Name/Signature and Date        7/16/24

WALGREENS DC#18
DATE:_____ LOAD
PLTS/CS Rcvd._____
SUBJECT TO LATER COUNT/VERIFICATION
WRAP INTACT?_____
CARRIER:_____
CARRIER:_____

Consig

Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

173

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400648 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>710 Ovilla Rd<br>Waxahachie, TX 75167 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546905941/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 327 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 326.06 | 326.06 |

| | |
|---|---|
| **Total** | $326.06 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

174



**NU-BORN EXPRESS**
FAST, EASY, RELIABLE

Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | |
|---|---|
| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen Waxahachie<br>Walgreen Waxahachie<br>710 Ovilla Rd ,<br>Waxahachie , TX 75167,<br>United States<br>3107681333 |

| | |
|---|---|
| **Billing**<br>(to Shipper ) | |
| **Reference Number** | 12400648 |
| **P.O. Reference** | - |
| **Service type** | Domestic |
| **Shipment type** | Deferred (3 - 5) days |
| **Insurance Value** | $0.00 |
| **Ship Date** | Jul 16 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 327 | 48<br>40<br>31 | Vitamins and Supplements |
| Total: | | 1 | 327 | | |

48 X 40 X 31 — 62 ctns

**Special Instructions**

SO# 1413509 PO# 4546905941 Deliver ASAP

Walgreens DC # 327 LB  384 33
Date 7-26-24  Load
Time In          Time Out
Pallet Count     STC
Cases/Pallets Received  of
Subject to Verification
Short    Over    Damage
Driver
R Checker  D Coleman

WEIGHT  RATE  CHARGE
DELIVERED BY (DRIVER SIGNATU
SUBTOTAL

**Shipper Name/Signature and Date**

7/16/24  1 pLT

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

175

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2024 | 12400650 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>5100 Lake Terrace .N.E<br>Mount Vernon, IL 62864 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4546907882/1413... | Net 30 | 8/15/2024 | 7/16/2024 | Deferred | 1400 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 697.80 | 697.80 |

| | **Total** | |
|---|---|---|
| | | $697.80 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe | Walgreen Mount Vernon | | Reference Number 12400650 |
| Coast Warehouse | Walgreen Mount Vernon | | P.O. Reference - |
| 4750 Zinfandel Ct. , | 5100 Lake terrace NE , | | Service type Domestic |
| Ontario , CA 91761, | Mount Vernon , IL 62864, | | Shipment type Deferred (3 - 5) days |
| United States | United States | | Insurance Value $0.00 |
| 9516854100 | 3107681333 | | Ship Date Jul 16 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 1400 | 48 40 48 | Vitamins and Supplements |
| Total: | | 1 | 1400 | 48 X 42 X 71   184 ctns | |

**Special Instructions**

So# 1413522 po# 4546907882 Deliver ASAP

7-22-24 Fernando

**Shipper Name/Signature and Date**

CW 7-22-24

**Driver Name/Signature and Date**

**Consignee Name/Signature and Date**

| Result | Delivered Clear |
|---|---|
| Date | 7/26/24 |
| Arrived | 03:35 PM (CDT) |
| Delivered | 03:52 PM (CDT) |

Signature

Signed by
Chad

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

177

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 116295 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Paragon Labs<br>20433 Earl St.<br>Torrance,, CA 90503 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Pargon | Net 30 | 8/21/2024 | 7/22/2024 | NFO/Same D... | 1 plt | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 95.00 | 95.00 |

| | Total |
|---|---|
| | $95.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

178

NU-BORN EXPRESS
FAST, EASY, RELIABLE
www.nubornexpress.com

INTERNATIONAL
LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:

**116295**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

**Irwin Naturals**

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP DATE 7-24-24  PICKUP TIME

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

☐ DELIVER TO (NO. PO BOXES)  ☐ HOLD AND NOTIFY, PHONE NO.00

**Irwin Naturals**
**5310 Beethoven Ave**
**Los Angeles, Ca 90066**

*Paragon Lbs*

**C.O.D.** AMOUNT
$

PIECES  | PALLET
WEIGHT

P.O. / REFERENCE

L  X  W  X  H

| COURIER/ FREIGHT SERVICE DOMESTIC | | COURIER/ FREIGHT INTERNATIONAL |
|---|---|---|

☐ NFO/Same Day         ☐ Next Business Day
☐ Next Business Day By 9 AM   ☐ 2-day
☐ Saturday Delivery       ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other _____

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight .  ☐ Other
Please attach 3 copies of commercial invoice
☐ Document   ☐ Non Document
Declared Value for Customs:  us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

CHARGES

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS:

DECLARED VALUE:(FOR INSURANCE PURPOSE)

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

| | TOTAL |
|---|---|

SHIPPER'S SIGNATURE:  DATE
X  *REY JAVIER*  7/22/24

CONSIGNEE SIGNATURE / PRINT NAME:  DATE  TIME  AM
X  *Anthony Sparue*  7-22-24  PM

BILLING COPY

ABS - Pkg Warehouse
State: CA   Zip: 90503
310-370-1563

Driver Signature
*Fernando*
*Anthony S*

Vendor Receiving Dept. Signature

Qty Pulled

# of cases

Quantity per Case

Transfer Code: 7-22-24=PL

179

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400653 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
2370 E Main St.
Woodland, CA 95776

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547128460/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 273 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | | Total | | $249.75 |
|--|--|-------|--|---------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

180



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | |
|---|---|
| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen Woodland<br>Walgreen Woodland<br>2370 East Main St ,<br>Woodland , CA 95776,<br>United States<br>3107681333 |

**Billing**
(to Shipper )

| | |
|---|---|
| **Reference Number** | 12400653 |
| **P.O. Reference** | - |
| **Service type** | Domestic |
| **Shipment type** | Deferred (3 - 5) days |
| **Insurance Value** | $0.00 |
| **Ship Date** | Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 273 | 48<br>40<br>20 | Vitamins and Supplements |
| Total: | | 1 | 273 | | 48×40×24 |

**Special Instructions**

SO 1414805 PO 4547128460 54 cases Deliver ASAP

_[signature]_  7/22/24

**Shipper Name/Signature and Date**

_Fernando 7-22-24_

**Driver Name/Signature and Date**

Consignee Name/Signature and Date

Walgreen DC# 8802
Date ___  Load 4447
Time In ___  Time Out ___
Pallet Count ___  STC ___
Cases/Pallets Received ___ of ___
Subject to Verification
Short ___ Over ___ Damage ___
Driver
Checker

CHARGES

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due.

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400655 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>4400 State Rd Highway # 19<br>Windsor, WI 53598 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547128459/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 350 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 366.28 | 366.28 |

| | **Total** | |
|---|---|---|
| | | $366.28 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 692-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen WI | | Reference Number | 12400655 |
| Coast Warehouse | Walgreen WI | | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 4400 State Rd Highway#19 , | | Service type | Domestic |
| Ontario , CA 91761, | Windsor , WI 53598, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 350 | 48 40 25 | Vitamins and Supplements |
| Total: | | 1 | 350 | 48 X 40 X 28 | |

**Special Instructions**

SO 1414809 PO 4547128459 60 cases Deliver ASAP

CBU 7/22/24

**Shipper Name/Signature and Date**

BY Jadina   DATE _____   DATE REQUIRED: 7-29   TIME REQUIRED: 12:12

Fernando 7-22-24

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. 183

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400652 |

### Bill To

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

### Ship To

Walgreens
15998 Walgreens dr.
Jupiter, FL 33478

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547124780/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 275 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 439.11 | 439.11 |

| | Total |
|---|-------|
| | $439.11 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**NU-BORN EXPRESS**
FAST, EASY & RELIABLE

Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe | Walgreen Jupiter | | Reference Number 12400652 |
| Coast Warehouse | Walgreen Jupiter | | P.O. Reference - |
| 4750 Zinfandel Ct. , | 15998 Walgreen Dr , | | Service type Domestic |
| Ontario , CA 91761, | Jupiter , FL 33478, | | Shipment type Deferred (3 - 5) days |
| United States | United States | | Insurance Value $0.00 |
| 9516854100 | 3107681333 | | Ship Date Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 275 | 48 40 20 | Vitamins and Supplements |
| Total: | | 1 | 275 | | 48X40X23 |

**Special Instructions**

SO 1414783 PO 4547124780 37 cases Deliver ASAP

Shipper Name/Signature and Date    7/22/24

| SHRINK WRAP INTACT? 0 YES  0 NO N/A COLOR: Y | SECURITY TAPE INTACT? Y 0 YES 0 NO 0 N/A | LIFT GATE 0 YES 0 NO No | INSIDE DELIVERY 0 YES 0 NO No | TIME IN AM/PM 1:42 PM |
|---|---|---|---|---|
| # PALLETS 1 | # LOOSE 0 | # HANDLING UNITS 1 | X LIVE UNLOAD 0 DROP UNLOAD | TIME OUT AM/PM 1:47 PM |
| RECEIVED BY: Winzor | | SIGNATURE: | | DATE: 7/29/2024 |

*Fernando 7-22-24*

Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

185

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400651 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
710 Ovilla Rd
Waxahachie, TX 75167

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547124810/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 664 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 442.49 | 442.49 |

| | | | **Total** | | |
|---|---|---|---|---|---|
| | | | | | $442.49 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

186



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
   (888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>.Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen Waxahachie<br>Walgreen Waxahachie<br>710 Ovilla Rd ,<br>Waxahachie , TX 75167,<br>United States<br>3107681333 | **Billing**<br>(to Shipper ) | **Reference Number** 12400651<br>**P.O. Reference**    -<br>**Service type**     Domestic<br>**Shipment type**    Deferred (3 - 5) days<br>**Insurance Value**  $0.00<br>**Ship Date**        Jul 22 2024 |
| --- | --- | --- | --- |

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
| --- | --- | --- | --- | --- | --- |
| 1 | - | 1 | 664 | 48 / 40 / 15 | Vitamins and Supplements |
| Total: | | 1 | 664 | | 48 X 40 X 51   120 cms |

**Special Instructions**

SO 1414782 PO 4547124810 20 cases Deliver ASAP

**Shipper Name/Signature and Date**   7/22/24

*Fernando* 7-22-24
**Driver Name/Signature and Date**

WEIGHT
664 LB
OF ARTICLES
PC CL100
Walgreens DC # 10
Date 7-6-24   Load
Time In        Time Out
Pallet Count   STC
Cases/Pallets Received      of
Short   Over    Subject to Verification
Damage
Driver
Checker D Coleman
NOTED   SUBTOTAL
3843

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

187

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400654 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
5100 Lake Terrace .N.E
Mount Vernon, IL 62864

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547128682/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 1233 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 623.80 | 623.80 |

| | |
|---|---|
| **Total** | $623.80 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

188



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | | | |
|---|---|---|---|
| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper) | |

Chris Uribe
Coast Warehouse
4750 Zinfandel Ct. ,
Ontario , CA 91761,
United States
9516854100

Walgreen Mount Vernon
Walgreen Mount Vernon
5100 Lake terrace NE ,
Mount Vernon , IL 62864,
United States
3107681333

| | |
|---|---|
| Reference Number | 12400654 |
| P.O. Reference | - |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | , - | 1 | 1233 | 48 40 55 | Vitamins and Supplements |
| Total: | | 1 | 1233 | 48 X 41 X 62 | |

**Special Instructions**

SO 1414808 PO 4547128682 169 cases Deliver ASAP

CW  7.25.7%

**Shipper Name/Signature and**

| Result | Delivered Clear |
|---|---|
| Date | 7/30/24 |
| Arrived | 05:21 PM (CDT) |
| Delivered | 05:31 PM (CDT) |

Signature

Chad
Valatine

Signed by
Chad valatine

Fernando 7-25-24

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400661 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Herb INC<br>15810 heacock St<br>Moreno Valley, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4500136738/1412... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 6746 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 699.75 | 699.75 |

| | Total | |
|---|-------|---|
| | | $699.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

190



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P:(310) 768-1333
(888) 582-6760
F:(310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | |
|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | Reference Number 12400661 |
| Chris Uribe | IHerb Moreno Valley | | P.O. Reference - |
| Coast Warehouse | IHerb | | Service type Domestic |
| 4750 Zinfandel Ct. , | 15810 Heacock Street , | | Shipment type Deferred (3 - 5) days |
| Ontario , CA 91761, | Moreno Valley , CA 92551, | | Insurance Value $0.00 |
| United States | United States | | Ship Date Jul 22 2024 |
| 9516854100 | 9516163600 | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 6 | 6746 | 48 40 40 | Vitamins and Supplements |
| Total: | | 6 | 40476 | | |

iHerb Moreno Valley Hub, CA

**Special Instructions**

SO 1412275 PO 4500136738 6 Pallets 769 cases Deliver ASAP

Date 7/30 .PO # 4500136738

# of Pallets/Cartons 6 Over

Damaged Cartons Short

Deliveries are subject to further inspection for quality accuracy and count during site inspection and process

**Shipper Name/Signature and Date**

**Consigned Name/Signature and Date**

Carrier Signature

Receiver Signature 7-23-24 01
Alx Purras

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400659 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens,<br>17500 Perris Blvd<br>Moreno valley,, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547124738/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 368 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | **Total** | |
|---|---|---|
| | | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

192



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 882-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | | |
|---|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | Reference Number | 12400659 |
| Chris Uribe | Walgreen Moreno Valley | | P.O. Reference | - |
| Coast Warehouse | Walgreen Moreno Valley | | Service type | Domestic |
| 4750 Zinfandel Ct., | 17500 Perris Blvd , | | Shipment type | Deferred (3 - 5) days |
| Ontario , CA 91761, | Moreno Valley , CA 92551, | | Insurance Value | $0.00 |
| United States | United States | | Ship Date | Jul 22 2024 |
| 9516854100 | 3107681333 | | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 368 | 48 / 40 / 25 | Vitamins and Supplements |
| Total: | | 1 | 368 | | |

**Special Instructions**

SO 1414780 PO 4547124738 70 cases Deliver ASAP

Walgreens DC #12

Date: 7-30-24
Time In: 10:2 Time Out: 11:27
Received Cases: 1 PCT
Over: _____ Short: _____
Driver: Fernando
Receiver: Lui Salyonder

Shipper Name/Signature and Date    7/22/24

Fernando 7-22-24
Driver Name/Signature and Date

Consignee Name/Signature and Date

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

193

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400656 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>28727 Oregon Rd<br>Perrysburg, OH 43551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547124962/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 356 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 348.93 | 348.93 |

| | Total | |
|---|---|---|
| | | $348.93 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

194



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Walgreen Perrysburg<br>Walgreen Perrysburg<br>28727 Oregon Rd ,<br>Perrysburg , OH 43551,<br>United States<br>3107681333 | **Billing**<br>(to Shipper ) | **Reference Number**  12400656<br>**P.O. Reference**<br>**Service type**  Domestic<br>**Shipment type**  Deferred (3 - 5) days<br>**Insurance Value**  $0.00<br>**Ship Date**  Jul 22 2024 |
|---|---|---|---|

| No | Part Number | Qty | Weight | Length<br>Height<br>Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 356 | 48<br>40<br>25 | Vitamins and Supplements |
| Total: |  | 1 | 356 |  | 48 x 40 x 29 |

**Special Instructions**

SO 1414779 PO 4547124962 67 cases Deliver ASAP

7/22/21

**Shipper Name/Signature and Date**

Fernando  7-22-24

**Driver Name/Signature and Date**

NOT TO
IN NATURAL

Short
Driver
Checker:  A. Sanchez

356

TOTAL WEIGHT    CHARGES

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400657 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
101 Alliance Parkway
Williamston, SC 29697

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547124717/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 386 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 499.75 | 499.75 |

| | | |
|---|---|---|
| **Total** | | $499.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

196



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 692-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | Recipient<br>(complete name and address)<br>Walgreen Williamston<br>Walgreen Williamston<br>101 Alliance Parkway ,<br>Williamston , SC 29697,<br>United States<br>3107681333 | Billing<br>(to Shipper ) | Reference Number 12400657<br>P.O. Reference<br>Service type — Domestic<br>Shipment type — Deferred (3 - 5) days<br>Insurance Value — $0.00<br>Ship Date — Jul 22 2024 |

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|----|-------------|-----|--------|--------|------------------------|
| 1 | - | 1 | 386 | 48 / 40 / 25 | Vitamins and Supplements |
| Total: | | 1 | 386 | 48 X 40 X 30 | |

**Special Instructions**

SO 1414781 PO 4547124717 71 cases Deliver ASAP

Shipper Name/Signature and Date        7/22/24

Fernando 7.22.24
**Driver Name/Signature and Date**

WALGREENS DC#18
DATE 7/31 LOAD K5220
(PLTS)CS Rcvd.
SUBJECT TO LATER COUNT/VERIFICATION.
WRAP INTACT?
CARRIER: Warren Eddard
CARRIER:

### LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

197

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400658 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>80 International Pkwy<br>Windsor, CT 06095 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547128292/1414... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 254 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 314.07 | 314.07 |

| | Total | |
|--|-------|--|
| | | $314.07 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

198



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | |
|---|---|---|---|
| Chris Uribe | Walgreen CT | | Reference Number   12400658 |
| Coast Warehouse | Walgreen CT | | P.O. Reference   - |
| 4750 Zinfandel Ct. , | 80 International PKWY , | | Service type   Domestic |
| Ontario , CA 91761, | Windsor , CT 06095, | | Shipment type   Deferred (3 - 5) days |
| United States | United States | | Insurance Value   $0.00 |
| 9516854100 | 3107681333 | | Ship Date   Jul 22 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 254 | 48 / 40 / 20 | Vitamins and Supplements |
| Total: | | 1 | 254 | | |

**Special Instructions**

SO 1414807 PO 4547128292 52 cases Deliver ASAP

48 X40 X 24

Walgreens DC #
Date
Time In                Time Out
Pallet Count           STC
Cases/Pallets Received   of
                       Subject to Verification
Short        Over        Damage
T:
Driver
Con.
Checker

Shipper Name/Signature and Date   7/25/24

Firnando 7-25-24
Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 12400660 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| I herb Inc-<br>1765 worldwide Blvd<br>Hebron, KY 41048 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500136739/1412... | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 4360 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
|  | Shipping | Shipping Charges | 1,978.48 | 1,978.48 |

| **Total** | $1,978.48 |
|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

200



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | |
|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper) | **Reference Number** 12400660 |
| Chris Uribe | I Herb Kentucky | | **P.O. Reference** |
| Coast Warehouse | I Herb Kentucky | | **Service type** Domestic |
| 4750 Zinfandel Ct. , | 1765 Worldwide Blvd , | | **Shipment type** Deferred (3 - 5) days |
| Ontario , CA 91761, | Hebron , KY 41048, | | **Insurance Value** $0.00 |
| United States | United States | | **Ship Date** Jul 22 2024 |
| 9516854100 | 3107681333 | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 6 | 4360 | 48 40 40 | Vitamins and Supplements |
| Total: | | 6 | | | |

**Special Instructions**

SO 1412276 PO 4500136739 6 Pallets 548 cases Deliver ASAP

Shipper Name/Signature and Date

| DELIVERY DATE 7-23-24 | RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, NMFC 100 SERIES. | | Col |
|---|---|---|---|
| TIME 11:30 | NO. PIECES 6 | | |
| /S. INC. | CUSTOMER SIGNATURE 7/21/24 | PRINT NAME Jay Wilson | |
| | GREENLIGHT | | DEL |

Driver Name/Signature and Date     6v//0     7-23-24     O1

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2024 | 116504 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>80 International Pkwy<br>Windsor, CT 06095 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| CVS order | Net 30 | 8/21/2024 | 7/22/2024 | Deferred | 254 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges wrong order this order going to CVS not Walgreen | 314.86 | 314.86 |

| Total | | $314.86 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

202

# NUBORN EXPRESS
**FAST · EASY · RELIABLE**

www.nubornexpress.com

**INTERNATIONAL LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**116504**

CONFIRMATION NO.

*Irwin*

☐ Bill Shipper
☐ Collect
☐ 3rd Party

NU BORN DRIVER NO.
*Fernando*

PICK-UP DATE 7/22/24  PICK-UP TIME

**PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY**

*Coast Warehouse*
*4750 Zinfandel ct*
*Ontario, CA 91761*

☐ DELIVER TO (NO. PO BOXES)  ☐ HOLD AND NOTIFY, PHONE NO.00

*Walgreen CT*
*80 International Pkwy*
*Windsor, CT 06095*

**C.O.D.** AMOUNT
$

PIECES **1**

WEIGHT **254**

L  X  W  X  H

P.O. / REFERENCE *4547128292*    *501414807*

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day         ☐ Next Business Day
☐ Next Business Day By 9 AM  ☐ 2-day
☐ Saturday Delivery      ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other *Wrong Order*
*Order for CVS*

SPECIAL INSTRUCTIONS:

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular    ☐ International Priority
☐ Air Courier  ☐ Air Freight  ☐ Other
Please attach 3 copies of commercial invoice
☐ Document        ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:  ☐ Shipper  ☐ Cnee

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER 'S SIGNATURE:        DATE
X

CONSIGNEE SIGNATURE / PRINT NAME    DATE 8-9-24  TIME  AM PM
X *Cesar*

BILLING COPY

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/25/2024 | 12400662 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| I herb<br>15810 Heacock St<br>Moreno Valley, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500137665/1413... | Net 30 | 8/24/2024 | 7/25/2024 | Deferred | 900 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 329.75 | 329.75 |

| | | Total | |
|---|---|---|---|
| | | | $329.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite 4
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

**Shipper**
(complete name and address)
Chris Uribe
Coast Warehouse
4750 Zinfandel Ct. ,
Ontario , CA 91761,
United States
9516854100

**Recipient**
(complete name and address)
IHerb Moreno Valley
IHerb
15810 Heacock Street ,
Moreno Valley , CA 92551,
United States
9516163600

**Billing**
(to Shipper )

Reference Number 12400662
P.O. Reference
Service type          Domestic
Shipment type        Deferred (3 - 5) days
Insurance Value      $0.00
Ship Date            Jul 25 2024

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|----|-------------|-----|--------|-------------------------|-----------------------|
| 1  | -           | 1   | 900    | 48 / 40 / 35            | Vitamins and Supplements |
| Total: |         | 1   | 900    |                         |                       |

IHerb Moreno Valley Hub, CA

**Special Instructions**
SO 1413858 PO 4500137665 105 cases Deliver ASAP

Date 7/30   PO # 4500137665
# of Pallets/Cartons  1   Over
Damaged Cartons   Short

CBU 7/25/24
**Shipper Name/Signature and Date**

Deliveries are subject to further inspection for quality,
accuracy, etc. during our normal receiving process

Fernando 7-25-24
**Driver Name/Signature and Date**

Carrier Signature
Receiver Signature Alex Ramire

594959
534959

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

205

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2024 | 114750 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Threshold Enterprise<br>2280 Delaware ave<br>Santa Cruz, CA 95060 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 120693 | Net 30 | 8/25/2024 | 7/26/2024 | Deferred | 748 lbs | Carson,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 175 | 491.75 | 491.75 |

| | **Total** | |
|---|---|---|
| | | $491.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

NU BORN EXPRESS
FAST · EASY · RELIABLE
www.nubornexpress.com

INTERNATIONAL
LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**114750**

BILL TO: *Irwin Naturals*

☐ Bill Shipper
☐ Collect
☐ 3rd Party

CONFIRMATION NO.

NU BORN DRIVER NO.

PICK-UP FROM (IF DIFFERENT THAN CHARGE TO 3RD PARTY)

NU Born Express
17103 Kingsview Ave
Carson, CA 90746

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00

Threshold Enterprises
2280 Delaware Ave
Santa Cruz, CA 95060

PICK-UP DATE 7/06/24   PICK-UP TIME

C.O.D. AMOUNT
$

PIECES  2
WEIGHT  748

P.O. / REFERENCE   P.O # 120693        1415496

| L | X | W | X | H |
| 44 X 60 X 45 |
| 46 X 44 X 44 |
| CL 175 |

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day          ☐ Next Business Day
☐ Next Business Day By 9 AM   ☐ 2-day
☐ Saturday Delivery      ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other          *Class 175*

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document          ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS:

Lability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed.
Checks acce.

DELIVERY DATE 07/06/24
TIME 11:34   NO. PIECES 3

SHIPPER 'S SIGNATU
X

DECLARED VALUE: (FOR INSURANCE PURPOSE)

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM
CUSTOMER SIGNATURE

PRINT NAME: *JEFFREY WONG*

TOTAL

BILLING COPY

207

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2024 | 116485 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Threshold<br>310 Tyson Dr<br>Winchester, VA 22603 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| EC-64060 | Net 30 | 8/25/2024 | 7/26/2024 | Deferred | 752 lbs | Carson,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
|  | Shipping | Shipping Charges class 175 | 1,148.21 | 1,148.21 |

| | Total |
|---|---|
| | $1,148.21 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

**NU-BORN EXPRESS**
FAST! EASY! RELIABLE!

www.nubornexpress.com

**INTERNATIONAL LOGISTICS**

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**116485**

CONFIRMATION NO.

NU BORN DRIVER NO.

BILL TO: Irwin Naturals

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)
Nu Born Express
17103 Kingsview Ave
Carson, CA 90746

DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00
Threshold Enterprises
310 Tyson Drive
Winchester, VA 22603

P.O. / REFERENCE   P.O. # EC-64060    1415446

PICK UP DATE: 7/26/24   PICK UP TIME

C.O.D. AMOUNT $

PIECES 2

WEIGHT 752

L X W X H
44 X 71 X 46
46 X 44 X 47
CL 175

**COURIER/ FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other

☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

Class 175
746

**COURIER/ FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document   ☐ Non Document
Declared Value for Customs: us $

☐ Cnee

CHARGES

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

SPECIAL INSTRUCTIONS:

Liability for loss or damage to items is limited to $100.00 Carrier assumes no respo
or for consequential damages. Every effort is made for fast service but a reaso
Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can

SHIPPER 'S SIGNATURE:    DATE

X 3 - SMT.

VENDOR:
WEIGHT / LB   RATE   PREPAID

WINCHESTER, VA 2260
Threshold Enterprises, Ltd.
Receiving Department

AUG 05 2024

Delivery Date

Heidi Stinson

Acknowledgement of Delivery Only

INSURANCE PURPOSE

TIME   AM
         PM

BILLING COPY

209

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400664 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens,
17500 Perris Blvd
Moreno valley,, CA 92551

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547323373/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 148 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | **Total** | |
|--|-----------|--|
| | | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

210




**Nu-Born Express, Inc.**
232 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P:(310) 768-1333
(888) 682-5760
F:(310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen Moreno Valley | Reference Number | 12400664 | |
| Coast Warehouse | Walgreen Moreno Valley | P.O. Reference | | |
| 4750 Zinfandel Ct. , | 17500 Perris Blvd , | Service type | Domestic | |
| Ontario , CA 91761, | Moreno Valley , CA 92551, | Shipment type | Deferred (3 - 5) days | |
| United States | United States | Insurance Value | $0.00 | |
| 9516854100 | 3107681333 | Ship Date | Jul 29 2024 | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 148 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 148 | | |

**Special Instructions**

SO 1416076 PO 4547323373 24 cases Deliver ASAP

*CW 7/29/2024*
Shipper Name/Signature and Date

*Fernando 7-29-24*
Driver Name/Signature and Date

Date 7-30-24
Time In 10:27 Time Out 11:26
Received Cases: 1 PLT
Over: Short:
Driver: *Fernando*
Receiver: *Luis Salgado*

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400665 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>710 Ovilla Rd<br>Waxahachie, TX 75167 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323660/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 544 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 344.21 | 344.21 |

| | | | Total | $344.21 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

212



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd. Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen Waxahachie | | Reference Number | 12400665 |
| Coast Warehouse | Walgreen Waxahachie | | P.O. Reference | |
| 4750 Zinfandel Ct., | 710 Ovilla Rd., | | Service type | Domestic |
| Ontario , CA 91761, | Waxahachie , TX 75167, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Jul 29 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | | 1 | 544 | 48 40 25 | Vitamins and Supplements |
| Total: | | 1 | 544 | 48 X 41 X 33 | |

Special Instructions

SO 1416073 PO 4547323660 79 cases Deliver ASAP

Walgreens DC #
Date 8-6-24    Load 38614
Time In    Time Out
Pallet Count    STC
Cases/Pallets Received    of
    Subject to Verification
Short    Over    Damage
Driver
SUBTOTracker Hector Ma... (DRIVER SIGNATURE)

*CW 7/29/2024*
Shipper Name/Signature and Date

*Fernando 7-29-24*
Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless Insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee; but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

213

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400667 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>28727 Oregon Rd<br>Perrysburg, OH 43551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547323453/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 222 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges class 100 | 368.35 | 368.35 |

| | Total |
|---|---|
| | $368.35 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

214



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite A
Gardena, CA 90248

P: (310) 768-1333
(888) 562-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | | |
|---|---|---|
| **Shipper** (complete name and address) Chris Uribe Coast Warehouse 4750 Zinfandel Ct., Ontario , CA 91761, United States 9516854100 | **Recipient** (complete name and address) Walgreen Perrysburg Walgreen Perrysburg 28727 Oregon Rd , Perrysburg , OH 43551, United States 3107681333 | **Billing** (to Shipper) |

| | |
|---|---|
| Reference Number | 12400667 |
| P.O. Reference | |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Jul 29 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|----|-------------|-----|--------|---------------------|------------------------|
| 1 | - | 1 | 222 | 48 40 50 | Vitamins and Supplements |
| Total: | | 1 | 222 | | |

**Special Instructions**

SO 1416075 PO 4547323453 53 cases Deliver ASAP

Walgreens DC #6001
TO EXCO
DATE
Time In:
Pallet Count:
Cases/Pallets Receiv
Subjec
Short
Driver:
Checkor: A. Sanchez

RATE | PREPAD | O
Load:
Time Out: STO
of
Over
Damage:

*CW 7/29/2024*
Shipper Name/Signature and Date

*Fernando 7-29-24*
Driver Name/Signature and Date

*class 100*

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due, Nu-

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400663 |

### Bill To

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

### Ship To

Walgreens
2370 E Main St.
Woodland, CA 95776

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323653/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 205 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | Total |
|---|---|
| | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

216



Nu-Born Express, Inc.
222 E. Redondh Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe | Walgreen Woodland | | Reference Number 12400663 |
| Coast Warehouse | Walgreen Woodland | | P.O. Reference |
| 4750 Zinfandel Ct. , | 2370 East Main St , | | Service Type Domestic |
| Ontario , CA 91761, | Woodland , CA 95776, | | Shipment type Deferred (3 - 5) days |
| United States | United States | | Insurance Value $0.00 |
| 9516854100 | 3107681333 | | Ship Date Jul 29 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 205 | 48 40 50 | Vitamins and Supplements |
| Total: | | 1 | 205 | | |

### Special Instructions

SO 1416079 PO 4547323653 37 cases Deliver MABD

*CW 7/29/2024*

Shipper Name/Signature and Date

*Fernando 7-29-24*

Driver Name/Signature and Date

| WEIGHT | RATE | PREPAID | COLLECT |
|---|---|---|---|
Walgreens Woodland PCH 88002
Date 7 31
Time In
Pallet (205) 1
Cases/Pallets Received
Col Short
Driver
Checker

Load 44836
Time Out
STC 37
of
Subject to Verification
Over Damage

### LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400669 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | I herb Inc-<br>1765 worldwide Blvd<br>Hebron, KY 41048 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500137666/1413... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 1702 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 893.79 | 893.79 |

| | Total | |
|---|---|---|
| | | $893.79 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

218



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe | I Herb Kentucky | | Reference Number 12400669 |
| Coast Warehouse | I Herb Kentucky | | P.O. Reference - |
| 4750 Zinfandel Ct., | 1795 Worldwide Blvd , | | Service type Domestic |
| Ontario , CA 91761, | Hebron , KY 41048, | | Shipment type Deferred (3 - 5) days |
| United States | United States | | Insurance Value $0.00 |
| 9516854100 | 3107681333 | | Ship Date Jul 29 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 2 | 1702 | 48 40 40 | Vitamins and Supplements |
| Total: | | 2 | | | |

Special Instructions

SO 1413859 PO 4500137666 232 cases Deliver ASAP

CW 7/29/20

DELIVERY DATE 8/16/24 TIME 10:30 NO. PIECES 2

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, NMFC 100 SERIES

CUSTOMER SIGNATURE

**Shipper Name/Signature and Date**    **Consignee Name/Signature and Date**

_Fernando 7-29-24_

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400668 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>101 Alliance Parkway<br>Williamston, SC 29697 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323570/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 279 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | **Total** | |
|---|---|---|
| | | $299.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

220



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | |
|---|---|---|---|
| Chris Uribe | Walgreen Williamston | | Reference Number 12400668 |
| Coast Warehouse | Walgreen Williamston | | P.O. Reference |
| 4750 Zinfandel Ct. , | 101 Alliance Parkway , | | Service type Domestic |
| Ontario , CA 91761, | Williamston , SC 29697, | | Shipment type Deferred (3 - 5) days |
| United States | United States | | Insurance Value $0.00 |
| 9516854100 | 3107681333 | | Ship Date Jul 29 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 279 | 48 / 40 / 20 | Vitamins and Supplements |
| Total: | | 1 | 279 | | |

Special Instructions

SO:1416077 PO 4547323570 50 cases Deliver ASAP

WEIGHT LB 279
WALGREEN 46 DC 18
DATE
PLTS/CS Rcvd.
SUBJECT TO LATER COUNT/VERIFICATION.
WRAP INTACT?
CARRIER:
CARRIER:

LOAD 1C5328

CW 7/29/2024
Shipper Name/Signature and Date

Fernando 7-29-24
Driver Name/Signature and Date

534959

LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper**<br>(complete name and address)<br>Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct. ,<br>Ontario , CA 91761,<br>United States<br>9516854100 | **Recipient**<br>(complete name and address)<br>Vitamin Discount Center<br>v<br>546 Hillsboro Technology Drive ,<br>Deerfield Beach , FL 33441,<br>United States<br>8139077066 | **Billing**<br>(to Shipper ) | **Reference Number** 12400675<br>**P.O. Reference** -<br>**Service type** Domestic<br>**Shipment type** Deferred (3 - 5) days<br>**Insurance Value** $0.00<br>**Ship Date** Aug 01 2024 |
|---|---|---|---|

| No | Part Number | Qty | Weight | Length<br>Height<br>Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 3 | 1232 | 48<br>40<br>40 | Vitamins and Supplements |
| Total: | | 3 | 3696 | | |

**Special Instructions**

SO 1416728 PO VDC_44117 367 cases Deliver ASAP

| | RECEIVED BY: Nicola | SIGNATURE: | DATE: 8/7/2024 |
|---|---|---|---|

**Shipper Name/Signature and Date**

**Consignee Name/Signature and Date**

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2024 | 12400666 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
80 International Pkwy
Windsor, CT 06095

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323527/1416... | Net 30 | 8/28/2024 | 7/29/2024 | Deferred | 182 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 362.54 | 362.54 |

| | **Total** | |
|---|---|---|
| | | $362.54 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

223



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper. | Recipient | Billing | |
|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | Reference Number 12400666 |
| :Chris Uribe | Walgreen CT | | P.O. Reference |
| Coast Warehouse | Walgreen CT | | Service type — Domestic |
| 4750 Zinfandel Ct. , | 80 International PKWY , | | Shipment type — Deferred (3 - 5) days — |
| Ontario , CA 91761, | Windsor , CT 06095, | | Insurance Value $0.00 |
| United States | United States | | Ship Date Jul 29 2024 |
| 9516854100 | 3107681333 | | |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 182 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 182 | | |

**Special Instructions**

SO 1416078 PO 4547323527 37 cases Deliver ASAP.

*CW 7/29/2024*
Shipper Name/Signature and Date

*Fernando 7-29-24*
Driver Name/Signature and Date

WEIGHT / LB  182

Walgreens DC #
Date  5-12-24
Time In          Time Out
Pallet Count          STC
Cases/Pallets Received          of
Subject to Verification

Short          Over          Damage

Driver
Checker  Maya

CHARGES

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay-in-delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/30/2024 | 12400670 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
15998 Walgreens dr.
Jupiter, FL 33478

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323630/1416... | Net 30 | 8/29/2024 | 7/30/2024 | Deferred | 250 lbs | LA,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 399.75 | 399.75 |

| | Total |
|---|---|
| | $399.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

**Shipper**
(complete name and address)
Chris Uribe
Coast Warehouse
4750 Zinfandel Ct. ,
Ontario , CA 91761,
United States
9516854100

**Recipient**
(complete name and address)
Walgreen Jupiter
Walgreen Jupiter
15998 Walgreen Dr ,
Jupiter , FL 33478,
United States
3107681333

**Billing**
(to Shipper )

Reference Number  12400670
P.O. Reference
Service type          Domestic
Shipment type       Deferred (3 - 5) days
Insurance Value    $0.00
Ship Date               Jul 30 2024

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | -- | 1 | 250 | 48 / 40 / 15 | Vitamins and Supplements |
| Total: | | 1 | 250 | 73 | |

**Special Instructions**

SO 1416080 PO 4547323630 31 cases Deliver ASAP

CW  7/30/24

**Shipper Name/Signature and Date**

| | |
|---|---|
| COLOR: Y | 0 YES 0 NO 0 N/A |
| # PALLETS 1 | # LOOSE 0 | # HANDLING UNITS 1 | 0 LIVE UNLOAD 0 DROP UNLOAD | TIME OUT AM/PM 12:33 PM |
| RECEIVED BY: Wimzor | SIGNATURE: | |

**Consignee Name/Signature and Date**                    DATE: 8/7/2024

Fernando 7-30-24

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

226

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/30/2024 | 12400671 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

I herb
15810 Heacock St
Moreno Valley, CA 92551

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500139218/1415... | Net 30 | 8/29/2024 | 7/30/2024 | Deferred | 397 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | | | Total | |
|---|---|---|---|---|
| | | | | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

227



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | IHerb Moreno Valley | | Reference Number | 12400671 |
| Coast Warehouse | IHerb | | P.O. Reference | |
| 4750 Zinfandel Ct. , | 15810 Heacock Street , | | Service type | Domestic |
| Ontario , CA 91761, | Moreno Valley , CA 92551, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 9516163600 | | Ship Date | Jul 30 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 397 | 40 / 15 / 48 | Vitamins and Supplements |
| Total: | | 1 | 397 | | |

**Special Instructions**

SO 1415361 PO 4500139218 39 cases Deliver ASAP

_CW_ 7/30/24

**Shipper Name/Signature and Date**

_Fernando_ 7-30-24

**Driver Name/Signature and Date**

iHerb Moreno Valley Hub, CA

Date _O/6_   PO # _4583139218_

# of Pallets/Cartons _1_   Over _0_

**Consignee Name/Signature and Date**

Damaged Cartons _0_   Short _0_

Deliveries are subject to further inspection for quality, accuracy and count during our normal receiving process

Carrier Signature

Receiver Signature _Edward Wood_

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2024 | 12400672 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
5100 Lake Terrace .N.E
Mount Vernon, IL 62864

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547327731/1416... | Net 30 | 8/31/2024 | 8/1/2024 | Deferred | 1224 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 599.62 | 599.62 |

| | | **Total** | | |
|---|---|---|---|---|
| | | | | $599.62 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

229



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe Coast Warehouse 4750 Zinfandel Ct., Ontario , CA 91761, United States 9516854100 | Walgreen Mount Vernon, Walgreen Mount Vernon 5100 Lake terrace NE, Mount Vernon , IL 62864, United States 3107681333 | Reference Number | 12400672 |
| | | P.O. Reference | |
| | | Service type | Domestic |
| | | Shipment type | Deferred (3 - 5) days |
| | | Insurance Value | $0.00 |
| | | Ship Date | Aug 01 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | .- | 1 | 1224 | 48 40 50 | Vitamins and Supplements |
| Total: | | 1 | 1224 | | |

Special Instructions

SO 1416099 PO 4547327731 161 cases Deliver ASAP

| | Result | Delivered Clear | Signature | |
|---|---|---|---|---|
| *CW* | Date | 8/6/24 | *Delvis* | Signed by |
| Shipper Name/Signature | Arrived | 05:26 PM (CDT) | | Delvis |
| | Delivered | 05:40 PM (CDT) | | |

*Fernando 8-1-24*

Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts; bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

230

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2024 | 12400673 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
4400 State Rd Highway # 19
Windsor, WI 53598

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547323706/1416... | Net 30 | 8/31/2024 | 8/1/2024 | Deferred | 185 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | | | | **Total** | $299.75 |
|---|---|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

231



**NU-BORN EXPRESS**
FAST, EASY, RELIABLE

Nu-Born Express, Inc.
222 B. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| **Shipper** (complete name and address) | **Recipient** (complete name and address) | **Billing** (to Shipper) | |
|---|---|---|---|
| Chris Uribe | Walgreen WI | | **Reference Number** 12400673 |
| Coast Warehouse | Walgreen WI | | **P.O. Reference** |
| 4750 Zinfandel Ct. , | 4400 State Rd Highway#19 , | | **Service type** Domestic |
| Ontario , CA 91761, | Windsor , WI 53598, | | **Shipment type** Deferred (3 - 5) days |
| United States | United States | | **Insurance Value** $0.00 |
| 9516854100 | 3107681333 | | **Ship Date** Aug 01 2024 |

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 185 | 48 / 40 / 15 | Vitamins and Supplements |
| **Total:** | | **1** | **185** | | |

**Special Instructions**

SO 1416074 PO 4547323706 32 cases Deliver ASAP

**Shipper Name/Signature and Date**

BY _Carl_ DATE _____

**Consignee Name/Signature and Date**

DATE REQUIRED: 8-6  TIME REQUIRED: 12:24

_Fernando_ 8·1·24

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2024 | 12400674 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

I herb
15810 Heacock St
Moreno Valley, CA 92551

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500140315/1416... | Net 30 | 8/31/2024 | 8/1/2024 | Deferred | 500 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | Total |
|---|---|
| | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

233



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1888
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

**Shipper**
(complete name and address)
Chris Uribe
Coast Warehouse
4750 Zinfandel Ct. ,
Ontario , CA 91761,
United States
9516854100

**Recipient**
(complete name and address)
iHerb Moreno Valley
iHerb
15810 Heacock Street ,
Moreno Valley , CA 92551,
United States
9516163600

**Billing**
(to Shipper )

Reference Number    12400674
P.O. Reference
Service type            Domestic
Shipment type
Insurance Value       Deferred (3 - 5) days
Ship Date               $0.00
                            Aug 01 2024

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|----|-------------|-----|--------|---------------------|------------------------|
| 1 | - | 1 | 500 | 40 48 20 | Vitamins and Supplements |
| Total: | | 1 | 500 | | |

**Special Instructions**

SO 1416586 PO 4500140315 49 cases Deliver ASAP

*CW  8/1/24.*
**Shipper Name/Signature and Date**

*Fernando 8-1-94*
**Driver Name/Signature and Date**

iHerb Moreno Valley Hub, CA
Date  8/6    PO # 4500140315
# of Pallets/Cartons              Over
Consignee Name/Signature and Date
Damaged Cartons                    Short

Deliveries are subject to further inspection for quality,
accuracy and c... ... during our normal receiving process

Carrier Signature

Receiver Signature

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due, Nu-

234

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2024 | 12400675 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Vitamin Discount Center
546 Hillsboro Technolgy Dr
Deefield Beach, FL 33441

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| VDC44117/14167... | Net 30 | 8/31/2024 | 8/1/2024 | Deferred | 3696 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 1,848.21 | 1,848.21 |

| | |
|---|---|
| **Total** | $1,848.21 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

235

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/2/2024 | 115578 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Cost Warehous
4750 Zinfandel Ct
Ontario, CA 91761

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| IN110019 | Net 30 | 9/1/2024 | 8/2/2024 | NFO/Same D... | 1 plt | Carson,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 95.00 | 95.00 |

| | | | Total | |
|---|---|---|---|---|
| | | | | $95.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

236

**NU-BORN EXPRESS**
FAST · EASY · RELIABLE

www.nubornexpress.com

NU BORN
INTERNATIONAL
LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**115578**

CONFIRMATION NO.

NU BORN DRIVER NO.

BILL TO

Irwin Naturals

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)

NU-BORN EXPRESS, INC.
17103 Kingsview Ave
Carson,CA 90746

☐ DELIVER TO (NO. PO BOXES)    ☐ HOLD AND NOTIFY, PHONE NO.00

Coast Warehouse
4750 Zinfandel ct
Ontario, CA 91761

PICK-UP DATE: 8/1/24    PICK-UP TIME

C.O.D. AMOUNT
$

PIECES 1

WEIGHT

L  X  W  X  H

P.O. / REFERENCE    Item # IN110019

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other _____

☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular    ☐ International Priority
☐ Air Courier    ☐ Air Freight    ☐ Other
Please attach 3 copies of commercial invoice
☐ Document    ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:    ☐ Shipper    ☐ Cnee

SPECIAL INSTRUCTIONS:

Item# IN110019 — T51941

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or or consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER 'S SIGNATURE:    DATE.

CONSIGNEE SIGNATURE / PRINT NAME:    DATE    TIME AM/PM
x chan lepa    08-02-24

| CHARGES | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| TOTAL | |

BILLING COPY

237

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/2/2024 | 12400677 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Vitamin Discount Center
546 Hillsboro Technolgy Dr
Deefield Beach, FL 33441

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| VDC44114/14155... | Net 30 | 9/1/2024 | 8/2/2024 | Deferred | 2700 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 1,399.75 | 1,399.75 |

**Total** $1,399.75

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

238



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite N
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

**Shipper**
(complete name and address)
Chris Uribe
Coast Warehouse
4750 Zinfandel Ct.
Ontario , CA 91761,
United States
9516854100

**Recipient**
(complete name and address)
Michael Gore
Vitamin Discount Center
546 Hillsboro Technology Drive ,
Deerfield Beach , FL 33441,
United States
8139077066

**Billing**
(to Shipper )

Reference Number   12400677
P.O. Reference
Service type          Domestic
Shipment type       Deferred (3 - 5) days
Insurance Value     $0.00
Ship Date              Aug 02 2024

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|----|-------------|-----|--------|--------------------------|------------------------|
| 1  | -           | 3   | 900    | 48 / 40 / 40             | Vitamins and Supplements |
| Total: |         | 3   | 2700   |                          |                        |

**Special Instructions**

SO 1415512 PO VDC_44114 283 cases Deliver ASAP

*CW 8/02/2024*

**Shipper Name/Signature and Date**

| RECEIVED BY: | Nicola | SIGNATURE | | AM/PM | 12:33 PM |
| Consignee Name/Signature and Date | | | | DATE: | 8/7/2024 |

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

239

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/2/2024 | 12400678 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

I herb Inc-
1765 worldwide Blvd
Hebron, KY 41048

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4500140316/1416... | Net 30 | 9/1/2024 | 8/2/2024 | Deferred | 2145 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 1,399.19 | 1,399.19 |

| | | | | |
|---|---|---|---|---|

## Total

$1,399.19

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

240



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., South
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

**Shipper**
(complete name and address)
Chris Uribe
Coast Warehouse
4750 Zinfandel Ct.
Ontario , CA 91761,
United States
9516854100

**Recipient**
(complete name and address)
I Herb Kentucky
I Herb Kentucky
1795 Worldwide Blvd
Hebron , KY 41048,
United States
3107681333

**Billing**
(to Shipper )

Reference Number  12400678
P.O. Reference
Service type          Domestic
Shipment type       Deferred (3 - 5) days
Insurance Value     $0.00
Ship Date             Aug 02 2024

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|----|-------------|-----|--------|---------------------|------------------------|
| 1 | - | 3 | 715 | 48 / 40 / 40 | Vitamins and Supplements |
| Total: | | 3 | 2145 | | |

**Special Instructions**

SO 1416585 PO 4500140316 235 cases deliver ASAP

*CW 8/02/2024*
**Shipper Name/Signature and Date**

DELIVERY DATE 8/4/24
TIME 12-08
NO PIECES 3

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, NMFC 100 SERIES
CUSTOMER SIGNATURE     8/9/24
**Consignee Name/Signature and Date**
PRINT NAME: Ray Wilson

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

241

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400679 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens,<br>17500 Perris Blvd<br>Moreno valley,, CA 92551 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547541813/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 207 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | Total | | $249.75 |
|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

242



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite 1
Gardena, CA 90249

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | |
|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) | |
| Chris Uribe | Walgreen Moreno Valley | | Reference Number 12400679 |
| Coast Warehouse | Walgreen Moreno Valley | | P.O. Reference - |
| 4750 Zinfandel Ct., | 17500 Perris Blvd | | Service type Domestic |
| Ontario, CA 91761, | Moreno Valley, CA 92551, | | Shipment type Deferred (3 - 5) days |
| United States | United States | | Insurance Value $0.00 |
| 9516854100 | 3107681333 | | Ship Date Aug 05 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 207 | 48 48 15 | Vitamins and Supplements |
| Total: | | 1 | 207 | | |

*handwritten across table:* Weight 207 DC #12  Date: 8-6-24  Time In: 12:24 Time Out: 1:03  Received Cases: 35  Over: 0 Short: 0  Driver:  Receiver: Jose Montes

**Special Instructions**

SO 1417212 PO 4547541813 35 cases Deliver ASAP

*handwritten:* CW - 8/5/24

Shipper Name/Signature and Date                  Consignee Name/Signature and Date

*handwritten:* J— Culle 8-5-24 — 01

Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

243

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400680 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
15998 Walgreens dr.
Jupiter, FL 33478

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547540676/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 210 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 365.51 | 365.51 |

| | **Total** | |
|---|---|---|
| | | $365.51 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

244



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

**Shipper**
(complete name and address)
Chris Uribe
Coast Warehouse
4750 Zinfandel Ct.
Ontario , CA 91761,
United States
9516854100

**Recipient**
(complete name and address)
Walgreen Jupiter
Walgreen Jupiter
15998 Walgreen Dr ,
Jupiter , FL 33478,
United States
3107681333

**Billing**
(to Shipper )

Reference Number   12400680
P.O. Reference
Service type          Domestic
Shipment type        Deferred (3 - 5) days
Insurance Value     $0.00
Ship Date              Aug 05 2024

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|----|-------------|-----|--------|---------------------|------------------------|
| 1 | -- | 1 | 210 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 210 | | |

**Special Instructions**

SO 1417203 PO 4547540676 37 cases Deliver ASAP

COLOR: Y
# PALLETS 1
# LOOSE 0
YES NO N/A
# HANDLING UNITS 1
LIVE UNLOAD / DROP UNLOAD
TIME OUT AM/PM  12:16 PM

RECEIVED BY: Winzor   SIGNATURE

(CU) / 8/5/24
Shipper Name/Signature and Date

Consignee Name/Signature and Date
DATE: 8/13/2024

Gallo   8-5-24 — 01
Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due: Nu-

245

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400683 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>710 Ovilla Rd<br>Waxahachie, TX 75167 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547542047/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 298 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 329.88 | 329.88 |

| | Total |
|---|---|
| | $329.88 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

246



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 582-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | |
|---|---|---|---|
| Chris Uribe | Walgreen Waxahachie | | Reference Number 12400683 |
| Coast Warehouse | Walgreen Waxahachie | | P.O. Reference |
| 4750 Zinfandel Ct. | 710 Ovilla Rd , | | Service type — Domestic |
| Ontario , CA 91761, | Waxahachie , TX 75167, | | Shipment type — Deferred (3 - 5) days |
| United States | United States | | Insurance Value — $0.00 |
| 9516854100 | 3107681333 | | Ship Date — Aug 05 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 298 | 48 40 25 | Vitamins and Supplements |
| Total: | | 1 | 298 | | |

**Special Instructions**

SO 1417210 PO 4547542047 Deliver ASAP 43 cases

*CW 8/5/2024*

**Shipper Name/Signature and Date**

**Driver Name/Signature and Date**

298 LB

Walgreens DC
Date 8-13-24  Load 38710
Time In  Time Out
Pallet Count  STC
Cases/Pallets Received  of
Short:  Subject to Verification
Driver  Over  Damage
Cons  Subtotal

DELIVERED BY:
[DRIVER SIGNATURE]

J Cullo 8-8-24 — 01

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale. .

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

247

## ** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400681 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
101 Alliance Parkway
Williamston, SC 29697

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547541790/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 256 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges class 100 | 398.20 | 398.20 |

| | Total | $398.20 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

248



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite "B"
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe | Walgreen Williamston | Reference Number | 12400681 |
| Coast Warehouse | Walgreen Williamston | P.O. Reference | - |
| 4750 Zinfandel Ct. , | 101 Alliance Parkway , | Service type | Domestic |
| Ontario , CA 91761, | Williamston , SC 29697, | Shipment type | Deferred (3 - 5) days |
| United States | United States | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | Ship Date | Aug 05 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 256 | 48 / 40 / 25 | Vitamins and Supplements |
| Total: | | 1 | 256 | | |

**Special Instructions**

SO 1417208 PO 4547541790 40 cases Deliver ASAP

CW 8/5/24

**Shipper Name/Signature and Date**

WEIGHT 256
8/13/24
WALGREENS DC#18
DATE_____ LOAD_____
PLTS/CS Rcvd._____
SUBJECT TO LATER COUNT/VERIFICATION
WRAP INTRACT?_____
CARRIER:_____

**Consignee Name/Signature and Date**

CARRIER:_____

1 — 600 8-5-24 — 01

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

249

**\*\* Nu-Born Express, Inc. \*\***

# Invoice

17103 kingsview Ave
Carson, CA 90746

| Date | Invoice # |
|------|-----------|
| 8/5/2024 | 12400682 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
28727 Oregon Rd
Perrysburg, OH 43551

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547541781/1417... | Net 30 | 9/4/2024 | 8/5/2024 | Deferred | 225 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | | | **Total** | $299.75 |
|---|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

250



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 882-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing | |
|---|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper) | |
| Chris Uribe | Walgreen Perrysburg | | **Reference Number** 12400682 |
| Coast Warehouse | Walgreen Perrysburg | | **P.O. Reference** - |
| 4750 Zinfandel Ct. , | 28727 Oregon Rd , | | **Service type** Domestic |
| Ontario , CA 91761, | Perrysburg, OH 43551, | | **Shipment type** Deferred (3 - 5) days |
| United States | United States | | **Insurance Value** $0.00 |
| 9516854100 | 3107681333 | | **Ship Date** Aug 05 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 225 | 48 40 20 | Vitamins and Supplements |
| Total: | | 1 | 225 | | |

**Special Instructions**

SO 1417207 PO 4547541781 39 cases Deliver ASAP

*CW 8/5/2024*

**Shipper Name/Signature and Date**

J. Gurbo  8-6-24

**Driver Name/Signature and Date**

Walgreens DC # 8801 PERRYSBURG, OH 43551
Date:
TO EXC: 160
TOTALS
Pallet Count: 2
Cases/Pallets Received
TOTALS
Short:
Driver: 115
Checker: 500

RATE Load: PREPAID
Time Out:
S/C:
of
Subject to Verification
Over
Damage:
M. Kret

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 114015 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Cost Warehous<br>4750 Zinfandel Ct<br>Ontario, CA 91761 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Robinson | Net 30 | 9/5/2024 | 8/6/2024 | NFO/Same D... | 9 plts | Costa Mesa,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 320.00 | 320.00 |

| | Total | |
|---|---|---|
| | | $320.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

252

NUBORN EXPRESS
FAST, EASY, RELIABLE

www.nubornexpress.com

INTERNATIONAL LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
**114015**

CONFIRMATION NO.

NU BORN DRIVER NO.
*Fernando*

BILL TO: **IRWIN**

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP DATE: 8-6   PICKUP TIME: 24

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)
Robinson Pharma
1585 Macarthur Blvd.
Costa Mesa, CA 92626

☐ , DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00
C W Coast
4750 Zinfandel CT
Ontario, CA 91761

C.O.D. AMOUNT
$

PIECES: 9 Pallets
WEIGHT

L X W X H

P.O. / REFERENCE

**COURIER / FREIGHT SERVICE DOMESTIC**

☐ NFO/Same Day
☐ Next Business Day By 9 AM
☐ Saturday Delivery
☐ Sunday /Hol. Delivery
☐ Other _____

☐ Next Business Day
☐ 2-day
☐ Deferred/3-5 days

**COURIER / FREIGHT INTERNATIONAL**

☐ International Regular   ☐ International Priority
☐ Air Courier   ☐ Air Freight   ☐ Other
Please attach 3 copies of commercial invoice
☐ Document   ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:   ☐ Shipper   ☐ Cnee

SPECIAL INSTRUCTIONS:

9 Pallets

CHARGES

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| TOTAL | |

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

SHIPPER'S SIGNATURE
*Tram Tran 8/6/24*   DATE

CONSIGNEE SIGNATURE / PRINT NAME
X _____ DATE 08-06   TIME _____ AM PM

DECLARED VALUE: (FOR INSURANCE PURPOSE)

BILLING COPY

253

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 116493 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Cost Warehous
4750 Zinfandel Ct
Ontario, CA 91761

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| IN109768 | Net 30 | 9/5/2024 | 8/6/2024 | NFO/Same D... | 2 plts | Carson,CA |

| Quantity | Item | Description | | Rate | Amount |
|---|---|---|---|---|---|
| | Shipping | Shipping Charges | | 165.00 | 165.00 |

| | | | | **Total** | |
|---|---|---|---|---|---|
| | | | | | $165.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

254

NU BORN EXPRESS
FAST. EASY. RELIABLE.

NU BORN
INTERNATIONAL
LOGISTICS

www.nubornexpress.com

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

**WAY BILL NO:**
116493

CONFIRMATION NO.

NU BORN DRIVER NO.
J____

BILL TO: IRWIN

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP FROM (IF DIFFERENT THAN CHARGE TO 3RD PARTY)

Nu Born Express
17103 Kingsview Av
Carson, CA 90746

☐ DELIVER TO (NO. PO BOXES)    ☐ HOLD AND NOTIFY, PHONE NO.00

Coast Warehouse
4750 Zinfandel ct
Ontario, CA 91761

PICK-UP DATE  PICKUP TIME
6/6/24

C.O.D. AMOUNT
$

PIECES  2

WEIGHT

L X W X H

P.O. / REFERENCE   Item# IN109768

COURIER/ FREIGHT SERVICE DOMESTIC

☐ NFO/Same Day            ☐ Next Business Day
☐ Next Business Day By 9 AM ☐ 2-day
☐ Saturday Delivery       ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other _____

COURIER/ FREIGHT INTERNATIONAL

☐ International Regular   ☐ International Priority
☐ Air Courier  ☐ Air Freight  ☐ Other
Please attach 3 copies of commercial invoice
☐ Document              ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to:  ☐ Shipper   ☐ Cnee

CHARGES

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |

SPECIAL INSTRUCTIONS:   TS1693
TS1711

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE:(FOR INSURANCE PURPOSE)

SHIPPER 'S SIGNATURE        DATE

CONSIGNEE SIGNATURE / PRINT NAME
X _____ Lora   08-06-24

DATE    TIME   AM
                      PM

TOTAL

BILLING COPY

Coast Warehouse
4750 Zinfandel Ct
Ontario   State:  CA
Debbie Cervantes
951-688-4100 x405

Nuborn Express Inc

Zip: 91761

Vendor Receiving Dept. Signature

Buyer Signature
Date

| | Qty Requested | Qty Pulled | # of Cases | Quantity per Case |
|---|---|---|---|---|
| | 2,400 | | | |
| | 700 | | | |

Transfer Code: 8.6.24=CW100

255

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 12400687 |

| Bill To | Ship To |
|---------|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 | Walgreens<br>2370 E Main St.<br>Woodland, CA 95776 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|--------------------|-------|----------|-----------|--------------|--------------|-------------|
| 4547739521/1418... | Net 30 | 9/5/2024 | 8/6/2024 | Deferred | 253 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | Shipping | Shipping Charges | 249.75 | 249.75 |

| | **Total** | |
|--|-----------|--|
| | | $249.75 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

256



**Nu-Born Express, Inc.**
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90247

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper) | |
|---|---|---|---|
| Chris Uribe<br>Coast Warehouse<br>4750 Zinfandel Ct.<br>Ontario , CA 91761,<br>United States<br>9516854100 | Walgreen Woodland<br>Walgreen Woodland<br>2370 East Main St ,<br>Woodland , CA 95776,<br>United States<br>3107681333 | Reference Number 12400687<br>P.O. Reference<br>Service type Domestic<br>Shipment type Deferred (3 - 5) days<br>Insurance Value $0.00<br>Ship Date Aug 06 2024 | |

| No | Part Number | Qty | Weight | Length / Height / Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 253 | 48 / 40 / 15 | Vitamins and Supplements |
| Total: | | 1 | 253 | | |

**Special Instructions**

SO 1418504 PO 4547739521 22 cases Deliver ASAP

*CW 8/6/24*

Shipper Name/Signature and Date

Walgreen DC #8800
Date 8/8/24 Load 46159
Time in
Pallet Count Time Out STG 82
Cases/Pallets Received of
Short Subject to Verification
Over Damage
Driver
Checker

*[driver signature] 8-6-24-01*

Driver Name/Signature and Date

Consign.

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 12400685 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STB#550
Culver City, CA 90230

**Ship To**

Walgreens
4400 State Rd Highway # 19
Windsor, WI 53598

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547542001/1417... | Net 30 | 9/5/2024 | 8/6/2024 | Deferred | 208 lbs | Ontario,CA |

| Quantity | Item | Description | | Rate | Amount |
|---|---|---|---|---|---|
| | Shipping | Shipping Charges | | 299.75 | 299.75 |

**Total** $299.75

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

258



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 882-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

**Shipper**
(complete name and address)
Chris Uribe
Coast Warehouse
4750 Zinfandel Ct. ,
Ontario , CA 91761,
United States
9516854100

**Recipient**
(complete name and address)
Walgreen WI.
Walgreen WI
4400 State Rd Highway#19 ,
Windsor , WI 53598,
United States
3107681333

**Billing**
(to Shipper )

Reference Number    12400685
P.O. Reference
Service type         Domestic
Shipment type        Deferred (3 - 5) days
Insurance Value      $0.00
Ship Date            Aug 06 2024

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|----|-------------|-----|--------|---------------------|-----------------------|
| 1 | - | 1 | 208 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 208 | | |

**Special Instructions**

SO 1417211 PO 4547542001 31 cases Deliver ASAP

CW   8/6/24          BY          DATE          DATE REQUIRED: 8-12   TIME REQUIRED:
**Shipper Name/Signature and Date**

                                    **Consignee Name/Signature and Date**

         CUID          B-6-24   ~ 01
**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

259

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 12400686 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
5100 Lake Terrace .N.E
Mount Vernon, IL 62864

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547542054/1417... | Net 30 | 9/5/2024 | 8/6/2024 | Deferred | 1268 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 694.67 | 694.67 |

| | | | |
|---|---|---|---|
| **Total** | | | $694.67 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

260



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

**Shipper**
(complete name and address)
Chris Uribe
Coast Warehouse
4750 Zinfandel Ct. ,
Ontario , CA 91761,
United States
9516854100

**Recipient**
(complete name and address)
Walgreen Mount Vernon
Walgreen Mount Vernon
5100 Lake terrace NE ,
Mount Vernon , IL 62864,
United States
3107681333

**Billing**
(to Shipper )

Reference Number  12400686
P.O. Reference          -
Service type              Domestic
Shipment type           Deferred (3 - 5) days
Insurance Value        $0.00
Ship Date                  Aug 06 2024

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|----|-------------|-----|--------|---------------------|------------------------|
| 1  | -           | 1   | 1268   | 48 40 50            | Vitamins and Supplements |
| Total: |         | 1   | 1268   |                     |                        |

**Special Instructions**

SO 1417213 PO 4547541

| Result | Delivered Clear | | Signature | | Signed by |
|--------|-----------------|--|-----------|--|-----------|
| Date   | 8/12/24         |  | *Chad Valotine* |  | Chad valatine |
| Arrived | 03:33 PM (CDT) |  |           |  |           |
| Delivered | 03:48 PM (CDT) | |        |  |           |

CW  8/6/24

Shipper Name/Signature and Date

Consignee Name/Signature and Date

Driver Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee; but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 12400684 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
80 International Pkwy
Windsor, CT 06095

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547541793/1417... | Net 30 | 9/5/2024 | 8/6/2024 | Deferred | 135 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | Total |
|---|---|
| | $299.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

262



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 682-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) | Recipient (complete name and address) | Billing (to Shipper ) | | |
|---|---|---|---|---|
| Chris Uribe | Walgreen CT | | Reference Number | 12400684 |
| Coast Warehouse | Walgreen CT | | P.O. Reference | |
| 4750 Zinfandel Ct. | 80 International PKWY , | | Service type | Domestic |
| Ontario , CA 91761, | Windsor , CT 06095, | | Shipment type | Deferred (3 - 5) days |
| United States | United States | | Insurance Value | $0.00 |
| 9516854100 | 3107681333 | | Ship Date | Aug 06 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | | 1 | 135 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 135 | | |

**Special Instructions**

SO 1417206 PO 4547541793 26 cases Deliver ASAP

DELIVERY DATE 8 15 24
TIME 140
NO. PIECES 15K2

RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED, AND SUBJECT SOLELY TO THE TERMS AND CONDITIONS OF CARRIER'S INDIVIDUAL AND COLLECTIVE TARIFFS, INCLUDING LIMITATIONS OF LIABILITY, AND THE UNIFORM STRAIGHT BILL OF LADING, NMFC 100 SERIES.

17. WALGREENS
Collect This Area

CW   8/6/24

Shipper Name/Signature and Date

David Wade
PRINT NAME: David Wade

Consignee Name/Signature and Date

Gullo   8-6-24 - 01

Driver Name/Signature and Date

**LIMITATION OF CARRIER'S LIABILITY**

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/7/2024 | 12400690 |

| Bill To |
|---------|
| IRWIN NATURALS<br>300 Corporate Point Walk STE#550<br>Culver City, CA 90230 |

| Ship To |
|---------|
| Walgreens<br>4400 State Rd Highway # 19<br>Windsor, WI 53598 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547739199/1418... | Net 30 | 9/6/2024 | 8/7/2024 | Deferred | 189 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 299.75 | 299.75 |

| | Total |
|---|---|
| | $299.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

264



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P:(310) 768-1333
(888) 682-6760
F:(310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| | | |
|---|---|---|
| **Shipper** (complete name and address) Chris Uribe Coast Warehouse 4750 Zinfandel Ct. , Ontario , CA 91761, United States 9516854100 | **Recipient** (complete name and address) Walgreen WI Walgreen WI 4400 State Rd Highway#19 , Windsor , WI 53598, United States 3107681333 | **Billing** (to Shipper ) |

Reference Number   12400690
P.O. Reference         -
Service type              Domestic
Shipment type          Deferred (3 - 5) days
Insurance Value       $0.00
Ship Date                  Aug 07 2024

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|----|-------------|-----|--------|------|------------------------|
| 1 | | 1 | 189 | 48 40 15 | Vitamins and Supplements |
| Total: | | 1 | 189 | | |

Special Instructions

SO 1418434 PO 4547739199 23 cases Deliver ASAP

*CW* 8/7/24

**Shipper Name/Signature and Date**

BY *Carl*   DATE _____   DATE REQUIRED: 8-12   TIME

Consignee Name/Signature and Date

*fernanda* 8-7-24

**Driver Name/Signature and Date**

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/7/2024 | 12400689 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
710 Ovilla Rd
Waxahachie, TX 75167

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547739490/1418... | Net 30 | 9/6/2024 | 8/7/2024 | Deferred | 289 lbs | Ontario,CA |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges | 313.88 | 313.88 |

| | **Total** | |
|---|---|---|
| | | $313.88 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

266



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90249

P: (310) 768-1333
(888) 842-5760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper | Recipient | Billing |
|---|---|---|
| (complete name and address) | (complete name and address) | (to Shipper ) |
| Chris Uribe | Walgreen Waxahachie | |
| Coast Warehouse | Walgreen Waxahachie | |
| 4750 Zinfandel Ct. , | 710 Ovilla Rd , | |
| Ontario , CA 91761, | Waxahachie , TX 75167, | |
| United States | United States | |
| 9516854100 | 3107681333 | |

| Reference Number | 12400689 |
|---|---|
| P.O. Reference | |
| Service type | Domestic |
| Shipment type | Deferred (3 - 5) days |
| Insurance Value | $0.00 |
| Ship Date | Aug 07 2024 |

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 289 | 48 40 20 | Vitamins and Supplements |
| Total: | | 1 | 289 | 90 | |

**Special Instructions**

SO 1418505 PO 4547739490 38 cases Deliver ASAP

Walgreens DC
Date 8-15-90
Time In
Pallet Count
Cases/Pallet: Received _ of 1
Short   Over
Driver
Checked  Coleman

WEIGHT 289 LB   RATE   CHAI
10
Load  38745
Time Out
STC
Subject to Verification
Demand

*CW 8/7/24*

**Shipper Name/Signature and Date**

*Fernando 8-7-24*

**Driver Name/Signature and Date**

DELIVERED
(DRIVER SIGN

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For International shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

** Nu-Born Express, Inc. **

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/7/2024 | 12400688 |

**Bill To**

IRWIN NATURALS
300 Corporate Point Walk STE#550
Culver City, CA 90230

**Ship To**

Walgreens
28727 Oregon Rd
Perrysburg, OH 43551

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| 4547739086/1418... | Net 30 | 9/6/2024 | 8/7/2024 | Deferred | 160 lbs | Ontario,CA |

| Quantity | Item | Description | | Rate | Amount |
|---|---|---|---|---|---|
| | Shipping | Shipping Charges | | 299.75 | 299.75 |

| | | | **Total** | | |
|---|---|---|---|---|---|
| | | | | | $299.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

268



Nu-Born Express, Inc.
222 E. Redondo Beach Blvd., Suite H
Gardena, CA 90248

P: (310) 768-1333
(888) 882-6760
F: (310) 768-1777
W: www.nubornexpress.com
E: info@nubornexpress.com

| Shipper (complete name and address) Chris Uribe Coast Warehouse 4750 Zinfandel Ct. , Ontario , CA 91761, United States 9516854100 | Recipient (complete name and address) Walgreen Perrysburg Walgreen Perrysburg 28727 Oregon Rd , Perrysburg , OH 43551, United States 3107681333 | Billing (to Shipper ) | Reference Number 12400688 P.O. Reference Service type Domestic Shipment type Deferred (3 ~ 5) days Insurance Value $0.00 Ship Date Aug 07 2024 |
|---|---|---|---|

| No | Part Number | Qty | Weight | Length Height Width | Commodity Description |
|---|---|---|---|---|---|
| 1 | - | 1 | 160 | 48 40 10 | Vitamins and Supplements |
| Total: | | 1 | 160 | | |

Special Instructions

SO 1418437 PO 4547739086 20 cases Deliver ASAP.

*CW  8/7/24*

Shipper Name/Signature and Date

*Fernando  8-7-24*

Driver Name/Signature and Date

Walgreens DC # 880 PERRYSBURG, OH 43551
Date:
T. Wt. In:     160          Load:
Tare:                        Time Out:
Pallet Count:  2             S/C:
Cases/Pallets Received:          of
TOTALS –        Subject to Verification
Short:          Over:        Damage:
Driver:
Checker:        500   *M. Krol*

Consignee Name/Signature and Date

## LIMITATION OF CARRIER'S LIABILITY

In tendering the shipment described herein for carriage, Shipper agrees to these conditions of contract, which no agent or employee of the parties may alter, and that this Airbill is non-negotiable and has been prepared by Shipper or on its behalf by Nu-Born Express.

Nu-Born Express' liability for loss, damage, delay, non-delivery, misdelivery, misinformation, failure to collect the COD amount (whenever COD is available) is limited to the lesser of the Shipper actual damages, or $50 for local messenger, or $100 for other shipment, unless insurance coverage is agreed upon in writing in advance. Please contact Nu-Born Express' customer representative before shipping for insurance.

Nu-Born Express shall not be liable for loss damage to accounts, bills, currency, bullion, jewelry, watches, precious stones, furs, deeds, evidence of debt, money, notes, checks, securities, salesman's samples, apparel, cosmetics, toilet articles, and articles worn by individual used, not for resale.

For international shipments, duty tax will be charged to the Consignee, but, the Shipper will be liable if the Consignee refuses to pay.

No liability whatsoever is assumed for delay in delivery or for consequential damages of any kind, such as loss of income, loss of interest, loss of business opportunity, or any loss or damage arising from the inherent nature of goods.

Nu-Born Express may, at its option, open and inspect your packages prior to or after the shipment is tendered to Nu-Born Express for delivery.

Even if Shipper provides Nu-Born Express with different payment instructions, Shipper will always be primarily responsible for all charges, as well as any costs Nu-Born Express may incur either returning shipment to Shipper or warehousing it pending disposition.

Nu-Born Express is hereby granted a lien and security interest in all goods being shipped for all sums due and payable to Nu-Born Express, and Nu-Born Express has the right to all remedies under the Uniform Commercial Code or other applicable laws for failure to pay said sums when due. Nu-

269

**\*\* Nu-Born Express, Inc. \*\***

17103 kingsview Ave
Carson, CA 90746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/8/2024 | 116505 |

| Bill To |
|---------|
| IRWIN NATURALS |
| 300 Corporate Point Walk STE#550 |
| Culver City, CA 90230 |

| Ship To |
|---------|
| Cost Warehous |
| 4750 Zinfandel Ct |
| Ontario, CA 91761 |

| P.O./Reference ... | Terms | Due Date | Ship Date | Service Type | Total Weight | Pickup From |
|---|---|---|---|---|---|---|
| Return to Coast | Net 30 | 9/7/2024 | 8/8/2024 | Deferred | 254 lbs | Windsor,CT |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | Shipping | Shipping Charges return order to Coast CVS order | 299.75 | 299.75 |

| | | **Total** | $299.75 |
|---|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| +310-768-1333 | +310-768-1777 | Ammar@nubornexpress.com | www.NuBornExpress.com |

270

NU-BORN EXPRESS
FAST, EASY, RELIABLE

www.nubornexpress.com

DOMESTIC
INTERNATIONAL
LOGISTICS

Tel. 310.768.1333
Fax. 310.768.1777
Tel. 888.NUBORN0

WAY BILL NO:
116505

CONFIRMATION NO.

NU BORN DRIVER NO.

**BILL TO**
Irwin

☐ Bill Shipper
☐ Collect
☐ 3rd Party

PICK-UP FROM ( IF DIFFERENT THAN CHARGE TO 3RD PARTY)
Walgreen CT
80 International Pkwy
Windsor, CT 06095

☐ DELIVER TO (NO. PO BOXES)   ☐ HOLD AND NOTIFY, PHONE NO.00
Coast Warehouse
4750 Zinfandel ct.
Ontario, CA 91761

PICK-UP DATE  PICKUP TIME
8/8/24

C.O.D. AMOUNT
$

PIECES  (1

WEIGHT  254
L X W X H

P.O. / REFERENCE  4547124292      SO14148507

**COURIER / FREIGHT SERVICE DOMESTIC**
☐ NFO/Same Day            ☐ Next Business Day
☐ Next Business Day By 9 AM   ☐ 2-day
☐ Saturday Delivery        ☐ Deferred/3-5 days
☐ Sunday /Hol. Delivery
☐ Other  Wrong Order
Order for CVS

**COURIER / FREIGHT INTERNATIONAL**
☐ International Regular    ☐ International Priority
☐ Air Courier  ☐ Air Freight  ☐ Other
Please attach 3 copies of commercial invoice
☐ Document          ☐ Non Document
Declared Value for Customs: us $ _____
Bill Duties and Taxes to: ☐ Shipper  ☐ Cnee

CHARGES

| | |
|---|---|
| C.O.D. AMOUNT | |
| C.O.D. FEE | |
| BASE | |
| WEIGHT | |
| WAITING TIME | |
| AFTER HOURS | |
| MILEAGE | |
| OTHERS | |
| **TOTAL** | |

SPECIAL INSTRUCTIONS:

Liability for loss or damage to items is limited to $100.00 Carrier assumes no responsibility to make deliveries at a given time or for consequential damages. Every effort is made for fast service but a reasonable amount of time must be allowed. Checks accepted for C.O.D.'s at shipper's risk Nu Born Express can not insure used equipments.

DECLARED VALUE: (FOR INSURANCE PURPOSE)

SHIPPER 'S SIGNATURE:        DATE
X

CONSIGNEE SIGNATURE / PRINT NAME:   DATE   TIME  AM
X  Cesar  8-9-24              PM

BILLING COPY

271

# EXHIBIT 31

**Fill in this information to identify the case:**

Debtor 1  Irwin Naturals

Debtor 2  Irwin Naturals Inc
(Spouse, if filing)

United States Bankruptcy Court  **Central District of California**

Case number:  **24–11323**

FILED
**U.S. Bankruptcy Court**
**Central District of California**

12/10/2024

**Kathleen J. Campbell, Clerk**

## Official Form 410
## Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Clark Hill PLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Clark Hill PLC | Clark Hill PLC |
| Name | Name |
| Attn: Robert P. Franke<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | P.O. Box 641858<br><br>Pittsburgh, PA 15264 |
| Contact phone     214–651–2099 | Contact phone     313–965–8290 |
| Contact email   bfranke@clarkhill.com | Contact email |

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)          Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                    Proof of Claim                    page 1

273

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:     7929 |

| | |
|---|---|
| **7. How much is the claim?** | $    51036.00    **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Attorneys' fees and costs. See attached Claim Summary. |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>    **Nature of property:**<br>    ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br><br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>    **Value of property:**   $ _____<br><br>    **Amount of the claim that is secured:**   $ _____<br><br>    **Amount of the claim that is unsecured:**   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>    **Amount necessary to cure any default as of the date of the petition:**   $ _____<br><br>    **Annual Interest Rate** (when case was filed)   _____ %<br><br>    ☐ Fixed<br>    ☐ Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| Official Form 410 | Proof of Claim | page 2 |

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No |
|---|---|---|
| | | ☐ Yes. *Check all that apply:* |

Amount entitled to priority

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies

$ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐   I am the creditor.

☑   I am the creditor's attorney or authorized agent.

☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    12/10/2024

MM / DD / YYYY

/s/  Robert P. Franke

Signature

Print the name of the person who is completing and signing this claim:

Name          Robert P. Franke

First name    Middle name    Last name

Title          Member

Company        Clark Hill PLC

Identify the corporate servicer as the company if the authorized agent is a servicer

Address        901 Main Street, Suite 6000

Number   Street

Dallas, TX 75202

City   State   ZIP Code

Contact phone    214–651–2099          Email    bfranke@clarkhill.com

Official Form 410          Proof of Claim          page 3

275

**Fill in this information to identify the case:**

Debtor 1    <u>Irwin Naturals</u>

Debtor 2 <br>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Central District of California</u>

Case number <u>1:24-bk-11323-VK</u>

## Official Form 410

# Proof of Claim

12/24

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

<u>Clark Hill PLC</u><br>
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No<br>
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

<u>Robert P. Franke, Clark Hill PLC</u><br>
Name<br>
<u>901 Main Street, Suite 6000</u><br>
Number    Street<br>
<u>Dallas, Texas 75202</u><br>
City     State     ZIP Code

Contact phone   <u>(214) 651-2099</u>

Contact email   <u>bfranke@clarkhill.com</u>

Uniform claim identifier (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

**Where should payments to the creditor be sent?** (if different)

<u>Clark Hill PLC</u><br>
Name<br>
<u>P.O. Box 641858</u><br>
Number    Street<br>
<u>Pittsburgh, Pennsylvania 15264</u><br>
City     State     ZIP Code

Contact phone   <u>(313) 965-8290</u>

Contact email

**4. Does this claim amend one already filed?**

☒ No<br>
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>
       MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No<br>
☐ Yes. Who made the earlier filing? _____

Official Form 410

**Proof of Claim**

276 Page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☒ Yes.  Last 4 digits of the debtor's account or any number you use to identify the debtor:  K7929 |

| | |
|---|---|
| 7. **How much is the claim?** | $51,036.00                                       .  **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Attorneys' fees and costs. See attached Claim Summary. |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☒ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) ____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☒ No<br>☐ Yes.  **Amount necessary to cure any default as of the date of the petition.** $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes.  Identify the property: _____ |

Official Form 410

**Proof of Claim**

277 Page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**  A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No | |
|---|---|---|
| | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

## Part 3:     Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/10/2024
                  MM / DD / YYYY

/s/ Robert P. Franke
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Robert P. Franke | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Member | | |
| Company | Clark Hill PLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 901 Main Street, Suite 6000 | | |
| | Number          Street | | |
| | Dallas, Texas 75202 | | |
| | City | State | Zip Code |
| Contact phone | (214) 651-2099 | Email | bfranke@clarkhill.com |

Official Form 410

## PROOF OF CLAIM SUMMARY

**Debtor: Irwin Naturals**
**Case No. 1:24-bk-11323-VK**
**Creditor: Clark Hill PLC**

On or about October 7, 2021, Irwin Naturals, Inc.[1] engaged Clark Hill PLC ("**Clark Hill**") to provide strategic and legal advice related to the growth of Irwin Naturals as evidenced by the engagement letter documenting same (the "**Engagement Letter**").

As of August 9, 2024 (the "**Petition Date**"), Irwin Naturals, Inc. and/or Irwin Naturals (collectively, the "**Debtors**") were obligated to Clark Hill in the outstanding amount of **$51,036.00**, detailed as follows:

| Invoice | Date | Total |
|---------|------|-------|
| 1282687 | 02/07/2023 | $1,966.50 |
| 1288013 | 02/22/2023 | $22,229.00 |
| 1297029 | 03/22/2023 | $1,164.50 |
| 1297031 | 03/22/2023 | $237.50 |
| 1300743 | 04/07/2023 | $1,584.00 |
| 1300746 | 04/07/2023 | $720.00 |
| 1316031 | 05/19/2023 | $792.00 |
| 1327282 | 06/23/2023 | $693.00 |
| 1327283 | 06/23/2023 | $765.00 |
| 1378671 | 11/30/2023 | $20,884.50 |
| | | |
| **GRAND TOTAL:** | | **$51,036.00** |

The Debtors were provided copies of the above-referenced invoices (the "**Invoices**") during Clark Hill's representation and are in possession of the invoices supporting the claim. To preserve attorney-client privilege and confidentiality, copies of the Engagement Letter and Invoices are not attached to this proof of claim and will only be provided to parties with standing by request made to bfranke@clarkhill.com.

Clark Hill reserves the right to amend or supplement this Claim. This Claim does not waive or release (i) any claim, right or interest of Clark Hill against any person or entity, including individuals and entities executing guaranty agreements, (ii) any lien, right, interest or security interest in any property, or (iii) any collateral for amounts owed to Clark Hill.

---

[1] The engagement letter was with Irwin Naturals, Inc., however, both Irwin Naturals (TIN 3960) and Irwin Naturals, Inc. (TIN 1873) have identified Clark Hill as a creditor in their respective schedules.

# EXHIBIT 3

<table>
<tr><td>

**Fill in this information to identify the case:**

Debtor 1   Irwin Naturals Inc

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Central District of California**

Case number:   **24–11324**

</td><td>

FILED

**U.S. Bankruptcy Court**
**Central District of California**

12/10/2024

**Kathleen J. Campbell, Clerk**

</td></tr>
</table>

## Official Form 410
## Proof of Claim                                                      **12/24**

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must **leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

**Part 1:   Identify the Claim**

| | |
|---|---|
| **1. Who is the current creditor?** | Clark Hill PLC<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Clark Hill PLC | Clark Hill PLC |
| Name | Name |
| Attn: Robert P. Franke<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | P.O. Box 641858<br><br>Pittsburgh, PA 15264 |
| Contact phone      214–651–2099 | Contact phone      313–965–8290 |
| Contact email    bfranke@clarkhill.com | Contact email |
| Uniform claim identifier (if you use one): | |

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☒ No<br>☐ Yes. Claim number on court claims registry (if known)                Filed on<br>                                    MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:     7929 |
| 7. **How much is the claim?** | $      51036.00      **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Attorneys' fees and costs. See attached Claim Summary. |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>    **Nature of property:**<br>    ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br><br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>    **Value of property:**     $ _____<br><br>    **Amount of the claim that is secured:**     $ _____<br><br>    **Amount of the claim that is unsecured:**     $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>    **Amount necessary to cure any default as of the date of the petition:**     $ _____<br><br>    **Annual Interest Rate** (when case was filed)     _____ %<br><br>    ☐ Fixed<br>    ☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No |
|---|---|---|
| | | ☐ Yes. *Check all that apply:* |

**Amount entitled to priority**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies

$ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     12/10/2024

MM / DD / YYYY

/s/ Robert P. Franke

Signature

Print the name of the person who is completing and signing this claim:

Name     Robert P. Franke

First name     Middle name     Last name

Title     Member

Company     Clark Hill PLC

Identify the corporate servicer as the company if the authorized agent is a servicer

Address     901 Main Street, Suite 6000

Number   Street

Dallas, TX 75202

City   State   ZIP Code

Contact phone     214–651–2099     Email     bfranke@clarkhill.com

---

Official Form 410          Proof of Claim          page 3

283

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Irwin Naturals, Inc.</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Central District of California</td></tr>
<tr><td colspan="2">Case number 1:24-bk-11324-VK</td></tr>
</table>

## Official Form 410

# Proof of Claim

12/24

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| 1. **Who is the current creditor?** | Clark Hill PLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
|---|---|
| 2. **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Robert P. Franke, Clark Hill PLC<br>Name<br>901 Main Street, Suite 6000<br>Number    Street<br>Dallas, Texas 75202<br>City          State          ZIP Code<br><br>Contact phone   (214) 651-2099<br><br>Contact email   bfranke@clarkhill.com<br><br>Uniform claim identifier (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | **Where should payments to the creditor be sent?** (if different)<br><br>Clark Hill PLC<br>Name<br>P.O. Box 641858<br>Number    Street<br>Pittsburgh, Pennsylvania 15264<br>City          State          ZIP Code<br><br>Contact phone   (313) 965-8290<br><br>Contact email |
| 4. **Does this claim amend one already filed?** | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____<br>                                                                                              MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410

CLARKHILL\09999\09998-5112\279929158.v1-12/10/24

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☒ Yes.  Last 4 digits of the debtor's account or any number you use to identify the debtor:  <u>K7929</u> |

| | |
|---|---|
| **7. How much is the claim?** | <u>$51,036.00</u>                                  . **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes.  Attach statement itemizing interest, fees, expenses, or other<br>        charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br><u>Attorneys' fees and costs. See attached Claim Summary.</u> |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☒ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>        **Nature of property:**<br>        ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim*<br>            *Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>        ☐ Motor vehicle<br>        ☐ Other. Describe: <br><br>        **Basis for perfection:** <br>        Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for<br>        example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has<br>        been filed or recorded.)<br><br>        **Value of property:**                        $<br>        **Amount of the claim that is secured:**     $<br><br>        **Amount of the claim that is unsecured:**   $                    (The sum of the secured and unsecured<br>                                                        amounts should match the amount in line 7.)<br><br>        **Amount necessary to cure any default as of the date of the petition:**     $<br><br>        **Annual Interest Rate** (when case was filed) ____%<br>        ☐ Fixed<br>        ☐ Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?** | ☒ No<br><br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**     $ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☒ No<br><br>☐ Yes. Identify the property: |

Official Form 410

**Proof of Claim**

285 Page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C.§ 507(a)?** | ☒ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   12/10/2024
                   MM / DD / YYYY

/s/ Robert P. Franke
        Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Robert P. Franke | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Member | | |
| Company | Clark Hill PLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 901 Main Street, Suite 6000 | | |
| | Number          Street | | |
| | Dallas, Texas 75202 | | |
| | City | State | Zip Code |
| Contact phone | (214) 651-2099 | Email | bfranke@clarkhill.com |

Official Form 410

## PROOF OF CLAIM SUMMARY

**Debtor: Irwin Naturals, Inc.**
**Case No. 1:24-bk-11324-VK**
**Creditor: Clark Hill PLC**

On or about October 7, 2021, Irwin Naturals, Inc.[1] engaged Clark Hill PLC ("**Clark Hill**") to provide strategic and legal advice related to the growth of Irwin Naturals as evidenced by the engagement letter documenting same (the "**Engagement Letter**").

As of August 9, 2024 (the "**Petition Date**"), Irwin Naturals, Inc. and/or Irwin Naturals (collectively, the "**Debtors**") were obligated to Clark Hill in the outstanding amount of **$51,036.00**, detailed as follows:

| Invoice | Date | Total |
|---------|------|-------|
| 1282687 | 02/07/2023 | $1,966.50 |
| 1288013 | 02/22/2023 | $22,229.00 |
| 1297029 | 03/22/2023 | $1,164.50 |
| 1297031 | 03/22/2023 | $237.50 |
| 1300743 | 04/07/2023 | $1,584.00 |
| 1300746 | 04/07/2023 | $720.00 |
| 1316031 | 05/19/2023 | $792.00 |
| 1327282 | 06/23/2023 | $693.00 |
| 1327283 | 06/23/2023 | $765.00 |
| 1378671 | 11/30/2023 | $20,884.50 |
| | | |
| **GRAND TOTAL:** | | **$51,036.00** |

The Debtors were provided copies of the above-referenced invoices (the "**Invoices**") during Clark Hill's representation and are in possession of the invoices supporting the claim. To preserve attorney-client privilege and confidentiality, copies of the Engagement Letter and Invoices are not attached to this proof of claim and will only be provided to parties with standing by request made to bfranke@clarkhill.com.

Clark Hill reserves the right to amend or supplement this Claim. This Claim does not waive or release (i) any claim, right or interest of Clark Hill against any person or entity, including individuals and entities executing guaranty agreements, (ii) any lien, right, interest or security interest in any property, or (iii) any collateral for amounts owed to Clark Hill.

---

[1] The engagement letter was with Irwin Naturals, Inc., however, both Irwin Naturals (TIN 3960) and Irwin Naturals, Inc. (TIN 1873) have identified Clark Hill as a creditor in their respective schedules.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the document(s) entitled: **DEBTORS' THIRD OMNIBUS OBJECTION TO DUPLICATE CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JOSEPH AXELROD** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document(s) were served by the court via NEF and hyperlink to the document. On **October 6, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Ryan W Beall**    rbeall@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Matthew Bouslog**    mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Cynthia M Cohen**    ccohen@brownwhitelaw.com
- **Robert Allen Curtis**    rcurtis@foleybezek.com
- **Erin R. Fay**    efay@wsgr.com, lmcgee@wsgr.com
- **Fred Glass**    fglass@fairharborcapital.com
- **Jeffrey I Golden**    jgolden@go2.law,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Alphamorlai Lamine Kebeh**    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Alexandria Lattner**    alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- **Matthew A Macdonald**    matthew.macdonald@wsgr.com
- **Sina Maghsoudi**    sinalegal@gmail.com,
  g8645@notify.cincompass.com;maghsoudi.sinab128731@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **David M Poitras**    dpoitras@bg.law
- **Terrel Ross**    tross@trcmllc.com
- **Susan K Seflin**    sseflin@bg.law
- **Jonathan Seligmann Shenson**    jshenson@greenbergglusker.com,
  calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com
- **Yuriko M Shikai**    yshikai@neufeldmarks.com
- **Ashley M Teesdale**    ateesdale@bg.law, ecf@bg.law
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Ronghua Sophia Wang**    sophia.wang@afslaw.com, yvonne.li@afslaw.com
- **Pamela Kohlman Webster**    pwebster@buchalter.com, smartin@buchalter.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐    Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**2.  SERVED BY UNITED STATES MAIL**:  On **October 6, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**\*Served by Regular Mail:**

Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

**Proof of Claim No. 3 & 31**
Clark Hill PLC
Attn: Robert P. Franke
901 Main Street, Suite 6000
Dallas, TX 75202

**Proof of Claim No. 4 & 22**
Nuborn Express Inc. aka
Nu_Born Express Inc.
17103 Kingsview Ave
Carson, CA 90746

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 6, 2025 | Jessica Studley | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

289

**F 9013-3.1.PROOF.SERVICE**