DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
ASHLEY M. TEESDALE - Bar No. 289919
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:    dpoitras@bg.law
          sseflin@bg.law
          ateesdale@bg.law
          jwellington@bg.law

Attorneys for Chapter 11 Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>IN Holdings, Inc. *et al.*,<br><br>            Debtors and Debtors<br>            in Possession.<br><br>☐  Affects IN Holdings, Inc.<br><br>☐  Affects IN Holdings Canada, Inc.<br><br>☐  Affects 5310 Holdings, LLC<br><br>☐  Affects DAI US HoldCo Inc.<br><br>☒  Affects All Debtors | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>Jointly Administered With:<br><br>Case No. 1:24-bk-11324-VK<br>Case No. 1:24-bk-11325-VK<br>Case No. 1:24-bk-11326-VK<br><br>**DEBTORS' FOURTH OMNIBUS OBJECTION [SCHEDULED AND FILED CLAIMS ASSUMED BY THIRD PARTY UNDER SALE ORDER]; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JOSEPH AXELROD**<br><br>**<u>Scheduled and Filed Claims Subject to Objection:</u>**<br><br>1. CDZ Sales, Inc.<br>2. Creative Sales Marketing<br>3. Guise & Asscoiates<br>4. Hollywood Alliance Canada, Inc.<br>5. Interwest Brokerage<br>6. JK Sales<br>7. JWP Sales LLC<br>8. Louis F. Leeper Co.<br>9. Mittenhal Associates [Claim No. 10]<br>10. MRC Smart Technology, Inc.<br>11. NSF International<br>12. Omega Sales and Marketing [Claim No. 28]<br>13. Phil Bortman & Associates |

14. Retail Business Solutions
15. Shankman & Associates, Inc.
16. Specialized Marketing International
17. Spectrum Enterprise [Claim No. 38]
18. SPINS LLC
19. SPS Commerce, Inc.
20. The Shuster Group LLC
21. The Swanson Group
22. TMZ Brokerage

**[If you received this Objection by mail, then this Objection affects you and you should read this pleading in its entirety.]**

**Hearing:**
Date:      December 3, 2025
Time:      1:30 p.m.
Place:     Courtroom 301
           United States Bankruptcy Court
           21041 Burbank Blvd.
           Woodland Hills, CA 91367

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, CLAIMANTS, AND OTHER INTERESTED PARTIES:**

IN Holdings, Inc., a Nevada corporation ("IN Nevada"), IN Holding Canada, Inc., a British Columbia Corporation ("IN Canada"),  and their related debtor entities (collectively, the "Debtors"), hereby file their fourth omnibus objection ("Omnibus Objection" or "Motion") pursuant to Section[1] 502, Bankruptcy Rule 3007, and Local Bankruptcy Rule 3007-1, for entry of an order disallowing the following scheduled and filed proofs of claim (collectively, the "Claims") as each of the Claims was assumed by FitLife Brands, Inc. ("FitLife") pursuant to the order approving the sale of the Debtors' supplement business [Doc. No. 740 (the "Sale Order")]:

| Schedule ID | Claim No. | Claimant | Amount of Claim | Cure Amount | Basis for Objection |
|---|---|---|---|---|---|
| 3.17 | | CDZ Sales, Inc. | $363.34 | $363.34 | Assumed by FitLife per Sale Order. |
| 3.32 | | Creative Sales Marketing | $11,953.94 | $11,953.94 | Assumed by FitLife per Sale Order. |
| 3.45 | | Guise & Associates | $2,425.09 | $2,425.09 | Assumed by FitLife per Sale Order. |
| 3.49 | | Hollywood Alliance Canada Inc. | $17,336.80 | $17,336.80 | Assumed by FitLife per Sale Order. |
| 3.56 | | Interwest Brokerage | $2,052.61 | $2,052.61 | Assumed by FitLife per Sale Order. |
| 3.57 | | JK Sales | $2,460.30 | $2,460.30 | Assumed by FitLife per Sale Order. |
| 3.59 | | JWP Sales LLC | $1,991.38 | $1,991.38 | Assumed by FitLife per Sale Order. |
| 3.64 | | Louis F Leeper Co | $1,458.78 | $1,458.78 | Assumed by FitLife per Sale Order. |
| | 10 | Mittenhal Associates / P&GB Inc. | $19,015.80 | $3,116.05 | Assumed by FitLife per Sale Order. |
| 3.70 | | MRC Smart Technology, Inc. | $1,113.74 | $1,113.74 | Assumed by FitLife per Sale Order. |
| 3.72 | | NSF International | $5,260.00 | $5,260.00 | Assumed by FitLife per Sale Order. |
| 3.75 | 28 | Omega Sales and Marketing | $5,447.28 | $5,447.28 | Assumed by FitLife per Sale Order. |

---

[1] References to "Section" refer to the Bankruptcy Code (11 U.S.C. §§ 101 et seq.); references to "Bankruptcy Rule" refer to the Federal Rules of Bankruptcy Procedure; and references to "Local Rule" refer to the Local Bankruptcy Rules.

| Schedule ID | Claim No. | Claimant | Amount of Claim | Cure Amount | Basis for Objection |
|---|---|---|---|---|---|
| 3.79 | | Phil Bortman & Associates | $4,052.56 | $4,052.56 | Assumed by FitLife per Sale Order. |
| 3.85 | | Retail Business Solutions, Inc. | $24,772.65 | $24,772.65 | Assumed by FitLife per Sale Order. |
| 3.92 | | Shankman & Associates, Inc. | $177.02 | $177.02 | Assumed by FitLife per Sale Order. |
| 3.97 | | Specialized Marketing International | $1,634.85 | $1,634.85 | Assumed by FitLife per Sale Order. |
| | 38 | Spectrum Enterprise | $5,187.14 | $5,187.14 | Assumed by FitLife per Sale Order. |
| 3.98 | | SPINS LLC | $25,000.02 | $25,000.02 | Assumed by FitLife per Sale Order. |
| 3.99 | | SPS Commerce, Inc | $7,639.80 | $7,639.80 | Assumed by FitLife per Sale Order. |
| 3.104 | | The Shuster Group LLC | $6,262.85 | $6,262.85 | Assumed by FitLife per Sale Order. |
| 3.105 | | The Swanson Group | $93,899.64 | $93,899.64 | Assumed by FitLife per Sale Order. |
| 3.108 | | TMZ Brokerage Co | $100.85 | $100.85 | Assumed by FitLife per Sale Order. |

This Motion is based on the grounds that each of the Claims were related to contracts or leases that were assumed by FitLife pursuant to the Sale Order and the claims related thereto (including any cure amounts) are owed by FitLife and not the Debtors. It is the Debtors understanding that these Claims have been paid and/or otherwise satisfied by FitLife. Accordingly, an omnibus objection is appropriate pursuant to Bankruptcy Rule 3007(d)(2)(E).

This Motion is based upon the attached Memorandum of Points and Authorities and the Declaration of Joseph Axelrod, as well as all of the pleadings, papers, and exhibits filed in support of the Motion, and such other and further evidence as may be provided at any hearing on the Motion.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order:

1.	Granting the Motion and disallowing each Claim in its entirety;

2.	Providing that each Claim shall be expunged from the official claims register in the Debtor's bankruptcy case;

3.	Providing that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in contested matters through Bankruptcy Rules 7054 and 9014, the Court's ruling on the Motion shall be treated as a final judgment with respect to the Claimant and its Claim subject to such

ruling, and determining that there is no just reason for delay in entry of a final judgment on the

Claim resolved herein; and

4.      Granting such other and further relief as the Court deems just and proper.

DATED: October 28, 2025                    BG LAW LLP


                                           By:  /s/ Susan K. Seflin
                                                David M. Poitras
                                                Susan K. Seflin
                                                Ashley M. Teesdale
                                                Jessica S. Wellington
                                           Attorneys for Chapter 11 Debtors and
                                           Debtors in Possession

3

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  JURISDICTION AND VENUE

This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for the relief sought herein is Section 502 of the Bankruptcy Code.

### II. STATEMENT OF FACTS

#### A.  General Case Background

On August 9, 2024, the Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  On August 14, 2024, the Court entered an order authorizing the joint administration of the Debtors' cases.  The Debtors continue to operate their business and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

Prior to the sale of their supplement business in August 2025, the Debtors profitably operated a nutraceutical business from its inception in 1994 to the sale closing, which occurred on August 8, 2025. The Debtors' nutraceutical business was sold to FitLife Brands, Inc. ("FitLife") pursuant to Court order entered on July 31, 2025 [Doc. No. 740] (the "Sale Order").  Paragraph 24 of the Sale Order approved the assumption and assignment of certain contracts (the "Assigned Contracts") to FitLife. Paragraph 27 of the Sale Order provided that FitLife was to pay the cure amounts owed in connection the Assigned Contracts. It is the Debtors' understanding that FitLife has paid or otherwise satisfied all cure amounts owed in connection with the Assigned Contracts.

Additional information detailing the Debtors' operations and the circumstances leading to the commencement of their chapter 11 cases case are described in greater detail in the their *Joint Disclosure Statement Describing Debtors' and Committee's Joint Chapter 11 Plan of Reorganization Dated October 1, 2025* [Doc. No. 838].

#### B.  The Claims Held by the Claimants

IN Holdings, Inc. ("IN Nevada") filed its Schedules and Statement of Financial Affairs (collectively, the "Schedules") on September 23, 2024 [Doc. No. 96] (the "IN Schedules"). The bar

date for filing proofs of claim in these cases was December 20, 2024 [Doc. No. 199], except for governmental units which had until February 5, 2025, to file their proofs of claim [Doc. No. 200]. Each of the claims (collectively, the "Claims") at issue in this Omnibus Objection were scheduled and/or filed and/or otherwise asserted by the claimants (the "Claimants") during the Debtors' bankruptcy cases. To the extent a Proof of Claim was filed regarding the Claims, a copy of such claim is appended hereto with a corresponding exhibit number.

## III.        RELIEF REQUESTED

The Debtors have reviewed the claims register, the IN Schedules, and the proofs of claim filed in these cases and have determined that the Claims set forth below were all claims that were assumed by FitLife pursuant to the Sale Order. By this Omnibus Objection, the Debtors seek to disallow each of the following Claims in their entirety as follows:

| Schedule ID | Claim No. | Claimant | Amount of Claim | Cure Amount | Basis for Objection |
|---|---|---|---|---|---|
| 3.17 | | CDZ Sales, Inc. | $363.34 | $363.34 | Assumed by FitLife per Sale Order. Disallow. |
| 3.32 | | Creative Sales Marketing | $11,953.94 | $11,953.94 | Assumed by FitLife per Sale Order. Disallow. |
| 3.45 | | Guise & Associates | $2,425.09 | $2,425.09 | Assumed by FitLife per Sale Order. Disallow. |
| 3.49 | | Hollywood Alliance Canada Inc. | $17,336.80 | $17,336.80 | Assumed by FitLife per Sale Order. Disallow. |
| 3.56 | | Interwest Brokerage | $2,052.61 | $2,052.61 | Assumed by FitLife per Sale Order. Disallow. |
| 3.57 | | JK Sales | $2,460.30 | $2,460.30 | Assumed by FitLife per Sale Order. Disallow. |
| 3.59 | | JWP Sales LLC | $1,991.38 | $1,991.38 | Assumed by FitLife per Sale Order. Disallow. |
| 3.64 | | Louis F Leeper Co | $1,458.78 | $1,458.78 | Assumed by FitLife per Sale Order. Disallow. |
| | 10 | Mittenhal Associates / P&GB Inc. | $19,015.80 | $3,116.05 | Assumed by FitLife per Sale Order. Disallow. |
| 3.70 | | MRC Smart Technology, Inc. | $1,113.74 | $1,113.74 | Assumed by FitLife per Sale Order. Disallow. |
| 3.72 | | NSF International | $5,260.00 | $5,260.00 | Assumed by FitLife per Sale Order. |
| 3.75 | 28 | Omega Sales and Marketing | $5,447.28 | $5,447.28 | Assumed by FitLife per Sale Order. Disallow. |
| 3.79 | | Phil Bortman & Associates | $4,052.56 | $4,052.56 | Assumed by FitLife per Sale Order. Disallow. |

3084806

| Schedule ID | Claim No. | Claimant | Amount of Claim | Cure Amount | Basis for Objection |
|---|---|---|---|---|---|
| 3.85 | | Retail Business Solutions, Inc. | $24,772.65 | $24,772.65 | Assumed by FitLife per Sale Order. Disallow. |
| 3.92 | | Shankman & Associates, Inc. | $177.02 | $177.02 | Assumed by FitLife per Sale Order. Disallow. |
| 3.97 | | Specialized Marketing International | $1,634.85 | $1,634.85 | Assumed by FitLife per Sale Order. Disallow. |
| | 38 | Spectrum Enterprise | $5,187.14 | $5,187.14 | Assumed by FitLife per Sale Order. Disallow. |
| 3.98 | | SPINS LLC | $25,000.02 | $25,000.02 | Assumed by FitLife per Sale Order. Disallow. |
| 3.99 | | SPS Commerce, Inc | $7,639.80 | $7,639.80 | Assumed by FitLife per Sale Order. Disallow. |
| 3.104 | | The Shuster Group LLC | $6,262.85 | $6,262.85 | Assumed by FitLife per Sale Order. Disallow. |
| 3.105 | | The Swanson Group | $93,899.64 | $93,899.64 | Assumed by FitLife per Sale Order. Disallow. |
| 3.108 | | TMZ Brokerage Co | $100.85 | $100.85 | Assumed by FitLife per Sale Order. Disallow. |

It is the Debtors' understanding that each of the above Claims has either been paid in full or otherwise satisfied by FitLife, and that the Claimants are not seeking payment from the Debtors or their estates. Therefore, by the Omnibus Objection, the Debtors seek to disallow each of the aforementioned Claims in its entirety.

With respect to the scheduled claims of The Shuster Group LLC and Phil Bortman & Associates, those two claims were apparently purchased by Argo Partners during the course of the Debtors' bankruptcy cases. Both the original claimants and Argo Partners will be served with this Omnibus Objection. With respect to the scheduled claim of Hollywood Alliance Canada, that claim was apparently purchased by TRC Masterfund. Both the original claimant and TRC Masterfund will be served with the Omnibus Objection.

## IV.    ARGUMENT

### A.    <u>Legal Standard</u>

Bankruptcy Rule 3001(f) provides that a "proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim."  It is well established in the Ninth Circuit that the initial burden of persuasion for establishing the validity and amount of a proof of claim is upon the claimant. *Ashford v. Consolidated Pioneer Mortgage (In*

3084806

*re Consolidated Pioneer Mortgage)*, 178 B.R. 222 (9th Cir. BAP 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996) (a proof of claim must have a writing attached and include supporting documentation to qualify for presumptive validity).  However, the prima facie validity of a claim does not attach unless the claim sets forth the facts necessary to support the claim.  *Id.* at 226.

Section 502 authorizes a "party in interest," such as the Debtor, to object to claims.  11 U.S.C. § 502(a).  Once the objector raises "facts tending to defeat the claim by probative force equal to that of the allegations of the proofs of claim themselves," then the burden reverts to the claimant to prove the validity of the claim by a preponderance of evidence.  *Wright v. Holm (In re Holm),* 931 F.2d 620, 623 (9th Cir. 1991); *In re Consolidated Pioneer Mortgage*, 178 B.R. at 226.  Indeed, the ultimate burden of persuasion is always on the claimant.  *In re Holm*, 931 F.2d at 623; *see also In re Heath*, 331 B.R. 424 (9th Cir. BAP 2005) (explaining that a claim that fails to attach supporting documentation is not entitled to be considered as prima facie evidence of validity and amount of claim).

Section 502(b)(1) requires disallowance of a claim if "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured. . ." 11 U.S.C. § 502(b)(1).  The "applicable law" referenced in Section 502(b)(1) includes bankruptcy law as well as other federal and state laws.  *See Cavaliere v. Sapir*, 208 B.R. 784, 786-787 (D. Conn. 1997) (providing that "applicable law" includes bankruptcy law).   A debtor is therefore allowed to raise any federal or state law defenses to a claim.  *See In re G.I. Industries, Inc.*, 204 F.3d 1276, 1281 (9th Cir. 2000) (stating that a claim cannot be allowed under Section 502(b)(1) if it is unenforceable under nonbankruptcy law); *Johnson v. Righetti*, 756 F.2d 738, 741 (9th Cir. 1985) (finding that the validity of the claim may be determined under state law); *In re Eastview Estates II*, 713 F.2d 443, 447 (9th Cir. 1983) (applying California law).

## B.    The Claims Should be Disallowed

Bankruptcy Rule 3007 provides that the Debtors may file an omnibus objection to claims that "have been satisfied or released during the case in accordance with the Code, applicable rules, or a court order."  Fed. R. Bankr. P. 3007(d)(5).  In these cases, by virtue of the Sale Order, the Claims

were released as against the Debtor because they were assumed by FitLife in connection with the

sale of the Debtors' supplement business.  While the Debtors submit that the Sale Order sufficiently

released such claims against the Debtors, out of an abundance of caution the Debtors request that the

Court enter an order confirming such disallowance of these Claims.

### C.  Disallowance of the Claims is Properly Sought on an Omnibus Basis

Bankruptcy Rule 3007(d)(1) and (e) govern omnibus objections to proofs of claim that

duplicate other claims.  Bankruptcy Rule 3007(d)(1) specifically allows for omnibus objections to

claims if "they duplicate other claims."  Fed. R. Bankr. P. 3007(d)(1).

The requirements for omnibus objections are contained in Bankruptcy Rule 3007(e), which

provides that such objections shall:

> (1) state in a conspicuous place that claimants receiving the
> objection should locate their names and claims in the objection; (2)
> list claimants alphabetically, provide a cross-reference to claim
> numbers, and, if appropriate, list claimants by category of claims;
> (3) state the grounds of the objection to each claim and provide a
> cross-reference to the pages in the omnibus objection pertinent to
> the stated grounds; (4) state in the title the identity of the objector
> and the grounds for the objections; (5) be numbered consecutively
> with other omnibus objections filed by the same objector; and (6)
> contain objections to no more than 100 claims.

Fed. R. Bankr. P. 3007(e).

This Omnibus Objection falls within the grounds set forth in Bankruptcy Rule 3007(d)(1).

Furthermore, each of the requirements set forth in Bankruptcy Rule 3007(e) have been complied

with or will be complied with upon the filing of this Omnibus Objection.  Therefore, this Omnibus

Objection should be sustained, and all Claims should be disallowed.

## V.    RESERVATION OF RIGHTS

The Debtors specifically reserve the right to amend this Omnibus Objection, file additional

papers in support of this Omnibus Objection or take other appropriate actions, including, *inter alia,*

to: (a) respond to any allegation or defense that may be raised in a response filed by or on behalf of

any of the Claimants or other interested parties; (b) object further to any Claim for which a Claimant

provides (or attempts to provide) additional documentation or substantiation; and (c) object further

to any of the Claims addressed herein based on additional information that may be discovered upon further review by the Debtors or through discovery pursuant to the Bankruptcy Rules.

## VI.    SEPARATE CONTESTED MATTERS

Each of the Claims and the Debtors' objections thereto constitute a separate contested matter as contemplated by Bankruptcy Rules 3007 and 9014 and Local Rule 3007. The Debtors request that any order entered by the Court with respect to a particular Claim objected to in this Omnibus Objection be deemed a separate order with respect to each Claim in accordance with Bankruptcy Rule 3007(1).

## VII.    NOTICE

The Debtors will serve copies of this Omnibus Objection upon each of the Claimants identified in the chart contained herein at the addresses listed on the disputed Claims, as filed.

## VIII.    CONCLUSION

The Debtors respectfully requests that the Court enter an order sustaining this Omnibus Objection, disallowing and/or reclassifying the Claims as requested herein, and granting such other and further relief as the Court may deem proper and just under the circumstances.

DATED:  October 28, 2025                    BG LAW LLP


By: __/s/ Susan K. Seflin_____
David M. Poitras
Susan K. Seflin
Ashley M. Teesdale
Jessica S. Wellington
Attorneys for Chapter 11 Debtors and
Debtors in Possession

3084806

## <u>DECLARATION OF JOSEPH AXELROD</u>

I, Joseph Axelrod, declare:

1.      I am an attorney duly licensed to practice in the State of California. I serve as general counsel for the Debtors and am authorized to make this declaration on behalf of the Debtors. I have personal knowledge of the facts contained in this declaration and if called as a witness, would and could competently thereto under oath.

2.      I make this declaration in support of the Omnibus Objection to which it is appended. All initial capitalized terms used but not defined herein have the same meanings ascribed to them in the Omnibus Objection.  I have read the Omnibus Objection carefully and agree with the facts set forth therein.

3.      Attached as **Exhibit 10** is a true and correct copy of Proof of Claim No. 10 filed in Case No. 24-11323 by Mittenthal & Associates / P&GB, Inc. on October 2, 2024.

4.      Attached as **Exhibit 28** is a true and correct copy of Proof of Claim No. 28 filed in Case No. 24-11323 by Omega Sales & Marketing on December 9, 2024.

5.      Attached as **Exhibit 38** is a true and correct copy of Proof of Claim No. 38 filed in Case No. 24-11323 by Spectrum on December 17, 2024.

6.      The other Claims objected to in the Omnibus Objection were scheduled claims, and the reference to the "Schedule ID" below is the number given to each of the Claims in IN Nevada's Schedules [Doc. No. 96]:

| Schedule ID | Claim No. | Claimant | Amount of Claim | Cure Amount | Basis for Objection |
|---|---|---|---|---|---|
| 3.17 | | CDZ Sales, Inc. | $363.34 | $363.34 | Assumed by FitLife per Sale Order. |
| 3.32 | | Creative Sales Marketing | $11,953.94 | $11,953.94 | Assumed by FitLife per Sale Order. |
| 3.45 | | Guise & Associates | $2,425.09 | $2,425.09 | Assumed by FitLife per Sale Order. |
| 3.49 | | Hollywood Alliance Canada Inc. | $17,336.80 | $17,336.80 | Assumed by FitLife per Sale Order. |
| 3.56 | | Interwest Brokerage | $2,052.61 | $2,052.61 | Assumed by FitLife per Sale Order. |
| 3.57 | | JK Sales | $2,460.30 | $2,460.30 | Assumed by FitLife per Sale Order. |

7

| Schedule ID | Claim No. | Claimant | Amount of Claim | Cure Amount | Basis for Objection |
|---|---|---|---|---|---|
| 3.59 | | JWP Sales LLC | $1,991.38 | $1,991.38 | Assumed by FitLife per Sale Order. |
| 3.64 | | Louis F Leeper Co | $1,458.78 | $1,458.78 | Assumed by FitLife per Sale Order. |
| | 10 | Mittenhal Associates / P&GB Inc. | $19,015.80 | $3,116.05 | Assumed by FitLife per Sale Order. |
| 3.70 | | MRC Smart Technology, Inc. | $1,113.74 | $1,113.74 | Assumed by FitLife per Sale Order. |
| 3.72 | | NSF International | $5,260.00 | $5,260.00 | Assumed by FitLife per Sale Order. |
| 3.75 | 28 | Omega Sales and Marketing | $5,447.28 | $5,447.28 | Assumed by FitLife per Sale Order. |
| 3.79 | | Phil Bortman & Associates | $4,052.56 | $4,052.56 | Assumed by FitLife per Sale Order. |
| 3.85 | | Retail Business Solutions, Inc. | $24,772.65 | $24,772.65 | Assumed by FitLife per Sale Order. |
| 3.92 | | Shankman & Associates, Inc. | $177.02 | $177.02 | Assumed by FitLife per Sale Order. |
| 3.97 | | Specialized Marketing International | $1,634.85 | $1,634.85 | Assumed by FitLife per Sale Order. |
| | 38 | Spectrum Enterprise | $5,187.14 | $5,187.14 | Assumed by FitLife per Sale Order. |
| 3.98 | | SPINS LLC | $25,000.02 | $25,000.02 | Assumed by FitLife per Sale Order. |
| 3.99 | | SPS Commerce, Inc | $7,639.80 | $7,639.80 | Assumed by FitLife per Sale Order. |
| 3.104 | | The Shuster Group LLC | $6,262.85 | $6,262.85 | Assumed by FitLife per Sale Order. |
| 3.105 | | The Swanson Group | $93,899.64 | $93,899.64 | Assumed by FitLife per Sale Order. |
| 3.108 | | TMZ Brokerage Co | $100.85 | $100.85 | Assumed by FitLife per Sale Order. |

7.     Each of the above Claims was assumed by FitLife pursuant to the Sale Order, and each Claim has an underlying contract that was also assumed by FitLife. It is my understanding that FitLife has paid each of the Claims in full or otherwise satisfied such Claim. The Debtors are not

/ / /

/ / /

/ / /

1    responsible for the payment of any of the Claims and seek entry of an order disallowing each Claim

2    in its entirety.

3          I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.

5          Executed this 28th day of October 2025, at Los Angeles, California.


7                                                _____

8                                                Joseph Axelrod

9                                                9

# EXHIBIT 10

FILED

**U.S. Bankruptcy Court
Central District of California**

10/2/2024

**Kathleen J. Campbell, Clerk**

### Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Irwin Naturals |
| Debtor 2 | Irwin Naturals Inc |
| (Spouse, if filing) | |
| United States Bankruptcy Court | **Central District of California** |
| Case number: | **24-11323** |

## Official Form 410
## Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1:  Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Mittenthal & Associates/P&GB, Inc. |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Mittenthal & Associates/P&GB, Inc.<br>Name<br><br>1315 NW Mall Street, Suite 1<br>Issaquah, WA 98027<br><br>Contact phone  2068908243<br>Contact email  pete@pandgbmittenthal.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br><br><br>Contact phone<br>Contact email |
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known)                Filed on _____<br>MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410                     Proof of Claim                     page 1

11

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
|---|---|---|

| 7. | **How much is the claim?** | $ 19015.80 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|---|

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Comissions−See attached Contract and commission statements |
|---|---|---|

| 9. | **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410−A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
|---|---|---|

| 10. | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
|---|---|---|

| 11. | **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|---|

Official Form 410                    Proof of Claim                    page 2

12

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | | Amount entitled to priority |
|---|---|---|---|---|
| | | ☑ Yes. *Check all that apply:* | | |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | | ☐ Up to $3,350 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | | ☑ Wages, salaries, or commissions (up to $15,150 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ 15150.00 |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | | $ _____ |
| | | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/2/2024

MM / DD / YYYY

/s/  Pete Balzarini

Signature

Print the name of the person who is completing and signing this claim:

Name    Pete Balzarini

First name    Middle name    Last name

Title    Owner/President

Company    Mittenthal & Associates/P&GB, Inc.

Identify the corporate servicer as the company if the authorized agent is a servicer

Address    1315 NW Mall Street, Suite 1

Number   Street
Issaquah, WA 98027

City   State   ZIP Code

Contact phone    2068908243          Email    pete@pandgbmittenthal.com

Official Form 410          Proof of Claim          page 3

13



July 30, 2020

Mittenthal and Associates
Brent Balzarini
1315 NW Mall Street, Suite 1
Issaquah, WA 98027

RE: Contract update


Hi Brent,

The enclosed contracts reflect the revisions made to your sales agreement.  Please
sign both copies and return one set in the enclosed envelope addressed to Brenda
Barnes.

Best regards,

Anna Hensley
Sales Support Manager

5310 Beethoven Street,
Los Angeles, CA 90066

Tel: 310.306.3636
www.IrwinNaturals.com

FOLLOW US TODAY: 14



## SALES REPRESENTATIVE AGREEMENT

**THIS SALES REPRESENTATIVE AGREEMENT** ("Agreement") is made and entered into as of this August 1, 2020 by and between IRWIN NATURALS, a Nevada Corporation (hereinafter "COMPANY"), having offices at 5310 Beethoven Street, Los Angeles, California 90066 and Mittenthal Associates/P&GB, Inc. having offices at 1315 NW Mall Street, Suite 1, Issaquah, WA 98027 *(hereinafter "CONTRACTOR").*

**WHEREAS,** Irwin Naturals, desires to hire the Contractor to act as a sales representative to sell Irwin Naturals products to the class of trade as assigned in Exhibit A, attached hereto, in the designated sales areas listed in Exhibit B, attached hereto: and

**WHEREAS,** the Contractor desires to act as sales representative for the Company to the class of trade assigned in Exhibit A, in the designated sales areas listed in Exhibit B;

**NOW THEREFORE,** the Company and the Contractor agree as follows:

1. The Company hereby agrees to hire Contractor to act as sales representative for the Company and to sell the Company's products listed in Exhibit C, attached hereto and made a part hereof, to the class of trade as listed in Exhibit A in the designated sales areas as assigned in Exhibit B, attached hereto. The Contractor agrees to use its best efforts to represent the Company and to sell its product(s).

2. As the sole compensation for the Contractor's services, the Company will pay the Contractor a 5% commission, unless specified in Exhibit B or C (See Exhibit B & C). The commission will be paid for any and all orders received by mail, phone, EDI or fax from accounts in the designated sales area during the term of this Agreement, as follows:

   (i) Commission shall be computed on the value of invoiced sales of the product(s) sold through the efforts of the Contactor, less all deductions including but not limited to credits, allowances, co-op funds discounts, to wit, the net price the account actually pays to the Company.

15

Commissions will be paid for all invoiced shipments from the previous month, payable no later than sixty (60) days from the date of invoiced shipments.

(ii)    Contractor shall be required to refund to the Company promptly upon written request from the Company, that portion of the commission that is paid by the Company, with respect to any part of the product sold that is later returned or rejected or any portion of any order which is subsequently refunded or repaid to customer by the Company or any commissions on that portion of any order price which the Company is unable to collect. Contractor shall submit, in writing, all claims for commission payments past due and unpaid by the Company within six (6) months from the month the unpaid commission payment was due. Adjustments may not exceed the commissions earned relating to the items adjusted.

3.    All negotiations by the Contractor for the Company shall be conducted in accordance with such prices, terms and conditions as specified by the Company from time to time.  The Contractor agrees to submit to the Company a written summary of all negotiations on the Company's behalf with the retailers within their designated sales area.

4.    The Company agrees to keep the Contractor fully informed on all sales and promotional policies and programs affecting the specified territory.  The Contractor agrees to submit for approval, to the Company, all new item sell sheets, promotional agreements, co-op agreements, TPR agreements, markdowns, slotting fees, bonus buys, etc. prior to submission to the retailer. The Company shall review such paperwork and final determination of approval or disapproval of said contracts shall be at the discretion of the Company.  No deal shall be considered valid and shall be the responsibility of the Contractor if not previously authorized by the Company.

5.    In negotiating sales to any and all prospective customers within the designated sales territory, the Contractor will report negotiations to the Company where credit is warranted and will lend complete and regular assistance in effecting prompt and full payments by customer(s) for all deliveries of products sold. The final determination of credit as well as any credit limit is to be made by the Company.  Such assistance shall be limited to reconciliation of a customer's account, and CONTRACTOR shall not act as a collection agent.

6.    The Contractor agrees to adhere strictly to the Company's schedule of prices, terms, and conditions of sale then existing.

7.    Samples of product(s) shall be issued by the Company to the Contractor, which the Contractor shall diligently guard against loss. Upon termination of

16

this agreement, the Contractor shall return to the Company any and all samples in the possession of the Contractor.

8. It is understood that the Contractor shall act only as an agent for the Company. Neither the Contractor nor any of its employees shall be considered employees of the Company, and neither party shall in any event be held liable or accountable for any obligations incurred by either party than is specified herein, it being specifically understood that the respective businesses of each of the parties shall be operated separately and apart from each other.

9. This Agreement shall continue until terminated pursuant to the following provision: either party may terminate this Agreement by written notice thirty (30) days in advance of termination.

10. Local trade show participation by the Company is reviewed on a case-by-case basis. The Company may pay a portion of the total cost in proportion to the space that is allocated to it. Said costs are to be agreed upon in advance of any show, and shall take the form of a written letter from the Contractor with a copy of the trade show contract with written approval from the Company.

11. It is agreed that the Company carries $1,000,000 in product liability insurance, and agrees to indemnify the Contractor and all of its agents from any lawsuit caused by product liability.

12. Company is not liable to Contractor for any expenses incurred by Contractor in relation to the performance of this Agreement, unless otherwise agreed to by the Parties.

13. This Agreement constitutes the entire agreement between the parties with respect to the subject matter herein, and supersedes all prior agreements, written or oral. However, both parties agree that any confidentiality agreements signed separately from this Agreement shall remain enforceable.

14. This Agreement shall be governed under and by the laws of the State of California.

15. If any clause or part of this Agreement is deemed unenforceable under applicable law it shall not have any effect on the Agreement as a whole. Any clause deemed unenforceable under applicable law shall be construed as complying with any relevant law, and all unaffected parts of this Agreement shall remain valid. Each clause in this Agreement is separate and shall not affect the validity of any other clause in this Agreement.

17

16. The Agreement may executed in counterparts, but each counterpart shall be considered to be an original.

**IN WITNESS WHEREOF**, the parties have respectively signed and sealed this Agreement the day and year first above written.

<br>

_7/30/20_

Jeff Sugawara          Date:
Senior Vice President of Sales
Mass Market
Irwin Naturals

_7/36/20_

Brent Balzarini          Date:
Mittenthal Associates

18

**EXHIBIT A: Classes of Trade**

**Costco**
**Costco.com**
**Costco Taiwan**
**Cost-U-Less**
**Coupang**

Jeff Sugawara                    Date: 7/30/20
Senior Vice President of Sales
Mass Market
Irwin Naturals

Brent Balzarini                  Date: 7/31/20
Mittenthal Associates

19

**EXHIBIT B: Designated Geographical Area**

**Costco - National Account**
**Costco Taiwan**
**Costco.com**
**Pacific Northwest**
**Coupang**

_____  7/30/20
Jeff Sugawara          Date:
Senior Vice President of Sales
Mass Market
Irwin Naturals

_____  7/31/20
Brent Balzarini        Date:
Mittenthal Associates

## EXHIBIT C: Products/Commission Rates

### Product(s) / (Commission Rate)

### Costco US, Costco.com, Costco Taiwan:
ALL Applied Nutrition items - 1.5%
ALL Well Roots items - 1.5%
ALL Irwin Naturals items - 1.5%

### Cost-U-Less:
ALL Applied Nutrition items (full size) – 5 %
ALL Applied Nutrition 10-ct items – 2 %
ALL Irwin Naturals items – 2.5%
ALL Well Roots items – 5%

### Coupang:
ALL Applied Nutrition items (full size) – 5 %
ALL Irwin Naturals items – 2.5%

Note:  some products may have unique commission structures established due to special circumstances.  As examples:

- Product/company acquisitions

- Products that have pre-built branding due to Direct Response marketing

- Product pricing adjustments

_____  7/30/20         _____  7/31/20
Jeff Sugawara        Date:        Brent Balzarini        Date:
Senior Vice President of Sales    Mittenthal Associates
Mass Market
Irwin Naturals

| Broker Name | Mittenthal |
| --- | --- |

MITTENTHAL

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02CA2507 | IN | 2160740 | 05/06/24 | COUP446507 | Based On Sales Orders 1397287. | AN | 5.00% | $230.16 | | $0.00 | $230.16 | $11.51 |
| | | 2160740 | 05/06/24 | COUP446507 | Based On Sales Orders 1397287. | IN | 2.50% | $134.28 | | $0.00 | $134.28 | $3.36 |
| | | 2160740 | 05/06/24 | COUP446507 | Based On Sales Orders 1397287. | IN | 2.50% | $163.08 | | $0.00 | $163.08 | $4.08 |
| | | 2160740 | 05/07/24 | COUP446507 | Based On Sales Orders 1397287. | NS | 5.00% | $115.08 | | $0.00 | $115.08 | $5.75 |
| | | 2161468 | 05/07/24 | COUP446555 | Based On Sales Orders 1397931. | IN | 2.50% | $575.76 | | $0.00 | $575.76 | $14.39 |
| | | 2164518 | 05/17/24 | COUP449002 | Based On Sales Orders 1401123. | AN | 5.00% | $1,266.96 | | $0.00 | $1,266.96 | $63.35 |
| | | 2164518 | 05/17/24 | COUP449002 | Based On Sales Orders 1401123. | IN | 2.50% | $949.68 | | $0.00 | $949.68 | $23.74 |
| | IN Total | | | | | | | $3,435.00 | | $0.00 | $3,435.00 | $126.18 |
| 02CA2507 Total | IN | | | | | | | $3,435.00 | | $0.00 | $3,435.00 | $126.18 |
| COSTCOUS | IN | 2160548 | 05/03/24 | 001790430532 | Based On Sales Orders 1396559. | AN | 1.50% | $3,504.99 | ($17.61) | $70.10 | $3,434.89 | $51.52 |
| | | 2161480 | 05/07/24 | 002670501254 | Based On Sales Orders 1396785. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2161481 | 05/07/24 | 012030501227 | Based On Sales Orders 1396786. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2163097 | 05/13/24 | 013540408292 | Based On Sales Orders 1390373. | AN | 1.50% | $9,346.63 | ($46.97) | $186.93 | $9,159.70 | $137.40 |
| | | 2163098 | 05/13/24 | 002880408286 | Based On Sales Orders 1390374. | AN | 1.50% | $4,673.32 | ($23.48) | $93.47 | $4,579.85 | $68.70 |
| | | 2163099 | 05/13/24 | 010520408394 | Based On Sales Orders 1390417. | AN | 1.50% | $23,366.58 | ($117.42) | $467.33 | $22,899.25 | $343.49 |
| | | 2163100 | 05/13/24 | 001750408651 | Based On Sales Orders 1390418.Highlig | AN | 1.50% | $51,406.48 | ($258.32) | $1,028.13 | $50,378.35 | $755.68 |
| | | 2163101 | 05/13/24 | 001710409530 | Based On Sales Orders 1390765. | AN | 1.50% | $9,346.63 | ($46.97) | $186.93 | $9,159.70 | $137.40 |
| | | 2163102 | 05/13/24 | 001740410012 | Based On Sales Orders 1390952. | AN | 1.50% | $14,019.95 | ($70.45) | $280.40 | $13,739.55 | $206.09 |
| | | 2163103 | 05/13/24 | 002620410038 | Based On Sales Orders 1390954. | AN | 1.50% | $32,713.21 | ($164.39) | $654.26 | $32,058.95 | $480.88 |
| | | 2163104 | 05/13/24 | 009360411189 | Based On Sales Orders 1391227. | AN | 1.50% | $23,366.58 | ($117.42) | $467.33 | $22,899.25 | $343.49 |
| | | 2163105 | 05/13/24 | 012030411254 | Based On Sales Orders 1391254. | AN | 1.50% | $14,019.95 | ($70.45) | $280.40 | $13,739.55 | $206.09 |
| | | 2163106 | 05/13/24 | 002670411314 | Based On Sales Orders 1391255.TO GO | AN | 1.50% | $18,693.26 | ($93.94) | $373.87 | $18,319.39 | $274.79 |
| | | 2163126 | 05/13/24 | 005840409280 | Based On Sales Orders 1390764. | AN | 1.50% | $18,693.26 | ($93.94) | $373.87 | $18,319.39 | $274.79 |
| | | 2163127 | 05/13/24 | 013860411181 | Based On Sales Orders 1391226. | AN | 1.50% | $4,673.32 | ($23.48) | $93.47 | $4,579.85 | $68.70 |
| | | 2163128 | 05/13/24 | 001750509430 | Based On Sales Orders 1399579. | AN | 1.50% | $29,208.22 | ($146.78) | $584.16 | $28,624.06 | $429.36 |
| | | 2163129 | 05/13/24 | 010520509315 | Based On Sales Orders 1399580. | AN | 1.50% | $11,683.29 | ($58.71) | $233.67 | $11,449.62 | $171.74 |
| | | 2163493 | 05/14/24 | 001790411693 | Based On Sales Orders 1391360.SUNSE | AN | 1.50% | $28,039.90 | ($140.90) | $560.80 | $27,479.10 | $412.19 |
| | | 2164319 | 05/16/24 | 001710513395 | Based On Sales Orders 1400456. | AN | 1.50% | $11,683.29 | ($58.71) | $233.67 | $11,449.62 | $171.74 |
| | | 2164320 | 05/16/24 | 005840513243 | Based On Sales Orders 1400457. | AN | 1.50% | $10,514.96 | ($52.84) | $210.30 | $10,304.66 | $154.57 |
| | | 2164321 | 05/16/24 | 013540507195 | Based On Sales Orders 1398951. | AN | 1.50% | $3,504.99 | ($17.61) | $70.10 | $3,434.89 | $51.52 |
| | | 2165402 | 05/20/24 | 009600411470 | Based On Sales Orders 1391228. | AN | 1.50% | $14,019.95 | ($70.45) | $280.40 | $13,739.55 | $206.09 |
| | | 2165403 | 05/20/24 | 009600412991 | Based On Sales Orders 1391578.26519 | AN | 1.50% | $60,753.11 | ($305.29) | $1,215.06 | $59,538.05 | $893.07 |
| | | 2165405 | 05/20/24 | 001740513220 | Based On Sales Orders 1400337. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2166466 | 05/24/24 | 002620517264 | Based On Sales Orders 1402326. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2166467 | 05/24/24 | 002670520335 | Based On Sales Orders 1402682. | AN | 1.50% | $7,009.97 | ($35.23) | $140.20 | $6,869.77 | $103.05 |
| | | 2166468 | 05/24/24 | 013760520265 | Based On Sales Orders 1402691. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2167604 | 05/29/24 | 001790520579 | Based On Sales Orders 1402325. | AN | 1.50% | $8,178.30 | ($41.10) | $163.57 | $8,014.73 | $120.22 |
| | | 2167610 | 05/29/24 | 001710523364 | Based On Sales Orders 1403174. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2167612 | 05/29/24 | 005840523241 | Based On Sales Orders 1403183. | AN | 1.50% | $7,009.97 | ($35.23) | $140.20 | $6,869.77 | $103.05 |
| | | 2167613 | 05/29/24 | 002880523262 | Based On Sales Orders 1403184. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2167902 | 05/30/24 | 001710516404 | Based On Sales Orders 1401453. | AN | 1.50% | $7,009.97 | ($35.23) | $140.20 | $6,869.77 | $103.05 |
| | | 2168455 | 05/31/24 | 002620423501 | Based On Sales Orders 1394708. | AN | 1.50% | $18,693.26 | ($93.94) | $373.87 | $18,319.39 | $274.79 |
| | | 2168457 | 05/31/24 | 012030528255 | Based On Sales Orders 1404186. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2168458 | 05/31/24 | 001750528397 | Based On Sales Orders 1404246. | AN | 1.50% | $11,683.29 | ($58.71) | $233.67 | $11,449.62 | $171.74 |
| | | 2168459 | 05/31/24 | 007580528021 | Based On Sales Orders 1404277. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |

22

| Broker Name | Mittenthal |
| --- | --- |

MITTENTHAL

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| COSTCOUS | IN Total | | | | | | | $509,391.39 | ($2,559.81) | $10,187.83 | $499,203.56 | $7,488.05 |
| | CM | 255856 | 05/09/24 | M-90142 | AN M-90142 GTFB TPD Markdown to cl | AN | 1.50% | ($48,714.00) | $0.00 | ($974.28) | ($47,739.72) | ($716.10) |
| | | 255857 | 05/09/24 | M-90064 | AN M-90064 Liq Collagen TPD65178715 | AN | 1.50% | ($48,976.00) | $0.00 | ($979.52) | ($47,996.48) | ($719.95) |
| | | 255858 | 05/09/24 | CB UNS | AN UNS INV # RV20240506-1144 5/2/2 | AN | 1.50% | ($4,555.68) | $0.00 | ($91.11) | ($4,464.57) | ($66.97) |
| | | 255859 | 05/09/24 | CB UNS | AN UNS INV# RV20240506-1149 5/3/24 | AN | 1.50% | ($2,407.53) | $0.00 | ($48.15) | ($2,359.38) | ($35.39) |
| | | 255860 | 05/09/24 | M-90142 | AN M-90142 GTFB TPD Markdown to cl | AN | 1.50% | ($8,616.72) | $0.00 | ($172.33) | ($8,444.39) | ($126.67) |
| | | 255861 | 05/09/24 | CB UNS | AN UNS INV# RV20240501-1746 4/26/2 | AN | 1.50% | ($2,352.32) | $0.00 | ($47.05) | ($2,305.27) | ($34.58) |
| | | 255862 | 05/09/24 | CB UNS | AN UNS INV # RV20240502-1137 5/1/2 | AN | 1.50% | ($3,399.33) | $0.00 | ($67.99) | ($3,331.34) | ($49.97) |
| | | 256109 | 05/23/24 | CB UNS | AN UNS INV# RV20240514-165238 5/6- | AN | 1.50% | ($11,314.10) | $0.00 | ($226.28) | ($11,087.82) | ($166.32) |
| | | 256110 | 05/23/24 | M-90142 | AN M-90142 GTFB TPD Markdown6517 | AN | 1.50% | ($36,189.12) | $0.00 | ($723.78) | ($35,465.34) | ($531.98) |
| | | 256161 | 05/24/24 | M-90146 | AN M-90146 Liq Collagen $4.00 TPD651 | AN | 1.50% | ($57,524.00) | $0.00 | ($1,150.48) | ($56,373.52) | ($845.60) |
| | | 256201 | 05/28/24 | M-90142 | AN M-90142 GTFB TPD6517908694 5/2 | AN | 1.50% | ($55.20) | $0.00 | ($1.10) | ($54.10) | ($0.81) |
| | | 256202 | 05/28/24 | M-90146 | AN M-90146  Liq Collagen TPD6517908 | AN | 1.50% | ($59,404.00) | $0.00 | ($1,188.08) | ($58,215.92) | ($873.24) |
| | | 256203 | 05/28/24 | M-90136 | AN M-90136 May End Cap Liq Collagen | AN | 1.50% | ($71,500.00) | $0.00 | ($1,430.00) | ($70,070.00) | ($1,051.05) |
| | | 256245 | 05/29/24 | POST MARKDOW | RETURNS POST MARKDOWN LEFT OVE | AN | 1.50% | ($22,554.75) | $0.00 | ($451.10) | ($22,103.66) | ($331.55) |
| | | 256274 | 05/30/24 | POST MARKDOW | RETURNSPOST MARKDOWN LEFT OVEF | AN | 1.50% | ($6,481.25) | $0.00 | ($129.63) | ($6,351.63) | ($95.27) |
| | CM Total | | | | | | | ($384,044.00) | $0.00 | ($7,680.88) | ($376,363.12) | ($5,645.45) |
| COSTCOUS Total | | | | | | | | $125,347.39 | ($2,559.81) | $2,506.95 | $122,840.44 | $1,842.61 |
| Grand Total | | | | | | | | $128,782.39 | ($2,559.81) | $2,506.95 | $126,275.44 | $1,968.79 |

23

| Broker Name | Mittenthal |
| --- | --- |

MITTENTHAL

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

24

| Broker Name | Mittenthal |
| MITTENTHAL | |

| Row Labels | Doc Description tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COSTCOUS | IN | 2181347 | 08/01/24 | 013860729297 | Based On Sales Orders 1417383. | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | | 2181591 | 08/02/24 | 002880725261 | Based On Sales Orders 1416688. | AN | 1.50% | $18,634.55 | ($152.65) | $372.69 | $18,261.86 | $273.93 |
| | | 2182125 | 08/06/24 | 002620619324 | DUPLICATE SHIPMENT OF ORDER 1409 | AN | 1.50% | $23,366.58 | ($117.42) | $467.33 | $22,899.25 | $343.49 |
| | | 2182210 | 08/06/24 | 007580730008 | Based On Sales Orders 1417598. | AN | 1.50% | $24,581.47 | ($123.53) | $491.63 | $24,089.84 | $361.35 |
| | | 2182577 | 08/08/24 | 010520711237 | INV# 2180729 WAS CANCELLED BC INC | AN | 1.50% | ($385.53) | $5.87 | ($7.71) | ($377.82) | ($5.67) |
| | | 2182578 | 08/08/24 | 010520711237 | ORDER RE-INVOICED DUE TO INCORRE | AN | 1.50% | $389.44 | ($1.96) | $7.79 | $381.65 | $5.72 |
| | | 2182775 | 08/09/24 | 001710802582 | Based On Sales Orders 1418033. | AN | 1.50% | $14,475.54 | ($84.54) | $289.51 | $14,186.03 | $212.79 |
| | | 2182776 | 08/09/24 | 009360729362 | INCORRECT FREIGHT - WILL RE-INVOIC | AN | 1.50% | $6,070.61 | ($35.23) | $121.41 | $5,949.20 | $89.24 |
| | | 2182794 | 08/09/24 | 002670725274 | Based On Sales Orders 1416686. | AN | 1.50% | $38,288.31 | ($225.45) | $765.77 | $37,522.54 | $562.84 |
| | | 2182795 | 08/09/24 | 005840802309 | Based On Sales Orders 1418034. | AN | 1.50% | $11,906.39 | ($70.45) | $238.13 | $11,668.26 | $175.02 |
| | | 2182796 | 08/09/24 | 013760725226 | Based On Sales Orders 1416685. | AN | 1.50% | $26,381.93 | ($154.99) | $527.64 | $25,854.29 | $387.81 |
| | | 2183203 | 08/12/24 | 001790730523 | Based On Sales Orders 1417457.CARRII | AN | 1.50% | $33,852.19 | ($199.61) | $677.04 | $33,175.15 | $497.63 |
| | | 2183205 | 08/12/24 | 001790730523 | INCORRECT FREIGHT - WILL RE-INVOIC | AN | 1.50% | ($33,852.19) | $199.61 | ($677.04) | ($33,175.15) | ($497.63) |
| | | 2183206 | 08/12/24 | 001790730523 | Based On Sales Orders 1417457. | AN | 1.50% | $33,852.19 | ($170.26) | $677.63 | $33,203.91 | $498.06 |
| | | 2183219 | 08/09/24 | 009360729362 | INCORRECT FREIGHT - WILL RE-INVOIC | AN | 1.50% | ($6,070.61) | $35.23 | ($121.41) | ($5,949.20) | ($89.24) |
| | | 2183220 | 08/13/24 | 009360729362 | Based On Sales Orders 1417384. | AN | 1.50% | $6,075.31 | ($30.53) | $121.51 | $5,953.80 | $89.31 |
| | | 2183456 | 08/15/24 | 013210730090 | Based On Sales Orders 1417596. | AN | 1.50% | $21,850.20 | ($109.80) | $437.00 | $21,413.20 | $321.20 |
| | | 2183511 | 08/15/24 | 012030725285 | Based On Sales Orders 1416684. | AN | 1.50% | $33,619.69 | ($197.27) | $672.39 | $32,947.30 | $494.21 |
| | | 2183709 | 08/15/24 | 013210805192 | Based On Sales Orders 1418585.CARRII | AN | 1.50% | $5,462.55 | ($27.45) | $109.25 | $5,353.30 | $80.30 |
| | | 2183710 | 08/15/24 | 009600802489 | Based On Sales Orders 1418002.CARRII | AN | 1.50% | $13,073.54 | ($77.50) | $261.47 | $12,812.07 | $192.18 |
| | | 2183711 | 08/15/24 | 009600729365 | Based On Sales Orders 1417386.CARRII | AN | 1.50% | $24,047.62 | ($140.90) | $480.95 | $23,566.67 | $353.50 |
| | | 2183712 | 08/15/24 | 009600725720 | Based On Sales Orders 1416710.CARRII | AN | 1.50% | $34,786.85 | ($204.31) | $695.74 | $34,091.11 | $511.37 |
| | | 2183713 | 08/15/24 | 009600729934 | CANCELLED BC INCORRECT FREIGHT - W | AN | 1.50% | $4,668.62 | ($28.18) | $93.37 | $4,575.25 | $68.63 |
| | | 2183725 | 08/15/24 | 005840809314 | Based On Sales Orders 1419312. | AN | 1.50% | $9,813.96 | ($49.32) | $196.28 | $9,617.68 | $144.27 |
| | | 2183741 | 08/15/24 | 009600729934 | CANCELLED BC INCORRECT FREIGHT - W | AN | 1.50% | ($4,668.62) | $28.18 | ($93.37) | ($4,575.25) | ($68.63) |
| | | 2183742 | 08/15/24 | 009600729934 | Based On Sales Orders 1417385. | AN | 1.50% | $4,673.32 | ($23.48) | $93.47 | $4,579.85 | $68.70 |
| | | 2183758 | 08/15/24 | 002620802208 | Based On Sales Orders 1417976. | AN | 1.50% | $7,243.64 | ($36.40) | $144.87 | $7,098.77 | $106.48 |
| | | 2183760 | 08/15/24 | 007580805048 | Based On Sales Orders 1418583. | AN | 1.50% | $5,462.55 | ($27.45) | $109.25 | $5,353.30 | $80.30 |
| | | 2183928 | 08/16/24 | 010520711237 | TO CANCELLED INV# 2180729 BC INCO | AN | 1.50% | ($385.53) | $5.87 | ($7.71) | ($377.82) | ($5.67) |
| | | 2183929 | 08/16/24 | 010520711237 | (blank) | AN | 1.50% | $389.44 | ($1.96) | $7.79 | $381.65 | $5.72 |
| | | 2184292 | 08/19/24 | 001710809637 | Based On Sales Orders 1419311. | AN | 1.50% | $14,019.95 | ($70.45) | $280.40 | $13,739.55 | $206.09 |
| | | 2184787 | 08/06/24 | 002620619324 | DUPLICATE SHIPMENT OF ORDER 1409 | AN | 1.50% | ($23,366.58) | $117.42 | ($467.33) | ($22,899.25) | ($343.49) |
| | | 2184817 | 08/21/24 | 001740808206 | Based On Sales Orders 1419099. | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | | 2184818 | 08/21/24 | 009360812289 | Based On Sales Orders 1419726. | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | | 2184822 | 08/21/24 | 007580812033 | Based On Sales Orders 1419752. | AN | 1.50% | $23,328.43 | ($113.69) | $466.57 | $22,861.86 | $342.93 |
| | | 2185140 | 08/23/24 | 009600809228 | Based On Sales Orders 1419143.CARRII | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | | 2185141 | 08/23/24 | 009600807500 | Based On Sales Orders 1418930.CARRII | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | | 2185142 | 08/23/24 | 013210812108 | Based On Sales Orders 1419750.CARRII | AN | 1.50% | $20,597.16 | ($99.96) | $411.94 | $20,185.22 | $302.78 |
| | | 2185165 | 08/23/24 | 002620812281 | Based On Sales Orders 1419688. | AN | 1.50% | $14,019.95 | ($70.45) | $280.40 | $13,739.55 | $206.09 |
| | | 2185166 | 08/23/24 | 001750807574 | Based On Sales Orders 1418957. | AN | 1.50% | $14,019.95 | ($70.45) | $280.40 | $13,739.55 | $206.09 |
| | | 2185167 | 08/23/24 | 001710816443 | Based On Sales Orders 1420496. | AN | 1.50% | $2,803.99 | ($14.09) | $56.08 | $2,747.91 | $41.22 |
| | | 2185168 | 08/23/24 | 002670812221 | Based On Sales Orders 1419677. | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | | 2185169 | 08/23/24 | 013760812210 | Based On Sales Orders 1419678. | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | | 2185182 | 08/23/24 | 001790815578 | Based On Sales Orders 1420335. | AN | 1.50% | $6,308.98 | ($31.70) | $126.18 | $6,182.80 | $92.74 |
| | | 2185765 | 08/27/24 | 002880815211 | Based On Sales Orders 1420289. | AN | 1.50% | $7,009.97 | ($35.23) | $140.20 | $6,869.77 | $103.05 |
| | | 2185766 | 08/27/24 | 001740814183 | Based On Sales Orders 1420107. | AN | 1.50% | $7,009.97 | ($35.23) | $140.20 | $6,869.77 | $103.05 |

25

Broker Name     Mittenthal

MITTENTHAL

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COSTCOUS | IN | 2185929 | 08/28/24 | 013760725226 | INVOICING ERROR - ITEMS SHIPPED BU | AN | 1.50% | $4,461.96 | $0.00 | $89.24 | $4,372.72 | $65.59 |
| | | 2185971 | 08/28/24 | 001790823672 | Based On Sales Orders 1421682.CARRII | AN | 1.50% | $5,140.65 | ($25.83) | $102.81 | $5,037.84 | $75.57 |
| | | 2186078 | 08/29/24 | 001260820277 | Based On Sales Orders 1421233.CARRII | AN | 1.50% | $23,366.58 | ($117.42) | $467.33 | $22,899.25 | $343.49 |
| | | 2186226 | 08/29/24 | 007580820022 | Based On Sales Orders 1421382. | AN | 1.50% | $11,000.16 | ($52.92) | $220.00 | $10,780.16 | $161.70 |
| | | 2186227 | 08/29/24 | 001710821289 | Based On Sales Orders 1421350. | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | | 2186414 | 08/30/24 | 009600820551 | Based On Sales Orders 1421199.CARRII | AN | 1.50% | $29,441.89 | ($147.95) | $588.84 | $28,853.05 | $432.80 |
| | | 2186422 | 08/30/24 | 009600822731 | Based On Sales Orders 1421517.CARRII | AN | 1.50% | $16,823.94 | ($84.54) | $336.48 | $16,487.46 | $247.31 |
| | | 2186423 | 08/30/24 | 009600820909 | Based On Sales Orders 1421227.CARRII | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | | 2186424 | 08/30/24 | 009600817018 | Based On Sales Orders 1420522.CARRII | AN | 1.50% | $28,039.90 | ($140.90) | $560.80 | $27,479.10 | $412.19 |
| | | 2186425 | 08/30/24 | 009600816502 | Based On Sales Orders 1420482.CARRII | AN | 1.50% | $5,607.98 | ($28.18) | $112.16 | $5,495.82 | $82.44 |
| | IN Total | | | | | | | $617,740.01 | ($3,291.07) | $12,354.80 | $605,385.21 | $9,080.78 |
| | CM | 256960 | 08/15/24 | CB UNS | AN UNS INV # RV20240802-1617 8/2/2 | AN | 1.50% | ($3,873.83) | $0.00 | ($77.48) | ($3,796.35) | ($56.95) |
| | | 256961 | 08/15/24 | CB UNS | AN UNS Damaged on INV # 2177433 $1 | AN | 1.50% | ($19.51) | $0.00 | ($0.39) | ($19.12) | ($0.29) |
| | | 256962 | 08/15/24 | M-90139 | AN M-90139 Liquid Collagen TPD 6517¢ | AN | 1.50% | ($110,268.00) | $0.00 | ($2,205.36) | ($108,062.64) | ($1,620.94) |
| | | 256963 | 08/15/24 | M-90140 | AN M-90140 PR Liq Collagen TPD65179 | AN | 1.50% | ($2,284.00) | $0.00 | ($45.68) | ($2,238.32) | ($33.57) |
| | | 256964 | 08/15/24 | M-90141 | AN M-90141 Liq Collagne MVM013073 | AN | 1.50% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 256995 | 08/19/24 | M-90160 | AN M-90160 Liq Collagen End Caps0130 | AN | 1.50% | ($150,700.00) | $0.00 | ($3,014.00) | ($147,686.00) | ($2,215.29) |
| | | 256996 | 08/19/24 | M-90140 | AN M-90140 PR Liq Collagen TPD65179 | AN | 1.50% | ($1,180.00) | $0.00 | ($23.60) | ($1,156.40) | ($17.35) |
| | | 256997 | 08/19/24 | M-90139 | AN M-90139 Liq Collagen TPD65179780 | AN | 1.50% | ($53,504.00) | $0.00 | ($1,070.08) | ($52,433.92) | ($786.51) |
| | | 256998 | 08/19/24 | CB SHORT | AN SHORT INV # 2183456 | AN | 1.50% | ($182.15) | $0.00 | ($3.64) | ($178.51) | ($2.68) |
| | | 257006 | 08/20/24 | M-90139 | AN M-90139 Liq Collagen TPD 6517978 | AN | 1.50% | ($772.00) | $0.00 | ($15.44) | ($756.56) | ($11.35) |
| | | 257085 | 08/26/24 | M-90139 | AN M-90139 Liq Collagen TPD $4.00651 | AN | 1.50% | ($53,372.00) | $0.00 | ($1,067.44) | ($52,304.56) | ($784.57) |
| | | 257086 | 08/26/24 | M-90140 | AN M-90140 PR Liq Collagen TPD $4.00 | AN | 1.50% | ($1,228.00) | $0.00 | ($24.56) | ($1,203.44) | ($18.05) |
| | CM Total | | | | | | | ($377,383.49) | $0.00 | ($7,547.67) | ($369,835.82) | ($5,547.54) |
| COSTCOUS Total | | | | | | | | $240,356.52 | ($3,291.07) | $4,807.13 | $235,549.39 | $3,533.24 |
| Grand Total | | | | | | | | $240,356.52 | ($3,291.07) | $4,807.13 | $235,549.39 | $3,533.24 |

26

| Broker Name | Mittenthal |
| --- | --- |

MITTENTHAL

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

27

Broker Name: Mittenthal

MITTENTHAL

| Row Labels | Doc Description tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02CA2507 | IN | 180760 | 06/04/24 | (blank) | (blank) | IN | 2.50% | $270.06 | | $0.00 | $270.06 | $6.75 |
| | | 2172085 | 06/14/24 | COUP454661 | Based On Sales Orders 1408301. | AN | 5.00% | $1,597.20 | | $0.00 | $1,597.20 | $79.86 |
| | | 2172085 | 06/14/24 | COUP454661 | Based On Sales Orders 1408301. | IN | 2.50% | $1,630.80 | | $0.00 | $1,630.80 | $40.77 |
| | IN Total | | | | | | | $3,498.06 | | $0.00 | $3,498.06 | $127.38 |
| | CM | 256599 | 06/28/24 | H-50074 | H-50074 2024 Promo, 10% Off Invoice J | IN | 2.50% | ($987.73) | | $0.00 | ($987.73) | ($24.69) |
| | CM Total | | | | | | | ($987.73) | | $0.00 | ($987.73) | ($24.69) |
| **02CA2507 Total** | | | | | | | | **$2,510.33** | | **$0.00** | **$2,510.33** | **$102.69** |
| COSTCOUS | IN | 2168801 | 06/03/24 | 010520530448 | Based On Sales Orders 1404984. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2168802 | 06/03/24 | 001710530638 | Based On Sales Orders 1404985. | AN | 1.50% | $3,504.99 | ($17.61) | $70.10 | $3,434.89 | $51.52 |
| | | 2168840 | 06/03/24 | 002620423500 | Based On Sales Orders 1394707. | AN | 1.50% | $19,118.92 | ($96.08) | $382.38 | $18,736.54 | $281.05 |
| | | 2169139 | 06/04/24 | 009600522517 | Based On Sales Orders 1402471.BIG BE | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2169140 | 06/04/24 | 009600524712 | Based On Sales Orders 1403379.BIG BE | AN | 1.50% | $10,514.96 | ($52.84) | $210.30 | $10,304.66 | $154.57 |
| | | 2169143 | 06/04/24 | 013210528100 | Based On Sales Orders 1404278.BIG BE | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2169146 | 06/04/24 | 002620530317 | Based On Sales Orders 1404902. | AN | 1.50% | $8,178.30 | ($41.10) | $163.57 | $8,014.73 | $120.22 |
| | | 2169147 | 06/04/24 | 005840531269 | Based On Sales Orders 1405200. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2169942 | 06/06/24 | 013760603234 | Based On Sales Orders 1405740. | AN | 1.50% | $7,009.97 | ($35.23) | $140.20 | $6,869.77 | $103.05 |
| | | 2169943 | 06/06/24 | 002670603475 | Based On Sales Orders 1405852. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2169944 | 06/06/24 | 013760603408 | Based On Sales Orders 1405853. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2169945 | 06/06/24 | 012030603392 | Based On Sales Orders 1405854. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2170298 | 06/07/24 | 001790604195 | Based On Sales Orders 1406014. | AN | 1.50% | $23,366.58 | ($117.42) | $467.33 | $22,899.25 | $343.49 |
| | | 2170854 | 06/10/24 | 013210603104 | Based On Sales Orders 1406312. | AN | 1.50% | $8,193.82 | ($41.18) | $163.88 | $8,029.94 | $120.45 |
| | | 2171184 | 06/11/24 | 013540604183 | Based On Sales Orders 1405960. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2171185 | 06/11/24 | 013860605279 | Based On Sales Orders 1406352. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2172033 | 06/14/24 | 007580610061 | Based On Sales Orders 1407481. | AN | 1.50% | $14,604.11 | ($73.39) | $292.08 | $14,312.03 | $214.68 |
| | | 2172034 | 06/14/24 | 009360605316 | Based On Sales Orders 1406341. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2172890 | 06/18/24 | 002620513255 | Based On Sales Orders 1408314. | AN | 1.50% | $19,861.59 | ($99.81) | $397.23 | $19,464.36 | $291.97 |
| | | 2173703 | 06/21/24 | 007580619010 | Based On Sales Orders 1410005. | AN | 1.50% | $19,118.92 | ($96.08) | $382.38 | $18,736.54 | $281.05 |
| | | 2173739 | 06/21/24 | 009600603373 | Based On Sales Orders 1405777. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2173740 | 06/21/24 | 009600604308 | Based On Sales Orders 1406013. | AN | 1.50% | $12,851.62 | ($64.58) | $257.03 | $12,594.59 | $188.92 |
| | | 2173741 | 06/21/24 | 009600610894 | Based On Sales Orders 1407449. | AN | 1.50% | $16,356.61 | ($82.19) | $327.13 | $16,029.48 | $240.44 |
| | | 2173742 | 06/21/24 | 013210610173 | Based On Sales Orders 1407482. | AN | 1.50% | $11,683.29 | ($58.71) | $233.67 | $11,449.62 | $171.74 |
| | | 2174207 | 06/24/24 | 010520618194 | Based On Sales Orders 1409351. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2174930 | 06/26/24 | 009600617834 | Based On Sales Orders 1409246. | AN | 1.50% | $18,693.26 | ($93.94) | $373.87 | $18,319.39 | $274.79 |
| | | 2174999 | 06/27/24 | 002670611265 | Based On Sales Orders 1407746. | AN | 1.50% | $11,683.29 | ($58.71) | $233.67 | $11,449.62 | $171.74 |
| | | 2175000 | 06/27/24 | 001740614254 | Based On Sales Orders 1408548. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2175003 | 06/27/24 | 002880614311 | Based On Sales Orders 1408597. | AN | 1.50% | $7,788.86 | ($39.14) | $155.78 | $7,633.08 | $114.50 |
| | | 2175004 | 06/27/24 | 001790614862 | Based On Sales Orders 1408628. | AN | 1.50% | $5,062.76 | ($25.44) | $101.26 | $4,961.50 | $74.42 |
| | | 2175545 | 06/28/24 | 001740624185 | Based On Sales Orders 1410775. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2175546 | 06/28/24 | 002620624199 | Based On Sales Orders 1410788. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2175547 | 06/28/24 | 001750625230 | Based On Sales Orders 1411085. | AN | 1.50% | $5,841.64 | ($29.36) | $116.83 | $5,724.81 | $85.87 |
| | | 2175548 | 06/28/24 | 007580624041 | Based On Sales Orders 1411431. | AN | 1.50% | $5,462.55 | ($27.45) | $109.25 | $5,353.30 | $80.30 |
| | IN Total | | | | | | | $316,520.64 | ($1,590.66) | $6,330.41 | $310,190.23 | $4,652.85 |
| | CM | 256334 | 06/03/24 | M-90143 | ACH REQUEST CircanaAN M-90143Circa | AN | 1.50% | ($14,620.00) | $0.00 | ($292.40) | ($14,327.60) | ($214.91) |
| | | 256435 | 06/13/24 | POST MARKDOW | RETURNSPOST MARKDOWN LEFT OVEF | AN | 1.50% | ($35,563.00) | $0.00 | ($711.26) | ($34,851.74) | ($522.78) |
| | | 256495 | 06/20/24 | M-90144 | AN M-90144 May Endcaps Liq Collagen | AN | 1.50% | ($39,600.00) | $0.00 | ($792.00) | ($38,808.00) | ($582.12) |

28

MITTENTHAL

| Broker Name | Mittenthal | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COSTCOUS | CM | 256496 | 06/20/24 | M-90137 | AN M-90137 May Endcaps Liquid Colla| | AN | 1.50% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 256497 | 06/20/24 | M-90146 | AN M-90146 Liquid Collagen TPD 6517! | AN | 1.50% | ($112,744.00) | $0.00 | ($2,254.88) | ($110,489.12) | ($1,657.34) |
| | | 256515 | 06/21/24 | POST MARKDOW | RETURNSPOST MARKDOWN LEFT OVEI | AN | 1.50% | ($3,385.50) | $0.00 | ($67.71) | ($3,317.79) | ($49.77) |
| | | 256564 | 06/27/24 | CB UNS | AN UNS INV # RV-20240625-1640 6/23, | AN | 1.50% | ($3,162.52) | $0.00 | ($63.25) | ($3,099.27) | ($46.49) |
| | | 256565 | 06/27/24 | CB UNS | AN UNS INV # RV011960306484 6/6/24 | AN | 1.50% | ($28,929.29) | $0.00 | ($578.59) | ($28,350.70) | ($425.26) |
| | | 256579 | 06/28/24 | POST MARKDOW | RETURNSPOST MARKDOWN LEFT OVEI | AN | 1.50% | ($7,457.25) | $0.00 | ($149.15) | ($7,308.11) | ($109.62) |
| | CM Total | | | | | | | ($245,461.56) | $0.00 | ($4,909.23) | ($240,552.33) | ($3,608.28) |
| COSTCOUS Total | | | | | | | | $71,059.08 | ($1,590.66) | $1,421.18 | $69,637.90 | $1,044.57 |
| Grand Total | | | | | | | | $73,569.41 | ($1,590.66) | $1,421.18 | $72,148.23 | $1,147.26 |

29

| Broker Name | Mittenthal |
| --- | --- |

MITTENTHAL

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Broker Name   Mittenthal

MITTENTHAL

| Row Labels | Doc Description tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances |
|---|---|---|---|---|---|---|---|---|---|
| 02CA2507 | IN | 2179309 | 07/22/24 | COUP459151 | Anti-Gas Digestive Enzymes 45ct | IN | 2.50% | $306.96 | |
| | | 2179309 | 07/22/24 | COUP459151 | Daily Gentle Cleanse 60ct | IN | 2.50% | $402.84 | |
| | | 2179309 | 07/22/24 | COUP459151 | Forskolin Fat-Loss Diet Stimulator 60ct | IN | 2.50% | $345.36 | |
| | | 2179309 | 07/22/24 | COUP459151 | Green Tea Fat Burner 30ct | AN | 5.00% | $100.08 | |
| | | 2179309 | 07/22/24 | COUP459151 | Green Tea Fat Burner 90ct SSLV | AN | 5.00% | $1,267.20 | |
| | | 2179309 | 07/22/24 | COUP459151 | Liquid Collagen Skin Revitalization 10ct | AN | 5.00% | $345.12 | |
| | | 2179309 | 07/22/24 | COUP459151 | Stored Fat Belly Burner 60ct | IN | 2.50% | $978.48 | |
| | | 2179309 | 07/22/24 | COUP459151 | Triple-Tea Fat Burner 75ct | IN | 2.50% | $172.68 | |
| | | 2179309 | 07/22/24 | COUP459151 | Vision Sharp Multi-Nutrient Eye Health 42ct | IN | 2.50% | $191.88 | |
| | | 2180091 | 07/25/24 | COUP462591 | Anti-Gas Digestive Enzymes 45ct | IN | 2.50% | $153.48 | |
| | | 2180091 | 07/25/24 | COUP462591 | Daily Gentle Cleanse 60ct | IN | 2.50% | $134.28 | |
| | | 2180091 | 07/25/24 | COUP462591 | Forskolin Fat-Loss Diet Stimulator 60ct | IN | 2.50% | $172.68 | |
| | | 2180091 | 07/25/24 | COUP462591 | Green Tea Fat Burner 90ct SSLV | AN | 5.00% | $1,382.40 | |
| | | 2180091 | 07/25/24 | COUP462591 | Liquid Collagen Skin Revitalization 10ct | AN | 5.00% | $172.56 | |
| | | 2180091 | 07/25/24 | COUP462591 | Stored Fat Belly Burner 60ct | IN | 2.50% | $1,956.96 | |
| | IN Total | | | | | | | $8,082.96 | |
| | CM | 181927 | 07/11/24 | (blank) | Advertising Other | IN | 2.50% | $343.50 | |
| | | 256717 | 07/17/24 | H-50074 | IN-2024 June CO-OP/MKTG Invoice #2172085 | IN | 2.50% | ($322.80) | |
| | | 522549 | 07/17/24 | H-50074 | COOP CY-211 HFS Direct | IN | 2.50% | ($343.50) | |
| | CM Total | | | | | | | ($322.80) | |
| **02CA2507 Total** | | | | | | | | **$7,760.16** | |
| COSTCOUS | IN | 2176133 | 07/03/24 | 009600624871 | Based On Sales Orders 1410901.BIG BEES LLC | AN | 1.50% | $21,029.92 | ($105.68) |
| | | 2176134 | 07/03/24 | 013210624135 | Based On Sales Orders 1411425.BIG BRRD LLC | AN | 1.50% | $5,462.55 | ($27.45) |
| | | 2176135 | 07/03/24 | 013210619097 | Based On Sales Orders 1410004.BIG BEES LLC | AN | 1.50% | $16,387.65 | ($82.35) |
| | | 2176938 | 07/09/24 | 002620625237 | Based On Sales Orders 1413556. | AN | 1.50% | $9,559.46 | ($48.04) |
| | | 2177412 | 07/11/24 | 002620619324 | Based On Sales Orders 1409687. | AN | 1.50% | $23,366.58 | ($117.42) |
| | | 2177433 | 07/11/24 | 002620619225 | Based On Sales Orders 1409662. | AN | 1.50% | $18,693.26 | ($93.94) |
| | | 2178168 | 07/15/24 | 005840620209 | Based On Sales Orders 1409888. | AN | 1.50% | $14,019.95 | ($70.45) |
| | | 2178169 | 07/15/24 | 013210702084 | Based On Sales Orders 1412588.Carrier BIG BEES | AN | 1.50% | $5,462.55 | ($27.45) |
| | | 2178172 | 07/15/24 | 007580702053 | Based On Sales Orders 1412589. | AN | 1.50% | $5,462.55 | ($27.45) |
| | | 2178761 | 07/18/24 | 009600614940 | Based On Sales Orders 1408596.carrier nameBIG BEES | AN | 1.50% | $14,019.95 | ($70.45) |
| | | 2179303 | 07/22/24 | 013210708123 | Based On Sales Orders 1413790.BIG BEES LLC | AN | 1.50% | $5,462.55 | ($27.45) |
| | | 2179304 | 07/22/24 | 007580708050 | Based On Sales Orders 1413789. | AN | 1.50% | $5,462.55 | ($27.45) |
| | | 2179305 | 07/22/24 | 001710708400 | Based On Sales Orders 1413554. | AN | 1.50% | $10,514.96 | ($52.84) |
| | | 2179306 | 07/22/24 | 009360625275 | SUNSET PACIIC TRANSPORTATION INC.Based On Sales Orders 1411175. | AN | 1.50% | $70,099.74 | ($352.26) |
| | | 2179307 | 07/22/24 | 002620619224 | Based On Sales Orders 1409660.SUNSET PACIFIC TRANSPORTATION INC | AN | 1.50% | $60,753.11 | ($305.29) |
| | | 2179308 | 07/22/24 | 013540709273 | Based On Sales Orders 1413791. | AN | 1.50% | $7,009.97 | ($35.23) |
| | | 2179326 | 07/22/24 | 009600705454 | Based On Sales Orders 1413092.BIG BEES LLC | AN | 1.50% | $49,069.82 | ($246.58) |
| | | 2179328 | 07/22/24 | 005840711236 | Based On Sales Orders 1414200. | AN | 1.50% | $1,557.77 | ($7.83) |
| | | 2179329 | 07/22/24 | 001740711241 | Based On Sales Orders 1414199. | AN | 1.50% | $2,336.64 | ($11.74) |
| | | 2179330 | 07/22/24 | 002620711271 | Based On Sales Orders 1414198. | AN | 1.50% | $3,504.99 | ($17.61) |
| | | 2179331 | 07/22/24 | 001710711286 | Based On Sales Orders 1414193. | AN | 1.50% | $7,009.97 | ($35.23) |
| | | 2179332 | 07/22/24 | 001750709479 | Based On Sales Orders 1413794. | AN | 1.50% | $35,049.87 | ($176.13) |
| | | 2179333 | 07/22/24 | 001750708474 | Based On Sales Orders 1413539. | AN | 1.50% | $35,049.87 | ($176.13) |
| | | 2179334 | 07/22/24 | 010520709440 | Based On Sales Orders 1413798. | AN | 1.50% | $17,524.93 | ($88.07) |
| | | 2179335 | 07/22/24 | 010520708298 | Based On Sales Orders 1413538. | AN | 1.50% | $23,366.58 | ($117.42) |

31

MITTENTHAL

| Broker Name | Mittenthal |
|---|---|

| Row Labels | Doc Description | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances |
|---|---|---|---|---|---|---|---|---|---|
| COSTCOUS | IN | 2179622 | 07/23/24 | 013860625254 | Based On Sales Orders 1411174.T TRANS IC | AN | 1.50% | $51,406.48 | ($258.32) |
| | | 2179817 | 07/24/24 | 001710620242 | Based On Sales Orders 1409887.T TRANS INC | AN | 1.50% | $84,119.69 | ($422.71) |
| | | 2180099 | 07/25/24 | 001790613502 | Based On Sales Orders 1408371. | AN | 1.50% | $102,812.95 | ($516.65) |
| | | 2180102 | 07/25/24 | 009600625665 | Based On Sales Orders 1411168. | AN | 1.50% | $65,426.42 | ($328.78) |
| | | 2180103 | 07/25/24 | 009600614944 | Based On Sales Orders 1408595. | AN | 1.50% | $121,506.22 | ($610.58) |
| | | 2180104 | 07/25/24 | 009600614945 | Based On Sales Orders 1408594. | AN | 1.50% | $37,386.53 | ($187.87) |
| | | 2180729 | 07/30/24 | 010520711237 | Based On Sales Orders 1416416. | AN | 1.50% | $385.53 | ($5.87) |
| | | 2181125 | 07/31/24 | 013540725241 | Based On Sales Orders 1416687. | AN | 1.50% | $51,406.48 | ($258.32) |
| | IN Total | | | | | | | $981,688.06 | ($4,937.04) |
| | CM | 256629 | 07/11/24 | CB UNS | AN UNS INV# RV-20240624-113 1986RBP8590 6/24/24 Please see attached for deductions | AN | 1.50% | ($34,923.11) | $0.00 |
| | | 256630 | 07/11/24 | CB UNS | AN UNS INV # RV-20240701-1354 Please see attached spread sheet for deductions | AN | 1.50% | ($10,555.29) | $0.00 |
| | | 256631 | 07/11/24 | CB UNS | AN UNS INV # RV 2024708-1344 7/5/24 Please see attached spread sheet for deductions | AN | 1.50% | ($1,440.09) | $0.00 |
| | | 256632 | 07/11/24 | CB UNS | AN UNS INV # RV020240708 13/50 7/8/24 Please see attached spread sheet for deductions | AN | 1.50% | ($2,647.33) | $0.00 |
| | | 256633 | 07/11/24 | CB UNS | AN UNS INV # RV20240710-1623 Please see attached spread sheet for deductions | AN | 1.50% | ($1,409.79) | $0.00 |
| | | 256634 | 07/11/24 | CB UNS | AN UNS INV # RV 20240703-1707 Please see attached spread sheet for deductions | AN | 1.50% | ($3,795.88) | $0.00 |
| | | 256635 | 07/11/24 | M-90146 | AN M-90146 Liq Collagen $4 TPD 6517910653 5/28/24 $1,224.006517912426 6/3/24 $55,680.006517... | AN | 1.50% | ($57,752.00) | $0.00 |
| | | 256727 | 07/22/24 | CB UNS | AN UNS INV # RV20240715-1344 $4,414.36 | AN | 1.50% | ($4,414.36) | $0.00 |
| | | 256728 | 07/22/24 | CB UNS | AN UNS INV # RV20240715 1349 $8,208.61 | AN | 1.50% | ($8,208.61) | $0.00 |
| | | 256802 | 07/30/24 | M-90150 | AN M-90150 PR Fence GTFB0130325133 7/19/24 $9,600.00 | AN | 1.50% | ($9,600.00) | $0.00 |
| | | 256803 | 07/30/24 | M-90149 | AN M-90149 PR Fence Liq Collagen0130324960 7/19/24 $9,600.00 | AN | 1.50% | ($9,600.00) | $0.00 |
| | | 256804 | 07/30/24 | M-90151 | AN M-90151 PR $4.00 TPD Liq Collagen6517951125 7/15/24 $1,808.006517956355 7/22/24 $1,808. | AN | 1.50% | ($3,616.00) | $0.00 |
| | | 256805 | 07/30/24 | UNS | AN UNS INV # RV 20240729-1347 Please see attached spread sheet for deductions | AN | 1.50% | ($2,048.28) | $0.00 |
| | | 256806 | 07/30/24 | CB UNS | AN UNS INV # RV 20240729-1353 Please see attached spread sheet for deductions | AN | 1.50% | ($2,976.36) | $0.00 |
| | | 256807 | 07/30/24 | CB UNS | AN UNS INV # RV 20240724 1641 Please see attached spread sheet for deductions | AN | 1.50% | ($4,942.49) | $0.00 |
| | | 256808 | 07/30/24 | CB UNS | AN UNS INV # RV 20240722-1335 Please see attached spread sheet for deductions | AN | 1.50% | ($12,605.24) | $0.00 |
| | | 256809 | 07/30/24 | CB SHORT | AN SHORT INV # 2170298 294082969 7/15/24 $1,168.39 | AN | 1.50% | ($1,168.39) | $0.00 |
| | CM Total | | | | | | | ($171,703.22) | $0.00 |
| COSTCOUS Total | | | | | | | | $809,984.84 | ($4,937.04) |
| COSTULESS | IN | 2179327 | 07/22/24 | 894-0715-78907 | Based On Sales Orders 1415055. | AN | 5.00% | $3,680.64 | $0.00 |
| | IN Total | | | | | | | $3,680.64 | $0.00 |
| COSTULESS Total | | | | | | | | $3,680.64 | $0.00 |
| Grand Total | | | | | | | | $821,425.64 | ($4,937.04) |

32

MITTENTHAL

| Broker Name | Mittenthal |
|---|---|

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances |
|---|---|---|---|---|---|---|---|---|---|

| Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|
| $0.00 | $306.96 | $7.67 |
| $0.00 | $402.84 | $10.07 |
| $0.00 | $345.36 | $8.63 |
| $0.00 | $100.08 | $5.00 |
| $0.00 | $1,267.20 | $63.36 |
| $0.00 | $345.12 | $17.26 |
| $0.00 | $978.48 | $24.46 |
| $0.00 | $172.68 | $4.32 |
| $0.00 | $191.88 | $4.80 |
| $0.00 | $153.48 | $3.84 |
| $0.00 | $134.28 | $3.36 |
| $0.00 | $172.68 | $4.32 |
| $0.00 | $1,382.40 | $69.12 |
| $0.00 | $172.56 | $8.63 |
| $0.00 | $1,956.96 | $48.92 |
| **$0.00** | **$8,082.96** | **$283.76** |
| $0.00 | $343.50 | $8.59 |
| $0.00 | ($322.80) | ($8.07) |
| $0.00 | ($343.50) | ($8.59) |
| **$0.00** | **($322.80)** | **($8.07)** |
| **$0.00** | **$7,760.16** | **$275.69** |
| $420.60 | $20,609.32 | $309.14 |
| $109.25 | $5,353.30 | $80.30 |
| $327.75 | $16,059.90 | $240.90 |
| $191.19 | $9,368.27 | $140.52 |
| $467.33 | $22,899.25 | $343.49 |
| $373.87 | $18,319.39 | $274.79 |
| $280.40 | $13,739.55 | $206.09 |
| $109.25 | $5,353.30 | $80.30 |
| $109.25 | $5,353.30 | $80.30 |
| $280.40 | $13,739.55 | $206.09 |
| $109.25 | $5,353.30 | $80.30 |
| $109.25 | $5,353.30 | $80.30 |
| $210.30 | $10,304.66 | $154.57 |
| $1,401.99 | $68,697.75 | $1,030.47 |
| $1,215.06 | $59,538.05 | $893.07 |
| $140.20 | $6,869.77 | $103.05 |
| $981.40 | $48,088.42 | $721.33 |
| $31.16 | $1,526.61 | $22.90 |
| $46.73 | $2,289.93 | $34.35 |
| $70.10 | $3,434.89 | $51.52 |
| $140.20 | $6,869.77 | $103.05 |
| $701.00 | $34,348.87 | $515.23 |
| $701.00 | $34,348.87 | $515.23 |
| $350.50 | $17,174.43 | $257.62 |
| $467.33 | $22,899.25 | $343.49 |

34

| Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|
| $1,028.13 | $50,378.35 | $755.68 |
| $1,682.39 | $82,437.30 | $1,236.56 |
| $2,056.26 | $100,756.69 | $1,511.35 |
| $1,308.53 | $64,117.89 | $961.77 |
| $2,430.12 | $119,076.10 | $1,786.14 |
| $747.73 | $36,638.80 | $549.58 |
| $7.71 | $377.82 | $5.67 |
| $1,028.13 | $50,378.35 | $755.68 |
| | | |
| $19,633.76 | $962,054.30 | $14,430.81 |
| ($698.46) | ($34,224.65) | ($513.37) |
| ($211.11) | ($10,344.18) | ($155.16) |
| ($28.80) | ($1,411.29) | ($21.17) |
| ($52.95) | ($2,594.38) | ($38.92) |
| ($28.20) | ($1,381.59) | ($20.72) |
| ($75.92) | ($3,719.96) | ($55.80) |
| ($1,155.04) | ($56,596.96) | ($848.95) |
| ($88.29) | ($4,326.07) | ($64.89) |
| ($164.17) | ($8,044.44) | ($120.67) |
| ($192.00) | ($9,408.00) | ($141.12) |
| ($192.00) | ($9,408.00) | ($141.12) |
| ($72.32) | ($3,543.68) | ($53.16) |
| ($40.97) | ($2,007.31) | ($30.11) |
| ($59.53) | ($2,916.83) | ($43.75) |
| ($98.85) | ($4,843.64) | ($72.65) |
| ($252.10) | ($12,353.14) | ($185.30) |
| ($23.37) | ($1,145.02) | ($17.18) |
| | | |
| ($3,434.06) | ($168,269.16) | ($2,524.04) |
| $16,199.70 | $793,785.14 | $11,906.78 |
| $0.00 | $3,680.64 | $184.03 |
| $0.00 | $3,680.64 | $184.03 |
| $0.00 | $3,680.64 | $184.03 |
| $16,199.70 | $805,225.94 | $12,366.50 |

35

MITTENTHAL

| Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|

---

**From:** **Lisa Deese** LisaD@pandgbmittenthal.com  📎
**Subject:** **FW: Irwin Naturals - Proof of Claim Draft**
**Date:** October 2, 2024 at 6:55 PM
**To:** Pete Balzarini  peteb@pandgbmittenthal.com



---

*Lisa Deese*

*Accounting Manager*

Mittenthal & Associates/P & GB, Inc.
1315 NW Mall St., Ste, 1
Issaquah, WA 98027
LisaD@pandgbmittenthal.com
425-557-7770 Ext. 8
253-209-0433 cell

The information contained in this message may be confidential and/or subject to legal privilege, and is for the use of the intended addressee only.  Any unauthorized use, dissemination or copying of the information in this message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this message.

---

**From:** Lisa Deese
**Sent:** Tuesday, October 1, 2024 6:27 PM
**To:** Pete Balzarini <peteb@pandgbmittenthal.com>
**Subject:** Irwin Naturals - Proof of Claim Draft
**Importance:** High

Hi Pete,

Attached is the Irwin Contract, commission statements for May, June, July and August (outstanding commissions owed totaling $19,015.80), and the Proof of Claim Draft.

|  | Type | Date | Memo | Deposit Amount | Commission Report | Difference |  |
|---|---|---|---|---|---|---|---|
| **Irwin Naturals** |  |  |  |  |  |  |  |
|  | Deposit | 06/18/2024 | February 2024 Business | 12,197.41 | 9,576.77 | 2,620.64 |  |
|  | Deposit | 07/24/2024 | March 2024 Business | 16,417.30 | 16,417.29 | 0.01 |  |
|  | Deposit | 08/05/2024 | April 2024 Business | 1,168.81 | 1,168.81 | 0.00 |  |
|  |  |  | May 2024 Business outstanding | 0.00 | 1,968.79 | 1,968.79 |  |
|  |  |  | June 2024 Business outstanding | 0.00 | 1,147.26 | 1,147.26 |  |
|  |  |  | July 2024 Business outstanding | 0.00 | 12,366.50 | 12,366.50 |  |
|  |  |  | August 2024 Business outstanding | 0.00 | 3,533.24 | 3,533.24 |  |
|  |  |  | September 2024 Business outstanding | 0.00 | 0.00 | 0.00 |  |
|  |  |  |  |  |  |  |  |
|  |  |  | Total 2024 so far | 29,783.52 | 48,799.30 | 19,015.80 | still owing |

*Lisa Deese*

*Accounting Manager*

Mittenthal & Associates/P & GB, Inc.
1315 NW Mall St., Ste, 1
Issaquah, WA 98027
LisaD@pandgbmittenthal.com
425-557-7770 Ext. 8
253-209-0433 cell

The information contained in this message may be confidential and/or subject to legal privilege, and is for the use of the intended addressee only.  Any unauthorized use, dissemination or copying of the information in this message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this message.

message.

| | | | |
|---|---|---|---|
| form_b_410 Proof of Claim form completed on 10.2.24 Irwin BK... 198 KB | | Irwin Naturals contract with Mittenthal as of 2020 - latest... | |
| 2024.05 Mittenthal irwin.xlsx | | Copy of 2024.06 Mittenthal Irwin .xlsx | |
| August 2024 Commission Irwin .xlsx | | Copy of 2024.07 Mittenthal.xlsx 518 KB | |

38

# EXHIBIT 28

UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

**FILED**

DEC - 9 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**Fill in the information to identify the case (Select only one Debtor per form):**

☒ Irwin Naturals (Case No. 24-11323)

☐ Irwin Naturals, Inc. (Case No. 24-11324)

☐ 5310 Holdings, LLC (Case No. 24-11325)

☐ DAI US HoldCo, Inc. (Case No. 24-11326)

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  G P Quinlan / Omega Sales & Marketing

**2. Has this claim been acquired from someone else?**   ☒ No   ☐ Yes   From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name: Omega Sales & Marketing
Number  Street: 3701 Lone Tree Way #9B
City: Antioch   State: CA   ZIP Code: 94509

Contact Phone  925 671 2239
Contact email  peggy@omegasales.org

Where should payments to the creditor be sent? (if different)

Name _____
Number  Street _____
City _____ State _____ ZIP Code _____

Contact Phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

**4. Does this claim amend one already filed?**   ☒ No   ☐ Yes   Claim Number on court claims registry (if known) _____   Filed On _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**   ☒ No   ☐ Yes   Who made the earlier filing? _____

Official Form 410    Proof of Claim    Page 1

40

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes   Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**   $ 5447.28   Does this amount include interest or other charges?
☒ No
☐ Yes   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information

Commissions based on sales - May thru Aug 8, 2024

**9. Is all or part of the claim secured?**
☒ No
☐ Yes   The claim is secured by a lien on property

**Nature of property:**
☐ Real Estate   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*
☐ Motor Vehicle
☐ Other   Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

**Value of Property:**   $ _____
**Amount of the claim that is secured:**   $ _____
**Amount of the claim that is unsecured:**   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7).

**Amount necessary to cure any default as of the date of the petition:**   $ _____

**Annual Interest Rate**   (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes   Amount necessary to cure any default as of the date of the petition.   $ _____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes   Identify the property: _____

Official Form 410                Proof of Claim                Page 2

41

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | |
|---|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☒ Yes    *Check all that apply*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☒ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ 5,447.28

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

| Part 3: | Sign Below |
|---|---|

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowlegment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/18/2024
            MM / DD / YYYY

Signature  *P L'Amoreaux*

Print the name of the person who is completing and signing this claim:

Name  Peter    L'Amoreaux
      First Name    Middle Name    Last Name

Title  Director

Company  Omega Sales + Marketing
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  3701 Lone Tree Way Ste 9B
        Number    Street
        Antioch    CA    94509
        City    State    ZIP Code

Contact Phone  925 671 2239    Email  peggy @ megasales. org

---

Official Form 410    Proof of Claim    Page 42

2024.05 Omega.xlsx

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANDS | IN | 05/24 SPI | 05/31/24 | SAVEMART | AN - 05/24 SPIN - SAVEMART | IN | 0.00% | $3,477.85 | | $69.56 | $3,408.29 | $0.00 |
| IN Total | | | | | | | | $3,477.85 | | $69.56 | $3,408.29 | $0.00 |
| CANDS Total | | | | | | | | $3,477.85 | | $69.56 | $3,408.29 | $0.00 |
| SUPER2 | IN | 2161949 | 05/08/24 | 91458110 | Based On Sales Orders 1396783. | AN | 5.00% | $158.16 | | $3.16 | $155.00 | $7.75 |
| | | 2163491 | 05/08/24 | 91458110 | Based On Sales Orders 1396783. | IN | 2.50% | $2,410.44 | | $48.21 | $2,362.23 | $59.06 |
| | | | 05/08/24 | 91458110 | Based On Sales Orders 1396783. | NS | 5.00% | $555.48 | | $11.11 | $544.37 | $27.22 |
| | | 2163614 | 05/14/24 | 48460382 | Based On Sales Orders 1398374. | IN | 2.50% | $4,764.00 | $0.00 | $95.28 | $4,668.72 | $116.72 |
| | | | 05/15/24 | 91458616 | Based On Sales Orders 1399258. | IN | 2.50% | $1,892.40 | | $37.85 | $1,854.55 | $46.36 |
| | | 2163907 | 05/15/24 | 91458616 | Based On Sales Orders 1399258. | NS | 5.00% | $938.52 | | $18.77 | $919.75 | $45.99 |
| | | 2164795 | 05/15/24 | 96448762 | Based On Sales Orders 1392677. | IN | 2.50% | $1,511.28 | $0.00 | $30.23 | $1,481.05 | $37.03 |
| | | | 05/17/24 | 96449763 | Based On Sales Orders 1399520. | AN | 5.00% | $1,538.64 | $0.00 | $30.77 | $1,507.87 | $75.39 |
| | | 2164796 | 05/17/24 | 96449763 | Based On Sales Orders 1399520. | IN | 2.50% | $8,900.52 | | $178.01 | $8,722.51 | $218.06 |
| | | 2165399 | 05/17/24 | 96449762 | Based On Sales Orders 1399534. | IN | 2.50% | $3,295.44 | $0.00 | $65.91 | $3,229.53 | $80.74 |
| | | | 05/20/24 | 48460733 | Based On Sales Orders 1400285. | AN | 5.00% | $661.44 | $0.00 | $13.23 | $648.21 | $32.41 |
| | | 2166870 | 05/20/24 | 48460733 | Based On Sales Orders 1400285. | IN | 2.50% | $6,052.80 | | $121.06 | $5,931.74 | $148.29 |
| | | | 05/28/24 | 96450142 | Based On Sales Orders 1401389. | AN | 5.00% | $3,063.36 | $0.00 | $61.27 | $3,002.09 | $150.10 |
| | | 2167603 | 05/28/24 | 96450142 | Based On Sales Orders 1401389. | IN | 2.50% | $4,619.04 | | $92.38 | $4,526.66 | $113.17 |
| | | | 05/29/24 | 48465125 | Based On Sales Orders 1402281. | AN | 5.00% | $474.48 | | $9.49 | $464.99 | $23.25 |
| | | 2167632 | 05/29/24 | 48465125 | Based On Sales Orders 1402281. | IN | 2.50% | $5,145.96 | $0.00 | $102.92 | $5,043.04 | $126.08 |
| | | | 05/29/24 | 91459788 | Based On Sales Orders 1402919. | AN | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 05/29/24 | 91459788 | Based On Sales Orders 1402919. | IN | 2.50% | $6,375.12 | | $127.50 | $6,247.62 | $156.19 |
| | | 2167955 | 05/29/24 | 91459788 | Based On Sales Orders 1402919. | NS | 5.00% | $2,696.52 | | $53.93 | $2,642.59 | $132.13 |
| | | | 05/30/24 | 96450200 | Based On Sales Orders 1402278. | IN | 2.50% | $964.08 | $0.00 | $19.28 | $944.80 | $23.62 |
| IN Total | | | | | | | | $56,017.68 | $0.00 | $1,120.35 | $54,897.33 | $1,619.55 |

1 of 1

*Twin Naturals –*
*May 2025 Commissions*

*Irwin Naturals –*
*June 2024 Commissions*

2024.06 Omega.xlsx
OMEGA

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPER2 | IN | 2169520 | 06/05/24 | 48461435 | Based On Sales Orders 1403114. | AN | 5.00% | $474.48 | | $9.49 | $464.99 | $23.25 |
| | | | 06/05/24 | 48461435 | Based On Sales Orders 1403114. | IN | 2.50% | $3,224.40 | | $64.49 | $3,159.91 | $79.00 |
| | | 2169589 | 06/05/24 | 96450520 | Based On Sales Orders 1403411. | AN | 5.00% | $747.84 | | $14.96 | $732.88 | $36.64 |
| | | | 06/05/24 | 96450520 | Based On Sales Orders 1403411. | IN | 2.50% | $4,734.36 | $0.00 | $94.69 | $4,639.67 | $115.99 |
| | | 2170459 | 06/10/24 | 91460140 | Based On Sales Orders 1404548. | IN | 2.50% | $1,950.00 | | $39.00 | $1,911.00 | $47.78 |
| | | | 06/10/24 | 91460140 | Based On Sales Orders 1404548. | NS | 5.00% | $657.96 | $0.00 | $13.16 | $644.80 | $32.24 |
| | | 2170814 | 06/10/24 | 96450519 | Based On Sales Orders 1403412. | IN | 2.50% | $1,021.80 | $0.00 | $20.44 | $1,001.36 | $25.03 |
| | | 2170815 | 06/10/24 | 91460140 | Based On Sales Orders 1404548. Based | IN | 2.50% | ($1,950.00) | | ($39.00) | ($1,911.00) | ($47.78) |
| | | | 06/10/24 | 91460140 | Based On Sales Orders 1404548. Based | NS | 5.00% | ($657.96) | $0.00 | ($13.16) | ($644.80) | ($32.24) |
| | | 2170816 | 06/10/24 | 91460140 | Based On Sales Orders 1404548. | IN | 2.50% | $1,201.68 | | $24.03 | $1,177.65 | $29.44 |
| | | | 06/10/24 | 91460140 | Based On Sales Orders 1404548. | NS | 5.00% | $657.96 | $0.00 | $13.16 | $644.80 | $32.24 |
| | | 2171724 | 06/13/24 | 91460750 | Based On Sales Orders 1406280. | IN | 2.50% | $1,021.80 | | $20.44 | $1,001.36 | $25.03 |
| | | | 06/13/24 | 91460750 | Based On Sales Orders 1406280. | NS | 5.00% | $560.88 | $0.00 | $11.22 | $549.66 | $27.48 |
| | | 2171852 | 06/13/24 | 48461125 | OVERAGE ON INV# 2167603 CUSTOME | AN | 5.00% | $230.40 | $0.00 | $4.61 | $225.79 | $11.29 |
| | | 2171874 | 06/13/24 | 96450730 | REDUCED AN057284 Based On Sales O | AN | 5.00% | $884.28 | $0.00 | $17.69 | $866.59 | $43.33 |
| | | | 06/13/24 | 96450730 | REDUCED AN057284 Based On Sales O | IN | 2.50% | $993.00 | | $19.86 | $973.14 | $24.33 |
| | | 2171875 | 06/13/24 | 48462079 | Based On Sales Orders 1406495. | AN | 5.00% | $1,071.24 | $0.00 | $21.42 | $1,049.82 | $52.49 |
| | | | 06/13/24 | 48462079 | Based On Sales Orders 1406495. | IN | 2.50% | $5,562.96 | | $111.26 | $5,451.70 | $136.29 |
| | | 2171879 | 06/13/24 | 96450734 | Based On Sales Orders 1404860. | IN | 2.50% | $1,618.80 | $0.00 | $32.38 | $1,586.42 | $39.66 |
| | | 2172401 | 06/17/24 | 96451097 | Based On Sales Orders 1406564. | IN | 2.50% | $2,100.84 | $0.00 | $42.02 | $2,058.82 | $51.47 |
| | | 2172598 | 06/17/24 | 96451096 | Based On Sales Orders 1406565. | AN | 5.00% | $1,538.64 | $0.00 | $30.77 | $1,507.87 | $75.39 |
| | | | 06/17/24 | 96451096 | Based On Sales Orders 1406565. | IN | 2.50% | $3,108.48 | | $62.17 | $3,046.31 | $76.16 |
| | | 2173308 | 06/20/24 | 91461299 | Based On Sales Orders 1408035. | IN | 2.50% | $1,000.20 | | $20.00 | $980.20 | $24.50 |
| | | | 06/20/24 | 91461299 | Based On Sales Orders 1408035. | NS | 5.00% | $463.80 | $0.00 | $9.28 | $454.52 | $22.73 |
| | | 2174175 | 06/24/24 | 48462460 | Based On Sales Orders 1408281. | AN | 5.00% | $819.60 | | $16.39 | $803.21 | $40.16 |
| | | | 06/24/24 | 48462460 | Based On Sales Orders 1408281. | IN | 2.50% | $3,072.96 | $0.00 | $61.46 | $3,011.50 | $75.29 |
| | | 2175163 | 06/27/24 | 48462797 | Based On Sales Orders 1409828. | AN | 5.00% | $1,416.36 | | $28.33 | $1,388.03 | $69.40 |
| | | | 06/27/24 | 48462797 | Based On Sales Orders 1409828. | IN | 2.50% | $1,863.72 | $0.00 | $37.27 | $1,826.45 | $45.66 |
| | | 2175377 | 06/28/24 | 91462390 | Based On Sales Orders 1411328. | IN | 2.50% | $1,633.56 | | $32.67 | $1,600.89 | $40.02 |
| | | | 06/28/24 | 91462390 | Based On Sales Orders 1411328. | NS | 5.00% | $463.80 | $0.00 | $9.28 | $454.52 | $22.73 |
| | | 2175498 | 06/28/24 | 96451741 | Based On Sales Orders 1409838. | IN | 2.50% | $2,892.60 | $0.00 | $57.85 | $2,834.75 | $70.87 |
| | | 2175499 | 06/28/24 | 96452127 | Based On Sales Orders 1411741. | IN | 2.50% | $2,388.72 | $0.00 | $47.77 | $2,340.95 | $58.52 |
| | | 2175520 | 06/28/24 | 48463160 | Based On Sales Orders 1411514. | AN | 5.00% | $1,423.44 | $0.00 | $28.47 | $1,394.97 | $69.75 |
| | | | 06/28/24 | 48463160 | Based On Sales Orders 1411514. | IN | 2.50% | $525.24 | | $10.50 | $514.74 | $12.87 |
| | IN Total | | | | | | | $48,717.84 | $0.00 | $974.36 | $47,743.48 | $1,457.03 |
| | CM | 256590 | 06/28/24 | 48462079 | RTS ON INV# 2173875TENDERED WITH | AN | 5.00% | ($158.16) | $0.00 | ($3.16) | ($155.00) | ($7.75) |
| | CM Total | | | | | | | ($158.16) | $0.00 | ($3.16) | ($155.00) | ($7.75) |
| SUPER2 Total | | | | | | | | $48,559.68 | $0.00 | $971.19 | $47,588.49 | $1,449.28 |
| Grand Total | | | | | | | | $48,559.68 | $0.00 | $971.19 | $47,588.49 | $1,449.28 |

1 of 1

44

*Irwin Naturals*

*July 2024*

*Commissions*

2024.07 Omega.xlsx
OMEGA

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANDS | IN | 05/24 SPII | 05/31/24 | SAVEMART | IN - 05/24 SPIN - SAVEMART | IN | 2.50% | $3,477.85 | | $69.56 | $3,408.29 | $85.21 |
| | | 06/24 SPII | 06/30/24 | SAVEMART | AN - 06/24 SPIN - SAVEMART | AN | 5.00% | $251.72 | | $5.03 | $246.69 | $12.33 |
| | | | 06/30/24 | SAVEMART | IN - 06/24 SPIN - SAVEMART | IN | 2.50% | $5,270.36 | | $105.41 | $5,164.95 | $129.12 |
| | | 07/24 SPII | 07/31/24 | SAVEMART | AN - 07/24 SPIN - SAVEMART | AN | 5.00% | $395.56 | | $7.91 | $387.65 | $19.38 |
| | IN Total | | | | | | | $9,395.49 | | $187.91 | $9,207.58 | $246.05 |
| **CANDS Total** | | | | | | | | **$9,395.49** | | **$187.91** | **$9,207.58** | **$246.05** |
| SUPER2 | IN | 2176048 | 07/02/24 | 91461885 | Based On Sales Orders 1409677. | AN | 0.00% | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | 07/02/24 | 91461885 | Based On Sales Orders 1409677. | IN | 2.50% | $985.80 | | $19.72 | $966.08 | $24.15 |
| | | | 07/02/24 | 91461885 | Based On Sales Orders 1409677. | NS | 5.00% | $835.92 | $0.00 | $16.72 | $819.20 | $40.96 |
| | | 2178337 | 07/02/24 | 91461885 | Based On Sales Orders 1409677. Based | AN | 0.00% | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | 07/02/24 | 91461885 | Based On Sales Orders 1409677. Based | IN | 2.50% | ($985.80) | | ($19.72) | ($966.08) | ($24.15) |
| | | | 07/02/24 | 91461885 | Based On Sales Orders 1409677. Based | NS | 5.00% | ($835.92) | $0.00 | ($16.72) | ($819.20) | ($40.96) |
| | | 2178730 | 07/18/24 | 91461885 | Based On Sales Orders 1409677. | AN | 5.00% | $158.16 | | $3.16 | $155.00 | $7.75 |
| | | | 07/18/24 | 91461885 | Based On Sales Orders 1409677. | IN | 2.50% | $985.80 | | $19.72 | $966.08 | $24.15 |
| | | | 07/18/24 | 91461885 | Based On Sales Orders 1409677. | NS | 5.00% | $835.92 | $0.00 | $16.72 | $819.20 | $40.96 |
| | | 2178753 | 07/18/24 | 91463417 | Based On Sales Orders 1413938. | IN | 2.50% | $2,367.36 | | $47.35 | $2,320.01 | $58.00 |
| | | | 07/18/24 | 91463417 | Based On Sales Orders 1413938. | NS | 5.00% | $194.16 | | $3.88 | $190.28 | $9.51 |
| | | 2178756 | 07/18/24 | 91462986 | Based On Sales Orders 1412563. | IN | 0.00% | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | 07/18/24 | 91462986 | Based On Sales Orders 1412563. | NS | 5.00% | $188.88 | $0.00 | $3.78 | $185.10 | $9.26 |
| | | 2178818 | 07/19/24 | 48463833 | Based On Sales Orders 1414176. | AN | 5.00% | $596.76 | | $11.94 | $584.82 | $29.24 |
| | | | 07/19/24 | 48463833 | Based On Sales Orders 1414176. | IN | 2.50% | $683.52 | $0.00 | $13.67 | $669.85 | $16.75 |
| | | 2178819 | 07/19/24 | 96452621 | Based On Sales Orders 1414185. | IN | 2.50% | $546.72 | $0.00 | $10.93 | $535.79 | $13.39 |
| | | 2178945 | 07/22/24 | 96452622 | Based On Sales Orders 1414186. | AN | 5.00% | $1,121.76 | $0.00 | $22.44 | $1,099.32 | $54.97 |
| | | | 07/22/24 | 96452622 | Based On Sales Orders 1414186. | IN | 2.50% | $2,834.76 | | $56.70 | $2,778.06 | $69.45 |
| | | 2178947 | 07/22/24 | 48463524 | Based On Sales Orders 1412984. | AN | 5.00% | $632.64 | $0.00 | $12.65 | $619.99 | $31.00 |
| | | | 07/22/24 | 48463524 | Based On Sales Orders 1412984. | IN | 2.50% | $2,755.80 | | $55.12 | $2,700.68 | $67.52 |
| | IN Total | | | | | | | $13,902.24 | $0.00 | $278.04 | $13,624.20 | $431.95 |
| **SUPER2 Total** | | | | | | | | **$13,902.24** | **$0.00** | **$278.04** | **$13,624.20** | **$431.95** |
| **Grand Total** | | | | | | | | **$23,297.73** | **$0.00** | **$465.95** | **$22,831.78** | **$678.00** |

1 of 1

Broker Name  Omega Sales Mktg
PRE/POST  PRE

2024.08 Omega PRE.xlsx
OMEGA

| Row Labels | Doc Descrip tion | Doc Num | Doc Date | PO/Deal Sheet No | Comments | PL | Broker Comm Effective Rate | Sum of Revenue | Sum of Allowances | Sum of Cash Discount | Sum of Tot Rev Subj To Comm | Sum of Broker Comm Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPER2 | IN | 2183336 | 08/01/24 | 96452835 | Based On Sales Orders 1415249. | IN | 2.50% | 410.04 | $0.00 | $8.20 | $401.84 | $10.05 |
| | | 2183343 | 08/01/24 | 96452836 | Based On Sales Orders 1415250. | AN | 5.00% | $790.80 | $0.00 | $15.82 | $774.98 | $38.75 |
| | | | 08/01/24 | 96452836 | Based On Sales Orders 1415250. | IN | 2.50% | $2,662.56 | | $53.25 | $2,609.31 | $65.23 |
| | | 2181346 | 08/01/24 | 91464001 | Based On Sales Orders 1415234. | IN | 2.50% | $6,850.44 | | $137.01 | $6,713.43 | $167.84 |
| | | | 08/01/24 | 91464001 | Based On Sales Orders 1415234. | NS | 5.00% | $2,211.12 | $0.00 | $44.22 | $2,166.90 | $108.34 |
| | | 2181588 | 08/02/24 | 96453182 | Based On Sales Orders 1416524. | AN | 5.00% | $2,603.04 | $0.00 | $52.06 | $2,550.98 | $127.55 |
| | | | 08/02/24 | 96453182 | Based On Sales Orders 1416524. | IN | 2.50% | $4,669.68 | | $93.39 | $4,576.29 | $114.41 |
| | | 2182380 | 08/07/24 | 91464720 | Based On Sales Orders 1416528. | IN | 2.50% | $2,065.20 | | $41.30 | $2,023.90 | $50.60 |
| | | | 08/07/24 | 91464720 | Based On Sales Orders 1416528. | NS | 5.00% | $1,373.88 | $0.00 | $27.48 | $1,346.40 | $67.32 |
| | | 2182400 | 08/07/24 | 96453346 | Based On Sales Orders 1417195. | AN | 5.00% | $4,098.72 | $0.00 | $81.97 | $4,016.75 | $200.84 |
| | | | 08/07/24 | 96453346 | Based On Sales Orders 1417195. | IN | 2.50% | $3,130.20 | | $62.60 | $3,067.60 | $76.69 |
| | IN Total | | | | | | | $30,865.68 | $0.00 | $617.31 | $30,248.37 | $1,027.61 |
| SUPER2 Total | | | | | | | | $30,865.68 | $0.00 | $617.31 | $30,248.37 | $1,027.61 |
| TIMAXX | IN | 2182401 | 08/07/24 | 03 946629 | Based On Sales Orders 1414871.CARIER | IN | 0.00% | $6,762.00 | $0.00 | $0.00 | $6,762.00 | $0.00 |
| | | 2182402 | 08/07/24 | 03 946628 | Based On Sales Orders 1414850.CARIER | IN | 0.00% | $28,878.00 | $0.00 | $0.00 | $28,878.00 | $0.00 |
| | | 2182575 | 08/08/24 | 30 946630 | Based On Sales Orders 1414870.CARRII | IN | 0.00% | $18,186.00 | $0.00 | $0.00 | $18,186.00 | $0.00 |
| | IN Total | | | | | | | $53,826.00 | $0.00 | $0.00 | $53,826.00 | $0.00 |
| TIMAXX Total | | | | | | | | $53,826.00 | $0.00 | $0.00 | $53,826.00 | $0.00 |
| Grand Total | | | | | | | | $84,691.68 | $0.00 | $617.31 | $84,074.37 | $1,027.61 |

1 of 1

*Handwritten annotations:*

84.5
360.
27.3
28
612

1700.45

Twin Naturals

August – Pre-Bankruptcy Commissions

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID M. POITRAS – Bar No. 141309<br>SUSAN K. SEFLIN - Bar No. 213865<br>JESSICA S. WELLINGTON - Bar No. 324477<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dpoitras@bg.law, sseflin@bg.law,<br>jwellington@bg.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Chapter 11 Debtors | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Irwin Naturals et al.,<br><br>_____ Affects Irwin Naturals<br><br>_____ Affects Irwin Naturals Inc.<br><br>_____ Affects 5310 Holdings, LLC<br><br>_____ Affects DAI US HoldCo Inc.<br><br>X   Affects All Debtors<br><br>Debtor(s). | CASE NO.: 1:24-bk-11323-VK<br>CHAPTER: 11 |
|---|---|

**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**

☐ **No hearing: LBR 9013-1(q)**

☒ **Hearing information**

DATE:          10/31/2024
TIME:          1:00 p.m.
COURTROOM:  301
ADDRESS:      21041 Burbank Blvd.
                       Woodland Hills, CA 91367

1. Bar Date. The court has set a deadline of (*date*) December 20     , 2024   (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012       ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                            F 3003-1.NOTICE.BARDATE
                                                                                                          47

(b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) _08/09/2024_____, and therefore calculates that this deadline is (*date*) _02/05/2025_____). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery -- *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2)** <u>and</u> **503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: _11/04/2024_____

By: /s/ Susan K. Seflin
    Signature of Debtor, chapter 11 trustee, or their attorney


Name:  Susan K. Seflin, BG Law LLP, Counsel for Debtors
    Printed name of Debtor, chapter 11 trustee, or their attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT 38

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | Irwin Naturals |
| Debtor 2 | Irwin Naturals Inc |
| (Spouse, if filing) | |
| United States Bankruptcy Court | **Central District of California** |
| Case number: | **24-11323** |

**FILED**

**U.S. Bankruptcy Court**
**Central District of California**

12/17/2024

**Kathleen J. Campbell, Clerk**

## Official Form 410
## Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** | | |
|---|---|---|---|
| **1. Who is the current creditor?** | Spectrum | | |
| | Name of the current creditor (the person or entity to be paid for this claim) | | |
| | Other names the creditor used with the debtor | Charter Communications, Time Warner Cable | |
| **2. Has this claim been acquired from someone else?** | ☑ No ☐ Yes. From whom? | | |
| **3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) | |
| | Spectrum | | |
| | Name | Name | |
| | 1600 Dublin Rd Columbus, OH 43215 | | |
| | Contact phone _____6148262572_____ | Contact phone _____ | |
| | Contact email ___Kyla.Lehman@charter.com___ | Contact email _____ | |
| | Uniform claim identifier (if you use one): _____ | | |
| **4. Does this claim amend one already filed?** | ☑ No ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ MM / DD / YYYY | |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No ☐ Yes. Who made the earlier filing? _____ | | |

Official Form 410                    Proof of Claim                    page 1

50

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | **Do you have any number you use to identify the debtor?** | ☑ No ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
|---|---|---|

| 7. | **How much is the claim?** | $ 5187.14 | **Does this amount include interest or other charges?** ☑ No ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|---|

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Services provided
_____

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe:
_____

**Basis for perfection:**
_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed
☐ Variable

| 10. | **Is this claim based on a lease?** | ☑ No ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
|---|---|---|

| 11. | **Is this claim subject to a right of setoff?** | ☑ No ☐ Yes. Identify the property: _____ |
|---|---|---|

Official Form 410          Proof of Claim          page 2

51

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No ☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies    $ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    12/17/2024

MM / DD / YYYY

/s/  Kyla Lehman

Signature

Print the name of the person who is completing and signing this claim:

Name    Kyla Lehman

First name    Middle name    Last name

Title    Bankruptcy Analyst

Company    Spectrum

Identify the corporate servicer as the company if the authorized agent is a servicer

Address    1600 Dublin Rd

Number   Street

Columbus, OH 43215

City   State   ZIP Code

Contact phone    6148262572    Email    Kyla.Lehman@charter.com

Official Form 410                 Proof of Claim                 page 3

52

| Bankruptcy Information: | | | Date / Initials: | | 12/11/24 kml | | |
|---|---|---|---|---|---|---|---|
| Case#: | 24-11323 | | Account Name: | | IRWIN NATURALS | | |
| Filing Date: | 8/9/2024 | | Account Number: | | NBC ___ 08-01 | | |
| Chapter 11 | | | Service Address: | | 5310 BEETHOVEN ST | | |
| | | | | | LOS ANGELES, CA 90066 | | |
| | | | | | | | |
| Statement Summary: | | | | | | | |
| Date Statement was issued: | | | | | 8/1/2024 | | |
| Service period: | | | | 8/4/2024 | 9/3/2024 | | |
| Days in service period: | | | | | 31 | | |
| | | | | | | | |
| Previous Balance: | | | | | $ 2,277.44 | | |
| Payment(s) Received: | | | | | $ (2,277.44) | | |
| Adjustments: | | | | | $ (10.50) | | |
| Total Previous Balance: | | | | | $ (10.50) | | |
| | | | | | | | |
| Current Service Charges: | | | | | $ (177.78) | | |
| Taxes, Fees and Charges: | | | | | $ 253.79 | | |
| Late Fee(s): | | | | | $ - | | |
| Total Due on Statement: | | | | | $ 65.51 | | |
| | | | | | | | |
| Pro-rated calculation of current charges: | | | | | | Daily Rate | |
| Current Service Charges | | | | | $ (177.78) | $ (5.73) | |
| Taxes, Fees and Charges: | | | | | $ 253.79 | $ 8.19 | |
| Total Services, taxes, fees and charges: | | | | | $ 76.01 | $ 2.45 | |
| Pre-petition days (From - to): | | | | 8/4/2024 | 8/9/2024 | 6 | |
| Pro-rated current charges | | | | | | $ 14.71 | |
| | | | | | | | |
| Pre-Petition Credit Calculation | | | | | | | |
| Previous Balance | | | | | $ 2,277.44 | | |
| Payments received | | | | | $ (2,277.44) | | |
| Adjustments: | | | | | $ (10.50) | | |
| Pro-rated Current Charges | | | | | $ 14.71 | | |
| Late Fee(s) | | | | | $ - | | |
| Total Pre-Petition Credit | | | | | $ 4.21 | | |

53

**Spectrum**
ENTERPRISE

IRWIN NATURALS
5310 BEETHOVEN ST
LOS ANGELES, CA 90066-7015



| Invoice Number: | 0801080124 |
| Account Number: | 0801 |
| Invoice Date: | 08/01/24 |
| Due Date: | AUTOPAY |
| Security Code: | |

**Summary** *Account activity from 08/04/2024 through 09/03/2024 details on following pages*

| | |
|---|---|
| Previous Statement Balance | $2,277.44 |
| Payments | $-2,277.44 |
| 07/22/2024 | $-2,277.44 |
| **Previous Statement Balance Subtotal** | **$0.00** |
| Adjustments | $-10.50 |
| Prorated Charges | $-836.50 |
| Recurring Charges | $658.72 |
| One Time Charges | $0.00 |
| Taxes, Fees & Surcharges | $253.79 |
| **Current Charges Subtotal** | **$65.51** |
| **BALANCE DUE** | **$65.51** |

**HOW TO CONTACT US**
For Sales, Support, or Billing questions, please contact us at:
1-888-812-2591

Spectrum has an important message regarding upcoming
changes to your account, please see the Billing Information
section for more information.

**PAYMENT OPTIONS**
**Checks:**
Charter Communications
Box 223085
Pittsburgh PA 15251-2085

**ACH/Wire Transfers:**
Bank Name: Mellon Bank
ABA Number: 043000261
Account Name: Charter Communications
Account Number: 0001215564
Email remit information to:
DL-CASHMGMT-FL@CHARTER.COM

**Credit Cards:**
http://enterprise.spectrum.com/billpay

**This account has been set up as AutoPay, please do not
submit a payment.**

Thank you for choosing Spectrum Enterprise. We value you as our client and
appreciate your prompt payment.

**Note:** Payments made after 07/22/2024 may not be reflected in the Payments
section of this statement. They will appear on the following month's
statement.

---

Please detach and enclose this coupon with your payment.

**Spectrum**
ENTERPRISE
1900 BLUE CREST LN
SAN ANTONIO, TX 78247
6810 0225  NO RP 01 08012024 NNNNNNNN 01 071079  0162

IRWIN NATURALS
C/O FIBER
300 CORPORATE POINTE STE 550
CULVER CITY  CA 90230-7617

| ACCOUNT NUMBER | 0801 |
|---|---|
| DUE DATE | AUTOPAY |
| PREVIOUS BALANCE SUBTOTAL | $0.00 |
| CURRENT CHARGES SUBTOTAL | $65.51 |
| **BALANCE DUE** | **$65.51** |
| AMOUNT PAID | $ |

CHARTER COMMUNICATIONS
BOX 223085
PITTSBURGH, PA 15251-2085

**Pre-Petition credit of $4.21**

| Bankruptcy Information: | | | Date / Initials: | | 12/11/24 kml | | |
|---|---|---|---|---|---|---|---|
| Case#: | 24-11323 | | Account Name: | | IRWIN NATURALS | | |
| Filing Date: | 8/9/2024 | | Account Number: | | NBC 74-01 | | |
| Chapter 11 | | | Service Address: | | 5310 BEETHOVEN ST | | |
| | | | | | LOS ANGELES, CA 90066-7015 | | |
| | | | | | | | |
| Statement Summary: | | | | | | | |
| Date Statement was issued: | | | | | 7/22/2024 | | |
| Service period: | | | | 7/21/2024 | 8/20/2024 | | |
| Days in service period: | | | | | 31 | | |
| | | | | | | | |
| Previous Balance: | | | | | $ 2,088.47 | | |
| Payment(s) Received: | | | | | $ - | | |
| Adjustments: | | | | | $ - | | |
| Total Previous Balance: | | | | | $ 2,088.47 | | |
| | | | | | | | |
| Current Service Charges: | | | | | $ 3,436.46 | | |
| Taxes, Fees and Charges: | | | | | $ 1,359.96 | | |
| Late Fee(s): | | | | | $ - | | |
| Total Due on Statement: | | | | | $ 6,884.89 | | |
| | | | | | | | |
| Pro-rated calculation of current charges: | | | | | | Daily Rate | |
| Current Service Charges | | | | | $ 3,436.46 | $ 110.85 | |
| Taxes, Fees and Charges: | | | | | $ 1,359.96 | $ 43.87 | |
| Total Services, taxes, fees and charges: | | | | | $ 4,796.42 | $ 154.72 | |
| Pre-petition days (From - to): | | | | 7/21/2024 | 8/9/2024 | 20 | |
| Pro-rated current charges | | | | | | $ 3,094.46 | |
| | | | | | | | |
| Pre-Petition Credit Calculation | | | | | | | |
| Previous Balance | | | | | $ 2,088.47 | | |
| Payments received | | | | | $ - | | |
| Adjustments: | | | | | $ - | | |
| Pro-rated Current Charges | | | | | $ 3,094.46 | | |
| Late Fee(s) | | | | | $ - | | |
| Total Pre-Petition Credit | | | | | $ 5,182.93 | | |

55

**Spectrum**
ENTERPRISE

IRWIN NATURALS
ACCOUNTS PAYABLE
5310 BEETHOVEN ST
LOS ANGELES, CA 90066

| | |
|---|---|
| Invoice Number: | 7401072224 |
| Account Number: | 7401 |
| Invoice Date: | 07/22/24 |
| Due Date: | Upon Receipt |
| Security Code: | |



**Summary** — Account activity from 07/21/2024 through 08/20/2024 details on following pages

| | |
|---|---|
| Previous Statement Balance | $2,088.47 |
| Payments | $0.00 |
| **Previous Statement Balance Subtotal** | **$2,088.47** |
| Adjustments | $0.00 |
| Prorated Charges | $2,242.66 |
| Recurring Charges | $1,193.80 |
| One Time Charges | $500.00 |
| Taxes, Fees & Surcharges | $859.96 |
| Current Charges Subtotal | $4,796.42 |
| **BALANCE DUE** | **$6,884.89** |

**HOW TO CONTACT US**
For Sales, Support, or Billing questions, please contact us at:
1-888-812-2591

**Spectrum has an important message regarding upcoming changes to your account, please see the Billing Information section for more information.**

**PAYMENT OPTIONS**
**Checks:**
Charter Communications
Box 223085
Pittsburgh PA 15251-2085

**ACH/Wire Transfers:**
Bank Name: Mellon Bank
ABA Number: 043000261
Account Name: Charter Communications
Account Number: 0001215564
Email remit information to:
DL-CASHMGMT-FL@CHARTER.COM

**Credit Cards:**
http://enterprise.spectrum.com/billpay

**To set up an automatic recurring credit card payment:**
Call 1-888-812-2591

Our records reflect a past due balance on your account. Please remit payment upon receipt of this invoice. If payment has already been made, please disregard this notice.

**Note**: Payments made after 07/12/2024 may not be reflected in the Payments section of this statement. They will appear on the following month's statement.

---

Please detach and enclose this coupon with your payment.

**Spectrum**
ENTERPRISE
1900 BLUE CREST LN
SAN ANTONIO, TX 78247
6610 0225 NO RP 22 07222024 NNNNNNNY 01 028880 0064

IRWIN NATURALS
ACCOUNTS PAYABLE
300 CORPORATE POINTE STE 550
CULVER CITY CA 90230-7617

| | ACCOUNT NUMBER 7401 |
|---|---|
| DUE DATE | Upon Receipt |
| PREVIOUS BALANCE SUBTOTAL | $2,088.47 |
| CURRENT CHARGES SUBTOTAL | $4,796.42 |
| **BALANCE DUE** | **$6,884.89** |
| AMOUNT PAID | $ |

CHARTER COMMUNICATIONS
BOX 223085
PITTSBURGH, PA 15251-2085

==**Pre-Petition credit of $5,182.93**==

==**Pre-Petition credit amount total of $5,187.14**==

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.**

A true and correct copy of the document(s) entitled: **DEBTORS' FOURTH OMNIBUS OBJECTION [SCHEDULED AND FILED CLAIMS ASSUMED BY THIRD PARTY UNDER SALE ORDER]; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JOSEPH AXELROD** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the document(s) were served by the court via NEF and hyperlink to the document. On **October 28, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Ryan W Beall**    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Matthew Bouslog**    mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Cynthia M Cohen**    ccohen@brownwhitelaw.com
- **Robert Allen Curtis**    rcurtis@foleybezek.com
- **Erin R. Fay**    efay@wsgr.com, lmcgee@wsgr.com
- **Fred Glass**    fglass@fairharborcapital.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Alphamorlai Lamine Kebeh**    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Alexandria Lattner**    alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- **Matthew A Macdonald**    matthew.macdonald@wsgr.com
- **Sina Maghsoudi**    sinalegal@gmail.com, g8645@notify.cincompass.com;maghsoudi.sinab128731@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **David M Poitras**    dpoitras@bg.law
- **Terrel Ross**    tross@trcmllc.com
- **Susan K Seflin**    sseflin@bg.law
- **Jonathan Seligmann Shenson**    jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com
- **Yuriko M Shikai**    yshikai@neufeldmarks.com
- **Ashley M Teesdale**    ateesdale@bg.law, ecf@bg.law
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Ronghua Wang**    sophia.wang@afslaw.com, yvonne.li@afslaw.com
- **Pamela Kohlman Webster**    pwebster@buchalter.com, smartin@buchalter.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

2.  **SERVED BY UNITED STATES MAIL**:  On **October 28, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*Served by Regular Mail:**

Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

| **Claim Schedule ID No. 3.17**<br>CDZ Sales, Inc.<br>Attn: Scott Zitiello<br>P.O. Box 1472<br>Palm Harbor, FL 34682 | **Claim Schedule ID No. 3.32**<br>Creative Sales Marketing (HE Butt)<br>Attn: Mark Beard<br>16607 Blanco Rd, Ste 804<br>San Antonio, TX 78232 | **Claim Schedule ID No. 3.45**<br>Guise & Associates (BiMart, Price)<br>Attn: Gary Guise<br>2008 N Country Club Dr<br>Canby, OR 97013 |
|---|---|---|
| **Claim Schedule ID No. 3.49**<br>Hollywood Alliance Canada Inc.<br>(Costco CN, Target and all Canadian Accounts)<br>Attn: Allan Lever<br>7 St Thomas St, Ste 208<br>Toronto, ON M5S 2B7<br>Canada | **Claim Schedule ID No. 3.56**<br>Interwest Brokerage (Associa)<br>Attn: Kristy Healey<br>1893 W 3600 S<br>W Valley City, UT 84119 | **Claim Schedule ID No. 3.57**<br>JK Sales (Harris T, Ingles)<br>Attn: John Kotkosky<br>12 Melfort Dr<br>Pinehurst, NC 28374 |
| **Claim Schedule ID No. 3.59**<br>JWP Sales LLC (C&S, Wegmans)<br>Attn: Joe Poletsky<br>157 Sheephill Rd<br>Riverside, CT 06878 | **Claim Schedule ID No. 3.64**<br>Louis F Leeper Co (Giant Eagle)<br>Attn: Tom Corella<br>419 Friday Road<br>Pittsburgh, PA 15209 | **Proof of Claim No. 10**<br>Mittenhal Associates / P&GB Inc.(COSTCO US)<br>1315 NW Mall Street, Suite 1<br>Issaquah, WA 98027 |
| **Claim Schedule ID No. 3.70**<br>MRC Smart Technology, Inc.<br>P.O. Box 843760<br>Los Angeles, CA 90084-3760 | **Claim Schedule ID No. 3.72**<br>NSF International<br>P.O. Box 77000<br>Detroit, MI 48277-1380 | **Proof of Claim No. 28**<br>Omega Sales and Marketing<br>3701 Lone Tree Way, #9B<br>Antioch, CA 94509 |
| **Claim Schedule ID No. 3.79**<br>Phil Bortman & Associates<br>Attn: Phil Bortman<br>29777 Telegraph Rd, Ste 1637<br>Southfield, MI 48034 | **Claim Schedule ID No. 3.85**<br>Retail Business Solutions, Inc.(RITE AID - BK)<br>Attn: Dave Mcdermott<br>3079 Silver Lake Blvd<br>Silver Lake Village, OH 44224 | **Claim Schedule ID No. 3.92**<br>Shankman & Associates, Inc. (Marc Glassman)<br>Attn: James Forman<br>31635 Aurora Rd<br>Solon, OH 44139 |
| **Claim Schedule ID No. 3.97**<br>Specialized Marketing International (Military)<br>Attn: Katie Boone Wilson<br>8220 Elmbrook Dr<br>Dallas, TX 75247 | **Proof of Claim No. 38**<br>Spectrum Enterprise<br>1600 Dublin Rd<br>Columbus, OH 43215 | **Claim Schedule ID No. 3.98**<br>SPINS LLC<br>Attn: Nicole Brock<br>P.O. Box 776803<br>Chicago, IL 60677-6803 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

**Claim Schedule ID No. 3.99**
SPS Commerce, Inc
P.O. Box 205782
Dallas, TX 75320-5782

**Claim Schedule ID No. 3.104**
The Shuster Group LLC
Attn: Jim Shuster
2213 Mendon Rd
Woonsocket, RI 02895

**Claim Schedule ID No. 3.105**
The Swanson Group (CVS,
Walgreens, Albertsons, McKesson US,
Safeway)
Attn: Rich Swanson
2150 E Lake Cook Rd, Ste 325
Buffalo Grove, IL 60089

**Claim Schedule ID No. 3.108**
TMZ Brokerage Co (Hyvee)
Attn: Matthew R. Menke
14006 S Shore Dr
Clive, IA 50325

**Claim Schedule ID No. 3.49 TRC
Masterfund**
TRC Masterfund
Attn: Terrance Ross
P.O. Box 633
Woodmere, NY 11598

**Claim Schedule ID No.3.104 the
Shuster Group, and Claim Schedule
ID No. 3.79 Phil Bortman**
Argo Partners
Attn: Elise Sanders,
12 W 37th St, Ste 900,
New York, NY 10018

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 28, 2025 | Jessica Studley | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**