DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
JESSICA S. WELLINGTON - Bar No. 324477
**BG LAW LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: dpoitras@bg.law
sseflin@bg.law
jwellington@bg.law

Attorneys for Chapter 11 Debtors and
Co-Plan Proponents

JEFFREY I. GOLDEN – Bar No. 133040
RYAN W. BEALL - Bar No. 313774
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Email: jgolden@go2.law
rbeall@go2.law

Attorneys for Official Committee of Unsecured
Creditors of IN Holdings, Inc. and IN Holdings
Canada, Inc. and Co-Plan Proponents

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>IN Holdings, Inc. *et al.*,<br><br>　　　　Debtors and Debtors in Possession. | Case No. 1:24-bk-11323-VK<br><br>Chapter 11<br><br>(Jointly Administered with: Case No. 1:24-bk-11324-VK. Case No. 1:24-bk-11325, and Case No. 1:24-bk-11326-VK) |
| ☐ Affects IN Holdings, Inc.<br>☐ Affects IN Holdings Canada, Inc.<br>☐ Affects 5310 Holdings, LLC<br>☐ Affects DAI US HoldCo Inc.<br>☒ Affects All Debtors | **DECLARATION OF JERIAD R. PAUL (1) WITH BALLOT TALLY AND (2) IN SUPPORT OF CONFIRMATION OF DEBTORS' AND COMMITTEE'S JOINT CHAPTER PLAN OF REORGANIZATION**<br><br>**Hearing:**<br>Date: November 20, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 301 |

1      I, Jeriad R. Paul, make this declaration (the "Declaration") pursuant to 28 U.S.C. § 1746, and state:

2. 1. I am a Vice President of Omni Agent Solutions, Inc. ("Omni"), a chapter 11 administrative services firm, whose offices are located in 5955 De Soto Ave., Suite 100, Woodland Hills, California, 91367 and 1120 Avenue of the Americas, 4th Floor, New York, NY 11036. Omni is the noticing agent appointed in the bankruptcy cases of IN Holdings, Inc. and its related debtor entities (collectively, the "Debtors"). I am over the age of 18 years and not a party to the above-captioned action. I am duly authorized to submit this declaration on behalf of Omni.

2. I submit this declaration in support of the confirmation of the *Debtors' and Committee's Joint Chapter 11 Plan of Reorganization* Dated October 1, 2025 [Docket No. 837] (as may be amended or modified, the "Plan" or "Disclosure Statement" as the context requires).[1]

3. I have personal knowledge of the matters set forth herein based on my own activity and observation or based on information provided by persons acting at my direction. If called and sworn as a witness, I could, and would, testify competently to the matters set forth herein.

## BACKROUND AND FOUNDATION

4. On October 08, 2024, the Debtors filed the *Order Approving Debtors' Application for Entry of an Order Authorizing the Retention and Appointment of Omni Agent Solutions, Inc. As Administrative Agent Pursuant To 11 U.S.C. §§ 327(A) and 328 Effective as of August 23, 2024.* [Docket No. 134].

5. This declaration is submitted in partial satisfaction of this Court's *Order: (I) Approving The Joint Disclosure Statement Describing Debtors' and Committee's Joint Chapter 11 Plan of Reorganization; (II) Approving the Form of Ballots and Proposed Solicitation and Tabulation Procedures; (III) Fixing the Voting Deadline with Respect to The Joint Chapter 11 Plan; (IV) Fixing the Last Date for Filing Objections to The Joint Chapter 11 Plan; And (V) Scheduling a Hearing to Consider Confirmation of the Joint Chapter 11 Plan* [Docket No 840] (The "Balloting Order").

---

[1] Capitalized terms used but not defined herein shall have the definitions contained in the Plan. All statutory references are to the Bankruptcy Code unless otherwise indicated.

## SERVICE OF PLAN AND SOLICITATION MATERIALS

6. As required by paragraph 5 of the Balloting Order, on October 31, 2025, Omni filed its *Certificate of Service* [Docket No. 872], which describes in detail the documents that were served by Omni on October 3 and demonstrates compliance with paragraph 1 of the Balloting Order.

## BANKRUPTCY LOCAL RULE 3020-1 STATEMENTS

7. Unimpaired Classes (B.L.R. 3020-1(a)). Classes 1, 6, 8, and 9 are identified in the Plan as unimpaired:

    a. According to the Plan, notwithstanding, if it is determined that EWB is owed any additional amount (other than unasserted contingent indemnification obligations and/or unasserted expense reimbursement obligations), the Plan provides that such claim will be paid in full by the Reorganized Debtors within three (3) business days of the date that EWB submits an accounting and invoice to the Debtors or on the Effective Date in an amount determined by the Bankruptcy Court.

    b. According to the Plan, Holders of Allowed Class 6 Interests shall retain their respective interests.

    c. According to the Plan, Holders of Allowed Class 8 Interests shall remain the same.

    d. According to the Plan, Holders of Allowed Class 9 Interests shall remain the same.

8. Ballot Tabulation (B.L.R. 3020-1(a)). I have worked with the Omni team to collect and tabulate ballots received for all impaired, voting classes under the Plan.

    a. Class 2 – Wage Related Claims: Class 2 accepted the Plan with 100% of all Ballots received indicating acceptance. A detailed summary of the Ballots cast in Class 2 is attached hereto as Exhibit A.

    b. Class 3 – General Unsecured Claims [Excluding Insider Claims]: Class 3 accepted the Plan with 100% of all Ballots received indicating acceptance. A detailed

summary of the Ballots cast in Class 3 is attached hereto as <u>Exhibit B.</u>

    c.    <u>Class 4 – General Unsecured Claim of Insider Klee Irwin:</u> Class 4 accepted the Plan with 100% of all Ballots received indicating acceptance. A detailed summary of the Ballots cast in Class 4 is attached hereto as <u>Exhibit C.</u>

    d.    <u>Class 5 – General Unsecured Claim of Insider Mark Green:</u> Class 5 rejected the Plan with 100% of all Ballots received indicating rejecting. A detailed summary of the Ballots cast in Class 5 is attached hereto as <u>Exhibit D.</u>

    e.    <u>Class 7 – Irwin Canada - Equity Interest of Public Shareholders:</u> Class 7 accepted the Plan with 90.00% of the number of Ballots received, and 97.26% in share amount of Interests represented by the Ballots received, indicating acceptance. Only one Class 7 Ballot was cast against the Plan. A detailed summary of the Ballots cast in Class 7 is attached hereto as <u>Exhibit E.</u>

9.    Omni did not receive any Ballots that are not identified on one of the aforementioned exhibits. In the event that Omni receives any Ballots after the date hereof, Omni will undertake to advise or cause the Court to be advised.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on November 7, 2025, at 5955 De Soto Ave., Suite 100, Woodland Hills, California, 91367.

_____
Jeriad R. Paul, Vice President
Omni Agent Solutions, Inc.

# **Exhibit A**

**Debtor: Irwin Naturals, et al.**

**Case No. 24-11323**

**Claims Ballot Detail Results**

**Class 2 - Wage Related Claims**

**Class Summary**  **Voting Outcome:** Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 2 | 2 | 2 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $5,365.00 | $5,365.00 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Comment |
|---|---|---|---|---|---|---|---|
| ALISON MARIE CERVELLI | 781 | C44 | 10/27/2025 | $1,240.00 | $1,240.00 | Accept | |
| MARK SALAMON | 677 | S73 | 10/28/2025 | $4,125.00 | $4,125.00 | Accept | |

Thursday, November 6, 2025    Page 1 of 1

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# **Exhibit B**

**Debtor: Irwin Naturals, et al.**

**Case No. 24-11323**

## Claims Ballot Detail Results

### Class 3 - General Unsecured Claims [Excluding Insider Claims]

**Class Summary**   Voting Outcome: **Accepted**

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 14 | 13 | 13 | 0 | 1 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $1,459,472.50 | $1,459,472.50 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Comment |
|---|---|---|---|---|---|---|---|
| 2DG SOLUTIONS LLC | 758 | C73 | 10/10/2025 | $4,517.40 | $4,517.40 | Accept | Claimant wrote claim amount of $4,517.00, tabulated at voting amount. |
| A360 MEDIA, LLC | 695 | C6 | 10/21/2025 | $117,450.00 | $117,450.00 | Accept | |
| AMERICAN EXPRESS NATIONAL BANK | 713 | C20 | 10/24/2025 | $83,533.69 | $83,533.69 | Accept | |
| CIRCANA LLC | 58 | S65 | 10/21/2025 | $15,870.00 | $15,870.00 | Accept | Claimant wrote claim amount of $355,269.00, tabulated at voting amount. |
| FELDKAMP MARKETING, INC. | 749 | C65 | 10/21/2025 | $15,496.09 | $15,496.09 | Accept | |
| JK SALES | 108 | S124 | 10/18/2025 | $2,460.30 | $0.00 | Invalid | Vote not indicated. |
| JOHNSON & BERTRAM LLP | 693 | C3 | 10/7/2025 | $5,531.24 | $5,531.24 | Accept | |
| KARLED ENTERPRISES I | 811 | C49 | 10/31/2025 | $1.00 | $1,020,910.00 | Accept | |
| MARK JUDKINS CONSULTING COMPANY | 810 | C46 | 10/31/2025 | $7,498.00 | $7,498.00 | Accept | |
| NU-BORN EXPRESS, INC | 720 | C25 | 10/9/2025 | $28,684.47 | $28,684.47 | Accept | |
| OMEGA SALES | 112 | S129 | 10/17/2025 | $3,068.83 | $3,068.83 | Accept | Claimant wrote claim amount of $5,447.28, tabulated at voting amount. |
| PARAGON LABORATORIES | 716 | C21 | 10/31/2025 | $62,671.40 | $62,671.40 | Accept | Claimant wrote claim amount of $171,404.35, tabulated at voting amount. |
| STACI AMERICAS LLC | 818 | C60 | 10/29/2025 | $1.00 | $1.00 | Accept | Claimant wrote claim amount of $135,230.88, tabulated at voting amount. |
| ZAPP PACKAGING INC | 99 | S114 | 10/31/2025 | $94,240.38 | $94,240.38 | Accept | Claimant wrote claim amount of $94,240.00, tabulated at voting amount. |

Monday, November 10, 2025    Page 1 of 1

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Exhibit C**

**Debtor: Irwin Naturals, et al.**

**Case No. 24-11323**

## Claims Ballot Detail Results

### Class 4 - General Unsecured Claim of Insider Klee Irwin

**Class Summary**    **Voting Outcome:**  Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 1 | 1 | 1 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $1,035,682.49 | $1,035,682.49 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Comment |
|---|---|---|---|---|---|---|---|
| KLEE IRWIN | 786 | C64 | 11/3/2025 | $1,035,682.49 | $1,035,682.49 | Accept | Claimant wrote claim amount of $1,035,682.459, tabulated at voting amount. |

Thursday, November 6, 2025    Page 1 of 1

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# **Exhibit D**

**Debtor: Irwin Naturals, et al.**

**Case No. 24-11323**

## Claims Ballot Detail Results

### Class 5 - General Unsecured Claim of Insider Mark Green

**Class Summary**    **Voting Outcome:**    Rejected

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 1 | 1 | 0 | 1 | 0 |
| Vote %: |  |  | 0.00% | 100.00% |  |
| Amt: |  | $1,000,000.00 | $0.00 | $1,000,000.00 |  |
| Amt %: |  |  | 0.00% | 100.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Comment |
|---|---|---|---|---|---|---|---|
| MARK GREEN | 787 | C81 | 10/27/2025 | $1,000,000.00 | $1,000,000.00 | Reject |  |

Thursday, November 6, 2025    Page 1 of 1

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# **Exhibit E**

**Debtor: Irwin Naturals, et al.**

**Case No. 24-11323**

## Claims Ballot Detail Results

### Class 7 - Irwin Canada - Equity Interest of Public Shareholders

**Class Summary**    Voting Outcome:  **Accepted**

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 10 | 10 | 9 | 1 | 0 |
| Vote %: |  |  | 90.00% | 10.00% |  |
| Share Amt: |  | 778,874 | 757,541 | 21,333 |  |
| Share Amt %: |  |  | 97.26% | 2.74% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot | Tabulated Vote | Vote | Opt In Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| DAVID RIESCO | 390 | S478 | 10/28/2025 | 14,933 | 14,933 | Accept | ✓ | Shares. |
| DENNIS DIAZ | 436 | S524 | 10/8/2025 | 235,556 | 235,556 | Accept | ✓ | Shares. |
| IRYNA OBLASOVA | 400 | S488 | 10/28/2025 | 133 | 133 | Accept | ✓ | Shares. |
| JASON WIGLEY | 372 | S460 | 10/30/2025 | 21,333 | 21,333 | Accept | ✓ | Shares. |
| JAVIER LOPEZ | 416 | S504 | 10/25/2025 | 21,333 | 21,333 | Reject | ✓ | Shares. |
| MARIO QUINTERO | 329 | S417 | 10/14/2025 | 14,208 | 14,208 | Accept | ✓ | Shares. |
| MIGUEL N TOMAS | 389 | S477 | 10/11/2025 | 235,556 | 235,556 | Accept | ✓ | Shares. |
| MIR HUKULAK | 402 | S490 | 10/28/2025 | 133 | 133 | Accept | ✓ | Shares. |
| RAUL CRUZ | 383 | S471 | 10/22/2025 | 235,556 | 235,556 | Accept | ✓ | Shares. |
| YANA YANA OBLASOVA | 401 | S489 | 10/28/2025 | 133 | 133 | Accept | ✓ | Shares. |

*Friday, November 7, 2025*    *Page 1 of 1*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.**

A true and correct copy of the document(s) entitled**: DECLARATION OF JERIAD R. PAUL (1) WITH BALLOT TALLY AND (2) IN SUPPORT OF CONFIRMATION OF DEBTORS' AND COMMITTEE'S JOINT CHAPTER PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document(s) were served by the court via NEF and hyperlink to the document. On **November 10, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **November 10, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE KAUFMAN WAIVES SERVICE OF JUDGE'S COPIES FOR DOCUMENTS THAT ARE 25 PAGES OR LESS.**

Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 10, 2025 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Ryan W Beall**    rbeall@go2.law, kadele@go2.law; dfitzgerald@go2.law; rbeall@ecf.courtdrive.com; cmeeker@go2.law
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Matthew Bouslog**    mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Robert Allen Curtis**    rcurtis@foleybezek.com
- **Erin R. Fay**    efay@wsgr.com, lmcgee@wsgr.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com
- **Alphamorlai Lamine Kebeh**    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Alexandria Lattner**    alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- **Matthew A Macdonald**    matthew.macdonald@wsgr.com
- **Sina Maghsoudi**    sinalegal@gmail.com, g8645@notify.cincompass.com; maghsoudi.sinab128731@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **David M Poitras**    dpoitras@bg.law
- **Terrel Ross**    tross@trcmllc.com
- **Susan K Seflin**    sseflin@bg.law
- **Jonathan Seligmann Shenson**    jshenson@greenbergglusker.com, calendar@greenbergglusker.com; cmillerwatkins@greenbergglusker.com
- **Yuriko M Shikai**    yshikai@neufeldmarks.com
- **Ashley M Teesdale**    ateesdale@bg.law, ecf@bg.law
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Ronghua Sophia Wang**    sophia.wang@afslaw.com, yvonne.li@afslaw.com
- **Pamela Kohlman Webster**    pwebster@buchalter.com, smartin@buchalter.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**