# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

# NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
 IN Holdings, Inc
**SSN:** N/A
**EIN:** 45–0463960
dba Nature's Secret, dba FloChi, dba Applied Nutrition, dba Love My Pet, dba Cellular Research,
...
IN Holdings Canada, Inc.
**SSN:**

23000 Saddle Peak Rd
Topanga, CA 90290

**BANKRUPTCY NO.**  1:24–bk–11323–VK
**CHAPTER**  11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: December 3, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 12/20) VAN–50

**911 / JC**