**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Jarret P. Hitchings (*Pro Hac Vice Forthcoming*)
*jarret.hitchings@bclplaw.com*
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone:    (704) 749-8999
Facsimile:    (704) 749-8990

Attorneys for The Plan Distribution Trustee

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re:<br><br>IN Holdings et al.,<br><br>Reorganized Debtors. | Case No.: 1:24-bk-11323-VK<br><br>Jointly Administered with:<br>Case No. 1:24-bk-11324-VK<br>Case No. 1:24-bk-11325-VK<br>Case No. 1:24-bk-11326-VK |
|---|---|
| ☐    Affects IN Holdings, Inc.<br><br>☐    Affects IN Holdings Canada, Inc.<br><br>☐    Affects 5310 Holdings, LLC<br><br>☐    Affects DAI US HoldCo Inc.<br><br>☒    Affects All Debtors. | Chapter 11<br><br>**STATUS REPORT**<br><br>[NO HEARING REQUIRED] |

1

STATUS REPORT

TO: THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:

Pursuant to Section II, paragraph 30 of the Findings of Fact and Conclusions of Law, and Order Confirming the Debtors' and Committee's Joint Chapter 11 Plan of Reorganization Dated October 1, 2025 [the "Order Confirming the Amended Plan", Doc. 909], Bradley Sharp, in his role as Plan Distribution Trustee (the "Trustee") submits the following status report summarizing the progress made toward consummation of the Plan by the Plan Distribution Trust.

As stated in the Debtors' and Committee's Joint Chapter 11 Plan of Reorganization Dated October 1, 2025, [the "Plan", Doc 837] the sole purpose of the Plan Distribution Trust is to hold cash to make the distributions required of it by the Plan. On December 5, 2025 (the "Effective Date") the Trustee began the process of obtaining control of two bank accounts at Citizens Bank. One account held the initial reserve amount of $14.5 million, and the second account held $5,711,544.96 as the Class 1 Reserve Account as specified in the Order Confirming the Amended Plan.

The Trustee and his representatives reviewed the schedule of filed and scheduled claims ("Claims Schedule") previously compiled and maintained by Province LLC as financial advisors to the Reorganized Debtors. The Trustee has verified the Claims Schedule with the official claims docket. The primary task was to identify the various Class 3 Claims that were to be paid pursuant to the Plan and exclude claims that were duplicative, had been disallowed by the Court or were filed with no claim amount stated. Additionally, the Trustee and his representatives flagged claims that the Reorganized Debtors identified as under review for possible claim objections.

The Plan also required that "if the Debtors and/or the Plan Distribution Trustee are not in possession of a W-9 for any creditor, the Debtors and/or the Plan Distribution Trustee will send a written request to such creditor(s). Payment will be paid only after the receipt of a W-9 from such creditor." (Plan, Footnote 4.) With the cooperation of the Reorganized Debtors, the Trustee reviewed the W-9 forms already received and identified claims where a W-9 (or W-8BEN for international creditors) had not been received.

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

1

STATUS REPORT

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

After discussion and comments from the Reorganized Debtors, the Trustee made the initial distribution of funds to creditors on December 19, 2025.  The Trustee also sent written requests to the creditors for whom a W-9 form was not received.  Additional distributions to creditors occurred throughout January and March 2026 as W-9 forms were received.

Schedule A included with this report details out each class of claims, the total amount required to be paid under the plan, the amount required to be paid as of the date of this report, the amount actually paid as of the date of this report and the deficiency, if any, in required payments. The narrative below provides additional information for each class.

- Administrative Claims (Professional Fees)

The table below shows the various professional fee applications and requests for payment:

| Entity | Application | Unpaid Fees Requested | Payment Status |
|---|---|---|---|
| Brown White & Osborn LLP | Doc 938 | $69,808.26 | Reserved, No Payment Issued |
| Province | Doc 942 | $530,528.33 | Reserved, No Payment Issued |
| Force 10 | Doc 944 | $117,702.00 | Reserved, No Payment Issued |
| BG Law | Doc 945 | $726,104.87 | Reserved, No Payment Issued |
| Golden Goodrich | Doc 1003 | $163,347.50 | Reserved, No Payment Issued |
| Golden Goodrich | Doc 965 | $136,713.37 | Reserved, No Payment Issued |
| STS Capital | Doc 995 | $3,000,000.00 | Reserved, No Payment Issued |
| Jerrel G. John, CPA | Doc 939 | $91,689.00 | Paid 2/20/2026 |
| Marula Capital Group | Doc 940 | $1,590.00 | Paid 2/20/2026 |
| RSM US LLP | Doc 941 | $0.00 | No Payment Required |

$4,837,483.33

The Court granted the application for payment for Jerrel G. John, CPA (Doc 1014) and Marula Capital Group LLC (Doc 1015) and the Trustee made these payments.  Additionally, the Trustee made the final invoice payment to BFLC as allowed by their terms of employment (Doc 861) and the initial fees and expenses of Development Specialists Inc ("DSI") pursuant to Section III(D)7 of the Plan.  Payments of all Administrative Claims (Professional Fees) by the Trustee to date total approximately $134,000.

The Court granted the application for payment for Jerrel G. John, CPA (Doc 1014) and Marula Capital Group LLC (Doc 1015) and the Trustee made these payments.  Additionally, the

2

STATUS REPORT

Trustee made the final invoice payment to BFLC as allowed by their terms of employment (Doc 861) and the initial fees and expenses of Development Specialists Inc ("DSI") pursuant to Section III(D)7 of the Plan. Payments of all Administrative Claims (Professional Fees) by the Trustee to date total approximately $134,000.

The Trustee is aware of objections to the fee applications of Brown White & Osborn LLP, Province, Force Ten, BG Law and Golden Goodrich. The Reorganized Debtors also informed the Trustee that the Reorganized Debtors dispute the fees due to STS Capital which is subject to a motion to compel payment. The Trustee awaits direction from the Court regarding these objections and motions prior to submitting any payment for these administrative claims.

The Trustee initially identified an estimate of $75,000 in fees for his and DSI's involvement. At present, this estimate is still valid. However, this estimate did not anticipate the events that have occurred since the Effective Date and it is possible that the Trustee will incur fees exceeding this estimate in order to competently discharge his responsibilities under the Plan. As noted below, this includes the retention of counsel to assist the Trustee to respond to STS Capital Partners M&A Advisers Inc. ("STS") Motion to Compel Payment of Professional Fee and Award of Attorneys' Fees, which is directed to the Reorganized Debtor and the Trustee (Doc. 995) and related matters.

- Administrative Claims (Incurred in the Ordinary Course of Business)

The Plan identifies these claims as the responsibility of the Reorganized Debtors and thus the Trustee has no responsibilities for payment of these claims.

- Priority Tax Claims

The Plan details the following tax claims to be paid by the Distribution Trust:

| Claimant | Plan Estimate | Responsible Party | Status |
|---|---|---|---|
| Canada Revenue Agency | $17,438.37 | Plan Distribution Trustee | Payment Issued |
| CA Department of Tax and Fee Administration | $2,697.30 | Plan Distribution Trustee | Payment Returned |
| State of Washington | $907.62 | Plan Distribution Trustee | Payment Cleared |
| Massachusetts Department of Revenue | $1,451.53 | Plan Distribution Trustee | Payment Cleared |
| Michigan Department of Treasury | $5,879.43 | Plan Distribution Trustee | Reorganized Debtor Reviewing |

3

STATUS REPORT

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

| Oregon Department of Revenue | $10,942.54 | Plan Distribution Trustee | Reorganized Debtor Reviewing |

The Reorganized Debtors are responsible for any claim from the IRS or the Franchise Tax Board.

The Reorganized Debtors identified the claims of Michigan and Oregon as still under review and thus not yet Allowed. Payment was submitted to the CA Department of Tax and Fee Administration who returned the check to the Trustee and indicated that there was no amount owed.

- Class 1 Claims

The Trustee is holding the $5,711,544.96 held in the Class 1 Reserve Account separate from the other funds. The Trustee awaits future direction from the Court regarding these funds.

- Class 2 Claims - Wage Related

The Plan identified three claims totaling $5,991.80 in this class. After additional review, one claim was scheduled as a wage claim but the claimant filed a proof of claim as a general unsecured claim. This claim was treated as a general unsecured claim, leaving two claims totaling $1,886.80. Both claims have been issued payment which has cleared; distributions to Class 2 by the Trustee are completed.

- Class 3 Claims – General Unsecured

To date, the Trustee has identified 82 Allowed Claims in this class and has made distributions totaling approximately $4.1 million to these claimants. Approximately $3.93 million of these payments have been cashed, with approximately $170,000 of distributions having been issued but not yet cashed by the claimant. In instances where the distribution check was returned undeliverable to the Trustee, he has asked the Reorganized Debtors to reach out to the claimant so that a change of creditor address can be filed with the Court and the check resent.

At present, the Trustee is in possession of one check that was returned undeliverable and no updated address has been obtained. The Trustee has also identified 15 claims that would be deemed allowed upon receipt of a W-9 form. The Trustee mailed out W-9 form requests to these claimants on December 19, 2025, but has not yet received a response. The Trustee is prepared to declare the distributions to these claimants as Unclaimed Distributions as defined in the Plan.

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

4

The Reorganized Debtors have identified 21 claims in this class as under review for potential objections totaling approximately $1.14 million.   These claims under review are in addition to the two priority tax claims mentioned above and the Class 5 claim mentioned below. The Trustee is reserving for these claims should such objections not be filed or if the objections are overruled.

- Class 4 Claim – Insider Klee Irwin

The Plan calls for this claim to be paid in full after the payment in full of Class 3 Allowed Claims by the Plan Distribution Trustee.  The Trustee has not yet determined that this has been completed but is reserving funds to make this payment.  Additionally, the Trustee is aware that the law firm of Raines Feldmen Littrell LLP has filed an attorney's lien against any distribution to Klee Irwin (Doc 988).

- Class 5 Claim – Mark Green

The Plan states that the Reorganized Debtors intend to object to this claim.  The Trustee is reserving funds to pay this claim should such an objection not be filed or if the objection is overruled.

- Class 6 Claims – Various Equity Holders

The Plan does not call for any cash distribution to be made by the Trustee to this class.

- Class 7 Claims – IN Canada Equity

The Plan calls for the Trustee to issue a pro rata cash distribution to non-insider shareholders who so elected.  Ten shareholders made this election for a pro rata cash distribution of $47,254.50. Of these shareholders, seven have returned W-9 or W-8BEN documents and have been issued distributions totaling $45,040.50.  The remaining three shareholders have not yet returned their tax documents; their distributions total $2,214.00.  The Trustee has reserved funds for and will make these distributions upon receipt of each claimant's tax documents.

Other Actions

The Plan calls for the initial term of the Plan Distribution Trust to be two years from the effective date.  The Trustee projects that during this two year period, he will continue to be able to comply with the terms of the plan and at the end of this two year period the plan will be consummated and an application for a final decree will be made.

5

STATUS REPORT

Pursuant to the terms of the Plan, the Trustee is authorized to "employ, retain and replace one or more attorneys, accountants and advisors as necessary to discharge the duties of the Plan Distribution Trustee under the Plan and to pay such professionals their reasonable and necessary fees and costs from the Trust Assets in the ordinary course of business without further order of the Bankruptcy Court".

As a result of the STS Motion to Compel and the Debtor's response, the Trustee has employed Bryan Cave Leighton Paisner LLP as counsel.

Additionally, the Trustee has employed Kieckhafer Schiffler LLP as a tax advisor to assist in fulfilling  his responsibilities to file federal income tax returns.

Dated:  April 1, 2026                    BRYAN CAVE LEIGHTON PAISNER LLP


By: */s/ Sharon Z. Weiss*
       Sharon Z. Weiss
Attorneys for The Plan Distribution Trustee

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

6

STATUS REPORT

**IN Holdings, Inc.** *et al.*

Post-Confirmation Status Report - April 1, 2026

Schedule of Each Debt and Class of Claims

| Class | Total Required Payment Under Plan | Required Payment as of April 1, 2026 | Amount Actually Paid as of April 1, 2026 | Deficiency, if Any | |
|---|---|---|---|---|---|
| Administrative (Prof. Fees) | Between $4 million and $6 million | 93,279 | 93,279 | None | [1] |
| Administrative (Ord. Course) | $50,000 estimated | 56,775 | 56,775 | None | [2] |
| Priority Tax Claims | 39,317 | 22,495 | 22,495 | None | |
| 1 (EWB Secured) | $5,711,544.96 Reserve | $5,711,544.96 Reserve | $5,711,544.96 Reserve | None | |
| 2 (Wage Related) | 5,992 | 1,887 | 1,887 | None | |
| 3 (General Unsecured) | Between $5 million to $7 million | 4,104,878 | 4,104,878 | None | [3] |
| 4 (Insider Klee Irwin) | 1,035,682 | 0 | 0 | None | |
| 5 (Insider Mark Green | 1,000,000 | 0 | 0 | None | |
| 6 (Equity Holders) | None | 0 | 0 | None | |
| 7 (IN Canada Equity) | 47,255 | 45,041 | 45,041 | None | |
| 8 (DAI US HoldCo) | None | 0 | 0 | None | |
| 9 (5310 Holdings, LLC) | None | 0 | 0 | None | |

[1]  Payments to Development Specialists, Inc and BFLC as described in the report are not included in these amounts

[2]  The Trustee requested figures from the Reorganized Debtors who provided the amounts included in the 4th Quarter PCR filed by the Reorganized Debtors.  Those figures are reported here.

[3]  Required and actual payments include payments issued, but not yet cashed by claimant.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled: **STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 1, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- PLEASE SEE ATTACHED LIST

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 1, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SERVED BY EMAIL:**
- Klee Irwin
  klee@quantumgravityresearch.org

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2026 | Raul Morales | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1.    <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Kyra E Andrassy**
  kandrassy@raineslaw.com, bclark@raineslaw.com; csantiago@raineslaw.com

- **Ryan W Beall**
  rbeall@go2.law, kadele@go2.law; dfitzgerald@go2.law; rbeall@ecf.courtdrive.com; cmeeker@go2.law

- **Anthony Bisconti**
  tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com, docket@bklwlaw.com

- **Ori S Blumenfeld**
  ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com; ik-maurice.ibe@offitkurman.com

- **Matthew Bouslog**
  mbouslog@allenmatkins.com, ncampos@allenmatkins.com

- **Katherine Bunker**
  kate.bunker@usdoj.gov

- **Cynthia M Cohen**
  ccohen@brownwhitelaw.com

- **Robert Allen Curtis**
  rcurtis@foleybezek.com

- **Caroline Djang**
  cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com

- **Casey Z Donoyan**
  casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com; ncondren@lakklawyers.com

- **Erin R. Fay**
  efay@wsgr.com, lmcgee@wsgr.com

- **Evelina Gentry**
  evelina.gentry@akerman.com, eileen.lewis@akerman.com; reyko.delpino@akerman.com

- **Fred Glass**
  fglass@fairharborcapital.com

- **Jeffrey I Golden**
  jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com;
  dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com

- **David B Golubchik**
  dbg@lnbyg.com, dbg@lnbyg.com

- **Garrick A Hollander**
  ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com

- **Alphamorlai Lamine Kebeh**
  MKebeh@allenmatkins.com, mdiaz@allenmatkins.com

- **Alexandria Lattner**
  alattner@sheppardmullin.com, ehwalters@sheppardmullin.com

- **Matthew A Macdonald**
  matthew.macdonald@wsgr.com

- **Sina Maghsoudi**
  sinalegal@gmail.com, g8645@notify.cincompass.com; maghsoudi.sinab128731@notify.bestcase.com

- **David W. Meadows**
  david@davidwmeadowslaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Joshua Nyman**
  josh@ramsaurlaw.com, alecia@ramsaurlaw.com

- **Douglas A Plazak**
  dplazak@rhlaw.com

- **David M Poitras**
  dpoitras@bg.law

- **Terrel Ross**
  tross@trcmllc.com

- **Susan K Seflin**
  sseflin@bg.law

- **Jonathan Seligmann Shenson**
  jshenson@greenbergglusker.com, calendar@greenbergglusker.com; cmillerwatkins@greenbergglusker.com; MilanaECF@ggfirm.com

- **Yuriko M Shikai**
  yshikai@neufeldmarks.com

- **United States Trustee (SV)**
  ustpregion16.wh.ecf@usdoj.gov

- **Stuart J Wald**
  tertiaryaccount@yahoo.com

- **Ronghua Wang**
  sophia.wang@afslaw.com, yvonne.li@afslaw.com

- **Pamela Kohlman Webster**
  pwebster@buchalter.com, smartin@buchalter.com

- **Jessica Wellington**
  jwellington@bg.law, ecf@bg.law

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **F 9013-3.1.PROOF.SERVICE**