FILED & ENTERED

APR 23 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>IN Holdings, Inc, et al.,<br><br>Affects all Debtors,<br><br><br><br><br><br>Reorganized Debtors. | Case No.: 1:24-bk-11323-VK<br><br>Chapter 11<br><br>**ORDER CONTINUING POST-CONFIRMATION STATUS CONFERENCE**<br><br>Continued Status Conference:<br>Date:   October 14, 2026<br>Time:   1:00 p.m.<br>Place:  Courtroom 301<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

On April 15, 2026 at 1:00 p.m., the Court held a post-confirmation status conference (the "Status Conference") in the above-referenced bankruptcy case, the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding.  Having reviewed the status reports [docs. 1174, 1175], the Court excused appearances at the Status Conference.

For the reasons set forth on the record at the Status Conference, and for good cause appearing, it is hereby

ORDERED, that the Court will hold a continued post-confirmation status conference at **1:00 p.m. on October 14, 2026**; and it is further

ORDERED, that, **no later than September 23, 2026**, the reorganized debtors and Bradley Sharp, the plan distribution trustee, must file a status report summarizing what progress has been made toward consummation of the confirmed plan of reorganization [doc. 837]. The report must be served on the United States trustee. The status report must comply with the provisions of Local Bankruptcy Rule 3020-1(b) **AND BE SUPPORTED BY EVIDENCE**; and it is further

ORDERED, that parties in interest (and their counsel) may participate in most hearings remotely using ZoomGov audio and video.  **Any attorney or party in interest who makes an appearance on the record, via ZoomGov, must appear by video.**

**PURSUANT TO THE DIRECTIVES OF THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, MEMBERS OF THE PUBLIC AND THE PRESS MAY ONLY CONNECT TO THE ZOOM AUDIO FEED, AND ONLY BY TELEPHONE. ACCESS TO THE VIDEO FEED BY THESE INDIVIDUALS IS PROHIBITED. IN THE CASE OF A TRIAL OR EVIDENTIARY HEARING, NO AUDIO ACCESS WILL BE PROVIDED. HOWEVER, MEMBERS OF THE PUBLIC AND THE PRESS MAY OBSERVE SUCH PROCEEDINGS IN PERSON.**

///

///

///

///

-2-

The following instructions will apply to the ZoomGov hearing:

(1) Meeting Information: **October 14, 2026**

Meeting URL:  https://cacb.zoomgov.com/j/1614954511

Meeting ID: 161 495 4511

Password: 142189

Join by Telephone: 1-669-254-5252 or 1-646-828-7666

(2) The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

(3) All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.

# # #

Date: April 23, 2026

Victoria S. Kaufman
United States Bankruptcy Judge