Julie D. Blake, Esq., pro hac vice, *on behalf of*
Objector Klee Irwin
1968 S. Coast Hwy #5310
Laguna Beach, CA 92651
Email: julie@inholdingsus.com

Appearing Pro Hac Vice

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.  1:24-bk-11323-VK |
| IN Holdings, Inc, *et al*., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered With: |
| | Case No. 1:24-bk-11324-VK |
| | Case No. 1:24-bk-11325-VK |
| | Case No. 1:24-bk-11326-VK |
| | **NOTICE OF APPEAL** |

## <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that Klee Irwin, party in interest and appellant, appeals to the United States District Court for the Central District of California from the following order entered in this action:

Order granting the Second and Final Fee Application of Province, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors for the Period from August 29, 2024 Through December 5, 2025 [Docket No. 1241], entered on April 30, 2026.

The appellant appeals all portions of the order adverse to appellant's interests. A true and correct copy of the order is attached hereto.

Dated: May 14, 2026

                                           Respectfully submitted,

                                           /s/ Julie D. Blake

                                           Julie D. Blake, Esq., pro hac vice, *on behalf of* Objector Klee Irwin
                                           1968 S. Coast Hwy #5310
                                           Laguna Beach, CA 92651
                                           Email: julie@inholdingsus.com

**NOTICE OF APPEAL**