DAVID B. GOLUBCHIK (SBN 185520)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM

Attorneys for Province, LLC

**FILED & ENTERED**

APR 30 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

CHANGES MADE BY COURT

| | |
|---|---|
| IN HOLDINGS, INC., *et al.,* | Case No. 1:24-bk-11323-VK |
| | Chapter 11 |
| Reorganized Debtors. | Jointly Administered with: |
| | Case No. 1:24-bk-11324-VK |
| Affects: | Case No. 1:24-bk-11325-VK |
| ☐ IN Holdings, Inc. | Case No. 1:24-bk-11326-VK |
| ☐ IN Holdings Canada, Inc. | **[SECOND AMENDED] ORDER GRANTING SECOND AND FINAL APPLICATION OF PROVINCE, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTORS** |
| ☐ 5310 Holdings, LLC. | |
| ☐ DAI US HoldCo Inc. | |
| ☒ All Debtors | Hearing: |
| | Date: April 22, 2026 |
| | Time: 10:30 a.m. |
| | Place: Courtroom 301 |
| | 21041 Burbank Blvd. |
| | Woodland Hills, CA 91367 |

1

241452919.1
230116-10001

A hearing was held on April 22, 2026, at 10:30 a.m. before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, in Courtroom 301 located at 21041 Burbank Blvd., Woodland Hills, CA 91367, to consider the Second And Final Application Of Province, LLC For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisor To The Debtors for the period covering August 29, 2024 through December 5, 2025 ("Final Application"), filed by Province, LLC ("Province"). Appearances were as set forth on the Court's record.

This Court, having considered the notice of the Final Application, Final Application and all documents, declarations and evidence in support thereof, all objections, responses and joinders to such objections, to the Final Application filed by Klee Irwin and IN Holdings, Inc., a Nevada corporation, and its related above-referenced reorganized debtor entities (collectively, the "Debtors"), Province's response thereto, Province's voluntary discount of its fees in the amount of $20,000, the entire record in these cases, the statements, representations and argument of counsel and Mr. Irwin at the hearing on the Final Application, having considered all evidence submitted and presented and the Court's record related thereto, for the reasons set forth on the record of the hearing *and in the Court's written ruling [Dkt. No. 1227]*, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. All objections to the Final Application are hereby overruled;

2. The Final Application is hereby granted in its entirety;

3. Province's requested fees, in the amount of $2,187,279.50, which accounts for a voluntary discount of $20,000, and reimbursement of expenses, in the amount of $2,705.58, for total fees and expenses in the amount of $2,189,985.08, are hereby approved and allowed on a final basis;

4. All fees and expenses of Province, as well as payments thereof, previously approved on an interim basis, including pursuant to Province's first interim fee application [Dkt. Nos. 324, 362], are hereby approved and allowed on a final basis; and

///

2

5. The Debtors, the Reorganized Debtors, or the plan administrator/disbursing agent, however the case may be, are authorized and instructed to pay to Province the allowed but unpaid fees and costs upon entry of this Order.

# # #

Date: April 30, 2026

Victoria S. Kaufman
United States Bankruptcy Judge

3